**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 23-M-2638 |
| CHARLIE JAVICE, | |
| Defendant. | **NOTICE OF APPEARANCE** |

---

PLEASE TAKE NOTICE that Tai Park of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Charlie Javice in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
April 4, 2023

By: */s/* Tai Park
Tai Park
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000
Fax: (212) 849–7100
Email: *taipark@quinnemanuel.com*

Counsel for Defendant Charlie Javice