UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE,<br><br>Defendant. | 23-cr-00251-AKH<br><br><br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this case as counsel of record for Defendant Charlie Javice. I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York, New York
May 25, 2023

/s/ *Samuel Nitze*
Samuel Nitze
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
samuelnitze@quinnemanuel.com