UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>　　　　　　Defendants. | Case No. 1:23-cr-00251-AKH<br><br>**AFFIDAVIT OF SYDNEY SGAMBATO JOHNSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Rule 1.3, I, Sydney Sgambato Johnson, certify as follows:

1. I am an associate at the law firm of Kobre & Kim LLP.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the state of Maryland and the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case as counsel for Olivier Amar.

Dated: September 21, 2023
       Washington, D.C.

Respectfully submitted,

*/s/ Sydney Sgambato Johnson*

Sydney Sgambato Johnson
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
Telephone: (202) 664 1952
Sydney.Johnson@kobrekim.com

*Counsel for Olivier Amar*

District of Columbia

Signed and sworn to before me on September 21, 2023, by Sydney Sgambato Johnson.

_____
Signature of notarial officer

FAWN ELZIE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2024

My commission expires: _____

2