UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                               :

UNITED STATES OF AMERICA              GOVERNMENT'S FORFEITURE
                                                    :          BILL OF PARTICULARS

          - v. -

                                                      :          S1 23 Cr. 251 (AKH)

CHARLIE JAVICE, and
OLIVIER AMAR,                                           :

                  Defendants.              :
---------------------------------------------------------x

        Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Four of the Indictment, as alleged in the Forfeiture Allegations and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the Defendant's investment as a limited partner of Motive Capital Fund II-A, LP and Motive Capital Fund II-B, LP.

Dated:       New York, New York
               November 13, 2023

                                            Respectfully Submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney

                          By:          /s/
                                    Dina McLeod
                                    Micah Fergenson
                                    Assistant United States Attorneys
                                    Telephone: (212) 637-1040/-2190