UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                  :

UNITED STATES OF AMERICA,      :

                                                                  :      **ORDER REGULATING**

        -against-                                      :      **PROCEEDINGS**

                                                                   :

CHARLIE JAVICE and OLIVIER AMAR,    :      23 Cr. 251 (AKH)

                                                                   :

                                        Defendants.    :

                                                                   :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The government's deadline to produce is enlarged to December 8, 2023. The government is ordered, by the same deadline, to request from JPMC and turn over to Defendants: (i) the dates of the departures for the individuals referenced in paragraphs 19(e) and 19(g) of the Complaint; (ii) the dates on which those individuals' documents were deleted; and (iii) the governing document destruction and/or retention policy mandating that such files be deleted.

        The Clerk is instructed to terminate ECF Nos. 67 and 69.

        SO ORDERED.

Dated:     November 20, 2023
              New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge