UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE AND OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-00251-AKH |

**NON-PARTY JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION TO QUASH DEFENDANTS' RULE 17(C) SUBPOENAS**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in support, and the Declaration of Allison M. Wuertz, Esq., non-party JPMorgan Chase Bank, N.A., pursuant to Fed. R. Crim. P. 17, the jurisprudence in this circuit on that rule, and *Nixon v. United States*, 418 U.S. 863 (1974), will move this Court, before the Honorable Alvin K. Hellerstein at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007, for an Order quashing Defendant Charlie Javice and Defendant Olivier Amar's trial subpoenas (which include demands for documents). Non-party JPMC will move the Court to find that the subpoena violates Rule 17.

*[Remainder of page intentionally left blank.]*

Respectfully Submitted,

*/s/ Allison M. Wuertz*

Kristy J. Greenberg
Allison M. Wuertz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2023, I electronically transmitted the foregoing document using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

Allison M. Wuertz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000