UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     -against-<br><br>CHARLIE JAVICE,<br><br>          Defendant. | No. 23-CR-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sarah Heaton Concannon of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Charlie Javice in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 16, 2024

By: _/s/ Sarah Concannon_
Sarah Heaton Concannon
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000
Fax: (212) 849–7100
Email: *sarahconcannon@quinnemanuel.com*

Counsel for Defendant Charlie Javice