UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-v-<br><br>Charlie Javice and Olivier Amar,<br><br>Defendants. | 23 Cr. 251 (AKH) |

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
        United States District Courts
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of the Government in the above-captioned case and add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
            February 20, 2024

                                                                                       Respectfully submitted,

                                                                                      DAMIAN WILLIAMS
                                                                                      United States Attorney for the
                                                                                      Southern District of New York

                                                        By:        /s/                      
                                                                          Rushmi Bhaskaran
                                                                          Assistant United States Attorney
                                                                          Tel.: (212) 637-2439