UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | **DECLARATION OF SAMUEL P. NITZE**<br><br>Case No.: 1:23-cr-00251-AKH |

I, Samuel P. Nitze, declare pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Charlie Javice in the above-captioned action.

2. I submit this declaration in support of Ms. Javice's Motion to Dismiss the Superseding Indictment (ECF 27).

3. Pursuant to Local Criminal Rule 16.1, counsel for Ms. Javice conferred with the Government on April 3, 2024 and attempted to resolve the issues raised by the motion relating to Ms. Javice's request for a bill of particulars in good faith without the Court's intervention. These discussions did not result in a resolution of the issues addressed in Ms. Javice's request for a bill of particulars, which remain unresolved.

I declare under the penalty of perjury that the foregoing statements are true and correct.

Executed on April 5, 2024

                                                    /s/ *Samuel P. Nitze*
                                                    Samuel P. Nitze

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I caused a copy of the foregoing document to be served via ECF on counsel of record.

    /s/ *Samuel P. Nitze*
    Samuel P. Nitze