**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

May 23, 2024

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

J.P Morgan Chase ("JPMC") respectfully submits this joint letter on behalf of itself and Defendants. Per the Court's Third Order Regulating Proceedings, (ECF. 87), and its May 13, 2024 Memo Endorsement, (ECF 124), JPMC expects to provide a consolidated privilege log to Defendants on Thursday, May 23, 2024. JPMC and Defendants have agreed that JPMC will produce the privilege log to Defendants via email.

Respectfully submitted,

_/s/ Samuel Nitze_                                                _/s/ Greg Andres_

Alex Spiro                                                        Greg D. Andres
Maaren A. Shah                                                    Sidney Bashago
Samuel Nitze                                                      Katherine Swan
JP Kernisan                                                       Michelle Adler
QUINN EMANUEL URQUHART &                                          Christian Hines
SULLIVAN LLP                                                      DAVIS POLK & WARDWELL LLP
51 Madison Avenue, 22nd Floor                                     450 Lexington Avenue
New York, New York 10038                                          New York, New York 10017
Telephone: 202-538-8122                                           (212) 450-4000
Facsimile: 202-538-8100                                           greg.andres@davispolk.com
alexspiro@quinnemanuel.com                                        sidney.bashago@davispolk.com
maarenshah@quinnemanuel.com                                       katherine.swan@davispolk.com
samuelnitze@quinnemanuel.com                                      michelle.adler@davispolk.com
jpkernisan@quinnemanuel.com                                       christian.hines@davispolk.com

*Attorneys for Defendant Charlie Javice*                          *Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

**Davis Polk**

*[Signatures]*

Sean S. Buckley
Steven G. Kobre
Alexandria E. Swette
KOBRE & KIM LLP
800 Third Ave New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
Sean.Buckley@kobrekim.com
Steven.Kobre@kobrekim.com
Alexandria.Swette@kobrekim.com

*Counsel for Defendant Olivier Amar*

cc: All counsel of record (via ECF)

May 23, 2024

2