UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :     **FOURTH ORDER**
            -against-                                           :     **REGULATING PROCEEDINGS**
                                                                :
CHARLIE JAVICE and OLIVIER AMAR,                                :     23 Cr. 251 (AKH)
                                                                :
                                     Defendants.                :
                                                                :
--------------------------------------------------------------- x


ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 30, 2024, I heard arguments and denied Defendants' motions to dismiss

the superseding indictment and Defendant Amar's motion to suppress seized electronic evidence,

as reflected in the transcript of argument.  The parties shall stipulate to the date by which the

government shall comply with the Court's disclosure order.  The conference scheduled for June

21, 2024 is adjourned until July 11, 2024 at 11 a.m. in Courtroom 14D.  The Clerk is instructed

to terminate the open motions at ECF Nos. 114, 117, 119, and 132.

        SO ORDERED.

Dated:      May 31, 2024
            New York, New York          /S/ Alvin K. Hellerstein
                                     ALVIN K. HELLERSTEIN
                                     United States District Judge