```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :    **FIFTH ORDER REGULATING**
            -against-                                         :    **PROCEEDINGS**
                                                              :
CHARLIE JAVICE and OLIVIER AMAR,                              :    23 Cr. 251 (AKH)
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On August 6, 2024, I heard arguments and made individual rulings on non-party JPMorgan Chase's privilege log samples, as identified by Defendants.

Exhibit A: Privilege sustained.

Exhibit B: Privilege sustained.

Exhibit C: Produced.

Exhibit D: Privilege sustained in part, overruled in part.

Exhibit E: Privilege sustained in part, overruled in part.

Exhibit F: Privilege sustained in part, overruled in part.

Exhibit G: Privilege sustained in part, overruled in part.

Exhibit H: Produced.

Exhibit I: Privilege overruled.

Exhibit J: Privilege overruled.

By August 9, 2024, Defendants will identify 2,300 documents to JPMC; JPMC shall apply the rulings above and in the transcript to those documents. By August 30, 2024, JPMC will complete its production of documents that should be produced in light of these

2

rulings, on a rolling basis (one-third by August 16, 2024; one-third by August 23, 2024; one-third by August 30, 2024). If Defendants need to seek further production, they must make a motion by September 6, 2024. By the same date, Defendants must disclose whether they wish to assert an advice of counsel defense. The Clerk is instructed to terminate the open motions at ECF Nos. 73 and 93.

    SO ORDERED.

Dated:    August 8, 2024
           New York, New York

    /S/ Alvin K. Hellerstein
    ALVIN K. HELLERSTEIN
    United States District Judge