**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7452 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7074**

WRITER'S EMAIL ADDRESS
**samuelnitze@quinnemanuel.com**

November 07, 2024

*So ordered*
*11-12-24*
*[signature] Alv. Hellerst[ein]*

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Charlie Javice,* **23-Cr.-251 (S-1) (AKH) (BCM)**

Dear Judge Hellerstein:

    On behalf of our client, Charlie Javice, we respectfully submit this letter to request that the Court modify Ms. Javice's conditions of pretrial release to remove the requirement of location monitoring, which is unnecessary to ensure her presence at trial and imposes upon her an unreasonable burden. We have consulted with the Government and Pretrial Services, who have no objection to this application.

    Ms. Javice was presented on the indictment in this matter on April 4, 2023 and was released later that day on a $2 million personal recognizance bond. The bond was secured by real property (Ms. Javice's Miami home) and cosigned by Ms. Javice's mother and father and required, among other conditions, the surrender of Ms. Javice's passports. *See* Dkt. No. 8 at 7 (Appearance Bond). On December 4, 2023, the Court granted Ms. Javice's uncontested application to remove the condition of curfew and, in its place, impose 24-hour location monitoring via GPS. *See* Dkt. 76, Dec. 4, 2023 (Memo Endorsement re. Bail Modification). The imposition of location monitoring has required Ms. Javice to wear a heavy, cumbersome GPS unit affixed to her ankle. The GPS unit causes Ms. Javice physical pain, has impeded her work as a fitness instructor, and has resulted in delays and complications at TSA screening when she travels and as she enters the courthouse to attend hearings. Ms. Javice has fully complied with all of the conditions of her release over the course of the 19 months since her arrest.

1

For the foregoing reasons, we respectfully request that the Court modify Ms. Javice's conditions of release to remove the requirement of 24-hour GPS location monitoring. We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *Samuel Nitze*
Samuel Nitze
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7074
samuelnitze@quinnemanuel.com


cc:  U.S. Pretrial Services Officer Ashley Cosme, S.D.N.Y. (via email)
U.S. Probation Officer Ethan Martinez, S.D. Fla. (via email)
All Counsel of Record (via ECF)

2