**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-251 (AKH)<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David Siegal of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, with offices located at 919 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Charlie Javice in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated:  New York, New York
        January 2, 2025

                                        By: _____
                                        David Siegal
                                        MINTZ, LEVIN, COHN, FERRIS,
                                          GLOVSKY and POPEO, P.C.
                                        919 Third Avenue
                                        New York, NY 10022
                                        Tel: (212) 935-3000
                                        Email: dmsiegal@mintz.com