UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | Case No.: 1:23-cr-00251-AKH |
| CHARLIE JAVICE and OLIVIER AMAR, | |
| Defendants. | |

**DEFENDANT CHARLIE JAVICE'S MOTION TO SEVER**

Defendant Charlie Javice moves under Rules 12(b)(3)(D) and 14(a) of the Federal Rules of Criminal Procedure for an order severing her trial from her co-defendant Olivier Amar. Ms. Javice respectfully requests an expedited briefing schedule on the instant motion.

Pursuant to Local Criminal Rule 16.1, the undersigned counsel has met and conferred with the government and attempted to resolve the issues raised by the motion to server in good faith without the Court's intervention.

[Intentionally left blank.]

Respectfully submitted,

DATED: January 10, 2024

<table>
<tr><td>

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Sara Clark

Sara Clark (*pro hac vice*)
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7100
saraclark@quinnemanuel.com

Erica Perdomo (*pro hac vice*)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
ericaperdomo@quinnemanuel.com


**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.**

David Siegal
Ellen Shapiro
919 Third Avenue
Telephone: (212) 935-3000
dmsiegal@mintz.com
eshapiro@mintz.com

Eóin P. Beirne (*pro hac vice*)
Boston, MA 02111
Telephone: (617) 542-6000
epbeirne@mintz.com

</td><td>

**BAEZ LAW FIRM**

Jose Baez (*pro hac vice*)
Rosemarie E.W. Peoples (*pro hac vice*)
1200 Brickell Avenue
Miami, FL 33131
Telephone: (305)-999-5100
jose@baezlawfirm.com
rosemarie@baezlawfirm.com


**RONALD SULLIVAN PLLC**

Ronald Sullivan (*pro hac vice*)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 313-8313
rsullivan@ronaldsullivanlaw.com

</td></tr>
</table>

*Counsel for Defendant Charlie Javice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I caused a copy of the foregoing document to be served via ECF on counsel of record.

By: */s/ Sara C. Clark*