UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-CR-251 (AKH)<br><br>DECLARATION IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* |

I, Richard M De Maria, declare pursuant to 28 U.S.C. § 1746 that:

1. I am of counsel for the Baez Law Firm, counsel for defendant Charlie Javice in the above-captioned action.

2. I submit this declaration in support of my motion to practice *pro hac vice* in the above-captioned action.

3. As shown in the Certificate of Good Standings annexed hereto as **Exhibit A**, which was issued within the past 30 days, I am a member in good standing of the Bar of the state of Florida.

4. I have no disciplinary proceedings pending against me in any federal or state court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am familiar with the standards of professional conduct imposed on members of the New York bar, including the rules governing the conduct of attorneys and the New York Rules of Professional Conduct. I will abide by those standards in the representation of the Defendant in this case.

WHEREFORE, I respectfully request that the Court grant this motion for my admission *pro hac vice* in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2025, in Miami, Florida, USA.

<u>*/s/ Richard M. De Maria /s/*</u>
Richard M. De Maria