UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHARLIE JAVICE and OLIVIER AMAR,

Defendants.

Case No.: 1:23-cr-00251-AKH

# DEFENDANT CHARLIE JAVICE'S NOTICE OF MOTIONS IN LIMINE AND MEMORANDA OF LAW IN SUPPORT

Pursuant to the Court's Order Regulating Proceedings [ECF No. 163], Defendant Charlie Javice hereby makes the following *in limine* motions[1]:

1. Evidence and argument comparing Ms. Javice to well-known, convicted fraudsters should be excluded;

2. The government's exhibits with no path to admissibility should be excluded pretrial;

3. Evidence related to Westside Advisors' Declined Investment in Frank should be excluded;

4. The Court should enter sequestration and nondisclosure orders covering non-party witnesses and their representatives pursuant to Federal Rule of Evidence 615;

5. The Court should not allow the government to call Matthew Glazer to testify.

---

[1] To facilitate the Court's resolution of these matters, Ms. Javice will cause to be delivered to Chambers a copy of each exhibit referenced herein, labeled by exhibit number. Voluminous and media exhibits can be made available upon request of the Court.

Respectfully submitted,

DATED: January 13, 2024

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **BAEZ LAW FIRM** |
| By: /s/ Sara Clark | Jose Baez (*pro hac vice*) |
| | Rosemarie E.W. Peoples (*pro hac vice*) |
| Sara Clark (*pro hac vice*) | 1200 Brickell Avenue |
| 700 Louisiana Street, Suite 3900 | Miami, FL 33131 |
| Houston, TX 77002 | Telephone: (305)-999-5100 |
| Telephone: (713) 221-7100 | jose@baezlawfirm.com |
| saraclark@quinnemanuel.com | rosemarie@baezlawfirm.com |
| | |
| Erica Perdomo (*pro hac vice*) | |
| 2601 South Bayshore Drive, Suite 1550 | **RONALD SULLIVAN PLLC** |
| Miami, FL 33133 | |
| Telephone: (305) 402-4880 | Ronald Sullivan (*pro hac vice*) |
| ericaperdomo@quinnemanuel.com | 1300 I Street NW, Suite 400E |
| | Washington, DC 20005 |
| | Telephone: (202) 313-8313 |
| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.** | rsullivan@ronaldsullivanlaw.com |
| | |
| David Siegal | |
| Ellen Shapiro | |
| 919 Third Avenue | |
| Telephone: (212) 935-3000 | |
| dmsiegal@mintz.com | |
| eshapiro@mintz.com | |
| | |
| Eóin P. Beirne (*pro hac vice*) | |
| Boston, MA 02111 | |
| Telephone: (617) 542-6000 | |
| epbeirne@mintz.com | |

*Counsel for Defendant Charlie Javice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I caused a copy of the foregoing document to be served via ECF on counsel of record.

By: */s/ Sara C. Clark*