# Exhibit A

**Attendees:**
- Charlie, Matt, and Olivier

**\*\*Screenshots of presentation below\*\***

**Click on questions listed below for responses provided by Charlie**

[ TOC \h \u \z ]



- How is a user defined?
  - People that have their login information
    - Wherever you see the gateway on the product is where we capture users
      - FAFSA
      - Scholarships
      - Aid Appeal
      - Classfinder (upon purchase)
      - Debt Mgmt

- How is Retention data defined?
  - Retention is someone that logs back in and access their website

- Breakout of the 5M users?
  - FAFSA
    - 500K FAFSA application # was not the accurate number (Data error)
    - **Closer to 2M users that have begun the FAFSA Application through Frank**
      - "I believe that would be the in progress number"
      - This month we saw an ~80% completion rate this month; much higher than it once was…. ~40%
      - [Charlie will follow-up on the numbers]
  - Enterprise
    - Users obtained from enterprise very new and is still a low amount (less than 10%)
    - Largest p'ships are signed and launch in two week
  - In 2020 about ~60% of users were new to college users

- How do users discover Frank?
  - Most people land on our website by searching key terms that surface our content (i.e. how do you pay for college)

- How far are you on 2021 revenue estimate
  - We are currently on track although a lot of that relies on enterprise p'ships (each have a guaranteed min of 500k)
  - There is seasonality as FAFSA opens in October

- Partnership Overview
  - ACT p'ship is supposed to do $2-3M
  - Sallie Mae is signed and will be launched in 6 months -- they are starting to send traffic on the 28th
    - They want to spend $30M of media and we will be on the front on that
    - They are thinking they will convert 30% of visitors

- - - They previously had a FAFSA help provider over the phone which was not a good user experience
  - Employer element (500K employees)
    - 34 employers will be activated July 15
    - Employers like Adidas

- Are you on track for user growth?
  - Felt short in march due to SEO change
  - We are catching up again but search results did not fall in ranking as other private companies

- How do you think about the simplification act?
  - It increases the market size - eligibility is now wider
    - It adds a population that has prior (drug related offense)
    - Selective Service for men is no longer required
  - Free community college initiatives will all go through FAFSA
  - The simplification only reduces two data fields, and is specific to the paper form that will cut 30-40 questions
  - The roll-out was delayed and still is delayed
  - Not something that we are too concerned about.. You can look at FAFSA app reviews and customer experiences by using the government website
  - FAFSA generally pays non-profits to help with the manual process (not very helpful to students)

- Context on the IRS data retrieval tool
  - Has been online for 5-6 years
  - There are a few issues:
    - You need to setup online IRS account
    - And then you need to be able to pull from it
  - Most family don't like doing it because you don't actual see the data that goes into the form
  - We took down that option as it lowered conversion by >40%

- Who creates the content?
  - Created by Olivier team
  - Generated based on our support questions, current events, and interviewing people
  - We wanted to be an unaffiliated/non-biased resource

- Do you work with any for profit colleges?
  - No, they are all non-profit

- What allows you to offer B2B?
    - When colleges don't have classes offered for students they band together to create a marketplace
    - Although our product seems like B2B it really is B2C
    - [something about a consortium]

- How was the claim that FAFSA takes 13 hours grounded?
    - There have been two scientific studies on this and the one done by Harvard is the one we used which says 13 hours because people end up coming back and forth to finish while working on it offline
    - [Charlie can send the study information]

- What do you view as the company's "Secret Sauce"?
    - First Response:
        - 1) is the pathway… we reorder base on the segment
        - 2) co-account creation … send links to parents
        - 3) Consumer experience on mobile.. Try out FAFSA.gov or process is much better
    - Second Response:
        - Experience - where things are layed out
        - Marketing -- simplify the language
        - IRS tool - we have made a much better data intake in the financial section
        - We are the only ones to have the FAFSA app fully in spanish (very helpful for parents)

- What is the breakout b/w student and parent accounts?
    - 100% student and there is upside on parents (~40%)

- What is the retention rate for users that applied for FAFSA through Frank?
    - 67% YoY FAFSA reapplication
        - This is how many people actually stick with us YoY and is not normalized for graduates

- Pipelines currently being pursued:
    - R&L and UV (College)
    - Employer (largest frontline employer)
    - Finance / institution -- we are far along with other banks that have no student lending nexus
    - District: largest school district (over 1000 schools)
    - K-12 provider

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE                                    CAP_FRANK_00003941

- How does Enterprise marketing work? Do you still own all the rights to the customer?
    - We fully own the customer and can market to them for some time
    - Frank can market whatever products or services to these Enterprise customers
- Retention Curve -- why are the last few months performing worse?
    - In march we wanted to blow out testing budget -- as soon as you add paid mix you get different cohort performance
    - We have a different marketing automation system (braize was implemented) which is also impacting the data
- Details on Enterprise Accounts
    - Sallie Mae alone should be 2-3M accounts a year
    - Enterprise should be 3-4M this year total [I think this was in reference to revenue but it was unclear]

**Customer Offerings by Stage:**

### Pre College
**Junior in High School**

Every Semester
- Classfinder

Every Month
- College Search
- College ROI Tool
- How to Pay for College

**Senior in High School**

Every Semester
- Classfinder
- College Search & ROI First Semester
- ROI Tool Second Semester

Every Month
- Scholarships
- Work-Study
- How to Pay for College Content & Webinars

Every Year
- FAFSA® (October - May)
- Aid Appeal (April - June)
- Entrance Counseling (August, coming soon)
  - Checking/Savings Account, Credit Card, PFM-build credit score

### In College
**Freshman to Junior**

Every Semester
- Classfinder

Every Month
- Scholarships
- Work-Study
- How to Pay for College Content & Webinars
  - PFM, Savings & Credit Score recommendations (coming soon)

Every Year
- FAFSA® (October - May)
- Aid Appeal (April - June)

Daily
- Checking & Credit Card Usage (coming soon)

### Post College

Every Month
- Monthly Income-Driven Plan Payments
- How to Pay for College Content & Webinars
  - PFM, Savings & Credit Score recommendations (coming soon)

Every Year
- Exit Counseling (June, coming soon)
- Switch into Income-Driven Plan (May - June)
- Job Search (boost income for middle-level skills)

Daily
- Checking & Credit Card Usage (coming soon)

\* https://www.forbes.com/sites/markkantrowitz/2020/12/04/unemployment-rates-are-lower-for-college-graduates/?sh=3b6...
\* https://www.brookings.edu/blog/up-front/2020/10/08/major-decisions-what-graduates-earn-over-their...

**Product Launch Dates:**

### Background: Product Timeline for YTD Metrics

- April 2017: Launch FAFSA for Dependent Students
- July 2017: Added FAFSA for Independent Students
- October 2017: Launch How to Pay for College Content Platform
- January 2018: Launch Aid Appeal (all manual service)
- July 2018: Launch College Search
- October 2018: Launch State Aid
- July 2019: Launch Scholarships
- August 2019: Launch College Recommendations
- June 2020: Launch Emergency Grants
- January 2021: Launch Classfinder
- March 2021: Launch the Frank Dashboard
- June 2021: Launch Work-Study
- June 2021: Launch Student Loan Repayment

### Partner Active Campaigns

- June 2020: Large Student Company
- August 2020: Small Liberal Arts School
- September 2020: Career College
- November 2020: Community College
- April 2021: Large Testing Company
- May 2021: Large OPM
- June 2021: Large Lender, Newsletter Media Outlet, Course Content Provider
- July 2021: 32 Employers

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE    CAP_FRANK_00003944

**Product Categories:**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE   CAP_FRANK_00003945

## Money Management

### Debt MGMT
- Estimate how long it will take to pay off total cost of student loan
- Choose from income-driven plans that can help you save more

### Checking & Credit Cards
*Coming Soon*

## Content & Courses

### Classfinder
- Real, transferable college credits
- Courses discounted at up to 70% less
- Over 7,520+ courses from 130+ colleges

### How to Pay for College
- Informative resources to help students along their college journey
- Curated, researched, regularly updated

### ROI Calculator
- Learn if your degree costs more than what you'll earn out of college
- Estimate student loans you will need

### Career Pathways
Learn about jobs & industries, future of work and how to get you there

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE

**Sample Account Sign Up:**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE	CAP_FRANK_00003947



**Dashboard:**





FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE  CAP_FRANK_00003950



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE    CAP_FRANK_00003951



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE    CAP_FRANK_00003953



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE                                        CAP_FRANK_00003954

**Sallie Mae Sample Site:**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CAPITAL ONE

