| | |
|---|---|
| **From:** | Siegal, David [DMSiegal@mintz.com] |
| **Sent:** | 8/4/2022 9:47:57 PM |
| **To:** | ▮▮▮▮▮ (Legal, USA) ▮▮▮▮▮@chase.com] |
| **CC:** | ▮▮▮▮▮@jpmchase.com]; ▮▮▮▮▮@mintz.com] |
| **Subject:** | [EXTERNAL]RE: Privileged - Javice Texts |
| **Attachments:** | C. Javice - Text Messages with Assistant.jpg; C. Javice - Text Messages with Olivier.jpg.png; C. Javice - Text Messages with Natalia.jpg.png |

Dear ▮▮▮,

As requested, enclosed please find three (3) examples of non-substantive, JPM related text communications concerning logistics. Charlie further confirms that, in the course of reviewing her texts for purposes of providing these examples, she did not find substantive business-related texts on her personal phone.

Regards,

**David Siegal**
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6281
DMSiegal@mintz.com | Mintz.com

---

**From:** ▮▮▮▮▮@chase.com>
**Sent:** Wednesday, August 3, 2022 11:25 AM
**To:** Siegal, David <DMSiegal@mintz.com>
**Cc:** ▮▮▮▮▮@Jpmchase.com>
**Subject:** Privileged - Javice Texts

David,

Good meeting you in person the other day!

Following up on our request for examples of logistics-based texts. As previously mentioned, we request (1) 2-3 examples of JPM related texts concerning logistics (meeting times, "I'm running a few minutes late", etc.) from Charlie's personal phone, and (2) confirmation that during her review of her text messages, Charlie did not find substantive business-related texts on her personal phone.

Hoping you can provide the items requested above before the end of next week.

Let me know if you have questions.

Best,

▮▮▮▮▮
Vice President, Assistant General Counsel | Government Investigations & Regulatory Enforcement
JPMorgan Chase & Co.
8181 Communications Parkway, Bldg. B, Floor 5; Plano, Texas 75024


GOVERNMENT EXHIBIT 1508
S1 23 Cr. 251 (AKH)

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00089199
USAO_Rel_000109947

O: @jpmchase.com

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

**Natalia**

> Hey love! Are u back in NY? I'm on my way for a last minute trip

> Yes!! Just got in late last night!!

> Whooohoo

> I sat next to the most fascinating Israeli cyber security founder... need to connect you! He and I are having a drink tonight too...
>
> Have been thinking of you so much!

> What are u doing before that drink :)

> Want to have dinner at the mark? A quick one?

> I have a dinner in Williamsburg ay like 730 but down anytime before to join u and nible

> I'm staying at the Loews so UES is super easy

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00089201
USAO_Rel_000109949

**Olivier Amar**
last seen today at 9:11 AM

> Hahaha — 12:26 PM
> Whatever works — 12:26 PM

right — 12:26 PM

Are you coming to the tech feasibility? No issue if not. Maria will be there — 12:27 PM

> When? — 12:27 PM
> Was I invited? — 12:27 PM

probably not. I just forwarded it to you — 12:27 PM

I can handle it htough — 12:27 PM

It's in Jens room — 12:28 PM

starts in 2 — 12:28 PM

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00089202
USAO_Rel_000109950

**MT**

what time do you want Rafael to help you set up your phone?

let me know times for today and tomorrow... although your today already looks pretty booked

> 12:30 would be perfect. I reached out to the swat team just as a back up if Rafael can't figure it out like last time

1230 today?

*Wed, Jun 29, 11:53 AM*

I got a mtg fwd from you with no content

> Ah. To move crystal to sharads time and confirm Sharad needs time

did you need me to move Crystal your 2pm?

> Yes pls

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00089203
USAO_Rel_000109951