**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  1:23-CR-251 (AKH) |
| v. | |
| CHARLIE JAVICE and OLIVIER AMAR, | **AMENDED MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER TAYBACK** |
| Defendants. | |

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificates of Good Standing annexed thereto, and pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher Tayback, Esq., hereby move this court for an Order for admission to practice *Pro Hac Vice*, in order to appear as counsel for Charlie Javice in the above captioned action.

I am a member in good standing of the State Bar of California. I have never been convicted of a felony and there are no pending disciplinary proceedings against me in any federal or state court.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: January 29, 2025

Respectfully submitted,

*/s/ Christopher Tayback*

Christopher Tayback
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213-443-3000
christayback@quinnemanuel.com