# EXHIBIT A



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 31, 2023

**BY FEDERAL EXPRESS**
Samuel Nitze
Alex Spiro
Sara Clark
JP Kernisan
Maaren Shah
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Counsel for Charlie Javice*

Re:  *United States v. Charlie Javice et al.,* S1 23 Cr. 251 (AKH)

Dear Counsel:

This letter provides additional discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). We are providing a hard drive containing a copy of materials that are stamped USAO_00031527 - USAO_00031546 and CJ_USAO_00002 – CJ_USAO_000039, as detailed below.

The materials enclosed herewith, including this letter, are subject to the protective order governing the disclosure of discovery materials under Fed. R. Crim. P. 16 (Dkt. No. 63), and are designated, pursuant to the protective order, as indicated in the table below. The Government will continue to produce discovery materials pursuant to Fed. R. Crim. P. 16 on a rolling basis.

| Bates Range | Description | Designation |
|---|---|---|
| USAO_00031527 - USAO_00031546; CJ_USAO_00002 - CJ_USAO_00037 | Materials Produced by Google LLC in Response to Search Warrant 23 Mag. 6178 Associated with charlie@withfrank.org | Confidential |
| CJ_USAO_00038 - CJ_USAO_00039 | Materials Produced by Dropbox Inc. in Response to Search Warrant 23 Mag. 6105 Associated with chjavice@gmail.com and charlie@withfrank.org | Confidential |

Page 2

The Government recognizes its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny and will provide timely disclosure of any such material.

The Government will provide material under *Giglio v. United States*, 405 U.S. 150, 154 (1972), and its progeny, in a timely manner prior to trial.

The Government reiterates its request for reciprocal discovery under Federal Rule of Criminal Procedure 16(b).

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: *Micah Fergenson*
Micah F. Fergenson
Dina McLeod
Assistant United States Attorneys
212-637-2190 / -1040