UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE and OLIVIER AMAR,

Defendants.

23-cr-00251-AKH

---

**JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION TO QUASH DEFENDANTS' RULE 17(C) SUBPOENAS**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in support, and the Declaration of Greg D. Andres, nonparty JPMorgan Chase Bank, N.A., pursuant to Fed. R. Crim. P. 17, the decisional authority in this Circuit on that rule, and *Nixon v. United States*, 418 U.S. 863 (1974), will move this Court, before the Honorable Alvin K. Hellerstein at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an Order quashing Defendant Charlie Javice and Defendant Olivier Amar's Rule 17(c) subpoenas dated January 13, 2025 and January 29, 2025.

                                                Greg D. Andres
                                                Sidney Bashago
                                                Katherine Swan
                                                Michelle Adler
                                                Christian Hines
                                                DAVIS POLK & WARDWELL LLP
                                                450 Lexington Avenue
                                                New York, New York 10017
                                                (212) 450-4000

February 3, 2025                            *Attorneys for JPMorgan Chase Bank, N.A.*