**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

February 10, 2025

*[handwritten: Leave to file by Feb. 11, 2025 is granted. 2-10-25 /s/]*

**BY ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Courtroom 14D
500 Pearl St.
New York, NY 10007

Re:    United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    In view of Part 1.A. of this Court's Individual Rules, JPMorgan Chase Bank, N.A. respectfully requests leave to file a letter brief in opposition to Defendant Olivier Amar's letter motion for partial reconsideration, (Dkt. No. 262), no later than tomorrow, February 11.

                                  Respectfully submitted,


                                  /s/ Greg D. Andres
                                  Greg D. Andres
                                  Sidney Bashago
                                  Katherine Swan
                                  Michelle Adler
                                  Christian Hines
                                  DAVIS POLK & WARDWELL LLP
                                  450 Lexington Avenue
                                  New York, New York 10017
                                  (212) 450-4000
                                  greg.andres@davispolk.com
                                  sidney.bashago@davispolk.com
                                  katherine.swan@davispolk.com
                                  michelle.adler@davispolk.com
                                  christian.hines@davispolk.com

                                  *Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)