**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402 4880 FAX (305) 901 2975

March 11, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Defendant Charlie Javice ("Ms. Javice") respectfully requests to file a response to the government's Motion to Preclude Use of Privileged Text Message, (Dkt. 321), no later than March 14, 2025, pursuant to Local Criminal Rule 49.1. *See* Local Crim. Rule 49.1 ("Unless otherwise provided by statute or rule, or unless ordered otherwise by the court in a judge's individual practices or in a direction in a particular case, . . . [a]ny opposing papers must be filed within 14 days after service of the motion papers.").

Respectfully submitted,

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By: /s/ Erica Perdomo
Erica Perdomo (*pro hac vice*)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
ericaperdomo@quinnemanuel.com

cc: All Counsel of Record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH