# EXHIBIT B

Case 1:23-cr-00251-AKH    Document 359-2    Filed 03/24/25    Page 2 of 4



DEFENDANT'S
EXHIBIT
CJ 1730
S1 23 Cr. 251 (AKH)

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-1730.0001
JPMC_00777516
USAO_Rel_001730677

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-1730.0002
JPMC_00777517
USAO_Rel_001730678

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-1730.0003
JPMC_00777518
USAO_Rel_001730679