UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :     **VERDICT FORM**
        -against-                                            :
                                                             :     23 Cr. 251 (AKH)
                                                             :
CHARLIE JAVICE and                                           :
OLIVIER AMAR,                                                :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ X

1

Court Ex #5

I. **COUNT ONE: Conspiracy**

As to COUNT ONE, how do you find CHARLIE JAVICE?

Guilty ✓    Not Guilty _____

As to COUNT ONE, how do you find OLIVIER AMAR?

Guilty ✓    Not Guilty _____

II. **COUNT TWO: Wire Fraud**

As to COUNT TWO, how do you find CHARLIE JAVICE?

Guilty ✓    Not Guilty _____

As to COUNT TWO, how do you find OLIVIER AMAR?

Guilty ✓    Not Guilty _____

III. **COUNT THREE: Bank Fraud**

As to COUNT THREE, how do you find CHARLIE JAVICE?

Guilty ✓    Not Guilty _____

As to COUNT THREE, how do you find OLIVIER AMAR?

Guilty ✓    Not Guilty _____

**PROCEED TO NEXT PAGE**

IV.  **COUNT FOUR: Securities Fraud**

As to COUNT FOUR, how do you find CHARLIE JAVICE?

Guilty ✓   Not Guilty _____

As to COUNT FOUR, how do you find OLIVIER AMAR?

Guilty ✓   Not Guilty _____

You have reached a verdict. The jury foreperson should sign and date this form and advise the court security person only that a verdict has been reached. Do not tell him the verdict or give them the verdict sheet. You will be called into court to read the verdict and produce the verdict sheet.

███████████
Signature of foreperson

___3/28/25___
Date