# EXHIBIT A

## PART 2 OF 2

# The Defendants Bought Data to Cover Their Tracks

From: Denise Lyn[IMCEAEX-
_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-
DLYN@namprd15.prod.outlook.com]
Sent: Mon 8/2/2021 3:31:28 PM Coordinated Universal Time
To: Steve Stolls[sstolls@aslmarketing.com]
Sent on behalf of: Denise Lyn <IMCEAEX-
_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-
DLYN@namprd15.prod.outlook.com>
Subject: Withfrank.org- College Market

I just got off the phone with the prospect; he is in the college market.

He has a house file that he wants to append (augment data to). The second part is postal mailing.

He is looking for 10MM records and would like a call.

He is looking to move very "quickly" on this and would like a call today.

Are you available today for a call?

# The Defendants Bought Data to Cover Their Tracks



**Steve Stolls**

**Q.** And which types of data fields did ASL use to match a customer's data with ASL's data?

**A.** Typically first and last name and full postal address.

Trial Tr. 1293:19-21

104

# The Defendants Bought Data to Cover Their Tracks



**Tani Ochs**

**A.** In my experience over the last 20-some years, the three data companies I've worked for all require an input record that includes a name, street, city, state, and zip code.

Trial Tr. 947:13-15

105

# The Defendants Bought Data to Cover Their Tracks



**Jen Wong**

**Q.** Could Frank augment data from Google Analytics users who had never provided a piece of PII to Frank?

**A.** No.

**Q.** And why not?

**A.** We can't add on more information to people we don't know anything about.

Trial Tr. 1034:25, 1035:1-5

106

# The Defendants Bought Data to Cover Their Tracks

**From:** Olivier Amar [mailto:olivier@withfrank.org]
**Sent:** Thursday, August 5, 2021 10:57 AM
**To:** Denise Lyn <dlyn@aslmarketing.com>
**Cc:** Steve Stolls <sstolls@aslmarketing.com>
**Subject:** Re: College data

Hi Denise,

3:30 is great, but can we make sure to close this today? We're rushed on this, so if you can prepare the lists of 4.5m (2.8m with emails and 1.7m without) as well as confirm pricing them that would be great.

If we can't close this today, we will have to move forward with another vendor as we have limited time with this data scientist and time is ticking.

Thanks

GX 2310

108

# The Defendants Bought Data to Cover Their Tracks

| August 1, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 9:52:09 AM | Javice | Need to talk about a data pull and strategy |
| 10:06:34 AM | Javice | Ur gonna need to block off ur day. And good news on the offers |

GX 801-2

# The Defendants Bought Data to Cover Their Tracks

| August 3, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 12:11:45 PM | Javice | I need the data today |

GX 801-9

# The Defendants Bought Data to Cover Their Tracks

| August 4, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 7:45:02 PM | Javice | How's asl data going |
| 7:45:16 PM | Javice | I need it charged and wrapped tomorrow |
| 8:16:40 PM | Amar | Tomorrow should be good. |

GX 801-15

# The Defendants Bought Data to Cover Their Tracks

| August 5, 2021 | | |
| --- | --- | --- |
| **Time (Eastern)** | **Sender** | **Message** |
| 8:38:53 AM | Javice | Can u call and email asl now |
| 8:38:59 AM | Amar | Yeah |
| 8:39:02 AM | Amar | I'm on it |
| 8:39:08 AM | Javice | Need that thing ASAP and stress needs to charge card today |

GX 801-16

# The Defendants Bought Data to Cover Their Tracks

| August 5, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 11:30:44 AM | Javice | Asl please |
| 11:30:48 AM | Javice | It's seriously urgent |
| 11:30:56 AM | Amar | Already spoke to them |

GX 801-17

# The Defendants Bought Data to Cover Their Tracks

**From:** Olivier Amar [mailto:olivier@withfrank.org]
**Sent:** Friday, August 6, 2021 8:46 AM
**To:** Denise Lyn <dlyn@aslmarketing.com>; Steve Stolls <sstolls@aslmarketing.com>
**Subject:** Fwd: College data

Hi Denise.

Can you please see the email below from my CEO and send me the counts as requested?

Thanks

Olivier

---------- Forwarded message ----------
From: **Charlie Javice** <charlie@withfrank.org>
Date: Fri, Aug 6, 2021 at 8:40 AM
Subject: Re: College data
To: Olivier Amar <olivier@withfrank.org>

Please reply to them to ask for the exact row count across every data attribute from all the files they sent over.
    1. First Name
    2. Last Name
    3. Email
    4. Address

Charlie

GX 2308

114

# The Defendants Bought Data to Cover Their Tracks

**From:** Olivier Amar [mailto:olivier@withfrank.org]
**Sent:** Thursday, August 5, 2021 12:01 PM
**To:** Denise Lyn <dlyn@aslmarketing.com>
**Cc:** Steve Stolls <sstolls@aslmarketing.com>
**Subject:** Re: College data

I'd like the tots to be 4.5m so yes please.

Olivier

GX 2310

# The Defendants Bought Data to Cover Their Tracks

**From:** Olivier Amar [mailto:olivier@withfrank.org]
**Sent:** Friday, August 6, 2021 8:46 AM
**To:** Denise Lyn <dlyn@aslmarketing.com>; Steve Stolls <sstolls@aslmarketing.com>
**Subject:** Fwd: College data

Hi Denise.

Can you please see the email below from my CEO and send me the counts as requested?

Thanks

Olivier

---------- Forwarded message ---------
From: **Charlie Javice** <charlie@withfrank.org>
Date: Fri, Aug 6, 2021 at 8:40 AM
Subject: Re: College data
To: Olivier Amar <olivier@withfrank.org>

Please reply to them to ask for the exact row count across every data attribute from all the files they sent over.
1. First Name
2. Last Name
3. Email
4. Address

Charlie

GX 2308

116

# The Defendants Bought Data to Cover Their Tracks

| Variable | % Captured | Comments | Count |
|---|---|---|---|
| STUDENT_FIRST_NAME | 100.00% | | 4,265,085 |
| STUDENT_LAST_NAME | 100.00% | | 4,265,085 |
| STUDENT_EMAIL | 100.00% | Provided as Unique ID | 4,265,085 |
| STUDENT_PHONE_NUM | 100.00% | | 4,265,085 |

GX 1140

117

# The Defendants Bought Data to Cover Their Tracks

| August 5, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 12:05:33 PM | Amar | <mark>You'll have 4.5m users today.</mark> Just closed it |
| 12:05:59 PM | Amar | 2.3 cents per user. 105k price |
| 12:06:06 PM | Javice | perdfect |
| 12:06:07 PM | Javice | love you |
| 12:06:18 PM | Amar | :-) |

GX 801-18

119

## The Defendants Bought Data to Cover Their Tracks



| August 5, 2021 | |
| --- | --- |
| **Sender** | **Message** |
| **Amar** | **You'll have 4.5m users today.** |

# Ten Reasons You Know the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**

2. **The Defendants Created the Fraud Spreadsheet Together**

3. **The Defendants' Lies Were Important to Potential Buyers**

4. **The Defendants Used Fake Data to Trick the Bank**

5. **The Defendants Bought Third-Party Data as an Insurance Policy**

6. **The Lies about Unique IDs**

121

# The Lies about Unique IDs



**Alex Sweeney**

**Q.** And what was Ms. Javice's reaction to the proposed list that we just looked at?

**A.** She was sort of negotiating on what data points we'd be allowed or that she would provide to validate.

Trial Tr. 1457:16-19

# The Lies about Unique IDs

**Alex Sweeney**

**Q.** And what was your reaction to that?

**A.** I was surprised because I had thought that we were already in agreement that the exercise was going to be completed and we were going to provide the data to Acxiom from Frank to validate.

Trial Tr. 1457:20-24

# The Lies about Unique IDs

| Data Variable Validation Request Details | | | | |
|---|---|---|---|---|
| How many UNIQUE customer accounts exist? | | XXX | | |
| Of those records, what % include each data field below? | | | | |
| **Variable** | **% Capture** | **Y/N** | | **Comments** |
| STUDENT_FIRST_NAME | X% | y | | Provided as Unique ID |
| STUDENT_LAST_NAME | X% | y | | Provided as Unique ID |
| STUDENT_EMAIL | X% | y | | Provided as Unique ID |
| STUDENT_PHONE_NUM | X% | y | | Provided as Unique ID |
| STUDENT_HOME_ADDR | X% | y | | |
| STUDENT_HOME_ADDR_APT | X% | y | | Provided as Unique ID |
| STUDENT_BIRTHDAY | X% | y | | Provided as Unique ID |
| STUDENT_MAJR_INTRST | X% | y | | Data limited due to application logic |
| YEAR_OF_SCHOOL | X% | y | | |
| DEGREE_LEVEL | X% | y | | |
| CITY_OF_HIGH_SCHOOL | X% | y | | |
| STUDENT_IS_MARRIED | X% | y | | |
| HAS_CHILDREN | X% | y | | |
| MILITARY_STATUS | X% | y | | Data limited due to application logic |
| PARENT_NUM_CHILDREN_FIN_SUPP | X% | y | | Data limited due to application logic |
| STUDENT_COMPLETED_TAX_RETURN | X% | y | | Data limited due to application logic |
| STUDENT_EARNINGS_WORKING | X% | y | | Data limited due to application logic |
| STUDENT_SPOUSE_EARNINGS_WORKING | X% | y | | Data limited due to application logic |
| STUDENT_CASH_ASSETS | X% | y | | |
| NET_WORTH_STUDENT_INVESTMENTS | X% | y | | Data limited due to application logic |
| IS_US_CITIZEN | X% | y | | |
| STUDENT ADJUSTED GROSS INCOME | X% | y | | |
| NUMBER OF SCHOOLS TO SEND FAFSA | X% | y | | |

GX 2203

# The Lies about Unique IDs

| Data Variable Validation Request Details | | | | |
|---|---|---|---|---|
| How many UNIQUE customer accounts exist? | | XXX | | |
| Of those records, what % include each data field below? | | | | |

| Variable | % Capture | Y/N | Comments |
|---|---|---|---|
| STUDENT_FIRST_NAME | X% | y | Provided as Unique ID |
| STUDENT_LAST_NAME | X% | y | Provided as Unique ID |
| STUDENT_EMAIL | X% | y | Provided as Unique ID |
| STUDENT_PHONE_NUM | X% | y | Provided as Unique ID |
| STUDENT_HOME_ADDR | X% | y | |
| STUDENT_HOME_ADDR_APT | X% | y | Provided as Unique ID |
| STUDENT_BIRTHDAY | X% | y | Provided as Unique ID |
| STUDENT_MAJR_INTRST | X% | y | Data limited due to application logic |
| YEAR_OF_SCHOOL | X% | y | |
| DEGREE_LEVEL | X% | y | |
| CITY_OF_HIGH_SCHOOL | X% | y | |
| STUDENT_IS_MARRIED | X% | y | |
| HAS_CHILDREN | X% | y | |
| MILITARY_STATUS | X% | y | Data limited due to application logic |
| PARENT_NUM_CHILDREN_FIN_SUPP | X% | y | Data limited due to application logic |
| STUDENT_COMPLETED_TAX_RETURN | X% | y | Data limited due to application logic |
| STUDENT_EARNINGS_WORKING | X% | y | Data limited due to application logic |
| STUDENT_SPOUSE_EARNINGS_WORKING | X% | y | Data limited due to application logic |
| STUDENT_CASH_ASSETS | X% | y | |
| NET_WORTH_STUDENT_INVESTMENTS | X% | y | Data limited due to application logic |
| IS_US_CITIZEN | X% | y | |
| STUDENT ADJUSTED GROSS INCOME | X% | y | |
| NUMBER OF SCHOOLS TO SEND FAFSA | X% | y | |

GX 2203

# The Lies about Unique IDs

| Data Variable Validation Request Details | | | | |
|---|---|---|---|---|
| How many UNIQUE customer accounts exist? | | XXX | | |
| Of those records, what % include each data field below? | | | | |
| | | | | |
| Variable | % Capture | Y/N | | Comments |
| STUDENT_FIRST_NAME | X% | y | | Provided as Unique ID |
| STUDENT_LAST_NAME | X% | y | | Provided as Unique ID |
| STUDENT_EMAIL | X% | y | | Provided as Unique ID |
| STUDENT_PHONE_NUM | X% | y | | Provided as Unique ID |
| STUDENT_HOME_ADDR | X% | y | | |
| STUDENT_HOME_ADDR_APT | X% | y | | Provided as Unique ID |
| STUDENT_BIRTHDAY | X% | y | | Provided as Unique ID |
| STUDENT_MAJR_INTRST | X% | y | | Data limited due to application logic |
| YEAR_OF_SCHOOL | X% | y | | |
| DEGREE_LEVEL | X% | y | | |
| CITY_OF_HIGH_SCHOOL | X% | y | | |
| STUDENT_IS_MARRIED | X% | y | | |
| HAS_CHILDREN | X% | y | | |
| MILITARY_STATUS | X% | y | | Data limited due to application logic |
| PARENT_NUM_CHILDREN_FIN_SUPP | X% | y | | Data limited due to application logic |
| STUDENT_COMPLETED_TAX_RETURN | X% | y | | Data limited due to application logic |
| STUDENT_EARNINGS_WORKING | X% | y | | Data limited due to application logic |
| STUDENT_SPOUSE_EARNINGS_WORKING | X% | y | | Data limited due to application logic |
| STUDENT_CASH_ASSETS | X% | y | | |
| NET_WORTH_STUDENT_INVESTMENTS | X% | y | | Data limited due to application logic |
| IS_US_CITIZEN | X% | y | | |
| STUDENT ADJUSTED GROSS INCOME | X% | y | | |
| NUMBER OF SCHOOLS TO SEND FAFSA | X% | y | | |

GX 2203



# The Lies about Unique IDs

**Alex Sweeney**

**A. …** If all the most critical detail was just an ID, we would just be validating that an ID existed there and we would be completely taking Charlie for her word that all of the data for those customers were mapped back to those IDs in her system.

Trial Tr. 1465:20-24

# The Lies about Unique IDs



**Alex Sweeney**

**A.** The clearly visible customer information and PII would be provided to Acxiom to validate.

Trial Tr. 1466:24-25

# The Lies about Unique IDs

**From:** Sweeney, Alex (CCB, USA) <alex.sweeney@chase.com>
**Sent:** Tuesday, August 03, 2021 4:25 PM
**To:** Wims Morris, Leslie (CCB, USA) <leslie.wimsmorris@chase.com>; Zickafoose, Breann M (Legal, USA) <breann.m.zickafoose@jpmchase.com>; Williams, Natalie R (Legal, USA) <natalie.r.williams@jpmchase.com>; Carmody, Brian J (Legal, USA) <brian.j.carmody@chase.com>; Tavelli, Brendon (Legal, USA) <brendon.tavelli@chase.com>
**Cc:** Seltzer, Adam B (CCB, USA) <adam.b.seltzer@chase.com>; Goodman, Steve W (CCB, USA) <steve.w.goodman@chase.com>; Macdonald, Ryan S (CCB, USA) <ryan.s.macdonald@jpmorgan.com>
**Subject:** RE: Finland Acxiom Update

Steve and I connected with Charlie

Without adding to the timeline – she is able to provide the following PII to Axciom in the clear:
- First name
- Last name
- Phone
- DOB

This leaves email and address that would be provided as a unique ID because they are hashed in Finland's system and thus require more work to pull.

Steve is aligned from a business POV.

GX 1754-R

# The Lies about Unique IDs



**Patrick Vovor**

**Q.** Are any data fields in Frank's user database hashed or encrypted?

**A.** Yes.

**Q.** Which data fields are hashed or encrypted?

**A.** The sensitive personal information like Social Security number, driver's license, birth date, I guess.

**Q.** How about e-mail address?

**A.** No.

**Q.** How about home address?

**A.** No.

Trial Tr. 1579:16-25

# The Lies about Unique IDs

From:          Adam Kapelner [kapelner@gmail.com]
on behalf of   Adam Kapelner <kapelner@gmail.com> [kapelner@gmail.com]
Sent:          8/4/2021 5:37:11 PM
To:            Charlie Javice [charlie@withfrank.org]
Subject:       Re: Encryption info


They will look fake. So let's use a unique ID.

On Wed, Aug 4, 2021 at 1:02 PM Charlie Javice <charlie@withfrank.org> wrote:
 will the fake emails look real with an eye check or better to use unique ID?

On Wed, Aug 4, 2021 at 12:56 PM Adam Kapelner <kapelner@gmail.com> wrote:
 You have the student email marked as "provided as unique ID" but didn't we agree to make fake ones a la
 "asdugnsdf@gmail.com"? Or do you want a unique ID after all?

GX 1568

# Ten Reasons You Know the Defendants Are Guilty

**1. The Defendants Told Lies Together During Diligence**

**2. The Defendants Created the Fraud Spreadsheet Together**

**3. The Defendants' Lies Were Important to Potential Buyers**

**4. The Defendants Used Fake Data to Trick the Bank**

**5. The Defendants Bought Third-Party Data as an Insurance Policy**

**6. The Lies about Unique IDs**

**7. The Defendants Doctored Their Billing Records to Cover Their Tracks**

# The Defendants Doctored Billing Records For Kapelner

**Services Rendered:**

| Date | Time In | Time Out | # Hours | Type | Description |
|------|---------|----------|---------|------|-------------|
| 8/3/2021 | 14:15 | 15:05 | 0.833 | Data Science Services | Orientation video meeting with Charlie |
| 8/3/2021 | 15:30 | 17:30 | 2.000 | Data Science Services | generating features for projects 2-5 |
| 8/3/2021 | 20:55 | 21:10 | 0.250 | Data Science Services | college major generation |
| 8/3/2021 | 21:45 | 0:20 | 2.583 | Data Science Services | generation of all features except for the financials, zip code lookup fillin. |
| 8/4/2021 | 9:15 | 13:05 | 3.833 | Data Science Services | first names, last names, emails, phone numbers, looking into whitepages, unique IDs |
| 8/4/2021 | 13:30 | 19:15 | 5.750 | Data Science Services | group II variables (tax return, financials) + zoom meeting for checkin |
| 8/4/2021 | 19:45 | 1:10 | 5.417 | Data Science Services | recoding variables, double checking spreadsheet, on zoom chat |
| 8/5/2021 | 8:30 | 10:00 | 1.500 | Data Science Services | meeting to check over file, phone number validation, file uploading |

| | |
|---|---|
| Total Hours: | 22.17 |
| Hourly Rate: | $600 |
| Wage Subtotal: | $13,300.00 |
| Expenses Incurred: | $0.00 |
| Grand Total: | **$13,300.00** |

I pledge that this invoice is accurate.

_[signature]_

Adam Kapelner,
Consultant

August 5, 2021

Date

GX 1674-A

# The Defendants Doctored Billing Records For Kapelner

Services Rendered:

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Data science services | 22.17 | $ 811.91 | $ 18,000.00 |

Expenses Incurred:    $0.00

Amount Due:    **$    18,000.00**

I pledge that this invoice is accurate.

August 5, 2021

Adam Kapelner,
Consultant

Date

GX 1675-A

# The Defendants Doctored Billing Records For Exact Data



**Tani Ochs**

**Q.** Can you tell us about your discussion with Mr. Amar on the phone after you sent this purchase order to him?

**A.** My recollection of that conversation on the phone is that I had inquired about his time frame for signing the acceptance, and then he also had requested that I modify the invoice to remove the quantity of names.

**Q.** Did Mr. Amar say anything about why he wanted you to remove the quantity of names or quantity of data from the invoice?

**A.** He did not.

Trial Tr. 934:8-16

# The Defendants Doctored Billing Records For Exact Data



GX 1651

# The Defendants Doctored Billing Records For Exact Data



GX 1580

# The Defendants Doctored Billing Records For ASL

**ASL** marketing

| | |
|---|---|
| ASL Order Number | 703-2021 |
| Date Issued: | AUGUST 4, 2021 |

## Data Rental Agreement

### Client Contact Info

| | |
|---|---|
| Customer Name | WITHFRANK.ORG |
| Primary Contact | OLIVIER AMAR |
| Phone | |
| E-mail | olivier@withfrank.org |

| | |
|---|---|
| Billing Contact | OLIVIER AMAR |
| Customer | WITHFRANK.ORG |
| Billing Address | 12 EAST 49TH STREET - 11TH FLOOR |
| Address | NEW YORK, NY 10017 |
| Phone | |
| Fax | |
| Billing E-mail | olivier@withfrank.org |

### ASL Marketing Contact Info

| | |
|---|---|
| ASL Accounting Contact | Sue Maguire |
| ASL Sales Rep | DENISE LYN |
| Phone | 516.248.6100 |
| E-mail | dlyn@aslmarketing.com |

| | |
|---|---|
| Send Payment to: | ASL Marketing |
| Address | 500 Bi County Blvd., Suite 460 |
| Address | Farmingdale, NY 11735 |
| Phone | 516.248.6100 |
| Fax | 516.248.6364 |
| Accounting E-mail | smaguire@aslmarketing.com |

### LINE ITEMS

| Campaign/Mail Dates | Description | Notes | Quantity | Price per unit | Total Cost |
|---|---|---|---|---|---|
| INTERNAL USE | Postal Addresses | | 2,039,511 | | $105,000.00 |
| | Email Addresses | | 2,460,489 | | |
| | Class Years: ALL | | | | |
| | File Years: 2017 - 2021 | | | | |
| | | | | | |
| | | | | | |
| | | | | 105,000.00 |

GX 2330, GX 2328

# The Defendants Doctored Billing Records For ASL



GX 2330, GX 2328



## The Defendants Created a Cover Story

| August 3, 2021 | |
| --- | --- |
| **Sender** | **Message** |
| Javice | On with Michael and **another** and they both said buy it and move quick |

GX 801-9



# The Defendants Created a Cover Story

From:            Charlie Javice █████████████
on behalf of     Charlie Javice ████████████████████████
Sent:            8/2/2021 10:30:13 PM
To:              Olivier Amar [olivier@withfrank.org]
Subject:         Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21


I'm on it!! Let me get board approval and will be awesome

From: Olivier Amar <olivier@withfrank.org>
Sent: Monday, August 2, 2021 6:22:06 PM
To: Charlie Javice ████████████████
Subject: Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21

Would love this for Marketing Automation to boost our lists to market scholarships and class finder.

Nice!

Olivier

From: Tani Ochs <tani.ochs@exactdata.com>
Sent: Monday, August 2, 2021 4:43:09 PM
To: Charlie Javice ████████████████
Subject: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21


Hello Charlie,

Attached you will find the revised count for your review.  I found an error on the verbal qty I had provided on
the phone, so this works in your favor.  I will work on a sample of this data.  Thanks Tani

GX 1577

## The Defendants Created a Cover Story

| August 2, 2021 📞 | | | |
|---|---|---|---|
| **Time** | **From** | **To** | **Duration** |
| 06:09:45 PM | Javice | Amar | 11 m 13 s |

GX 902

# Ten Reasons You Know the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**

2. **The Defendants Created the Fraud Spreadsheet Together**

3. **The Defendants' Lies Were Important to Potential Buyers**

4. **The Defendants Used Fake Data to Trick the Bank**

5. **The Defendants Bought Third-Party Data as an Insurance Policy**

6. **The Lies about Unique IDs**

7. **The Defendants Doctored Their Billing Records to Cover Their Tracks**

8. **After the Acquisition, the Defendants Continued Lying to JPMorgan**

# After Acquisition, the Defendants Continued Lying to JPMorgan

**Ryan MacDonald**

**A.** Yeah. So I was at this point just very frustrated about not having received the customer file, so that's where I started. We discussed the customer file and why it was taking so long to get. . . .

Trial Tr. 2387:22-25

# After Acquisition, the Defendants Continued Lying to JPMorgan



**Ryan MacDonald**

**A.** <mark>I was specifically asking for the list,</mark> and during that discussion was questioning why it was so difficult to provide the list when a list had been provided previously to Acxiom during the data validation for due diligence.

Trial Tr. 2571:21-24

# After Acquisition, the Defendants Continued Lying to JPMorgan



**Ryan MacDonald**

**A.** Ms. Javice had said that they were finishing up completion of the file to be able to send to the marketing team.

Trial Tr. 2389:9-10

# After Acquisition, the Defendants Continued Lying to JPMorgan

| January 14, 2022 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 12:37:36 PM | Javice | U can send mark and Kelly the waterfall today |
| 12:37:38 PM | Javice | Of counts |
| 12:37:58 PM | Amar | <mark>I already told them yesterday it was around 1m</mark> |

GX 801-46

# After Acquisition, the Defendants Continued Lying to JPMorgan

| | |
|---|---|
| **From:** | Charlie Javice [charlie@withfrank.org] |
| **on behalf of** | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| **Sent:** | 1/18/2022 7:14:16 PM |
| **To:** | Divilek, Sonali [sonali.divilek@chase.com]; Seideman, Neil [neil.seideman@chase.com]; Macdonald, Ryan S [ryan.s.macdonald@jpmorgan.com]; Amar, Olivier [olivier.amar@chase.com] |
| **Subject:** | User Breakdown |
| **Attachments:** | User_Breakdown_2021_Update (1).xlsx |

From the spreadsheet attached, you can see the following:

5.6MM users — our total churned users (graduated students) 3.88MM — Partner Co-Brand sites 0.73MM = 0.99 net marketable users

GX 1693

# After Acquisition, the Defendants Continued Lying to JPMorgan



| | |
|---|---|
| From: | Charlie Javice [charlie@withfrank.org] |
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 1/18/2022 7:14:16 PM |
| To: | Divilek, Sonali [sonali.divilek@chase.com]; Seideman, Neil [neil.seideman@chase.com]; Macdonald, Ryan S [ryan.s.macdonald@jpmorgan.com]; Amar, Olivier [olivier.amar@chase.com] |
| Subject: | User Breakdown |
| Attachments: | User_Breakdown_2021_Update (1).xlsx |

Sharing the spreadsheet with user counts with the feedback from Neil and Sonali that is incorporated from earlier today. Feel free to share the breakdown with your team. Olivier has already shared the net number last week with Kelly and Mark.

GX 1693

# Ten Reasons the Defendants Are Guilty

**1. The Defendants Told Lies Together During Diligence**

**2. The Defendants Created the Fraud Spreadsheet Together**

**3. The Defendants' Lies Were Important to Potential Buyers**

**4. The Defendants Used Fake Data to Trick the Bank**

**5. The Defendants Bought Third-Party Data as an Insurance Policy**

**6. Augmenting Website Visitors Was Not Possible**

**7. The Defendants Doctored Billing Records and Created a Cover Story**

**8. After Acquisition, the Defendants Continued Lying to JPMorgan**

**9. After Acquisition, the Defendants Passed off Purchased Data as Users**

# After Acquisition, the Defendants Passed off Purchased Data as Users

**From:** Goldstein, Mark D (CCB, USA) <mark.d.goldstein@chase.com>
**Sent:** Thursday, January 06, 2022 9:12 AM
**To:** Amar, Olivier (CCB, USA) <olivier.amar@chase.com>; Sturgeon, Barbara (CCB, USA) <barbara.sturgeon@chase.com>;
Schwarz, Jeffrey C (CCB, USA) <jeffrey.c.schwarz@chase.com>; Drakeford, Keona (CCB, USA)
<keona.drakeford@jpmorgan.com>; Boyes, David (CCB, USA) <david.boyes@Chase.com>
**Subject:** Initial Frank User Data Transfer

Hi Olivier, hope you're doing well & had a great break.

We're ready for the initial Frank user data transfer, and I included the details below.

GX 1726



# After Acquisition, the Defendants Passed off Purchased Data as Users

**From:** Olivier Amar [mailto:olivier@withfrank.org]
**Sent:** Thursday, August 5, 2021 12:01 PM
**To:** Denise Lyn <dlyn@aslmarketing.com>
**Cc:** Steve Stolls <sstolls@aslmarketing.com>
**Subject:** Re: College data

On Thu, Aug 5, 2021 at 11:58 AM Denise Lyn <dlyn@aslmarketing.com> wrote:
  The files are huge and will take a little while to process but we can definitely get them to you today.

  The exact count for the email addresses is 2,460,489 (short 339,511)
  Would you like us to increase the records for the postal addresses?

GX 2310



# After Acquisition, the Defendants Passed off Purchased Data as Users



**Adam Kapelner**

Q. . . . Was that your understanding of the data you were going to be receiving from Ms. Javice?

A. Yes. My understanding was it was Frank's student users.

Trial Tr. 1980:22-24



# After Acquisition, the Defendants Passed off Purchased Data as Users

**From:** Olivier Amar <olivier@withfrank.org>
**Sent:** Tuesday, August 3, 2021 5:18 PM
**To:** Denise Lyn <dlyn@aslmarketing.com>
**Cc:** Steve Stolls <sstolls@aslmarketing.com>
**Subject:** Re: College data

All in all it looks good, but it looks like the overlap is in the mid 20's a bit lower than I expected. Also, this list of 100K has only 8978 emails, so almost 9%. I can augment the other 90% with another service but that will incur extra costs.

I'd like to move forward with the ~3 million that have emails and another 1.5 million that don't. Can you price that out for me based on the lower than expected overlap and the costs I'll have to incur on the extra 1.5? If the price is right, we could get this done today.

GX 2310



dans le S3 bucket,
tu te rappelles, la liste

*in the S3 bucket,
you remember, the list*

GX 300, GX 300-T

dans le S3 bucket,
tu te rappelles, la liste

in the S3 bucket,
you remember, the list

GX 300, GX 300-T

les utilisateurs,
ils avaient une date quelconque.

*the users,*
*they had some date.*

GX 300, GX 300-T

Je me rappelle que
quand on l'a enrichie,

*I remember that
when we enriched it,*

GX 300, GX 300-T

# After Acquisition, the Defendants Passed off Purchased Data as Users

| | |
|---|---|
| From: | Amar, Olivier [olivier.amar@chase.com] |
| Sent: | 1/6/2022 4:06:20 PM |
| To: | Goldstein, Mark D [mark.d.goldstein@chase.com]; Sturgeon, Barbara [barbara.sturgeon@chase.com]; Schwarz, Jeffrey C [jeffrey.c.schwarz@chase.com]; Drakeford, Keona [keona.drakeford@jpmorgan.com]; Boyes, David [david.boyes@chase.com] |
| CC: | Javice, Charlie [charlie.javice@chase.com] |
| Subject: | RE: Initial Frank User Data Transfer |

Engineering is presently bogged down in fixing a critical issue in processing financial aid applications.

I'm not sure we'll make Monday's deadline as a result. I'll reach out when they free up and can take time out of their sprint for this.

GX 1726

JAVICE: That's perfect. Bye.

GX 300, GX 300-T

JAVICE: and...and step 2

is in the marketing growth
S3 bucket what we have,

it's literally the ASL list is what...

it's that augmented by emails

GX 300, GX 300-T

VOVOR: Ok.

GX 300, GX 300-T

# After Acquisition, the Defendants Passed off Purchased Data as Users



GX 300 6m:46s, GX 300-T

# After Acquisition, the Defendants Passed off Purchased Data as Users



| From: | Charlie Javice [charlie@withfrank.org] |
|---|---|
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 1/18/2022 7:14:16 PM |
| To: | Divilek, Sonali [sonali.divilek@chase.com]; Seideman, Neil [neil.seideman@chase.com]; Macdonald, Ryan S [ryan.s.macdonald@jpmorgan.com]; Amar, Olivier [olivier.amar@chase.com] |
| Subject: | User Breakdown |
| Attachments: | User_Breakdown_2021_Update (1).xlsx |

= 0.99 net marketable users

| January 14, 2022 | | |
|---|---|---|
| Time (Eastern) | Sender | Message |
| 12:37:58 PM | Amar | I already told them yesterday it was around 1m |

GX 1693, GX 801-18

Ensemble, ça va faire 990 000
et quelques, utilisateurs. Alright ?

*Together, that's going to make*
*990,000 and some users. Alright?*

GX 300, GX 300-T

# After Acquisition, the Defendants Continued Lying to JPMorgan

| January 14, 2022 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 10:15:08 AM | Amar | Patrick says he never touched the ASL list |
| 10:15:15 AM | Javice | i know\ |
| 10:15:16 AM | Amar | Adam will have to do the ASL list |

GX 801-46

# After Acquisition, the Defendants Continued Lying to JPMorgan

| January 14, 2022 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 04:30:45 AM | Javice | s3://files-for-growth/CONTACTS_DIRECTMAIL/ |

GX 801-46

# After Acquisition, the Defendants Passed off Purchased Data as Users



GX 572

# After Acquisition, the Defendants Passed off Purchased Data as Users



GX 2708

# After Acquisition, the Defendants Passed off Purchased Data as Users

| GX | FILE NAME |
|----|-----------|
| **GX 501** | Frank_Marketing_List.csv |
| **GX 502** | Frank_18_134955_Cleaned.csv |
| **GX 503** | Frank_18_134955_jpmc.csv |

GX 2706

# After Acquisition, the Defendants Passed off Purchased Data as Users

| GX | COMPARED GX | RESULT |
|---|---|---|
| **GX 501**<br>**("Frank_Marketing_List.csv")**<br><br>1,048,575 rows of data with the following columns:<br>• Full Name, First Name, Last Name<br>• Address 2, Address 1, City, State, Zip<br>• Class Year<br>• Email<br>• uid | **GX ASL2_U**<br>**("List2_uid.csv")**<br><br>2,460,489 rows of data with the following columns:<br>• Full Name, First Name, Last Name<br>• Address 2, Address 1, City, State, Zip<br>• Zip4, DPBC, Check Digit, Carrier Route, Zip10, County<br>• Gender<br>• Class Year<br>• Email<br>• uid | GX 501 contains the first 1,048,575 rows of data from GX ASL2_U, with certain columns removed. |

GX 2708

# After Acquisition, the Defendants Passed off Purchased Data as Users

| GX 502 ("Frank_18_134955_Cleaned.csv") | GX 503 ("Frank_18_134955_jpmc.csv") | |
|---|---|---|
| 134,979 rows of data with the following columns: <br> • First Name, Last Name <br> • Address, City, State, Zip <br> • email_1_address, email_2_address, email_3_address. <br><br> 133,389 unique email addresses | 134,967 rows of data with the following columns: <br> • Student Name <br> • Student Email Address <br> • Student Home Address <br> • Student Mailing Address <br> • Student DOB <br> • Student SSN | GX 503 contains separate home and mailing address columns. <br><br> GX 503 contains 134,630 DOB entries, and 69,820 SSN entries. |
| GX 503 ("Frank_18_134955_jpmc.csv") | See above. | See above. |

GX 2708

# After Acquisition, the Defendants Passed off Purchased Data as Users

**From:** Mujeeb, Danish (CCB, USA) <danish.mujeeb@chase.com>
**Sent:** Friday, January 21, 2022 1:47 PM
**To:** Javice, Charlie (CCB, USA) <charlie.javice@chase.com>; Boyes, David (CCB, USA) <david.boyes@Chase.com>
**Subject:** RE: Initial Frank User Data Transfer

I've uploaded the file that Charlie's team provided to the SFTP server in the folder **/MRKT01** with the name **Frank_Marketing_List.csv**

Regards,

Danish

GX 1466

# After Acquisition, the Defendants Passed off Purchased Data as Users

**From:** Mujeeb, Danish (CCB, USA) <danish.mujeeb@chase.com>
**Sent:** Friday, January 21, 2022 1:47 PM
**To:** Javice, Charlie (CCB, USA) <charlie.javice@chase.com>; Boyes, David (CCB, USA) <david.boyes@Chase.com>
**Subject:** RE: Initial Frank User Data Transfer

I've uploaded the file that Charlie's team provided to the SFTP server in the folder **/MRKT01** with the name **Frank_Marketing_List.csv**

Regards,

Danish

GX 1466

# After Acquisition, the Defendants Passed off Purchased Data as Users

From: Mujeeb, Danish (CCB, USA) <danish.mujeeb@chase.com>
Date: Friday, Jan 28, 2022, 12:57 AM
To: Gulati, Sharad (CCB, USA) <sharad.gulati@jpmchase.com>, Vovor Mawupe, Patrick (CCB, USA)
<patrick.vovormawupe@chase.com>, Amar, Olivier (CCB, USA) <olivier.amar@chase.com>, Javice, Charlie (CCB, USA)
<charlie.javice@chase.com>
Subject: RE: Initial Frank User Data Transfer

1. **File-1** created by Marketing team – Over 1 million records
   • I am not sure about the source of the data

GX 1466



# After Acquisition, the Defendants Passed off Purchased Data as Users

| GX | FILE NAME |
|---|---|
| GX 515 | Frank_1_109373.csv |
| GX 516 | Frank_2_113612.csv |
| GX 517 | Frank_3_123802.csv |
| GX 518 | Frank_4_132567.csv |
| GX 519 | Frank_5_122221.csv |
| GX 520 | Frank_6_123826.csv |
| GX 521 | Frank_7_120933.csv |
| GX 522 | Frank_8_122977.csv |
| GX 523 | Frank_9_119668.csv |

| GX | FILE NAME |
|---|---|
| GX 524 | Frank_10_113424.csv |
| GX 525 | Frank_11_126028.csv |
| GX 526 | Frank_12_126575.csv |
| GX 527 | Frank_13_131171.csv |
| GX 528 | Frank_14_122621.csv |
| GX 529 | Frank_15_116619.csv |
| GX 530 | Frank_16_112691.csv |
| GX 531 | Frank_17_24860.csv |
| GX 532 | Frank_18_134955_NotCleaned.csv |

| GX | FILE NAME |
|---|---|
| GX 504 | Marketing_Attributes_1.csv |
| GX 505 | Marketing_Attributes_2.csv |
| GX 506 | Marketing_Attributes_3.csv |
| GX 507 | Marketing_Attributes_4.csv |
| GX 508 | Marketing_Attributes_5.csv |

GX 2708

# The Defendants' Own Words

| GX | COMPARED GX | RESULT |
|---|---|---|
| GX 504 ("Marketing_Attributes_1.csv")<br><br>GX 505 ("Marketing_Attributes_2.csv")<br><br>GX 506 ("Marketing_Attributes_3.csv")<br><br>GX 507 ("Marketing_Attributes_4.csv")<br><br>GX 508 ("Marketing_Attributes_5.csv") | **GX FINLAND** ("finland.csv")<br><br>4,265,085 rows with the following columns:<br>• Student_First_Name<br>• Student_Last_Name<br>• Student_Phone_Num<br>• Student_Email<br>• Year_Of_School<br>• Degree_Level<br>• Student_Birthday<br>• Number_Of_Schools_To_Send_FAFSA<br>• Student_Home_Addr<br>• City_Of_High_School<br>• Military_Status<br>• Student_Is_Married<br>• Parent_Num_Children_Fin_Supp<br>• Has_Children<br>• Student_Cash_Assets<br>• Student_Adjusted_Gross_Income<br>• Student_Earnings_Working<br>• Student_Completed_Tax_Return<br>• Net_Worth_Student_Investments<br>• Is_US_Citizen<br>• Student_Majr_Intrst | GX 504-508 are edited versions of GX FINLAND, broken out over five files.<br><br>In GX 504-508, the following columns were removed:<br>• Student_First_Name<br>• Student_Last_Name<br>• Student_Home_Addr<br>• City_Of_High_School<br><br>In all of these exhibits, the column "Student_Email" is populated with an alphanumeric string. |

GX 2708

# The Defendants' Own Words

| GX | COMPARED GX | RESULT |
|---|---|---|
| GX 504 ("Marketing_Attributes_1.csv")<br><br>GX 505 ("Marketing_Attributes_2.csv")<br><br>GX 506 ("Marketing_Attributes_3.csv")<br><br>GX 507 ("Marketing_Attributes_4.csv")<br><br>GX 508 ("Marketing_Attributes_5.csv") | **GX FINLAND** ("finland.csv")<br><br>4,265,085 rows with the following columns:<br>• Student_First_Name<br>• Student_Last_Name<br>• Student_Phone_Num<br>• Student_Email<br>• Year_Of_School<br>• Degree_Level<br>• Student_Birthday<br>• Number_Of_Schools_To_Send_FAFSA<br>• Student_Home_Addr<br>• City_Of_High_School<br>• Military_Status<br>• Student_Is_Married<br>• Parent_Num_Children_Fin_Supp<br>• Has_Children<br>• Student_Cash_Assets<br>• Student_Adjusted_Gross_Income<br>• Student_Earnings_Working<br>• Student_Completed_Tax_Return<br>• Net_Worth_Student_Investments<br>• Is_US_Citizen<br>• Student_Majr_Intrst | GX 504-508 are edited versions of GX FINLAND, broken out over five files.<br><br>In GX 504-508, the following columns were removed:<br>• Student_First_Name<br>• Student_Last_Name<br>• Student_Home_Addr<br>• City_Of_High_School<br><br>In all of these exhibits, the column "Student_Email" is populated with an alphanumeric string. |

2708

# The Lies about Unique IDs



**Keona Drakeford**

**Q.** Now, Ms. Drakeford, going back to your discussions with Ms. Javice, what, if anything, did Ms. Javice say about the relationship between these two sets of files?

**A.** That they were the same people.

**Q.** And what did she mean by that?

**A.** So that the information under Marketing Attributes file matched the personally identifiable information that's on this Frank 1 through 18 files

Trial Tr. 2668:16-23

# The Defendants' Own Words

| GX | COMPARED GX | RESULT |
|---|---|---|
| GX 504 ("Marketing_Attributes_1.csv") | **GX FINLAND** ("finland.csv") 4,265,085 rows with the following columns:<br>• Student_First_Name<br>• Student_Last_Name<br>• Student_Phone_Num<br>• Student_Email<br>• Year_Of_School<br>• Degree_Level<br>• Student_Birthday<br>• Number_Of_Schools_To_Send_FAFSA<br>• Student_Home_Addr<br>• City_Of_High_School<br>• Military_Status<br>• Student_Is_Married<br>• Parent_Num_Children_Fin_Supp<br>• Has_Children<br>• Student_Cash_Assets<br>• Student_Adjusted_Gross_Income<br>• Student_Earnings_Working<br>• Student_Completed_Tax_Return<br>• Net_Worth_Student_Investments<br>• Is_US_Citizen<br>• Student_Majr_Intrst | GX 504-508 are edited versions of GX FINLAND, broken out over five files.<br><br>In GX 504-508, the following columns were removed:<br>• Student_First_Name<br>• Student_Last_Name<br>• Student_Home_Addr<br>• City_Of_High_School<br><br>In all of these exhibits, the column "Student_Email" is populated with an alphanumeric string. |
| GX 505 ("Marketing_Attributes_2.csv") | | |
| GX 506 ("Marketing_Attributes_3.csv") | | |
| GX 507 ("Marketing_Attributes_4.csv") | | |
| GX 508 ("Marketing_Attributes_5.csv") | | |

GX 801-27

# The Defendants' Own Words

**Messages in chronological order** (times are shown in GMT +00:00)

D4FCXMFMK - 2022/02/10

C    Charlie Javice <charlie@tapd.us>                                          2/10/2022, 8:20 PM
     <https://files-for-growth.s3.amazonaws.com/Marketing_Lists_021122.zip>

GX 802-59

# The Defendants' Own Words



GX 570

# Ten Reasons the Defendants Are Guilty

1. **The Defendants Told Lies Together During Diligence**

2. **The Defendants Created the Fraud Spreadsheet Together**

3. **The Defendants' Lies Were Important to Potential Buyers**

4. **The Defendants Used Fake Data to Trick the Bank**

5. **The Defendants Bought Third-Party Data as an Insurance Policy**

6. **Augmenting Website Visitors Was Not Possible**

7. **The Defendants Doctored Billing Records and Created a Cover Story**

8. **After Acquisition, the Defendants Continued Lying to JPMorgan**

9. **After Acquisition, the Defendants Passed off Purchased Data as Users**

10. **The Defendants' Own Words**

# Defendants' Words

| August 26, 2021 | | |
|---|---|---|
| Time (Eastern) | Sender | Message |
| 5:10:38 PM | Amar | I really wouldn't talk about the 5m anymore |
| 5:10:47 PM | Javice | Then reword |
| 5:11:04 PM | Amar | that works |

GX 801-27

# Defendants' Words

| August 26, 2021 | | |
|---|---|---|
| **Time (Eastern)** | **Sender** | **Message** |
| 5:13:13 PM | Javice | this doesnt take into accoutn organic and existing channels |
| 5:13:17 PM | Amar | nope |
| 5:13:19 PM | Javice | they wont know that |
| 5:13:31 PM | Javice | remember no one on that team has seen the data room |

GX 801-27

# Defendants' Words

| August 26, 2021 | | |
| --- | --- | --- |
| **Time (Eastern)** | **Sender** | **Message** |
| 2:06:17 PM | Amar | <mark>Also, Patrick just told me that he came from a JPM meeting.. You trusting him to be alone there?</mark> |
| 2:06:44 PM | Javice | Cool |
| 2:06:59 PM | Javice | Yes, it's just review of infrastructure / diagrams |
| 2:07:05 PM | Amar | Okay. Cool |
| 2:07:15 PM | Javice | <mark>No numbers</mark> and to speak to their Cto every other day |
| 2:09:50 PM | Amar | kk |

GX 801-26

# The Charges Against the Defendants

| Count | Charge |
|:-----:|--------|
| 1 | **Conspiracy to Commit Wire and Bank Fraud** |
| 2 | **Wire Fraud** |
| 3 | **Bank Fraud** |
| 4 | **Securities Fraud** |

196

# The Charges Against the Defendants

| Count | Charge |
|:---:|:---|
| 1 | Conspiracy to Commit Wire and Bank Fraud |
| 2 | Wire Fraud |
| 3 | Bank Fraud |
| 4 | Securities Fraud |

# Interstate Wires

 **Emails**

 **Phone Calls**

 **Zoom Meetings**

 **Bank Wires**

# JPMorgan and Capital One are Federally Insured





GX 2023, GX2024

# The Charges Against the Defendants

| Count | Charge |
|-------|--------|
| 1 | **Conspiracy to Commit Wire and Bank Fraud** |
| 2 | Wire Fraud |
| 3 | Bank Fraud |
| 4 | Securities Fraud |

# The Charges Against the Defendants

| Count | Charge |
|:-----:|--------|
| 1 | **Conspiracy to Commit Wire and Bank Fraud** |
| 2 | **Wire Fraud** |
| 3 | **Bank Fraud** |
| 4 | **Securities Fraud** |

# The Charges Against the Defendants

JPMORGAN CHASE & CO.

Strictly Private and Confidential

July 14, 2021

Charlie Javice
TAPD, Inc.

Re: Proposal

Dear Charlie:

JPMorgan Chase Bank, National Association ("JPMC") is pleased to provide this initial, non-binding (except as otherwise expressly set forth herein) indication of interest for the acquisition (the "Proposed Transaction") of 100% of the capital stock of TAPD, Inc. (the "Company"; its operations and assets, the "Business") by JPMC or one of its affiliates. This letter sets out the indicative terms of our proposal (the "Proposal"), which we believe represents a compelling opportunity for the Company's stockholders, employees, customers and other stakeholders.

GX 1467

203

# Venue

