# EXHIBIT B

## PART 3 OF 3

# Acxiom Contract

| The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case |
|---|---|---|---|---|---|---|

**1** Before FAFSA point of entry

**2** Final deal deck

**3** Wims Morris: the idea came after

**4** Sweeney: validation was not a priority before signing

**5** Sweeney: Acxiom exercise changed over time

**6** Charlie Javice sends contract snippet to Sweeney

**7** Charlie Javice sends full snippet to Sweeney

**8** Toland asks for validation for the first time

**9** Toland asks for validation again

**10** LionTree was involved

**11** "Marketing attributes" sent to JPMC

**12** The synthetic data files included PII

**13** Leslie Wims Morris and Alex Sweeney keeping secrets

© 2025 DOAR

| The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case |



## Alex Sweeney Testimony

22   Q.   Let me ask you this.  When this actually came up,

23   Ms. Morris' direction was this was not a priority before

24   signing; correct?

4   A.   Earlier in the transaction, Leslie had not considered this

5   a priority; yes.

Trial Tr. 1492:22-1493:5

© 2025 DOAR

# Aug. 4, 2021: Charlie Javice Sends Acxiom Contract Snippet To Sweeney

The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case

From: Charlie Javice [charlie@withfrank.org]
on behalf of   Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
Sent: 8/4/2021 9:31:56 PM
To: Sweeney, Alex [alex.sweeney@chase.com]
Subject: Re: Acxiom NDA and TPPA Template

Services.  Company shall send the following Company Data to Acxiom:  up to 4 million records of customer data (no PII) with attribute data.  Acxiom will receive the Company Data and validate the coverage of the attribute data.  Acxiom shall not combine the Company Data with any other data, including during the validation process.  Acxiom will then provide a written report regarding the coverage of the attribute data ("Report") to Company.  The Report will not contain any Company Data or PII.  Acxiom shall not provide the Report to any third party except upon receipt of Company's express written consent.

## Alex Sweeney Testimony

```
12   Q.  Do you recall testifying about this document a little
13   earlier?
14   A.  Yes.
15   Q.  You testified that on this highlighted section, which is
16   the last sentence; correct?
17   A.  Yes.
18   Q.  Did you highlight that section?
19   A.  I did not.
20   Q.  So it is your testimony, sir, that you read the last line
21   but never the first line?
22   A.  Yes.
```

GX1742-R; Trial Tr. 1501:12-22

© 2025 DOAR

The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case



**August 4, 2021**

### Alex Sweeney Testimony

23   Q.   So, it is your testimony, sir, that on the date of the

24   Acxiom exercise, for this company you are paying $175 million

25   for, she sends you a copy of the contract and you never even

1    saw this e-mail?

2    A.   Yes.

Trial Tr. 1505:23-1506:2

© 2025 DOAR

V1

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | Government Case |



## Matthew Toland Testimony

21   Q.   You asked JPMorgan Chase if they wanted to further validate

22   the data, correct?

23   A.   Yes, sir.

8   Q.   Who was your point of contact over there?

9   A.   It was Alex Sweeney, I believe, at JPMorgan Chase.

10   Q.   Okay.   And what did Mr. Sweeney respond as to whether he

11   wanted you to validate the data?

12   A.   He didn't.

Trial Tr. 3167:21-23, 3168:8-12

© 2025 DOAR

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | Government Case |



**Matthew Toland Testimony**

15  Q.  And after your company had performed the analysis that was

16  done, did you ask them again? Did you reach out to JPMorgan

17  again and ask them?

18  A.  No.  That was at the end.

Trial Tr. 3168:15-18

# Toland Asks For Validation For The First Time

The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case

P301JAV1

3138

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
UNITED STATES OF AMERICA,

    v.                          23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

        Defendants.             Jury Trial
--------------------------------x
                                New York, N.Y.
                                March 24, 2025
                                10:13 a.m.

Before:

            HON. ALVIN K. HELLERSTEIN,

                                District Judge

                APPEARANCES

MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York
BY: MICAH F. FERGENSON
    RUSHMI BHASKARAN
    GEORGIA V. KOSTOPOULOS
    NICHOLAS W. CHIUCHIOLO
    Assistant United States Attorneys

BAEZ LAW FIRM
    Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
    Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
    Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
    ERICA PERDOMO
    EOIN BEIRNE
    KIRSTEN NELSON

        SOUTHERN DISTRICT REPORTERS, P.C.
                (212) 805-0300

## Matthew Toland Testimony

12    A.  We met with both parties on the phone.  Historically, when

13    we've done this type of project, we've taken data from the

14    third party, which would be Frank in this situation, and we've

15    matched it to other data, and that becomes the reporting that

16    we provide so that they can determine what they want to do.

17    We're not told what the outcome is going to be of this or what

18    they're actually doing.  We're kept in the dark about that.  So

19    on the call, we said no—or Chase and Frank agreed that we were

20    to look at the file, tell whether it's populated or not, and

21    that's it.  We did that, provided the reporting, and then after

22    the reporting was provided, we asked JPMC if they'd like us to

23    do something further.  We can't just go on what JPMC says, we

24    need both parties' consent, but we just put it out there.

Trial Tr. 3167:21-23, 3168:8-12

| The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case |

```
                                                                    3138

P3O1JAV1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     UNITED STATES OF AMERICA,
 3
               v.                     23 Cr. 251 (AKH)
 4
     CHARLIE JAVICE, OLIVIER AMAR,
 5
               Defendants.            Jury Trial
 6   ------------------------------x
                                      New York, N.Y.
 7                                    March 24, 2025
                                      10:13 a.m.
 8
     Before:
 9
                   HON. ALVIN K. HELLERSTEIN,
10
                                      District Judge
11

12                   APPEARANCES

13   MATTHEW PODOLSKY
          Acting United States Attorney for the
14        Southern District of New York
     BY:  MICAH F. FERGENSON
15        RUSHMI BHASKARAN
          GEORGIA V. KOSTOPOULOS
16        NICHOLAS W. CHIUCHIOLO
          Assistant United States Attorneys
17
     BAEZ LAW FIRM
18        Attorneys for Defendant Charlie Javice
     BY:  JOSE A. BAEZ
19
     RONALD SULLIVAN LAW PLLC
20        Attorneys for Defendant Charlie Javice
     BY:  RONALD S. SULLIVAN, JR.
21
     RICHARD M. DE MARIA
22        Attorney for Defendant Charlie Javice

23   QUINN EMANUEL URQUHART & SULLIVAN, LLP
          Attorneys for Defendant Charlie Javice
24   BY:  CHRISTOPHER TAYBACK
          ERICA PERDOMO
25        EOIN BEIRNE
          KIRSTEN NELSON

          SOUTHERN DISTRICT REPORTERS, P.C.
                  (212) 805-0300
```

## Matthew Toland Testimony

12   A.  We met with both parties on the phone.  Historically, when

13   we've done this type of project, we've taken data from the

14   third party, which would be Frank in this situation, and we've

15   matched it to other data, and that becomes the reporting that

16   we provide so that they can determine what they want to do.

17   We're not told what the outcome is going to be of this or what

18   they're actually doing.  We're kept in the dark about that.  So

19   on the call, we said no——or Chase and Frank agreed that we were

20   to look at the file, tell whether it's populated or not, and

21   that's it.  We did that, provided the reporting, and then after

22   the reporting was provided, we asked JPMC if they'd like us to

23   do something further.  We can't just go on what JPMC says, we

24   need both parties' consent, but we just put it out there.

Trial Tr. 3167:21-23, 3168:8-12

| The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case |

**From:** Charlie Javice [charlie@withfrank.org]
**on behalf of** Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:** 8/4/2021 8:10:21 PM
**To:** Wims Morris, Leslie [leslie.wimsmorris@chase.com]; Sweeney, Alex [alex.sweeney@chase.com]
**BCC:** Braun, Ben [bbraun@liontree.com]
**Subject:** Draft internal data counts
**Attachments:** Finland_internaldata_counts.pdf

See below. Happy to chat.

Charlie

**Data Variable Validation Request Details**

| How many UNIQUE customer accounts exist? | 4,265,045 |
| Of those records, what % include each data field below? | |

| Variable | % Captured | Comments | Count |
|---|---|---|---|
| STUDENT_FIRST_NAME | 100.00% | | 4,265,085 |
| STUDENT_LAST_NAME | 100.00% | | 4,265,085 |
| STUDENT_EMAIL | 100.00% | Provided as Unique ID | 4,265,085 |
| STUDENT_PHONE_NUM | 100.00% | | 4,265,085 |
| STUDENT_HOME_ADDR | 90.21% | Provided as Unique ID | 3,847,833 |
| STUDENT_BIRTHDAY | 90.21% | | 3,847,833 |
| STUDENT_MAJR_INTRST | 48.98% | Data limited due to application addition (added major field in 2019) | 2,088,875 |
| YEAR_OF_SCHOOL | 93.06% | | 3,968,529 |
| DEGREE_LEVEL | 93.06% | | 3,968,529 |
| CITY_OF_HIGH_SCHOOL | 82.99% | | 3,539,721 |
| STUDENT_IS_MARRIED | 81.33% | | 3,468,596 |
| HAS_CHILDREN | 81.33% | | 3,468,596 |
| MILITARY_STATUS | 81.33% | Data limited due to application logic | 3,468,596 |
| PARENT_NUM_CHLDREN_FIN_SUPP | 81.33% | Data limited due to application logic | 3,468,596 |
| STUDENT_COMPLETED_TAX_RETURN | 57.97% | Data limited due to application logic | 2,472,668 |
| STUDENT_EARNINGS_WORKING | 80.52% | Data limited due to application logic | 3,434,247 |
| STUDENT_CASH_ASSETS | 80.52% | | 3,434,247 |
| NET_WORTH_STUDENT_INVESTMENTS | 57.97% | Data limited due to application logic | 2,472,668 |
| IS_US_CITIZEN | 57.39% | | 2,447,931 |
| STUDENT_ADJUSTED_GROSS_INCOME | 80.52% | | 3,434,247 |
| NUMBER_OF_SCHOOLS_TO_SEND_FAFSA | 90.21% | | 3,847,833 |
| STUDENT_HOME_ADDR_APT | | *Provided as Unique ID ** merged with top data field* | |
| STUDENT_SPOUSE_EARNINGS_WORKING | | *Data limited due to application logic ** household adjusted gross income w/ adjusted gross income* | |

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
US

GX1140

© 2025 DOAR

# Javice Sent Drakeford (JPMC) "Marketing Attributes"

| The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case |



| GX | FILE NAME |
|---|---|
| GX 501 | Frank_Marketing_List.csv |
| GX 502 | Frank_18_134955_Cleaned.csv |
| GX 503 | Frank_18_134955_jpmc.csv |

| GX | FILE NAME |
|---|---|
| GX 504 | Marketing_Attributes_1.csv |
| GX 505 | Marketing_Attributes_2.csv |
| GX 506 | Marketing_Attributes_3.csv |
| GX 507 | Marketing_Attributes_4.csv |
| GX 508 | Marketing_Attributes_5.csv |

## Keona Drakeford Testimony

> 5  Q.  Even without seeing what is there you know that marketing
> 6  attribute is different from marketing list; right?
>
> 9  A.  Correct.

GX2706; Trial Tr. 2697:5-9

153                                                                 © 2025 DOAR

# The Synthetic Data Files Included PII

| The Contract | **Acxiom** | ASL | GX3.1.4 | Data | LionTree | Government Case |
|---|---|---|---|---|---|---|



**ACXIOM RESULTS**

| | A | B | C | D |
|---|---|---|---|---|
| 3 | STUDENT_FIRST_NAME | 4,265,085 | 4,265,085 | 100.00% |
| 4 | STUDENT_LAST_NAME | 4,265,047 | 4,265,085 | 100.00% |
| 5 | STUDENT_EMAIL | 4,265,085 | 4,265,085 | 100.00% |
| 6 | STUDENT_PHONE_NUM | 4,265,085 | 4,265,085 | 100.00% |
| 7 | STUDENT_HOME_ADDR | 3,847,533 | 4,265,085 | 90.21% |
| 8 | | | | |
| 9 | STUDENT_BIRTHDAY | 3,847,533 | 4,265,085 | 90.21% |
| 10 | STUDENT_MAJR_INTRST | 2,088,875 | 4,265,085 | 48.98% |
| 11 | YEAR_OF_SCHOOL | 3,966,529 | 4,265,085 | 93.00% |
| 12 | DEGREE_LEVEL | 3,966,529 | 4,265,085 | 93.00% |
| 13 | CITY_OF_HIGH_SCHOOL | 3,539,731 | 4,265,085 | 82.99% |
| 14 | STUDENT_IS_MARRIED | 3,468,936 | 4,265,085 | 81.33% |
| 15 | HAS_CHILDREN | 3,468,936 | 4,265,085 | 81.33% |
| 16 | MILITARY_STATUS | 3,468,936 | 4,265,085 | 81.33% |
| 17 | PARENT_NUM_CHILDREN_FIN_SUPP | 3,468,936 | 4,265,085 | 81.33% |
| 18 | STUDENT_COMPLETED_TAX_RETURN | 2,472,658 | 4,265,085 | 57.97% |
| 19 | STUDENT_EARNINGS_WORKING | 3,434,247 | 4,265,085 | 80.52% |
| 20 | | | | |
| 21 | STUDENT_CASH_ASSETS | 3,434,247 | 4,265,085 | 80.52% |
| 22 | NET_WORTH_STUDENT_INVESTMENTS | 2,472,658 | 4,265,085 | 57.97% |
| 23 | IS_US_CITIZEN | 2,447,931 | 4,265,085 | 57.39% |
| 24 | STUDENT_ADJUSTED_GROSS_INCOME | 3,434,247 | 4,265,085 | 80.52% |
| 25 | NUM_OF_SCHOOLS_TO_SEND_FAFSA | 3,847,533 | 4,265,085 | 90.21% |

GX1292-A

© 2025 DOAR



## Alex Sweeney Testimony

17  Q.  After this was over in March of 2022, you got back involved
18  with Frank when there was discussions about how many marketable
19  users there were.  Do you recall that?
20  A.  Yes.
21  Q.  At that point in time you had an e-mail exchange with
22  Leslie Wims Morris where she did not want you to disclose
23  anything about the Acxiom exercise and told you to keep it
24  tight.
25      Do you recall that?
1   A.  Is there something you are referencing?  I don't recall off
2   the top of my head.
3   Q.  Yes.
4       MR. BAEZ:  Let's bring up GX 3474.
5   Q.  Do you see that this is an e-mail from her to you?
6   A.  Yes.
7       MR. BAEZ:  Let's close that out and let him read it so
8   it may refresh his recollection.
9   Q.  Do you see that where she is asking you to keep it tight?
13  A.  That is what the words say, yes.

Trial Tr. 1512:17-1513:13

155

© 2025 DOAR

# ASL List

The Contract | Acxiom | **ASL** | GX3.1.4 | Data | LionTree | Government Case

**1** 3.1.4 projections

**2** Initially asked for 10 million students

**3** Email campaign

**4** Augment the data to add value to existing asset

**5** JPMC was aware of and paid for the ASL list

**6** Buying data is common practice in business

© 2025 DOAR

# 3.1.4 Projections

| The Contract | Acxiom | **ASL** | GX3.1.4 | Data | LionTree | Government Case |

|  |  | Default Channel Grouping | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Month of the year | All New Users | Paid Users | Non-Paid Users | (Other) | Direct | Display |
| | 11 | 74,031 | 20 | 74,011 | 2,605 | 7,558 | |
| | 12 | 63,513 | 1,045 | 62,468 | 1,429 | 5,020 | 292 |
| 2021 | 1 | 88,236 | 10,165 | 78,071 | 1,322 | 4,074 | 6,490 |
| | 2 | 57,564 | 4,137 | 53,427 | 496 | 3,089 | 3,679 |
| | 3 | 65,109 | 951 | 64,158 | 480 | 6,192 | 13 |
| | 4 | 103,823 | 38,869 | 64,954 | 1,169 | 7,863 | 9,384 |
| | 5 | 128,467 | 66,329 | 62,138 | 3,551 | 7,275 | 42,481 |
| | 6 | 94,679 | 40,768 | 53,911 | 2,299 | 6,194 | 10,396 |
| Projections | 7 | 214,466 | 24,000 | 190,466 | | | |
| | 8 | 205,856 | 40,000 | 165,856 | | | |
| | 9 | 345,782 | 80,000 | 265,782 | | | |
| | 10 | 930,000 | 130,000 | 800,000 | | | |
| | 11 | 700,000 | 100,000 | 600,000 | | | |
| | 12 | 310,000 | 60,000 | 250,000 | | | |
| **Grand Total to Date** | | 5,424,449 | 2,334,184 | 3,090,265 | 96,914 | 690,152 | 148,611 |
| *2021 Projections* | | 8,130,553 | 2,768,184 | 5,362,369 | | | |

*Notes*
2021 Non-Paid is dependent on SLM, Instride, ACT, Wiley accounts. Pipeline is Addiditive As Contracts Come In. Product mix is based on partner campaigns that are sche
2021 Paid spend is classfinder in Q1 of 2021 testing. Classfinder accounts created upon credit card entry. This is a different CACs to optimize learnings and not Frank acco
2019 - Q1 2020 Spend is to optimize for different segments around college recommendations (nursing students only above the age of 23 for example)
2017 - Jan 2018 Burst testing to test the scale, paid marketing costs at scale, positioning & brand building as we invested in content that has a return 12+months later
2020 - accounts added accross products

Channel & Product breakdown

GX3.1.4

© 2025 DOAR

The Contract | Acxiom | **ASL** | GX3.1.4 | Data | LionTree | Government Case



## Steven Stolls Testimony

17   Q.   So it is correct that they made an ==initial request of==
18   ==10 million records.==
19   A.   Appears that way, yes.

Trial Tr. 1322:17-19

© 2025 DOAR



| The Contract | Acxiom | **ASL** | GX3.1.4 | Data | LionTree | Government Case |

### Jen Wong Testimony

19   Q.   Now did there come a time when Mr. Amar discussed a

20   marketing campaign using third-party data with you?

21   A.   Yes.

22   Q.   And approximately when was that?

23   A.   Summer 2021.

2   Q.   And Ms. Wong, what ultimately happened with this proposed

3   email campaign using third-party data?

4   A.   We didn't do it.

Trial Tr. 1049:19-23, 1054:2-4

© 2025 DOAR

# JPMC Was Aware Of And Paid For The ASL List

## GX2330

ASLmarketing

ASL Order Number: 703-2021
Date Issued: AUGUST 4, 2021

**Data Rental Agreement**

| Client Contact Info | | ASL Marketing Contact Info | |
|---|---|---|---|
| Customer Name | WITHFRANK.ORG | ASL Accounting Contact | Sue Maguire |
| Primary Contact | OLIVIER AMAR | ASL Sales Rep | DENISE LYN |
| Phone | [redacted] | Phone | 516.248.6100 |
| E-mail | olivier@withfrank.org | E-mail | dlyn@aslmarketing.com |

| | |
|---|---|
| Billing Contact | OLIVIER AMAR |
| Customer | WITHFRANK.ORG |
| Billing Address | 12 EAST 49TH STREET - 11TH FLOOR |
| Address | NEW YORK, NY 10017 |
| Phone | [redacted] |
| Fax | |
| Billing E-mail | olivier@withfrank.org |

**Total Cost**

**$105,000.00**

| Campaign/Mail Dates | Description | Notes | Quantity | Price per unit | Total Cost |
|---|---|---|---|---|---|
| INTERNAL USE | Postal Addresses | | 2,039,511 | | $105,000.00 |
| | Email Addresses | | 1,460,489 | | |
| | Class Years: ALL | | | | |
| | File Years: 2017 - 2021 | | | | |
| | | | | | 105,000.00 |

Notes:

Payment Terms: CREDIT CARD

Data Rental Terms and Conditions:

**List Rental Terms and Conditions:** Due to the confidential nature of the student information to be provided to you by ASL Marketing, unless otherwise agreed by ASL in writing, the authorized use of the data and any information contained therein is limited to the specific Customer named above. Customer warrants that such use shall conform to all applicable privacy protection guidelines, all federal, state and local laws, statutes, rules, regulations(including, with limitation, the CAN-SPAM Act, the Do-Not-Call Registry under the FTC's Telemarketing Sales Rule and The Telephone Consumer Protection Act), and shall be completely ethical and in good taste. In the event Customer fails to use data within sixty (60) days after delivery, there shall be a separate charge for any data refresh, rerun, update, or change thereafter requested by Customer. All fees must be paid according to the terms set forth above in this document. ASL does not and will not warrant that the names, addresses, and e-mail addresses of individuals contained in its data are not contained on any lists of consumers or persons who do not wish to receive e-mail communications or direct mail offers. The cumulative liability of ASL to Customer for losses relating to or arising in connection with these terms or data provided hereunder shall be limited to the fees actually paid to ASL by Customer. ASL disclaims all representations and warranties of any kind or nature, express or implied, arising out of or related to these terms or to data provided hereunder, including without limitation, any warranties regarding quality, correctness, completeness, suitability, fitness for a particular purpose, or otherwise, each of which is hereby expressly excluded by agreement of the parties. These terms supersede any different terms in Customer's Purchase Order. The signature at the bottom of this form indicates acceptance of the ASL data rental terms and conditions and constitutes Customer's representation and warranty.

ASL Marketing — Signature / DATE / Print Name / Title

Client's Signature — Signature / DATE / Print Name / Title

## CJ2171

| Payor | Payee | Payment Instructions (Banking/Wire Information) | Amount | Note |
|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | Acquiom Financial LLC | Routing Number: 021001088<br>Account Number: 965000184<br>Account Title: Acquiom Financial LLC Special Account for the Exclusive Benefit of Acquiom Financial LLC Customers<br>Additional Information: 500602 - JPMorgan Chase, National Association FBO TAPD, Inc. Paying Account<br>HSBC Bank USA, NA 452 Fifth Ave New York, NY 10018<br>Callback Information: Jordyn Stadler (720.452.2309 or 303.815.4177) and Zelie Garrette (720.709.1204 or 802.355.1755) | $ 141,958,799.67 | *For further distribution to stockholders, warrantholders, non-employee optionholders, and non-employee Selling Expense recipients* |
| JPMorgan Chase Bank, N.A. | Acquiom Clearinghouse LLC | Escrow account title: Project Frontier Seller Holdback Escrow<br>Account Number: 953030563<br>Routing Number: 022000020<br>ABA Number: 021001088<br>SWIFT Code: MRMDUS33<br>HSBC Bank USA, NA 452 Fifth Ave New York, NY 10018<br>Callback Information: Jordyn Stadler (720.452.2309 or 303.815.4177) and Zelie Garrette (720.709.1204 or 802.355.1755) | $ 3,000,000.00 | *Seller Holdback Escrow Amount* |
| JPMorgan Chase Bank, N.A. | Acquiom Clearinghouse LLC | Escrow account title: Project Frontier Purchase Price Escrow<br>Account Number: 953030407<br>Routing Number: 022000020<br>ABA Number: 021001088<br>SWIFT Code: MRMDUS33<br>HSBC Bank USA, NA 452 Fifth Ave New York, NY 10018<br>Callback Information: Jordyn Stadler (720.452.2309 or 303.815.4177) and Zelie Garrette (720.709.1204 or 802.355.1755) | $ 350,000.00 | *Purchase Price Escrow Amount* |
| JPMorgan Chase Bank, N.A. | Shareholder Representative Services LLC | Zions Bancorporation NA DBA Vectra Bank<br>2000 S. Colorado Blvd. Suite 2-1200 Denver CO. 80222<br>Routing (ABA) Number: 102003154<br>Account Number: 5796610557<br>Account Title: Shareholder Representative Services LLC FBO SRS Clients<br>SWIFT Code: ZFNBUS55<br>Callback Information: Tom Gipson – (720.391.7698) and Valerie Palmer (or Jim Davies) – (415.263.9018) | $ 250,000.00 | *Expense Fund* |
| JPMorgan Chase Bank, N.A. | TAPD, Inc. | Account Number: 3302834697<br>Account Title: TAPD Inc.<br>Bank Name: SIL VLY BK SJ<br>Bank Address: 3003 Tasman Drive, Santa Clara, CA, 95054<br>ABA: 121140399<br>Callback Information: Matt Glazer (516.662.0459) and Charlie Javice (914.575.9314) | $ 21,305,015.91 | *For further distribution to employee optionholders and employee Selling Expense recipients, as well as employer portion of payroll taxes* |
| JPMorgan Chase Bank, N.A. | Silicon Valley Bank | Silicon Valley Bank<br>3003 Tasman Drive Santa Clara, CA 95054<br>ABA Routing No. 121140399 | | |
| | | Reconciling Items: | $ (770,519.96) | *Cash Assumed* |
| | | | $ 105,000.00 | *AMEX Card Indebtedness* |
| | | Total Difference | | |

**$ 105,000.00** *AMEX Card Indebtedness*

GX2330; CJ2171

© 2025 DOAR

# Nov. 2018: Frank Moves Data From Qualtrics To AWS

The Contract | Acxiom | ASL | GX3.1.4 | **Data** | LionTree | Government Case



## Berham Panthaki Testimony

16  Q.  Turning to the core system, where was that hosted when you

17  joined Frank?

18  A.  ==So when I joined Frank, the core system was hosted on a==

19  ==platform for Qualtrics.==  Qualtrics was a software service or a

20  service that Frank had purchased and had built the FAFSA form

21  on Qualtrics.  When I joined, we decided that we wanted a more

22  safe sand secure system and so Frank embarked on a project to

23  actually build our own core system.

24  Q.  Was the core system ultimately migrated to a different

25  system?

1  A.  Yes.  ==So, we migrated off of Qualtrics, I would say,==

2  ==sometime in 2018, November time frame,== that's when we migrated

3  after of Qualtrics and onto the core system that Frank had

4  built.

5  Q.  Where was the new core system hosted?

6  A.  ==The new core system was hosted on Amazon Web Services, AWS.==

Trial Tr. 437:16-438:6

© 2025 DOAR

**The Contract** | **Acxiom** | **ASL** | **GX3.1.4** | **Data** | **LionTree** | **Government Case**



## Ryan MacDonald Testimony

```
2    Q.  One of the things that you mentioned Chase did when it
3    first started working with Frank after the acquisition closed
4    in September was establishing some kind of a presence on the
5    Frank website, right?
6    A.  Correct.
7    Q.  Is it sometimes called a microsite?
8    A.  A microsite, yes.
9    Q.  And that's basically so someone could go on the Frank site
10   and then click on the Chase site?
11   A.  That's right, go to a Chase app.
12   Q.  And you mentioned the reason for that is because you knew
13   there might be people who are not filling out FAFSA that go to
14   the website, and you want to appeal to them as well?
15   A.  Primarily, the way we were thinking about it was that if
16   they went to the site and filled out a form, that they would
17   see an ad.
```

## Jennifer Zeitler Testimony

```
8         Now, as part of the -- I asked you a second ago about
9    integration.  As far as the integration process with Frank and
10   Chase Bank, did there come a time when Chase Bank developed a
11   microsite for Frank?
12   A.  Yes.
13   Q.  What is a microsite?
14   A.  It is like a small version, looks like your home page, but
15   it has a direct purpose to get people to sign up.
16   Q.  And what is the direct purpose?  You trailed off.
17   A.  To get people to sign up.  Sorry.
18   Q.  So, as in within the Chase website?
19   A.  Yes.
```

Trial Tr. 2455:2-17, 3076:8-19

# Errors In The Way The System Had Been Coded

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case** |



## Behram Panthaki Testimony

11    A.    There were errors in the way the system had been coded at

12      times and so there were adjustments for the system misfiring or

13      double-firing and other sort of discrepancies.

14    Q.    When you say system, which system are you referring to?

15    A.    Google Analytics.

Trial Tr. 452:11-15

© 2025 DOAR

The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case**



## Behram Panthaki Testimony

> 25    A.   So let me rephrase.   The Iron Mountain flash drive was kept
> 1    in a safe deposit box at JPMorgan Chase.   Data Baby was kept in
> 2    the safe and that's the laptop that had the information, and
> 3    the key to that was held by myself as well as Matt Glazer.

Trial Tr. 495:25-496:3

**The Contract**  **Acxiom**  **ASL**  **GX3.1.4**  **Data**  **LionTree**  **Government Case**



## Behram Panthaki Testimony

23  Q.  You used the term "sanity check."  I think on direct you

24  said the sanity check was intended to make sure that the

25  numbers sort of aligned.  Do you recall that?

1  A.  That is correct, yes.

2  Q.  By "sort of" you mean that there is a bit of estimation

3  going on here?

4  A.  There were estimations, there were adjustments made for

5  some historical anomalies which, you know, sort of brought to

6  our notice -- Dave Glauber worked with, I believe at that time

7  it was Olivier on those adjustments -- those adjustments

8  happened historically before my time so I have no reason to

9  sort of agree or disagree with that.

10  Q.  My question is by "sort of" you mean it is not as simple as

11  just a straight up mathematical calculation.  This plus this

12  equals this; correct?

13  A.  Yes.  That's why it is a sanity check or triangulation.  It

14  was not exact.

Trial Tr. 504:23-505:14

AFTER THIS IN NEW ORDER: ADD NEW EXHIBIT FROM SARA – acxiom email 7/30

| ASL | GX3.1.4 | Data | LionTree | **Government Case** |

## Questions Came Up After Deal Meeting

### Leslie Wims Morris Testimony

19  Q.  Okay.  When was the—was the deal review meeting—when was

20  the deal review meeting?

21  A.  The deal review meeting was on July 30th.

22  Q.  Okay.  And so the questions that you discussed about

23  questions about data that came up in that meeting, were those

24  questions raised before or after the deal review deck was

25  prepared?

1   A.  After.

Trial Tr. 766:19-767:1

© 2025 DOAR

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | Government Case |



## Jennifer Wong Testimony

19  Q.  Do you recall occasions where Ms. Javice in fact corrected

20  her understanding of the data you provided by saying that some

21  numbers looked higher than she would have expected?

24  A.  Yes.

Trial Tr. 1177:19-24

© 2025 DOAR

**The Contract** | **Acxiom** | **ASL** | **GX3.1.4** | **Data** | **LionTree** | **Government Case**



## Jennifer Wong Testimony

9   Q.  After discussing with Ms. Zeitler, did you discuss the

10  email campaign again with Mr. Amar?

11  A.  Yes.

12  Q.  And did you discuss Ms. Zeitler's views on the email

13  campaign, with Mr. Amar?

14      THE COURT:  Did you tell Mr. Amar what Ms. Zeitler

15  said to you?

16      THE WITNESS:  I don't remember reciting it exactly

17  about what her view was, but—

18      THE COURT:  In substance.

19      THE WITNESS:  In substance, we were worried about the

20  performance or the results of a marketing campaign.

21  BY MR. FERGENSON:

22  Q.  And why were you worried about the performance or the

23  results?

24  A.  Usually when we email users that have not signed up

25  for—have not given their emails to us, they're generally less

1   receptive to opening those emails.

Trial Tr. 1053:9-1054:1

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case** |

1440 W. Taylor Street, #402
Chicago, IL 60607

## Quote + Purchase Order List Rental

| | | | |
|---|---|---|---|
| Sales Contact: | Donald Harger | Insertion Order Number: | 1119586 |
| Sales Email: | dharger@exactdata.com | Client Order Number: | |
| Contract Date: | March 13, 2020 | Delivery Date: | March 20, 2020 |

ExactData000001

USAO_00032123

GX2025

169

© 2025 DOAR

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | Government Case |
|---|---|---|---|---|---|---|

## Alex Sweeney Testimony

17   Q.   But you actually testified that she did her own validation

18   exercise and sent you the results; right?

19   A.   She sent us the results of her analysis, yes.

20   Q.   ==Now, it doesn't say anything in this e-mail about her doing==

21   ==any validation exercise; right?==

22   A.   ==No, it does not.==

23   Q.   It just says:   See below.   Happy to chat.

24        Right?

25   A.   Yes.

Trial Tr. 1496:17-25

170

© 2025 DOAR

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case** |



P361JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

    v.                          23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

        Defendants.             Jury Trial
------------------------------x
                                New York, N.Y.
                                March 6, 2025
                                10:20 a.m.

Before:

            HON. ALVIN K. HELLERSTEIN,

                                District Judge

            APPEARANCES

MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York
BY:     MICAH F. FERGENSON
        RUSHMI BHASKARAN
        GEORGIA V. KOSTOPOULOS
        NICHOLAS W. CHIUCHIOLO
        Assistant United States Attorneys

BAEZ LAW FIRM
        Attorneys for Defendant Charlie Javice
BY:     JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
        Attorneys for Defendant Charlie Javice
BY:     RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
        Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
        Attorneys for Defendant Charlie Javice
BY:     CHRISTOPHER TAYBACK
        ERICA PERDOMO
        EOIN BEIRNE
        KIRSTEN NELSON

            SOUTHERN DISTRICT REPORTERS, P.C.
                    (212) 805-0300

### Alex Sweeney Testimony

13    Q.   Sir, do you know what attribute data is?

14    A.   I have an understanding, yes.

15    Q.   And that basically means it is information that describes

16    certain characteristics of an individual; correct?

17    A.   That was not my understanding, no.

18    Q.   You understand if a person is a student, that's an

19    attribute?

20    A.   I don't know.

21    Q.   A person's gender is an attribute?  Do you know that?

22    A.   I don't know.

23    Q.   Do you know a person's race is an attribute?

24    A.   I don't know.

Trial Tr. 1506:13-25

© 2025 DOAR

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | Government Case |



## Alex Sweeney Testimony

5    Q.  And why did you include that request?

6    A.  ==Because we wanted to ensure the customers were actually==

7    ==real, the data was real, again, to have a sufficient level of==

8    ==validation that the customers actually existed.==

---

11            Did you ask Acxiom to verify that the 4.25 million are

12    living humans in the flesh?

13    A.  No.

14    Q.  Why not?

15    A.  ==We took what Charlie had shared as everybody was a real==

16    ==customer,== they were——it was a real person for every account

17    that existed.  **We were trusting her at that,** and then verifying

18    that the information that they came with, one, added up to

19    4.25 million customers, and also included the large amount of

20    data that she had said she——that the product had for each

21    customer.

Trial Tr. 1455:5-8, 11-21



## Michael Salve Testimony

2  A.   The last row identified as being populated in CJ 2177 is

3  row 149,115.

4  Q.   Are there 4 million rows in this spreadsheet?

5  A.   Not that I see, no.

Trial Tr. 2768:2-5

# Charlie Sends Rowan The Data Request

The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case**



**DEFENDANT'S EXHIBIT CJ 249** S1 23 Cr. 251 (AKH)

## Message

**From:** Charlie Javice [charlie@withfrank.org]
**Sent:** 8/1/2021 3:25:07 PM
**To:** Marc Rowan [rowan@apollo.com]; Michael Eisenberg [me@aleph.vc]
**Subject:** [External] Fwd: Finland Data Request

See below.

Charlie Javice
_____

**From:** Wims Morris, Leslie <leslie.wimsmorris@chase.com>
**Sent:** Sunday, August 1, 2021 3:12:26 PM
**To:** 'Charlie Javice' <charlie@withfrank.org>
**Subject:** Finland Data Request

CJ249

174

© 2025 DOAR

The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case**



## Jenny Zeitler Testimony

12  Q.  And how frequent were your interactions with Ms. Javice?

13  A.  I think I talked to her about **three or four times.**  It

14  wasn't—it wasn't too often.

15      THE COURT:  A week, a day, month?

16      THE WITNESS:  **Total.**

Trial Tr. 3050:12-16

 © 2025 DOAR

**The Contract** | **Acxiom** | **ASL** | **GX3.1.4** | **Data** | **LionTree** | **Government Case**



## Jenny Zeitler Testimony

| | | |
|---|---|---|
| 12 | A. | A marketable user is someone you can market to. |
| 13 | Q. | And in the context of retargeting, are people who visited |
| 14 | | the website, what we have been calling users, are they |
| 15 | | marketable users? |
| 16 | A. | Yes.  If they've accepted the cookies. |

Trial Tr. 3057:12-16

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case** |
|---|---|---|---|---|---|---|

## Jenny Zeitler Testimony

```
 9          You remember the back and forth you and the Judge had

10   about whether you opt-in or opt-out of cookies?  As you recall,

11   back in the summer of 2021 was that opt-out of cookies policy

12   available then?  We all know we see it now but back in

13   August -- July, August 2021?

14   A.   I don't believe so.

15   Q.   That would mean then that all 4.25 million Frank users were

16   automatically opted in?

17   A.   Yes.
```

Trial Tr. 3065:9-17

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case** |
|---|---|---|---|---|---|---|



## Jenny Zeitler Testimony

```
7   A.   Because they're not asking for the e-mail.

8        So, if you send a lot of e-mails like that, popularly

9   known as spam, then your sender score goes down and then less

10  e-mails get out or to get to the intended people that actually

11  want your e-mails.
```

Trial Tr. 3083:7-11

© 2025 DOAR

# Discussion With Wong: Bought List Would Not Work

The Contract    Acxiom    ASL    GX3.1.4    Data    LionTree    **Government Case**



## Jennifer Zeitler Testimony

24    THE COURT: Tell us, with whom did you have this

25    discussion?

1    THE WITNESS: Jen Wong.

---

7    THE WITNESS: Okay. I told her it was bad email

8    practice to buy lists and send it out to people who weren't

9    expecting it, that we just stick with the list of people that

10    we got organically, that actually opted into our emails.

Trial Tr. 3092:24-3093:1; 3093:7-10

© 2025 DOAR

# Deal Review Minutes

**Separate into callouts, animated**

ASL  GX3.1.4  Data  LionTree  **Government Case**

cts Reviewed and Forum Decision:

- ject Finland – Reviewed and confirmed no objections to signing

ying review required?
- No

Anti-trust review required?
- No

Key Items Discussed:

- The deal team shared that since the last Project Finland Deal Review meeting we have completed confirmatory due diligence, continued to negotiate the merger agreement and are near pens-down. Charlie's employment agreement is still being negotiated but hoping to wrap-up today. Integration planning has started and will pick up in earnest next week. We think negotiations have landed in a favorable place. We are aiming to sign the agreement no later than end of next week. To do so we will need to finalize the negotiation of the merger agreement and have signed employment agreements from Charlie and 75% of employees.

- The deal construct remains a walk-away structure meaning there are no contractual remedies against security holders after closing. We negotiated indemnity escrow coverage for matters such as pre-closing taxes if there are any and coverage if there are any transaction expenses or debt that isn't clean at closing. We negotiated for the majority of sellers to sign support agreements where they stand behind fraud. We significantly expanded the reps and warranties and expanded the interim operating governance between sign and close. The original agreement had hell or high water covenant and we were able to flip that standard to essentially say we have the opposite. The rep and warranty insurance will be bound at signing. We negotiated an inside date of 40 days from sign to close. Charlie is keen to close as soon as possible.

- The group discussed that Finland will require a reprioritization of the book of work for consumer and the engagement platform. It was emphasized that this is an incremental strategy for students, not an asset and we will be uplifting with our current resources. We are in agreement that we are committed to this strategy and will put the resources behind it. Work will be done next week to determine what the trade-offs are for the minimum amount of work in order to bring Finland in and then park it for at least six months. It is understood that there will be an impact to some high priority things. It was suggested to ensure that we are maximizing on contractors and MSAs where possible to augment this work.

- The group asked if there is a process for notice to regulators. Advance notice is not required but all agreed that we should have courtesy conversations regarding both Finland and Impulse.

- The deal team shared that our exclusivity period expires on August 7th. We are aiming to be officially pens down within the next 48 hours.

- Follow-up items:
  - Alison and Rohan to put together proposal of what will be reprioritized for the minimum diversion of resources for this to run standalone in the short-term until resources can be permanently allocated.
  - Peter to coordinate heads-up to regulators next week regarding Finland and Impulse.

FOIA Confidential Treatment Requested by JPMorgan Cha...
CONFIDENTIAL                                                    CJ...

CJ247

The Contract    Acxiom    ASL    GX3.1.4    Data    LionTree    **Government Case**



**Deal Update**

- On July 14th we provided a bid of $175mm to acquire the company and by July 17th we secured exclusivity for two weeks (up to July 31st) with a one week automatic extension (expiring Aug 7th) to move forward with confirmatory due diligence. **We completed confirmatory diligence and recommend proceeding with the transaction**

CJ942

© 2025 DOAR

The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case**

## Project Finland Description:

- Frank (Finland) is a service that helps students locate and apply for financial aid, through a unique content and technology platform
- Finland is currently in a sale process, led by LionTree and Chase has submitted a non-binding bid to acquire the company
- Finland would become a key piece of our student strategy, and would provide us with content and capabilities to create compelling study journeys and ease onboarding to Chase student-focused products across Consumer Bank, Lending and USWM
- We have completed diligence, and all work streams are in a position to proceed. We are seeking approval to sign a merger agreement to acquire the company, targeting signing week of 8/2

## Key considerations and risks

**Business**

*Lead Contact:*
Ryan MacDonald / Steve Goodman

- Existing Finland products/partnerships evaluated to understand implications and ability to keep them running. Pricing structures (e.g., membership subscription plans) will be revised to fit Chase's strategy.
- Chase usability of customer data has been validated; exception: use by 3 rd parties
- Company has taken a PPP loan from JPMC that will require pay back prior to consummating an acquisition
- Finland's access to FAFSA form filling being shut off by the government is a risk from a customer funnel standpoint

GX1591

**From:** Sweeney, Alex <alex.sweeney@chase.com>
**Sent:** Monday, August 2, 2021 6:40:59 PM
**To:** 'Charlie Javice' <charlie@withfrank.org>; Goodman, Steve W <steve.w.goodman@chase.com>
**Subject:** RE: Data validation requirements

Below is what we discussed on during our call – I've sent around and waiting on feedback so **not** yet final.

Also – did you see docs come thru from Matt at Acxiom? He's told me he sent them over for your Legal's review but want to make sure you got them.

**From:** Charlie Javice <charlie@withfrank.org>
**Sent:** Monday, August 02, 2021 7:36 PM
**To:** Sweeney, Alex (CCB, USA) <alex.sweeney@chase.com>; Goodman, Steve W (CCB, USA) <steve.w.goodman@chase.com>
**Subject:** Re: Data validation requirements

I did! I think lawyers are on it and will revert back with comments .

GX1078

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case** |
|---|---|---|---|---|---|---|

**From:** Charlie Javice [charlie@withfrank.org]

**on behalf of** Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]

**Sent:** 8/4/2021 10:48:11 PM

**To:** Sweeney, Alex [alex.sweeney@chase.com]

**Subject:** Re: Draft Internal data counts

Hey Alex,

Per my discussion with Leslie, please refer to the data room document 3.1.4 on user breakdown. The data provided for the analysis is coming from FAFSA in progress point of entry. Other products are not included in the scope of this analysis as confirmed OK with Leslie just now. Leslie requested I follow up via email with this information.

Will be wrapping up the next couple hours for axscium (on with lawyers for the leslie workflow at 7pm so may be slightly delayed).

Charlie

GX1203



From: Olivier Amar <olivier@withfrank.org>
Sent: Monday, August 2, 2021 6:22:06 PM
To: Charlie Javice ███████████
Subject: Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21

==Would love this for Marketing Automation to boost our lists to market scholarships and class finder.==

Nice!

From: Charlie Javice ██████████████
on behalf of    Charlie Javice ████████████ ███████████
Sent:    8/2/2021 10:30:13 PM
To:    Olivier Amar [olivier@withfrank.org]
Subject:    Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21

I'm on it!! ==Let me get board approval and will be awesome==

GX1577

© 2025 DOAR

# Synthetic Leslie Wims Morris: Got Clearance From Board

## Leslie Wims Morris Testimony

17   Q.   And during—after you sent this initial email what, if

18   anything, did Ms. Javice request that you do?

19   A.   She requested that I summarize our conversation in writing

20   for clarity on our rationale for why we needed it and our

21   stance that it was a condition to closing the transaction, and

22   so her request was that I do that such that she could also

23   share our point of view with her board of directors.

Trial Tr. 625:17-23

© 2025 DOAR

# Got Clearance From Board

The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case**



### August 2-3, 2021

| Timestamp | Sender | Message |
| --- | --- | --- |
| 8/3/2021 12:46:57 PM(UTC+0) | s.whatsapp.net Charlie Javice | Where are we with ASL? |
| 8/3/2021 12:48:23 PM(UTC+0) | s.whatsapp.net Charlie Javice | Michael signed off |

### August 3, 2021

| Timestamp | Sender | Message |
| --- | --- | --- |
| 8/3/2021 4:22:50 PM(UTC+0) | s.whatsapp.net Charlie Javice | On with Michael and [another] and they both said buy it and move quick |
| 8/3/2021 4:34:39 PM(UTC+0) | s.whatsapp.net Olivier Amar | I have the 3m at 5 cents |
| 8/3/2021 4:34:53 PM(UTC+0) | s.whatsapp.net Olivier Amar | so 150K |
| 8/3/2021 4:35:04 PM(UTC+0) | s.whatsapp.net Charlie Javice | Do it |

GX801-06; GX801-09

© 2025 DOAR

**Frank Data Strategy:**

1. **Local Search:** Frank can leverage Chase physical branch locations to win the local financial aid search and top page search ranking driving millions more families to Frank/Chase digital assets. Frank will now have a "location" in every community and campus.
2. **Remarketing & Audience Building:** Frank can segment data to target any new customer segments at a micro level. From zipcodes to degree types to specific colleges and families who are homeowners, Frank can build audiences which will lower the cost of acquiring Chase customers by up to 60% in the next 19 months.
3. **Content Marketing & SEO:** Frank will supercharge content and create content at a level that outpaces nerdwallet and the government combined with 500-1,000 pieces of video, guides, articles and posts a month to be located on both Chase and Frank. With the site authority of both entities, Frank will outrank both nerdwallet, credit karma and bankrate for financial content within 18-24 months.
4. **Increase Account Openings:** Frank's products appeal to high school and college students. From FAFSA, Frank users can automatically open checking and card accounts by opt-in of financial disclosures. This eliminates major application drop offs and opens a new channel to market to.
5. **Targeted Product Recommendations:** Frank can pre-qualify customers based on FAFSA data to show relevant products by segment optimizing product conversation and approval rates

GX1016; OA251

# Feb. 11, 2022 Slack Numbers

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | Government Case |
|---|---|---|---|---|---|---|



Charlie Javice <charlie@tapd.us>
also….how did we get to 7.7?
2/11/2022, 10:31 PM

Charlie Javice <charlie@tapd.us>
when we added 1.35 in 2021
2/11/2022, 10:31 PM

Charlie Javice <charlie@tapd.us>
something is off
2/11/2022, 10:31 PM

Charlie Javice <charlie@tapd.us>
i asked olivier for that number
2/11/2022, 10:32 PM

Charlie Javice <charlie@tapd.us>
these numbers just look way higher
2/11/2022, 10:32 PM

Charlie Javice <charlie@tapd.us>
Anyways - u figured out the disconnect so thanks
2/11/2022, 10:44 PM

Charlie Javice <charlie@tapd.us>
Perfect – the other descrpenecy is the double counting which we took care of
2/11/2022, 11:46 PM

Charlie Javice <charlie@tapd.us>
This matches
2/11/2022, 11:46 PM

GX802-71

© 2025 DOAR

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | **Government Case** |





GX2122-2; GX2124-1

# JPMC's Pretextual Summer 2022 Email Blast/Campaign



## Jennifer Zeitler Testimony

17  Q.  Now, the e-mail blast, did it have Frank anywhere on the
18      e-mail blast?
19  A.  It didn't.
20  Q.  So these were people receiving cold e-mails from JPMorgan
21      Chase only?
22  A.  Yes.

---

9   Q.  And the content of the email was selling Chase products,
10      right?
11  A.  Correct.
12  Q.  Now you'd expect higher rates around the board if you had
13      sent it from your Frank email list, correct?
14  A.  Yes.

---

16      THE COURT:  Why do you say that?
17      THE WITNESS:  Because they had opted into our emails.
18      They would have expected to see something from us.

Trial Tr. 3083:17-22, 3089: 9-18

© 2025 DOAR

# Calendars Of The Acquisition



© 2025 DOAR

# Charlie Demanded Accuracy



## Berham Panthaki Testimony

> 2  Q.  You had testified that there were discussions with
> 3  Ms. Javice and Mr. Amar about this overreporting?
> 4  A.  That is correct.
> 5  Q.  What was Ms. Javice's reaction to this?
> 6  A.  You know, Charlie, Ms. Javice agreed that we have to be
> 7  more accurate about the numbers.  You know, there was a
> 8  conversation had around ensuring that we sort of created the
> 9  processes to accurately report.  You know, Charlie was --

> 12  Q.  How about Mr. Amar?  Did you discuss the spreadsheet with
> 13  Mr. Amar?
> 14  A.  Yes, we did.  Olivier sort of defended the sort of error,
> 15  he mentioned that we were using a free version of Google
> 16  Analytics, and as such he was trying to save money, and that
> 17  he's why some of those errors occurred.

Trial Tr. 461:2-17

© 2025 DOAR

# Frank's Data Was Scattered In Multiple Places

The Contract | Acxiom | ASL | GX3.1.4 | **Data** | LionTree | Government Case



Trial Tr. 437:24–438:25

Trial Tr. 1029:12–18

Trial Tr. 1172:17–1173:3

Trial Tr. 438:23–439:15

Trial Tr. 1188:23–1189:5; CJ2156

Trial Tr. 1029:12–18

Trial Tr. 1029:12–18

Trial Tr. 1029:12–18

Trial Tr. 1029:12–18

Trial Tr. 1171:24–25

Trial Tr. 1002:13–19

Trial Tr. 1001:18–1002:2

194

© 2025 DOAR

# "Basic Diligence" Is All It Takes To Identify Synthetic Data

## Dr. Adam Kapelner Testimony

12  Q.  When you met with the government, one of the things you

13  told them was that, in your mind, it would be obvious that data

14  was synthetic?

15  A.  I would say it was obvious that it did not correspond to

16  any real person.

17       THE COURT:  How obvious?  Why would it be obvious?

18  You wanted to change the similarity of geographical locations

19  between high school and colleges because someone who looked at

20  that and saw the confluences would say, hey, this is not real.

21       THE WITNESS:  Yeah.  I'll correct my statement.  Look

22  obvious if you did some basic diligence on the rows.

Trial Tr. 2059:12-22

195

© 2025 DOAR

# Frank Initially Asked For 10 Million Students

| The Contract | Acxiom | ASL | GX3.1.4 | Data | LionTree | Government Case |



**From:** Denise Lyn [IMCEAEX-_O=EXCHANGE LABS_OU=EXCHANGE120ADMINISTRATIVE120GROUP-20128FYDIBOHF23SPDLT129_CN=RECIPIENTS_CN=D85A29A6E37742A3A4AAT2BFGACTB73898A-DLYN@namprd15.prod.outlook.com]

**Sent:** Mon 8/2/2021 3:31:28 PM Coordinated Universal Time

**To:** Steve Stolis [sstolis@aslmarketing.com]

**Sent on behalf of:** Denise Lyn <IMCEAEX-_O=EXCHANGE LABS_OU=EXCHANGE120ADMINISTRATIVE120GROUP-20128FYDIBOHF23SPDLT129_CN=RECIPIENTS_CN=D85A29A6E37742A3A4AAT2BFGACTB73898A-DLYN@namprd15.prod.outlook.com>

**Subject:** With frank org- College Market

I just got off the phone with the prospect, he is in the college market

https://withfrank.org/

He has a house file that he wants to append (augment data to). The second part is postal mailing.

He is looking for 10MM records and would like a call.

He is looking to move very "quickly" on this and would like a call today.

Are you available today for a call?

Confidential
CONFIDENTIAL

ASL_00000002
USAO_R41_000388305

GX2302

© 2025 DOAR



## Ryan MacDonald Testimony

19   Q.   Now, in terms of this email campaign, to go back to this

20   one, the two emails that are depicted here, they don't mention

21   Frank, do they?

22   A.   They don't.

Trial Tr. 2436:19-22

© 2025 DOAR

# Jury Instructions

"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Nullam ex ex, mattis a tortor ac, congue laoreet massa. Quisque vel justo accumsan, dictum ipsum vel, euismod quam. Nullam scelerisque orci id malesuada semper. Mauris eget ornare enim, in gravida orci."

*Source*

© 2025 DOAR