# EXHIBIT C

## PART 2 OF 3

# No Conspiracy: Mr. Amar Cut Out
## The Correction Also Went to JP Morgan at the Same Time

| | |
|---|---|
| 3.1.8 Visitors Data File – are these unique visitors? | Please note that the Company clarifies "visitors" as impressions via Google search, the Company has only begun to recently track unique visitors with the implementation of our student dashboard where they can actively track engagement at a more granular level **Closed** |

GOVERNMENT
EXHIBIT
1526 -A
S1 23 Cr. 251 (AKH)

65

# No Conspiracy: Mr. Amar Cut Out of JP Morgan Diligence



- = PRE-CORRECTION
- = POST-CORRECTION

**JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

**JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JULY 7**
Mr. Amar calls out mislabeled data

**JULY 13**
LionTree issues the correction to Capital One as a priority 1 issue, same day as CEO session

**JULY 14**
Capital One walks away

**JULY 12-13**
LionTree follows up regarding mislabeled data

**JUNE**          **JULY**

**JULY 12**
JPMC diligence meeting

**JULY 7**
JPMC diligence meeting

**JULY 14**
JPMC IOI Includes Mr. Amar's name

75

# No Conspiracy: Mr. Amar Cut Out
## The Draft Indication of Interest from July 14 <u>Included</u> Mr. Amar



8. **Additional Agreements:** It is anticipated that (a) Charlie Javice, Matthew Glazer and Olivier Amar and certain additional employees subject to ongoing diligence will enter into employment agreements at signing, to be effective at Closing and (b) stockholder support agreements or other similar agreements will be in hand to ensure requisite stockholder approval as of signing.



GOVERNMENT EXHIBIT
1467-A
S1 23 Cr. 251 (AKH)

67

# No Conspiracy: Mr. Amar Cut Out
## One Day Later, Ms. Javice <u>Removed Mr. Amar</u> from the Indication of Interest



**DIRECT EXAMINATION**

**Leslie Wims Morris**
Head of Corporate Development

**JPMorganChase**

Q. Okay. And in the context of the discussion about the initial bid, isn't it true that **Ms. Javice said that Mr. Amar should not be included—as a key employee**?

A. **Yes.**

February 27, 2025 Trial Tr. 749:22–750:4

68

# No Conspiracy: Mr. Amar Cut Out of JP Morgan Diligence



● = PRE-CORRECTION
■ = POST-CORRECTION

**JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

**JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JULY 7**
Mr. Amar calls out mislabeled data

**JULY 12-13**
LionTree follows up regarding mislabeled data

**JULY 13**
LionTree issues the correction to Capital One as a priority 1 issue, same day as CEO session

**JULY 14**
Capital One walks away

**JUNE**

**JULY**

**JULY 12**
JPMC diligence meeting

**JULY 7**
JPMC diligence meeting

**JULY 14**
JPMC IOI Excludes Mr. Amar's name

**JULY 14**
JPMC IOI Includes Mr. Amar's name

78

# No Conspiracy: Mr. Amar Cut Out
## The Final Indication of Interest from July 15 <u>Does Not Include Mr. Amar</u>



**From:** Seltzer, Adam B (CCB, USA) [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E8425668EF]
**Sent:** 7/15/2021 1:51:23 PM
**To:** 'Charlie Javice' [charlie@withfrank.org]
**CC:** 'Braun, Ben' [bbraun@liontree.com]; Wims Morris, Leslie (CCB, USA) [leslie.wimsmorris@chase.com]
**Subject:** Executed IOI
**Attachments:** Project Finland Draft IOI 7.14.21_executed.pdf

See attached.  We will send a revised MA shortly per our conversation.

Adam

**Adam Seltzer** | Executive Director, Investments and M&A | Chase Corporate Development | 201 North Walnut Street 9th Floor, Wilmington, DE 19801 | T : 302.282.8565 |
adam.b.seltzer@chase.com

**DEFENDANT'S EXHIBIT
OA 1103**
S1 23 Cr. 251 (AKH)

8. <u>Additional Agreements:</u>   It is anticipated that (a) Charlie Javice and certain other key employees (subject to ongoing diligence) will enter into employment agreements at signing, to be effective at Closing and (b) stockholder support agreements or other similar agreements will be in hand to ensure requisite stockholder approval as of signing.

**DEFENDANT'S EXHIBIT
OA 1103-A**
S1 23 Cr. 251 (AKH)

# No Conspiracy: Mr. Amar Cut Out of Diligence



● = PRE-CORRECTION
■ = POST-CORRECTION

**JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

**JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JULY 7**
Mr. Amar calls out mislabeled data

**JULY 12-13**
LionTree follows up regarding mislabeled data

**JULY 13**
LionTree issues the correction to Capital One as a priority 1 issue, same day as CEO session

**JULY 14**
Capital One walks away

**JUNE** | **JULY**

**JULY 12**
JPMC diligence meeting

**JULY 7**
JPMC diligence meeting

**JULY 14**
JPMC IOI Excludes Mr. Amar's name

**JULY 14**
JPMC IOI Includes Mr. Amar's name

81

# No Conspiracy: Mr. Amar Cut Out
## Leslie Wims Morris Interacted with Mr. Amar Just <u>One Time</u> in 37 Days



**DIRECT EXAMINATION**

**Leslie Wims Morris**
Head of Corporate Development

**JPMorganChase**

Q.   Did you interact at all with Mr. Amar during diligence?

A.   Only in that one session where he talked about growth.

Q.   And who did you primarily interact with at Frank?

A.   Ms. Javice.

February 26, 2025 Trial Tr. 569:11-14

72

# No Conspiracy:
# Mr. Amar Cut Out of Data Validation

# No Conspiracy: Mr. Amar Cut Out
## Mr. Amar Was Not Involved in JP Morgan's Data Validation

DIRECT EXAMINATION



**Alex Sweeney**
Executive Director,
Corporate Development

CROSS EXAMINATION



**Leslie Wims Morris**
Head of Corporate Development

Q. So you testified that you discussed the validation process with Ms. Javice?

A. Yes.

Q. Was Mr. Amar involved in any of those discussions?

A. No.

**March 6, 2025 Trial Tr. 1455:24-1456:3**

Q. Did you ever discuss either of the topics in this email, the data variable validation exercise that you've testified about or the data match with Chase customers, with Mr. Amar?

A. No.

**February 27, 2025 Trial Tr. 740:18-21, 23**

74

# No Conspiracy: Mr. Amar Cut Out
## Mr. Amar Didn't Deliver Any Data for JP Morgan's Validation



**DIRECT EXAMINATION**

**Adam Kapelner**
Associate Professor of Mathematics

Q.  Dr. Kapelner, who instructed you to deliver the synthetic data report or synthetic dataset to Acxiom when you completed the first project [validation]?

A.  That would be Ms. Javice.

**March 12, 2025 Trial Tr. 1976:15-18**

75

# No Conspiracy:
# ASL and Data Augmentation

# No Conspiracy: Data Augmentation
## Mr. Amar Was Buying Data to Augment Frank's <u>Real Users</u>



# No Conspiracy: Data Augmentation
## On August 1, Ms. Javice Looped in Mr. Amar for a "<u>Data Pull and Strategy</u>"

**WhatsApp**

 Charlie Javice, Aug. 1 2021 1:51:42 PM UTC (9:51:42 AM EDT)

Hey - have time to chat this am

 Charlie Javice, Aug. 1 2021 1:52:09 PM UTC (9:52:09 AM EDT)

Need to talk about a data pull and strategy

   * * *

 Charlie Javice, Aug. 1 2021 2:06:34 PM UTC (10:06:34 AM EDT)

Ur gonna need to block off ur day. And good news on the offers



78

# No Conspiracy: Data Augmentation
## Ms. Javice Deprived Mr. Amar of All Information on Data Validation

**Ms. Javice Forwards to Mr. Amar:**

| From: | Charlie Javice [charlie@withfrank.org] |
|---|---|
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 8/1/2021 2:23:11 PM |
| To: | Olivier Amar [olivier@withfrank.org] |
| Subject: | Fwd: Finland - key data questions |

------- Forwarded message -------
From: Wims Morris, Leslie <leslie.wimsmorris@chase.com>
Date: Sat., Aug 1, 2021 at 9:05 AM
Subject: Finland - key data questions
To: Charlie Javice <charlie@withfrank.org>

Hi Jack,

Per our discussion...

How many customer accounts have 100% of the below data?

How many customer accounts have partial information? Of partial records, what % include each data field below?

Validate integrity of each of the variables to the degree reasonable (e.g., claim and email clients are captured in the appropriate formats)

| Section | Variable |
|---|---|
| Popup | STUDENT_FIRST_NAME |
| | STUDENT_LAST_NAME |
| | STUDENT_EMAIL |
| | STUDENT_PHONE_NUM |
| | STUDENT_HOME_ADDR |

GOVERNMENT EXHIBIT 1147
S1 23 Cr. 251 (AKH)

**Ms. Javice Doesn't Forward to Mr. Amar:**

| From: | Wims Morris, Leslie [leslie.wimsmorris@chase.com] |
|---|---|
| on behalf of | Wims Morris, Leslie <leslie.wimsmorris@chase.com> [leslie.wimsmorris@chase.com] |
| Sent: | 8/1/2021 7:12:26 PM |
| To: | 'Charlie Javice' [charlie@withfrank.org] |
| Subject: | Finland Data Request |

As we discussed, we have two critical confirmatory due diligence requests related to Data that are conditions to closing the transaction:

(1) **Data Variable Validation** – we need to understand the number of data attributes by data Variable type per the questions and table noted below; and

(2) **Data Match with Chase Customers** – we need to understand the Finland customer overlap with Chase customers. More specifically a) whether Finland customers have an existing Chase relationship and b) if Finland customers are also Chase customers we will identify what specific products they have with the bank. At this stage this is for data insights purposes only.

In both cases, we would like to work with Axciom – a Company that we have an existing relationship with - to do the above mentioned analyses. We recommend that we start the planning process ASAP tomorrow regarding what both analyses entail and include our respective legal teams so everyone is clear regarding the ask. Please let us know time options that work for you and your team tomorrow and we will plan accordingly. And if achievable, it would be great to fast track this work ahead of signing.

| Section | Variable |
|---|---|
| Popup | STUDENT_FIRST_NAME |
| | STUDENT_LAST_NAME |
| | STUDENT_EMAIL |
| | STUDENT_PHONE_NUM |
| Personal | STUDENT_HOME_ADDR |
| | STUDENT_HOME_ADDR_APT |
| | STUDENT_BIRTHDAY |
| | APPLICATION_YEAR |

GOVERNMENT EXHIBIT 1071
S1 23 Cr. 251 (AKH)

# No Conspiracy: Data Augmentation
## Mr. Amar Didn't Know Who Acxiom Was Until 2 Months *After* Validation



Olivier Amar, Oct. 5 2021 6:48 PM UTC (2:48 PM ET)

What's Axiom? I need to ask them for a w9?

Charlie Javice, Oct. 5 2021 6:48 PM UTC (2:48 PM ET)

We never paid them



**WhatsApp**

GOVERNMENT
EXHIBIT
801-31
S1 23 Cr. 251 (AKH)

80

# No Conspiracy: Data Augmentation

No Conspiracy:
Data Augmentation Is a Common Marketing Practice

# No Conspiracy: Data Augmentation
## "Data Augmentation" or "Data Enrichment" Means Filling Out Existing Users



# No Conspiracy: Data Augmentation
## Data Augmentation Is a Common Marketing Practice

### CROSS EXAMINATION



**Steve Stolls**

Executive Vice President of Sales and Marketing



Q. And augmentation is . . . when you take a limited set of data, such as somebody's first name, last name, and address; right?

A. Yes.

Q. And then from there, Mr. Stolls, you would sell data to permit the person to add, let's say, an e-mail address or a telephone number to the first name, last name, and address; right?

A. Yes. Yes.

Q. **That is a very common industry practice, is it not?**

A. **It is.**

**March 5, 2025 Trial Tr. 1328:10-20**

### DIRECT EXAMINATION



**Jennifer Wong**

Director of Marketing

**F R A N K.**

Q. Are you familiar with augmenting data in the context of digital marketing?

A. Yes.

Q. What's an example of augmenting data?

A. […] So sometimes when you're not really looking for it, you might get a mail or a mailer in your – your mailbox of places that you might have visited but actually never signed up and have give your address to.

**March 4, 2025 Trial Tr. 1034:8-18**

83

# No Conspiracy: Data Augmentation
## Even JP Morgan Buys Data from ASL



**CROSS EXAMINATION**

**Steve Stolls**
Executive Vice President of Sales and Marketing

ASL Marketing

Q.  [ASL] also sells data to banks, doesn't it?

A.  Yes.

Q.  Banks like JPMorgan Chase?

\*    \*    \*

A.  We had worked with Chase a number of years ago.

Q.  By worked with you mean ASL has sold data to JPMorgan Chase?

A.  Yes.

**March 5, 2025 Trial Tr. 1327:2-10**

# Mr. Amar Sought to Augment Frank's **Real** Customer Accounts and Web Visitors

# No Conspiracy: Data Augmentation
## Mr. Amar Was Buying Data to Augment Frank's <u>Real Users</u>



# No Conspiracy: Data Augmentation
## <u>Ms. Javice</u> Instructed Mr. Amar to Augment Frank's Data



**From:** Olivier Amar [olivier@withfrank.org]
**on behalf of** Olivier Amar <olivier@withfrank.org> [olivier@withfrank.org]
**Sent:** 8/2/2021 1:42:11 PM
**To:** Charlie Javice [charlie@withfrank.org]
**Subject:** Re: Identity resolution question

Thanks. I'll get on it.

Olivier

Olivier Amar
Frank | Chief Growth Officer
withfrank.org | 908.305.5052
Student Covid Resources

On Mon, Aug 2, 2021 at 9:21 AM Charlie Javice <charlie@withfrank.org> wrote:
Hi Olivier,

We are looking for identity resolution solutions to help supplement contact info on demographic data we collect on users. Ideally, it would be an email or phone or physical home address.

https://docs.google.com/document/d/1s1_N4IlzFLk634ENb0nKbUyI8hpveOeWdAv1ZF-SlNk/edit?usp=sharing

Set of info we can provide is in yellow.

Charlie

GOVERNMENT
EXHIBIT
1601
S1 23 Cr. 251 (AKH)


87

# No Conspiracy: Data Augmentation
# Mr. Amar Asked mParticle About "Data Enrichment"

From: Olivier Amar [olivier@withfrank.org]
on behalf of   Olivier Amar <olivier@withfrank.org> [olivier@withfrank.org]
Sent:   8/2/2021 7:39:36 PM
To:   Linda Chu [lindac@mparticle.com]
CC:   Jennifer Wong [jen.wong@withfrank.org]
Subject:   Re: Identity resolution

Since we only use deterministic matching to ensure your data quality, we do not provide data enrichment outside of the IDSync framework within mParticle. However, we do partner with platforms here that provide those capabilities, such as our integrations with Liveramp and Narrative. For advertising, our Facebook audience integration also supports their multi-key matching capability to identify users based on other identifiers (ex. first name, city, zipcode, etc) downstream.

On Mon, Aug 2, 2021 at 9:46 AM Olivier Amar <olivier@withfrank.org> wrote:
Hi Linda,

Is there any way to leverage the data we have in mparticle for identification? As in the users that have not completed registrations. Does mParticle do that? Do you have any partners that can do that?

Thanks

Olivier

GOVERNMENT
EXHIBIT
1206

S1 23 Cr. 251 (AKH)

88

# No Conspiracy: Data Augmentation
## Mr. Amar Looked for Data Enrichment Vendors







/LiveRamp



89

# No Conspiracy: Data Augmentation
## Mr. Amar Sought to Augment Frank's Customers **and** Google Analytics Users



**WhatsApp**

Olivier Amar, Aug. 2 2021 5:16:29 PM UTC (1:16 PM EDT)

it won't complete the 4.7 ← **Web Visitors**

Olivier Amar, Aug. 2 2021 5:16:36 PM UTC (1:16 PM EDT)

it will fill out the 500K ← **Customer Accounts**

* * *

Olivier Amar, Aug. 2 2021 7:36:12 PM UTC (3:36 PM EDT)

Enrich customer profiles with demographic and contextual information

Age data
Declared age from registrations and surveys

Gender data
Declared gender from registrations and surveys

Mobile app & web behavior data
Apps or websites associated with an identifier

Device data
Information associated with a device, such as carrier, service provider, and hardware

Olivier Amar, Aug. 2 2021 7:36:20 PM UTC (3:36 PM EDT)

that's narrative

**GOVERNMENT EXHIBIT 801-5**
S1 23 Cr. 251 (AKH)

90

## No Conspiracy: Data Augmentation
## Frank Collected Cookies on All 4.25MM Google Analytics Users



### DIRECT EXAMINATION

**Jenny Zeitler**
Marketing Automation Manager

**F R A N K .**

Q.    . . . As you recall, back in the summer of 2021 was that opt-out of cookies policy available then? We all know we see it now but back in August -- July, August 2021?

A.    I don't believe so.

**Q.    That would mean then that all 4.25 million Frank users were automatically opted in?**

A.    Yes.

Q.    Now, the last question. In addition to cookies, you are aware that there are other ways that Google tracks users as well; correct?

                    *       *       *

A.    Yes.

**March 20, 2025 Trial Tr. 3065:10-25**

# No Conspiracy: Data Augmentation
## Mr. Amar Discussed Using "Big Query" with Mr. Vovor on Aug. 2



Olivier Amar, Aug. 2 2021 6:11 PM UTC (2:11 PM ET)

**Slack**

Hey Patrick, quick question, does anyone on your team have big query experience? I'd like to try running a query on Google Analytics to see what information is hiding behind the API

Patrick Vovor, Aug 2 2021 6:14 PM UTC (2:14 PM ET)



hi Olivier, unfortunately no

but let me check

Olivier Amar, Aug. 2 2021 6:15 PM UTC (2:15 PM ET)

Thanks

Patrick Vovor, Aug 2 2021 6:51 PM UTC (2:51 PM ET)



ok they seem to use SQL, but there is a lot of google custom glue around it that is totally new for us. I can ask Mohammed to help Jen, that works?



Olivier Amar, Aug. 2 2021 6:56 PM UTC (2:56 PM ET)

Sure

and thanks



**GOVERNMENT EXHIBIT 802-31**
S1 23 Cr. 251 (AKH)

92

# No Conspiracy: Data Augmentation
# Frank Needed a Data "Genius" to Augment Its Users



Charlie Javice, Aug. 3 2021 6:06 PM UTC (2:06 PM EDT)

**WhatsApp**

We get our sample yet :p

Olivier Amar , Aug. 3 2021 6:16 PM UTC (2:16 PM EDT)



Not yet..



Charlie Javice, Aug. 3 2021 6:30 PM UTC (2:30 PM EDT)

I found my genius. He say it will take him an hour

Olivier Amar , Aug. 3 2021 6:49 PM UTC (2:49 PM EDT)



Great



Charlie Javice, Aug. 3 2021 7:05 PM UTC (3:05 PM EDT)

Score.

Call me

GOVERNMENT
EXHIBIT
801-10
S1 23 Cr. 251 (AKH)

# No Conspiracy: Data Augmentation
## Using a Data Scientist to Augment Is Normal



**CROSS EXAMINATION**

**Steve Stolls**
Executive Vice President of Sales and Marketing

ASL Marketing

Q.   And there is nothing unusual about a client doing the matching internally; right?

A.   No.

Q.   And similarly, when a client chooses to do data matching internally, it is not unusual for a client to employ the services of a data scientist; isn't that right?

A.   No, not at all.

**March 5, 2025 Trial Tr. 1330:8-14**

94

# Mr. Amar Discussed Using the ASL List for Marketing to Frank's Users

## No Conspiracy: Data Augmentation
## Mr. Amar Discussed Augmentation Multiple Times



CROSS EXAMINATION

Jenny Zeitler
Marketing Automation Manager

**F R A N K .**

Q.  In that August time period, there were multiple discussions about the possibility of doing a project to enhance your customer information, correct?

A.  Correct.

**March 20, 2025 Trial Tr. 3101:12-16**

# No Conspiracy: Data Augmentation
## Mr. Amar Discussed Augmenting Frank's Scholarship List

CROSS EXAMINATION



**Jenny Zeitler**
Marketing Automation Manager

**FRANK.**

| | |
|---|---|
| COURT: | Tell us what happened August 3. |
| A. | Olivier asked for the list of subscribers, and I pulled it out of Braze and attached it to the Slack message for him. |
| COURT: | Do you know what he did with it? |
| A. | We were talking about doing a project to get more information on our subscribers so that we could target them better. |
| COURT: | Is that what he said to you? |
| A. | That's what – yeah. |

March 20, 2025 Trial Tr. 3100:24-3101:8

# No Conspiracy: Data Augmentation
## Mr. Amar Discussed Using ASL for "Remarketing" Even After the Merger Agreement

WhatsApp



Olivier Amar, Aug. 11 2021 2:45 PM UTC (10:45 AM EDT)

Hey, we're going to need the augmented lists

To build our lookalike campaigns



Charlie Javice , Aug. 11 2021 2:46 PM UTC (10:46 AM EDT)

Yep

That should be resolved this week



\* \* \*

Charlie Javice , Aug. 11 2021 3:15 PM UTC (11:15 AM EDT)

U have the 2M of them already

Olivier Amar, Aug. 11 2021 3:15 PM UTC (11:15 AM EDT)



Remarketing and lookalike campaigns

There are millions in there



Charlie Javice , Aug. 11 2021 3:15 PM UTC (11:15 AM EDT)

U can take them already

Olivier Amar, Aug. 11 2021 3:15 PM UTC (11:15 AM EDT)

You have more fields which allow me to segment the audiences even more

It's not just one list

I see it as a bunch of lists



**GOVERNMENT EXHIBIT 801-21**

98

# No Conspiracy: Data Augmentation
## Mr. Amar Disclosed and Even Sent the ASL List to Jen Wong



**CROSS EXAMINATION**

**Jen Wong**
Director of Marketing

**FRANK.**

Q. Ms. Wong, before the break we were talking about the time in the summer of 2021 where Mr. Amar had told you that he had purchased a list of customer data from a third-party source. Do you recall that?

A. Yes.

Q. And, in fact, in the summer of 2021, after he told you that, he provided you a copy of the list that he obtained, right?

A. Yes.

Q. And you discussed that list with Mr. Amar and with Ms. Zeitler as well; right?

A. Yes.

\*      \*      \*

Q. Did Mr. Amar ever tell you to conceal the fact that he had obtained this list from anyone?

A. No.

**March 5, 2025 Trial Tr. 1249:7-23**

# Mr. Amar Didn't Decide the Number of Records to Request From Any Vendor

# No Conspiracy: Data Augmentation
## Mr. Amar Originally Asked for 10MM Records from ASL



**From:** Denise Lyn[IMCEAEX-
_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-
DLYN@namprd15.prod.outlook.com]
**Sent:** Mon 8/2/2021 3:31:28 PM Coordinated Universal Time
**To:** Steve Stofls[sstofls@aslmarketing.com]
**Sent on behalf of:** Denise Lyn <IMCEAEX-
_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-
DLYN@namprd15.prod.outlook.com>
**Subject:** Withfrank.org- College Market

He has a house file that he wants to append (augment data to). The second part is postal mailing.

He is looking for 10MM records and would like a call.

GOVERNMENT
EXHIBIT
2302
S1 23 Cr. 251 (AKH)

# No Conspiracy: Data Augmentation
## Mr. Amar Also Discussed 7MM, 5MM, and 3MM Records

**WhatsApp**



Olivier Amar, Aug. 3 2021 4:36 PM UTC (12:36 PM EDT)

They're sending us the 100k test and then we can move on the 3M

Charlie Javice , Aug. 3 2021 4:36 PM UTC (12:36 PM EDT) 

They don't have more?

Need 4.5M



Olivier Amar, Aug. 3 2021 4:36 PM UTC (12:36 PM EDT)

We can move on **7M**

but once we have the test I can ask for **5m**

Only **3M** will have emails

Charlie Javice , Aug. 3 2021 4:37 PM UTC (12:37 PM EDT) 

that's fine. Addresses are good

or phone #

**GOVERNMENT
EXHIBIT
801-9**

S1 23 Cr. 251 (AKH)

**The ASL List Did <u>NOT</u> Have 4.5MM Emails**

# No Conspiracy: Data Augmentation
## The ASL List Did Not Include Phone Numbers



**CROSS EXAMINATION**

**Steve Stolls**
Executive Vice President of Sales and Marketing

ASL Marketing

**Q.** Now, in the course of your negotiations with Mr. Amar, you informed him that ASL does not typically sell phone records; right?

**A.** Probably, yes.

**Q.** Well, isn't it the case that ASL, years ago, stopped selling phone records?

**A.** Yes, we did. Yes, sir.

**Q.** And that was prior to 2021; right?

**A.** I don't recall but – yeah. Probably. Yes.

March 5, 2025 Trial Tr. 1350:8-16

**The ASL List Did <u>NOT</u> Have 4.5MM Emails and No Phone Numbers**

# Ms. Javice Told Mr. Amar that the Board Approved the Purchase of the ASL List

# No Conspiracy: Data Augmentation
# Ms. Javice Told Mr. Amar the Board Said "Buy It and Move Quick"

**WhatsApp**



Charlie Javice, Aug. 3 2021 12:46 PM UTC (8:46 AM EDT)

Where are we with ASL?

Michael signed off

Olivier Amar , Aug. 3 2021 1:07 PM UTC (9:07 AM EDT)



Good morning. Same place as yesterday.. they're getting back to me today with numbers and a sample

**\* \* \***

Olivier Amar , Aug. 3 2021 4:21 PM UTC (12:21 PM EDT)



Hold on Exact Data



Charlie Javice, Aug. 3 2021 4:22 PM UTC (12:22 PM EDT)

On with Michael and [another] and they both said buy it and move quick

Olivier Amar , Aug. 3 2021 4:34:39 PM UTC (12:34 PM EDT)



I have the 3m at 5 cents

So 150k

Charlie Javice, Aug. 3 2021 4:35 PM UTC (12:35:04 PM EDT)



Do it



GOVERNMENT
EXHIBIT
801-6
S1 23 Cr. 251 (AKH)



GOVERNMENT
EXHIBIT
801-9
S1 23 Cr. 251 (AKH)

105

# No Conspiracy: Data Augmentation
## Minutes After Telling Mr. Amar She Had Approval, Ms. Javice Said Buy 4.5MM Records

**WhatsApp**



Olivier Amar, Aug. 3 2021 4:36 PM UTC (12:36 PM EDT)

They're sending us the 100k test and then we can move on the 3M

Charlie Javice , Aug. 3 2021 4:36 PM UTC (12:36 PM EDT)

They don't have more?

Need 4.5M



GOVERNMENT
EXHIBIT
801-9
S1 23 Cr. 251 (AKH)

106

# No Conspiracy: Data Augmentation
## When Mr. Amar Confirmed 4.5MM Users, He Thought the Board Had Approved

**WhatsApp**



Olivier Amar, Aug. 5 2021 4:05 PM UTC (12:05 PM EDT)

You'll have 4.5m users today. Just closed it

2.3 cents per user. 105k price

Charlie Javice , Aug. 5 2021 4:06 PM UTC (12:06 PM EDT)



perdfect

love you



Olivier Amar, Aug. 5 2021 4:06 PM UTC (12:06 PM EDT)

:-)

GOVERNMENT
EXHIBIT
801-18
S1 23 Cr. 251 (AKH)

107

# No Conspiracy: Data Augmentation
## Mr. Amar Sent the ASL Invoice to Ms. Javice <u>With Quantity</u>





**From:** Olivier Amar [olivier@withfrank.org]
**on behalf of** Olivier Amar <olivier@withfrank.org> [olivier@withfrank.org]
**Sent:** 8/5/2021 5:32:56 PM
**To:** Charlie Javice [charlie@withfrank.org]
**Subject:** Fwd: College data
**Attachments:** DATA RENTAL AGREEMENT-WITHFRANK-8-5-21.xls

please sign

### Quantity

| |
|---|
| 2,039,511 |
| 2,460,489 |



**GOVERNMENT EXHIBIT 1085**
S1 23 Cr. 251 (AKH)

**GOVERNMENT EXHIBIT 1085-A**
S1 23 Cr. 251 (AKH)

108

# No Conspiracy: Data Augmentation
## Ms. Javice Sent It Back to Mr. Amar Signed and <u>Without Quantity</u>





| From: | Charlie Javice [charlie@withfrank.org] |
|---|---|
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 8/5/2021 5:58:49 PM |
| To: | Olivier Amar [olivier@withfrank.org] |
| Subject: | Re: College data |



GOVERNMENT
EXHIBIT
1086
S1 23 Cr. 251 (AKH)

# No Conspiracy: Data Augmentation
## When Mr. Amar Removed the Quantity from Exact Invoice, It Was to Vendor Shop



**From:** Tani Ochs [tani.ochs@exactdata.com]
**on behalf of** Tani Ochs <tani.ochs@exactdata.com> [tani.ochs@exactdata.com]
**Sent:** 8/3/2021 3:11:14 PM
**To:** Olivier Amar [olivier@withfrank.org]
**Subject:** Invoice E100480 from Exact Data
**Attachments:** Est_E100480_from_Exact_Data_1216.pdf

Hello Olivier,
Attached is the invoice requested, without the qty included.  Thanks Tani

### WhatsApp



Olivier Amar, Aug. 3 2021 4:21 PM UTC (12:21 PM EDT)

**Hold on Exact Data**

\* \* \*



Olivier Amar, Aug. 3 2021 4:34 PM UTC (12:034 PM EDT)

**I have the 3m at 5 cents**



Olivier Amar, Aug. 3 2021 4:35 PM UTC (12:35 PM EDT)

**So 150k**

Charlie Javice, Aug. 3 2021 4:35 PM UTC (12:35 PM EDT)

**Do it**



GOVERNMENT EXHIBIT 1580
S1 23 Cr. 251 (AKH)

GOVERNMENT EXHIBIT 801-9
S1 23 Cr. 251 (AKH)

110

# Mr. Amar Had Nothing To Do With Synthetic Data

# No Conspiracy: Synthetic Data

| GX 2821 |
|---------|
| GX 2405 |
| GX 1761 |
| GX 1753 |
| GX 1752 |
| GX 1751 |
| GX 1679 |
| GX 1676 |
| GX 1568 |
| GX 1567 |
| GX 1566 |
| GX 1565 |
| GX 1141 |
| GX 1083 |
| GX 1077 |

Javice/Kapelner
Emails

Amar/Kapelner
Emails

# No Conspiracy: Synthetic Data
## Mr. Amar Didn't Meet Dr. Kapelner Until "Project 3"—October 2021



**DIRECT EXAMINATION**

**Adam Kapelner**
Associate Professor of Mathematics

QUEENS COLLEGE

Q.    I want to draw your attention, Dr. Kapelner, to Ms. Javice's email from 1:29 p.m. on October 23, 2021.

MS. KOSTOPOULOS:    If we could just blow that up.

Q.    And Ms. Javice writes, "Hey, Adam, meet Olivier! He's my right hand and absolutely awesome." Is this when you first met Mr. Amar, or were first connected to him?

A.    Yes, it's when I was first connected to him.

Q.    And it was Ms. Javice introducing you to him in connection with the work you would be doing for Project 3?

A.    I believe so.

**March 12, 2025 Trial Tr. 2031:2-12**

113

# No Conspiracy: Synthetic Data
## Frank's User Data Was Messy and Needed a Data Scientist

DIRECT EXAMINATION



Keona Drakeford
Executive Director

JPMorganChase

Q. Is it fair to say that data can be messy at times?

A. Yes.

**March 18, 2025 Tr. 2688:10-11**

REDIRECT EXAMINATION



Marc Rowan
Member, Board of Directors

F R A N K .

Q. Why did you refer Ms. Javice to a PhD at Wharton, in data science?

A. The company seemed overwhelmed by the volume of requests from JPMorgan and also the need to parse private and public data, and this is not atypical from a large, sophisticated institution like a bank asking for diligence information from a startup company. But it was clear to me the company needed outside resources.

**March 20, 2025 Tr. 3042:18-25**

# No Conspiracy: Synthetic Data
## Mr. Amar Believes Finished Data at 2 AM Refers to Cleaning Up the Data

 Charlie Javice, Aug. 5 2021 12:20 PM UTC (8:20 AM EDT)

**WhatsApp**

Finished data at 2am

Olivier Amar, Aug. 3 2021 12:21 PM UTC (8:21 AM EDT) 

How's it go?

How'd

 Charlie Javice, Aug. 5 2021 12:21 PM UTC (8:21 AM EDT)

Will stare at it with a fresh pair of eyes in 10 and it's done and ready to go

Olivier Amar, Aug. 3 2021 12:21 PM UTC (8:21 AM EDT) 

Okay

 Charlie Javice, Aug. 5 2021 12:21 PM UTC (8:21 AM EDT)

He did a fantastic job. Truly. We powered through together

Fun getting to work with ur old stat professor :)

GOVERNMENT EXHIBIT 801-15
S1 23 Cr. 251 (AKH)

115

# No Conspiracy: Synthetic Data
## Mr. Amar Wasn't Involved in "Project 2"—Augmenting the ASL List



**DIRECT EXAMINATION**

Adam Kapelner
Associate Professor of Mathematics

Q.   How soon after that did you start working on your next consulting project for Frank?

A.   We began the day after.

Q.   And what was the second project that you worked on?

A.   Yeah, I called that the augmentation or data appending or filling missing value project.

**March 12, 2025 Trial Tr. 1974:4-9**

116

Case 1:25-cv-00489-AKH Document 36-1 Filed 04/25/25 Page 54 of 66



## Ms. Javice



## Mr. Amar

Purchases ASL List

Uses it to
Augment Frank Data



Augmented ASL
List with Enformion
Data Uploaded to
JP Morgan



## Dr. Kapelner

Makes Synthetic Data

Uses Enformion Data to
Augment ASL Data

# No Conspiracy:
# Patrick Vovor Is an Unreliable Witness

# No Conspiracy: August 1-2
## Mr. Vovor Said There Were Two Calls



**CROSS EXAMINATION**

**Patrick Vovor**
Director of Engineering

**F R A N K.**

---

**PATRICK VOVOR CROSS**

COURT:     Was Mr. Amar also on the phone?

WITNESS: No. On August 1st, no.

\* \* \*

Q.  But he wasn't on the call, correct?

A.  He was not on the call on August 1st.

---

**PATRICK VOVOR CROSS**

Q.  Is it your testimony, sir, that there were no other calls with you and Ms. Javice between the first call you had on August 1st and the Google Hangout call you had with Ms. Javice and Mr. Amar on August 2nd?  Is that your testimony?

A.  To the best of my recollection, yes.

---

March 10, 2025 Trial Tr. 1702:17-22; March 10, 2025, Trial Tr. 1691:24-1692:3

119

# Mr. Vovor's Story

 

**August 1**   12:30 PM call

  

**August 2**   12:15 PM Google Hangout

# No Conspiracy: August 1-2
## Mr. Vovor Claimed He Viewed visitors-geo for First Time on Aug. 2

**CROSS EXAMINATION**



**Patrick Vovor**
Director of Engineering

**FRANK.**



Q.    Can we now pull up GXG 116 in evidence?  Was your testimony on Thursday that the first time you saw this document was also on August 2?

A.    Yes.



VISITORS-GEO

| | A | B | C | D | F | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | # | | | | | | | | |
| 2 | # Frank – All Web Site Data | | | | | | | | |
| 3 | # Location | | | | | | | | |
| 4 | #:20170401-20210716 | | | | | | | | |
| 5 | # | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | Device Catego | Users | New Users | Sessions | Bounce Rate | Pages / Sessi | Avg. Session I | Goal Conversi | Goal Completions |
| 8 | mobile | 2,891,173 | 2,565,819 | 3,151,886 | 65.41% | 2.15 | 0:01:37 | 17.32% | 398,275 |
| 9 | desktop | 1,638,583 | 1,804,404 | 2,198,785 | 57.57% | 2.42 | 0:01:53 | 18.81% | 413,889 |
| 10 | tablet | 176,433 | 175,081 | 209,088 | 63.56% | 2.13 | 0:01:29 | 13.74% | 28,728 |
| 11 | | 4,706,189 | 4,864,404 | 5,559,745 | 62.23% | 2.26 | 0:01:43 | 14.94% | 830,872 |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | City | Users | New Users | Sessions | Bounce Rate | Pages / Sessi | Avg. Session I | Goal Conversi | Goal Completions |
| 16 | New York | 212,728 | 210,489 | 260,389 | 63.33% | 2.28 | 0:01:53 | 13.13% | 26,354 |
| 17 | (not set) | 127,934 | 125,019 | 145,380 | 60.62% | 2.48 | 0:01:45 | 14.26% | 20,722 |
| 18 | Chicago | 120,934 | 117,370 | 139,091 | 70.89% | 1.98 | 0:01:25 | 11.52% | 16,330 |
| 19 | Los Angeles | 108,817 | 108,686 | 124,633 | 66.33% | 1.89 | 0:01:29 | 9.89% | 12,329 |
| 20 | Dallas | 103,614 | 100,629 | 124,062 | 66.46% | 2.62 | 0:02:39 | 19.29% | 24,356 |
| 21 | Houston | 106,331 | 90,361 | 116,029 | 65.12% | 2.39 | 0:01:51 | 17.59% | 21,013 |
| 22 | Atlanta | 86,176 | 79,487 | 97,613 | 65.47% | 2.43 | 0:01:49 | 18.91% | 18,330 |
| 23 | Washington | 49,367 | 47,374 | 57,669 | 68.33% | 1.98 | 0:01:33 | 13.49% | 7,779 |
| 24 | Philadelphia | 46,952 | 45,748 | 53,354 | 64.49% | 2.18 | 0:01:44 | 15.67% | 8,361 |
| 25 | San Antonio | 40,847 | 40,165 | 47,783 | 64.61% | 2.31 | 0:01:41 | 16.21% | 7,748 |



**GOVERNMENT EXHIBIT**
**G-116**
S1 23 Cr. 251 (AKH)

**March 10, 2025 Trial Tr. 1731:12-15**

121

# Mr. Vovor's Story



**August 1**    12:30 PM call

Vovor claims he saw "visitors-geo" for the first time when Amar screenshares Aug 2

**August 2**    12:15 PM Google Hangout

# No Conspiracy: August 1-2
## Mr. Vovor Claimed He Viewed data_request For the First Time on Aug. 2



**DIRECT EXAMINATION**

**Patrick Vovor**
Director of Engineering

**F R A N K .**

Q. Mr. Vovor, do you recognize the document that is on the left side of the screen?

A. Yes.

Q. What is it?

A. A list of all the FAFSA data fields that we collect from our students.

\* \* \*

Q. […] The document on the left [GX G-506] was one of the documents shared during the August 2 meeting?

A. Yes.





# Mr. Vovor's Story



**August 1**  12:30 PM call

Vovor claims he saw "visitors-geo" for the first time when Amar screenshares Aug 2

**August 2**  12:15 PM Google Hangout

Vovor claims he saw "data_request" for the first time when Javice screenshares Aug 2

124

# No Conspiracy: August 1-2
## Mr. Vovor Said Mr. Amar and Ms. Javice Asked Him to Pull Data After Aug. 2 Call



**CROSS EXAMINATION**

Patrick Vovor
Director of Engineering

**F R A N K .**

Q.   Now you testified that **after** your call with Ms. Javice and Mr. Amar on August 2nd, they asked you to pull Frank's FAFSA data; is that right?

A.   Yes.

Q.   And your claim is that that happened **after** the call and not before?

A.   No. It started during the call, and it continued **after** the call.

Q.   In fact, it happened **before** the call, did it not, sir?

A.   **No. During the call.**

**March 11, 2025 Trial Tr. 1786:3-12**

125

# Mr. Vovor's Story



**August 1**    12:30 PM call

**August 2**    12:15 PM Google Hangout

Vovor claims he saw "visitors-geo" for the first time when Amar screenshares Aug 2

Vovor claims he saw "data_request" for the first time when Javice screenshares Aug 2

Javice and Amar request data from Vovor after 12:15 PM meeting

126

# No Conspiracy: August 1-2
## Ms. Javice Shared Synthetic Data Article with Mr. Vovor on Aug. 2



| | |
|---|---|
| From: | Charlie Javice [charlie@withfrank.org] |
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 8/2/2021 11:38:27 AM |
| To: | Patrick Vovor [patrick@withfrank.org] |
| Subject: | Data set |

https://www.maskaravivek.com/post/gan-synthetic-data-generation/

Charlie Javice
914.575.9314

Q. She sent you an article the subject of which was synthetic data; right?

A. Yes.

Q. […] Now, this e-mail is sent only to you; correct?

A. Yes.

Q. And its time is 11:38 a.m.; right?

A. Yes.

Q. So that is before the Google Hangout call you had with Mr. Amar and Ms. Javice; correct?

A. Correct.

Q. Did you click on this before you had that call?

*  *  *

A. I believe before.

**March 10, 2025, Trial Tr. 1733:13-1734:6**



GOVERNMENT
EXHIBIT
1054
S1 23 Cr. 251 (AKH)

127

# Mr. Vovor's Story



**August 1** — 12:30 PM call

Javice sends Vovor synthetic data article

Vovor claims he saw "visitors-geo" for the first time when Amar screenshares Aug 2

**August 2** — 12:15 PM Google Hangout

Vovor claims he saw "data_request" for the first time when Javice screenshares Aug 2

Javice and Amar request data from Vovor after 12:15 PM meeting

128

# The Truth

