# EXHIBIT C

## PART 1 OF 3

# *United States v. Charlie Javice and Olivier Amar*

## Summation on Behalf of Olivier Amar

# Mr. Amar and Ms. Javice Were Not on the Phone During Aug. 2 Emails



11 Minute Call

6:09 PM ET

Failed Call

6:22 PM ET

GOVERNMENT EXHIBIT 1577
S1 23 Cr. 251 (AKH)

GOVERNMENT EXHIBIT 902
S1 23 Cr. 251 (AKH)

**Consider the Defendants and the Evidence Separately**

**Burden of Proof Is on the Government Alone**

4

# Reasonable Doubt

# Mr. Amar's Role at Frank

# Mr. Amar's Job Was Marketing and Increasing Website Visitors



**CROSS EXAMINATION**

**Mason Young**
Senior Vice President

Q.    So, when it came to issues about customer acquisition and retention, that was Mr. Amar's job, as far as you understood it?

A.    Correct.

Q.    And by that, just to be clear, meaning how did people come to the website? How did they acquire people; right?

A.    Correct.

Q.    Whether they did it through Instagram?

A.    Correct.

Q.    TikTok?

A.    Correct.

Q.    Google search?

A.    Whatever platforms Frank was using to acquire users; yes.

**March 13, 2025 Trial Tr. 2270:13-25**

7

# Mr. Amar Did Not Lie To Anyone

# The Government's False Promises

- "**[Defendants]** lied in emails, **they** lied to dozens of people"

- "**Defendants** said that **they** had over 4 million users . . . who created accounts and who gave . . . lots of personal information"

- "JP Morgan . . . will tell you that the **defendants** claimed that they had millions of users with accounts."

- "**[D]efendants** told these same lies . . . Capital One."

- "You will see a spreadsheet that the **defendants** created together that inflated the number of users they had by millions."

- "You will hear from a lawyer who worked at Frank.  You will see that the **defendants** lied to him."

February 20, 2025 Trial Tr. 39:14-15; 36:19-23; 40:18, 20-22; 40:24-25; 40:3-5; 40:10-11

9

# Mr. Amar Did Not Lie To Anyone



Cowan, LionTree



Wims Morris, JPMC



Sweeney, JPMC



Young, Capital One



MacDonald, JPMC



Subramaniam, JPMC

## Not A Single Witness Said He Lied

10

# Mr. Amar Did Not Lie:
## He Never Defined 4.25MM Users as FAFSA Customers to <u>LionTree</u>



CROSS EXAMINATION

Houston Cowan
Analyst

LionTree

Q.  Do you see that? Do you see that number 4.265?

A.  I do, sir.

Q.  I just want to be clear. Mr. Amar never explained to you what the 4.25 million meant in this spreadsheet; correct?

A.  Not to my recollection, no.

**February 25, 2025 Trial Tr. 320:1-5**

11

# Mr. Amar Did Not Lie:
## He Never Defined 4.25MM Users as FAFSA Customers to <u>Capital One</u>

CROSS EXAMINATION



**Mason Young**
Senior Vice President



Q.    You learned about the number of customers that you thought Frank had within the first week or so of speaking to **Ms. Javice**; correct?

\*          \*          \*

A.    Correct.

COURT:    How many customers were [you] told . . . Frank had?

\*       \*       \*

WITNESS: 4.25 million users was disclosed in the first round of diligence.

COURT:    **So you had that number in mind even before you met <u>Mr. Amar</u>?**

WITNESS: **Correct.**

**March 13, 2025 Trial Tr. 2257:14-19; 2259:2-10**

# Mr. Amar Did Not Lie:
## He Never Defined 4.25MM Users as FAFSA Customers to <u>JP Morgan</u>



DIRECT
EXAMINATION

Leslie Wims
Morris
Head of Corporate
Development

JPMorganChase

Q.  In 2021 how many customer accounts did you understand Frank to have?

A.  4.25 million customer accounts.

Q.  What was that based on?

A.  Based on information that was conveyed to the firm **by Ms. Javice**.

## Mr. Amar Did Not Lie:
## He Never Defined 4.25MM Users as FAFSA Customers to <u>JP Morgan</u>



DIRECT
EXAMINATION

Alex Sweeney
Executive Director

**Q.** Who from Frank primarily spoke at the meetings you attended?

**A.** Charlie Javice.

**Q.** What, if anything, did Ms. Javice say about the number of Frank users?

**A.** **<u>She</u> consistently represented** that Frank had 4.25 million customers that it signed up for the product.

**Q.** And did **<u>she</u>** define the customer user?

**A.** Yes.

March 6, 2025 Trial Tr. 1450:5-13

14

# Mr. Amar Did Not Lie:
## He Never Defined 4.25MM Users as FAFSA Customers to <u>JP Morgan</u>

**DIRECT EXAMINATION**



Sindhu
Subramaniam

Vice President,
Corporate
Development and M&A



Q. Who answered questions about Frank's user data?

A. Charlie Javice.

Q. How, if at all, did Ms. Javice define a user?

A. She defined a user as someone with a first name, last name, e-mail address, and a phone number.

Q. How many such users did Ms. Javice say Frank had, if she said so at all?

A. 4.25 million.

Q. At this meeting, was there discussion of Frank's website visitors?

A. Yes.

**Q. Who addressed that topic on behalf of Frank?**

**A. Charlie again.**

**March 13, 2025 Trial Tr. 2297:13-25**

15

# Mr. Amar Did Not Lie:
## The Government's Story vs. The Truth

### DIRECT EXAMINATION

Q.   [W]here did you get your understanding of what Frank's 4.3 million users were?

A.   **From the company Frank.**

\* \* \*

COURT:        Who told you that?

WITNESS:      The executives at the company.

COURT:        Who told you that?

WITNESS:      Charlie Javice, **Olivier Amar**, their company materials that they had prior.  So, yeah.

MR. FERGENSON:

Q.  Which Frank employees typically answered questions about Frank's users, Mr. Cowan?

A.  That would be Charlie Javice and **Olivier Amar**.



**Houston Cowan**
Analyst

LionTree

### CROSS EXAMINATION

Q.   [T]he only person you have a memory of providing you a definition of what a Frank user was, was Ms. Javice?

A.   That is correct.

**Q.   Not Mr. Amar?**

**A.   I do not have a recollection of Mr. Amar.**

Q.   So when you testified earlier about someone from Frank or the Frank employees providing a definition you always meant Ms. Javice; correct?

**A.   My recollection was that it was Ms. Javice.**

# Mr. Amar Did Not Lie:
## The Government's Story vs. The Truth



**REDIRECT EXAMINATION**

**Houston Cowan**
Analyst

LionTree

Q. Mr. Cowan, who from Frank answered questions about Frank's users, typically

A. Typically that was **Charlie Javice and Matt Glazer**.

# Mr. Amar Did Not Lie:
## The Government's Story vs. The Truth

CROSS EXAMINATION



**Mason Young**
Senior Vice President

Capital One

Q.     [Y]ou testified yesterday that after that meeting on June 23rd . . . that Ms. Javice said **she would get with her team and reconcile the data** and provide an updated document to the data room. Do you recall giving that testimony?

A.     I do.

Q.     But in fact, sir, isn't it true that what Ms. Javice said was **she** would follow up on the numbers? Not the team; **she** would follow up on the numbers after the June 23rd call?

A.     That sounds right.

March 13, 2025 Trial Tr. 2268:9-21

# Mr. Amar Did Not Lie:
## Ms. Javice Represented All of Frank's Numbers to JPMorgan

**CROSS EXAMINATION**



Leslie Wims Morris

Head of Corporate Development

JPMorganChase

Q.  When you purchased this website, . . . did you know how many people visited that website?

A.  When we purchased the company and **her** product, **everything I knew about her business and her product was conveyed to us directly by Ms. Javice**.

# A Fraud Case with No Lie?

"User" Means Many Things, Including A Website Visitor

# "User" Means Many Things:
## Companies Like Frank Have Many Different Definitions of "User"



**CROSS EXAMINATION**

Mason Young
Senior Vice President

*Capital One*

Q. And you testified I think yesterday that companies similar to Frank have **many different definitions of a "user"**; that was your testimony yesterday, was it not?

A. **Correct.**

**March 13, 2025 Trial Tr. 2243:21-24**

# "User" Means Many Things:
## Mr. Rowan Understood "User" to Mean Website Visitor

**CROSS EXAMINATION**



**Marc Rowan**
Member, Board of Directors

**F R A N K .**

Q. In your position with Apollo, have you been responsible for the purchase and sale of various companies before?

A. Yes. Numerous companies.

Q. Can you give a couple examples of companies we have heard of?

A. [...] Vail Resorts, Samsonite Luggage, Culligan Water, Ceasars Palace, Venetian Casino, National Law Journal, New York Law Journal; Florsheim, Converse.

COURT: In the period of July and August 2021, was there any discussion of numbers of customers that Frank had?

WITNESS: My recollection is that there were over 4 million customers and that by the end of the JPMorgan process, there were over 5 million customers.

MR. CHIUCHIOLO:

Q. Mr. Rowan, you understood that to be a reference to website visitors, correct?

A. **Users, website visitors, customers, one and the same.**

**March 20, 2025 Trial Tr. 2998:24-2999:7; 3038:20-3039:3**

23

# "User" Means Many Things:
## Definition of User Depends on the Context



**REDIRECT EXAMINATION**

Jennifer Wong
Director of Marketing

**FRANK.**

| COURT: | And this [Google Analytics] . . . counts the numbers of people who visited the website, not the ones who were account holders. |
| --- | --- |
| WITNESS: | Yes. |
| COURT: | **Even though the same word "users" is used in connection with both?** |
| WITNESS: | **Yes.** |

**March 4, 2025 Trial Tr. 3402:11-13**

24

# "User" Means Many Things:
## In Google Analytics a "User" is a Website Visitor

### DIRECT & CROSS EXAMINATION



**Jennifer Wong**
Director of Marketing

**F R A N K .**

Q.    And you also mentioned Google Analytics.  What is Google Analytics?

A.    It is a way to measure website performance at the time. We used it specifically to measure how people got to our website, what they did on the website, and then how they went through our website.

Q.    Did Frank actively track website visitors using Google Analytics?

A.    Yes.

March 4, 2025 Trial Tr. 1030:12-20 (Direct)

Q.    **And Google Analytics defines users as people who have visited here the Frank website; correct?**

A.    **Correct.**

March 4, 2025 Trial Tr. 1135:23-25 (Cross)

25

# "User" Means Many Things:
## JP Morgan Understood Google Analytics Defines Users as Visitors

CROSS
EXAMINATION



Ryan
MacDonald
Head of Growth for
Financial Products

JPMorganChase

Q.  Are you aware that Google Analytics defines **users** as *people who visit a website*?

A.  We — I do know that they show website visitors as users, yes, but — yeah

**March 17, 2025 Trial Tr. 2520:12-15**

# "User" Means Many Things:
## Frank's Google Analytics Dashboard Showed 4MM+ <u>Users</u> in 2021



# "User" Means Many Things:
## Mr. Rowan Understood Frank's "Users" Meant Website Visitors



### DIRECT EXAMINATION

**Marc Rowan**
Member, Board of Directors

**F R A N K .**

Q. You have used the term **"users".** Does that relate solely to those who endeavor to complete a FAFSA application?

A. No. **That would be anyone who came to the website.**

**March 20, 2025 Trial Tr. 3007:7-9**

28

# "User" Means Many Things, Including Visitor:
## Mr. Rowan Believed Website Visitors Were Valuable

DIRECT
EXAMINATION



Marc Rowan
Member, Board of
Directors

**F R A N K.**

COURT:        What is aggregate?

WITNESS:    Aggregate is to collect or attract. . . .

If they were doing business with a financial services company, **the more users who came to their website who could be referred to that financial services company would make them more and more valuable.**  And it was not just getting users to the website, it was getting users to the website at a reasonable cost.

March 20, 2025 Trial Tr. 3006:14-3007:5

29

# "User" Means Many Things:
## Mr. Amar Updated the Frank Website to Accurately Reflect 4.25MM Users

### DIRECT EXAMINATION



**Jennifer Wong**
Director of Marketing

**F R A N K.**

Messages in chronological order (times are shown in GMT +00:00)

triad-4704 - 2021/02/01

Olivier Amar <olivier@withfrank.org>
Can we change this today:
2/1/2021, 4:53 PM

Olivier Amar <olivier@withfrank.org>
4.25 million students trust Frank
2/1/2021, 4:53 PM

### triad-4704 - 2021/02/01

Olivier Amar <olivier@withfrank.org>
Can we change this today:
2/1/2021, 4:53 PM

Olivier Amar <olivier@withfrank.org>
4.25 million students trust Frank
2/1/2021, 4:53 PM

one block, 4.25 million students trust frank?

Olivier Amar <olivier@withfrank.org>
Sure. If you want
2/1/2021, 5:58 PM

Jen Wong <jen.wong@withfrank.org>
2/1/2021, 7:09 PM

File "triad-4704 - 2021-02-01 - 00011_Attach.mov" is missing.
Attachment: Image from iOS.MOV (88 MB)

Jen Wong <jen.wong@withfrank.org>
please ignore the san diego boy screaming in the background
2/1/2021, 7:10 PM

Olivier Amar <olivier@withfrank.org>
Wow. Attempting to cross country ski. That's amazing. Love it
2/1/2021, 7:21 PM

Jen Wong <jen.wong@withfrank.org>
its pretty great, pretty positive ive seen that same guy every time theres a major storm outside.
2/1/2021, 7:35 PM

Jen Wong <jen.wong@withfrank.org>
updated the page
2/1/2021, 8:10 PM

Olivier Amar <olivier@withfrank.org>
2/1/2021, 8:23 PM

**GOVERNMENT EXHIBIT 802-63**
S1 23 Cr. 251 (AKH)

# "User" Means Many Things:
# Jen Wong Checked the 4.25MM Number and Confirmed It Was Accurate



## CROSS EXAMINATION



**Jennifer Wong**
Director of Marketing

**F R A N K .**

Q.    At the time he made this request you went to Google Analytics to check the 4.25 million number; right?

A.    Yes.

                *        *        *

Q.    Did you look at a place on Google Analytics, a report that reported how many users Frank had?

A.    Yes.

                *        *        *

Q.    What was the number that you saw that Google Analytics was reporting to you back in around February 1,2021 when you checked this about how many users Frank had?

A.    ==It was around 4.25 million.==

Q.    ==That was an accurate number; correct?==

A.    ==It was accurate.==

**March 5, 2025 Trial Tr. 1216:10-12; 1217:2-22**

31

# Mr. Amar Never Asked His Team to Lie or Change Data

# Mr. Amar Never Asked Jen Wong to Report Inaccurate Data or Change Data



**CROSS EXAMINATION**

**Jennifer Wong**
Director of Marketing

**F R A N K.**

Q.    During that period of time where you worked daily with Mr. Amar, fair to say you talked regularly with him about data from Google Analytics as well as from other sources?

A.    Yes.

Q.    And not once did Olivier Amar ever ask you to report inaccurate data from Google Analytics, did he?

*        *        *

COURT:         Did he use the words -- did he ask you to report data that was labeled inaccurate?

WITNESS:      No.

*        *        *

Q.    […] Did Mr. Amar ever ask you to change data that Google Analytics was reporting when you passed it on?

A.    No.

**March 5, 2025 Trial Tr. 1259:7-16, 1234:24-1235:2**

33

# More False Promises from the Government: No Conspiracy

## THE GOVERNMENT STORY

- The Government said Defendants created a spreadsheet (3.1.4) inflating user numbers

- The Government said Defendants inflated their visitor data

- The Government said Defendants created synthetic data for JP Morgan's validation

- The Government said Defendants bought a customer list to "pass off" to JP Morgan

- The Government said Defendants asked Mr. Vovor to make a fake list on August 2

- The Government said Defendants created a spreadsheet called "records needed" to give to Dr. Kapelner

- The Government said Defendants passed off the ASL list calling it Frank users in January 2022

## THE TRUTH

- Mr. Amar added only accurate data to 3.1.4

- Mr. Amar called that a "huge mislabel"

- Mr. Amar had nothing to do with synthetic data or validation

- Mr. Amar bought a customer list to augment Frank's users

- Ms. Javice asked Mr. Vovor to create synthetic data on August 1

- When Mr. Amar was in document, it was called "funnel since Aug 2020," and there is no proof it contained anything false at that time

- There is no evidence Mr. Amar compiled or passed off any such list

34

# No Conspiracy:
# 3.1.4 – User Breakdown Spreadsheet

# No Conspiracy: 3.1.4
## Ms. Javice Asked Jen Wong to Put Google Analytics Data into 3.1.4



| | |
|---|---|
| **From:** | Charlie Javice (via Google Sheets) [drive-shares-dm-noreply@google.com] |
| **on behalf of** | Charlie Javice (via Google Sheets) <drive-shares-dm-noreply@google.com> [drive-shares-dm-noreply@google.com] |
| **Sent:** | 6/24/2021 2:18:26 PM |
| **To:** | jen.wong@withfrank.org |
| **Subject:** | Spreadsheet shared with you: "User_Breakdown" |

charlie@withfrank.org has invited you to **edit** the following spreadsheet:

here is the tab, you can see the breakdown need in columns F through L, we are taking the sessions column for this



GOVERNMENT EXHIBIT
1636
S1 23 Cr. 251 (AKH)

# No Conspiracy: 3.1.4
## Mr. Amar—with Jen Wong—Put <u>Accurate Google Analytics Data</u> into 3.1.4



**CROSS EXAMINATION**

**Jennifer Wong**
Director of Marketing

**F R A N K .**

Q.    And you see that Ms. Javice shares a spreadsheet called User Breakdown? Do you see that?

A.    Yes.

Q.    And she says, "Here's the tab. You can see **the breakdown need in columns F through L.** We are taking the Sessions column for this." Do you see that?

A.    Yes.

Q.    When you got this request from Ms. Javice to pull this information, did you just go to Google Analytics and pull information that Google Analytics was reporting and did you give it back to her?

A.    Yes.

Q.    Meaning, in other words, you didn't take Google Analytics data and change it in any way; you just pulled information from Google Analytics and passed it on.

A.    No. **<u>We</u> took it** exactly from Google Analytics. However, it exported directly into Google Sheets and then copied and pasted it over to that report that she requested.

**March 5, 2025 Trial Tr. 1227:10-16; 1234:6-16**

37

# No Conspiracy: 3.1.4
## Mr. Amar—with Jen Wong—Put Accurate Google Analytics Data into 3.1.4



GOVERNMENT
EXHIBIT
3.1.4
S1 23 Cr. 251 (AKH)

38

# No Conspiracy: 3.1.4
## Mr. Amar Didn't Transmit (Another) Version 3 of 3.1.4 – With <u>18 More Columns</u>



GOVERNMENT
EXHIBIT
3015
S1 23 Cr. 251

GOVERNMENT
EXHIBIT
3015-A
S1 23 Cr. 251

39

# No Conspiracy: 3.1.4
## Mr. Amar Never Sent 3.1.4 to <u>Anyone</u>



**DIRECT EXAMINATION**

**Houston Cowan**
Analyst

*LionTree*

| | |
|---|---|
| THE COURT: | Can I see the forwarding e-mail, please? |
| MR. FERGENSON: | **[P]lease pull up 3010 again** […] |
| THE COURT: | So the information on that chart was sent to you from Charlie Javice? |
| THE WITNESS: | Yes. That is correct, your Honor. |
| THE COURT: | And Mr. Amar is not on this memo, right? |
| THE WITNESS: | That is correct your Honor; he is not. |

| From: | Charlie Javice [charlie@withfrank.org] |
|---|---|
| on behalf of | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| Sent: | 6/24/2021 3:06:11 PM |
| To: | Koskovolis, Luke [LKoskovolis@liontree.com]; Michael, Alex [AMichael@liontree.com]; Cowan, Houston [HCowan@liontree.com] |
| Subject: | Re: Mason comments |
| Attachments: | User_Breakdown_CJ_v2.xlsx |

Attached with users by attributed product and FAFSA completion.
--> How far out do you want projections? Is it just user projections or need the whole mix here?
--> Will overlap the retention for the platform this afternoon.



GOVERNMENT
EXHIBIT
3010
S1 23 Cr. 251

**February 21, 2025 Trial Tr. 175:5-14**

40

# No Conspiracy: 3.1.4
## Mr. Amar Didn't Have Access to the Virtual Data Room Storing 3.1.4



**CROSS EXAMINATION**

Houston Cowan
Analyst

LionTree

Q.  Sir, isn't it a fact that while Ms. Javice and Mr. Glazer were granted access to the virtual data room, Mr. Amar was not?

A.  I do not recall granting Mr. Amar access.

41

No Conspiracy:
Mr. Amar Called Out "Huge Mislabel" of Visitor Data

# No Conspiracy: "Huge Mislabel" of Visitor Data



● = PRE-CORRECTION
■ = POST-CORRECTION

**JUN 25**
Mr. Amar quotes "3.3mm impressions,"
LionTree asks for data on it

**JUNE** | **JULY**

49

# No Conspiracy: "Huge Mislabel"
## Mr. Amar Provided an Accurate Number of 3.3MM Website Impressions

| | |
|---|---|
| **From:** | Charlie Javice [charlie@withfrank.org] |
| **on behalf of** | Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org] |
| **Sent:** | 6/25/2021 6:48:01 PM |
| **To:** | Koskovolis, Luke [LKoskovolis@liontree.com]; Cowan, Houston [HCowan@liontree.com] |
| **CC:** | Olivier Amar [olivier@withfrank.org]; Matt Glazer [matt@withfrank.org]; LT-ProjectFrontier@liontree.com |
| **Subject:** | Re: Follow up Data from Calls today |
| **Attachments:** | CJ- Visitors.xlsx |

• Impressions

    ○ I know you all are working on the traffic data we discussed yesterday

    ○ Is the 3.3mm impressions number Olivier quoted something we can get on a monthly or quarterly basis and upload to the VDR? Think that would be good to follow up with since we mentioned it in whatever form we can produce it

**GOVERNMENT EXHIBIT 3017**

S1 23 Cr. 251

44

# No Conspiracy: "Huge Mislabel" of Visitor Data



● = PRE-CORRECTION
■ = POST-CORRECTION

● **JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

● **JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JUNE** | **JULY**

# No Conspiracy: "Huge Mislabel"
## Ms. Javice Sent Mislabeled Visitor Data to LionTree

**From:** Charlie Javice [charlie@withfrank.org]
**on behalf of** Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:** 6/25/2021 6:48:01 PM
**To:** Koskovolis, Luke [LKoskovolis@liontree.com]; Cowan, Houston [HCowan@liontree.com]
**CC:** Olivier Amar [olivier@withfrank.org]; Matt Glazer [matt@withfrank.org]; LT-ProjectFrontier@liontree.com
**Subject:** Re: Follow up Data from Calls today
**Attachments:** CJ- Visitors.xlsx

Unique visitors attached. It only goes back 16 months as google search console only tracks 16 months. There is no way to get the older data. You can see we doubled since last year with no paid budget other than classfinder messaging tests in 2021.

Thanks

Luke Koskovolis

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

**GOVERNMENT EXHIBIT 3017**
S1 23 Cr. 251

| | A | B | C |
|---|---|---|---|
| | Year | Month | SUM of Visitors |
| | 2020 | 02 | 2,346,280.00 |
| | | 03 | 2,716,814.00 |
| | | 04 | 1,772,776.00 |
| | | 05 | 1,710,717.00 |
| | | 06 | 1,872,116.00 |
| | | 07 | 3,434,013.00 |
| | | 08 | 4,052,534.00 |
| | | 09 | 3,906,368.00 |
| | | 10 | 5,541,059.00 |
| | | 11 | 3,814,799.00 |
| | | 12 | 3,379,546.00 |
| | 2020 Total | | 34,547,022.00 |
| | 2021 | 01 | 3,355,815.00 |
| | | 02 | 2,826,819.00 |
| | | 03 | 3,433,918.00 |
| | | 04 | 3,472,261.00 |
| | | 05 | 3,054,258.00 |
| | | 06 | 2,878,428.00 |
| | 2021 Total | | 19,021,499.00 |
| | Grand Total | | 53,568,521.00 |

**GOVERNMENT EXHIBIT 3017-A**
S1 23 Cr. 251

46

# No Conspiracy – "Huge Mislabel"
## Mr. Amar Never Touched the Mislabeled Data Sent to LionTree



**DIRECT EXAMINATION**

**Cory Gaddis**
Records Custodian
Google

Q.   At the bottom where it says Title, what's the title?

A.   **CJ Visitors.**

Q.   […] Mr. Gaddis, who has permissions on this document, which email address?

A.   **I'm only seeing the charlie@withfrank.org.**

Q.   And it's just the charlie@withfrank.org on this document.

A.   Correct.



| A | B | C |
|---|---|---|
| Year | Month | SUM of Visitors |
| 2020 | 02 | 2,346,280.00 |
| | 03 | 2,716,814.00 |
| | 04 | 1,772,776.00 |
| | 05 | 1,710,717.00 |
| | 06 | 1,872,116.00 |
| | 07 | 3,434,013.00 |
| | 08 | 4,052,534.00 |
| | 09 | 3,906,368.00 |
| | 10 | 5,541,059.00 |
| | 11 | 3,814,799.00 |
| | 12 | 3,379,546.00 |
| 2020 Total | | 34,547,022.00 |
| 2021 | 01 | 3,355,815.00 |
| | 02 | 2,826,819.00 |
| | 03 | 3,433,918.00 |
| | 04 | 3,472,261.00 |
| | 05 | 3,054,258.00 |
| | 06 | 2,878,428.00 |
| 2021 Total | | 19,021,499.00 |
| Grand Total | | 53,568,521.00 |



**GOVERNMENT EXHIBIT 3017-A**
S1 23 Cr. 251

**March 3, 2025 Trial Tr. 848:18-849:1**

47

# No Conspiracy: "Huge Mislabel" of Visitor Data



🔵 = PRE-CORRECTION
🟥 = POST-CORRECTION

**JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

**JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JULY 7**
Mr. Amar calls out mislabeled data

**JUNE**

**JULY**

# No Conspiracy: "Huge Mislabel"
## LionTree Requested a Call to Prepare for the Capital One Meeting

| | |
|---|---|
| **From:** | Koskovolis, Luke [LKoskovolis@liontree.com] |
| **on behalf of** | Koskovolis, Luke <LKoskovolis@liontree.com> [LKoskovolis@liontree.com] |
| **Sent:** | 7/7/2021 9:56:46 PM |
| **To:** | 'Charlie Javice' [charlie@withfrank.org]; Cowan, Houston [HCowan@liontree.com] |
| **CC:** | Matt Glazer [matt@withfrank.org]; olivier@withfrank.org; LT-ProjectFrontier@liontree.com; Braun, Ben [bbraun@liontree.com] |
| **Subject:** | RE: Project Frontier Capital One Follow up |
| **Attachments:** | Project Frontier Meeting Follow-Up_14.pdf |

Maybe we can jump on a call at 630pm



GOVERNMENT
EXHIBIT
3037
S1:23 Cr. 251

49

# No Conspiracy: "Huge Mislabel"
## The Mislabeled Data Was Put In a Slide Deck Reviewed on July 7







# No Conspiracy: "Huge Mislabel"
## LionTree Learned About the Mislabeled Data on the July 7 Call



DIRECT EXAMINATION

Houston Cowan
Analyst

LionTree

Q.   Now, Mr. Cowan did there come a time when you learned that data was not unique website visits?

A.   Yes.

Q.   And could you explain to the jury, at a high level, what you learned.

A.   We learned that it was **mislabeled** and that the data actually represented impressions on the website rather than unique visitors.

# No Conspiracy: "Huge Mislabel"
## Houston Cowan Said the Correction Came From Someone At Frank



**CROSS EXAMINATION**

**Houston Cowan**
Analyst

LionTree

Q.   Does that refresh your recollection that the person who informed you of this mislabel was Mr. Olivier Amar?

A.   It does not refresh my recollection, sir.

Q.   But I am right that you know it came from Frank and not somebody at LionTree.

A.   That is correct, yes. The answer—rather the clarification, yes.

# No Conspiracy: "Huge Mislabel"
## On the July 7 Call, Mr. Amar Called the Visitors Data a "Huge Mislabel"



# No Conspiracy: "Huge Mislabel" of Visitor Data



● = PRE-CORRECTION
■ = POST-CORRECTION

**JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

**JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JULY 7**
Mr. Amar calls out mislabeled data

**JULY 12-13**
LionTree follows up regarding mislabeled data

**JUNE**

**JULY**

# No Conspiracy: "Huge Mislabel"
## LionTree's Managing Partner Had to Get Involved



**From:** Braun, Ben <bbraun@liontree.com>
**Sent:** Tuesday, July 13, 2021 7:59:06 AM
**To:** Charlie Javice <charlie@withfrank.org>; Koskovolis, Luke <LKoskovolis@liontree.com>; Michael, Alex <AMichael@liontree.com>; 'Matt Glazer' <matt@withfrank.org>
**Cc:** Cowan, Houston <HCowan@liontree.com>; Agarwal, Nikhil <nagarwal@liontree.com>; LT-ProjectFrontier@liontree.com <LT-ProjectFrontier@liontree.com>
**Subject:** RE: CapOne Call Follow-Up

If it was mislabeled data lets just tell them that and be direct. Better now than later.

## CROSS EXAMINATION



**Houston Cowan**
Analyst

*LionTree*

Q.    Can we go to 3.1.8, please. Now we've established that at some point you learned that the Visitors heading was mislabeled, that should have been Impressions, correct?

A.    That is correct.

\*        \*        \*

Q.    ==It was so significant that Mr. Braun had to get involved in rectifying that problem, right?==

A.    ==That is correct; Mr. Braun got involved.==

Q.    And he's one of the top three guys in the company.

A.    That is correct.

GOVERNMENT
EXHIBIT
3045
S1 23 Cr. 251

55

# No Conspiracy: "Huge Mislabel" of Visitor Data



● = PRE-CORRECTION
■ = POST-CORRECTION

● **JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

● **JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

● **JULY 7**
Mr. Amar calls out mislabeled data

■ **JULY 13**
LionTree issues the correction to Capital One as a priority 1 issue, same day as CEO session

● **JULY 12-13**
LionTree follows up regarding mislabeled data

**JUNE**             **JULY**

# No Conspiracy: "Huge Mislabel"
# LionTree Issued the Correction Right Before the CEO Session



**From:** Koskovolis, Luke <LKoskovolis@liontree.com>
**Sent:** Tuesday, July 13, 2021 8:17:41 AM
**To:** 'Charlie Javice' <charlie@withfrank.org>; Braun, Ben <bbraun@liontree.com>; Michael, Alex <AMichael@liontree.com>; 'Matt Glazer' <matt@withfrank.org>
**Cc:** Cowan, Houston <HCowan@liontree.com>; Agarwal, Nikhil <nagarwal@liontree.com>; LT-ProjectFrontier@liontree.com <LT-ProjectFrontier@liontree.com>
**Subject:** RE: CapOne Call Follow-Up

I do not think we need to do new pulls at this point but we do need to provide the response to Cap Ones open items (including on visitors) ahead of their CEO meeting today since these questions will not go away

Luke Koskovolis
LionTree LLC
212.644.5327 Office | 516.712.7111 Cell
lkoskovolis@liontree.com

GOVERNMENT
EXHIBIT
3045
S1 23 Cr. 251

57

# No Conspiracy: "Huge Mislabel"
## LionTree's Correction of the Mislabeled Data that Mr. Amar Called Out



**To:** RAHUL JINDAL[rahul.jindal@capitalone.com]; Koskovolis, Luke[LKoskovolis@liontree.com]
**Cc:** Cowan, Houston[HCowan@liontree.com]; Amanda Christianson[amanda.christianson@capitalone.com]; Mason Young[mason.young@capitalone.com]; Florian Cotera [florian.coteraberndt@capitalone.com]; Michael, Alex[AMichael@liontree.com]; Braun, Ben[bbraun@liontree.com]
**From:** Agarwal, Nikhil[nagarwal@liontree.com]
**Sent:** Tue 7/13/2021 1:54:00 PM Coordinated Universal Time
**Subject:** RE: [External Sender] RE: Call w/ Charlie & mgt. meetings

Priority 1:

- Would you please share with us the unique web visitor figures?
  - The company is working to pull visitors and unique visitors which is not actively tracked. The data provided in 3.1.8 represents impressions from Google search console.

## CROSS EXAMINATION

### Mason Young
Senior Vice President

Capital One

Q. Now, I want to direct your attention specifically to where it says […] Would you please share with us web visitor figures. Do you see that?

A. Yes.

Q. And this is under Priority 1. This is a critical question the bank wants answered; right?

A. Correct.

CONFIDENTIAL TREATMENT REQUESTED UNDER FOIA CONFIDENTIAL

LTF-0027271
USAO_Ret_000674660

GOVERNMENT EXHIBIT 1691
S1:23 cr 251 (AKH)

GOVERNMENT EXHIBIT 1691
S1 23 Cr. 251 (AKH)

**March 13, 2025, Trial Tr. 2275:17-24**

# No Conspiracy: "Huge Mislabel" of Visitor Data



● = PRE-CORRECTION
■ = POST-CORRECTION

**JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

**JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JULY 7**
Mr. Amar calls out mislabeled data

**JULY 12-13**
LionTree follows up regarding mislabeled data

**JULY 13**
LionTree issues the correction to Capital One as a priority 1 issue, same day as CEO session

**JULY 14**
Capital One walks away

**JUNE**

**JULY**

# No Conspiracy: "Huge Mislabel"
## One Day Later, Capital One Walked Away from the Frank Deal



CROSS EXAMINATION

Mason Young
Senior Vice President

Q.   That [CEO] session [...] resulted in the bank deciding not to make the purchase; right?

A.   Correct.

**March 13, 2025, Trial Tr. 2281: 6-9**

# What Were the Consequences of Mr. Amar's Calling Out the Huge Mislabel?

## No Conspiracy:
## Mr. Amar Cut Out of JP Morgan Due Diligence

# No Conspiracy: Mr. Amar Cut Out of JP Morgan Diligence



● = PRE-CORRECTION
■ = POST-CORRECTION

● **JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

● **JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

● **JULY 7**
Mr. Amar calls out mislabeled data

■ **JULY 13**
LionTree issues the correction to Capital One as a priority 1 issue, same day as CEO session

■ **JULY 14**
Capital One walks away

● **JULY 12-13**
LionTree follows up regarding mislabeled data

JUNE          JULY

● **JULY 7**
JPMC diligence meeting

# No Conspiracy: Mr. Amar Cut Out of JP Morgan Diligence



= PRE-CORRECTION
= POST-CORRECTION

**JUN 25**
Ms. Javice sends mislabeled impressions data as "unique visitor" data

**JUN 25**
Mr. Amar quotes "3.3mm impressions," LionTree asks for data on it

**JULY 7**
Mr. Amar calls out mislabeled data

**JULY 12-13**
LionTree follows up regarding mislabeled data

**JULY 13**
LionTree issues the correction to Capital One as a priority 1 issue, same day as CEO session

**JULY 14**
Capital One walks away

**JUNE**                    **JULY**

**JULY 12**
JPMC diligence meeting

**JULY 7**
JPMC diligence meeting

73