# EXHIBIT B – CJ-0380

DEFENDANT'S
EXHIBIT
CJ 380
S1 23 Cr. 251 (AKH)





FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
**CJ-0380.0002**
JPMC_00460103
USAO_Rel_000506445



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460104
USAO_Rel_000506446



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460105
USAO_Rel_000506447



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460106
USAO_Rel_000506448



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460107
USAO_Rel_000506449



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460108
USAO_Rel_000506450



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460109
USAO_Rel_000506451



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460110
USAO_Rel_000506452



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460111
USAO_Rel_000506453



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460112
USAO_Rel_000506454



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460113
USAO_Rel_000506455

CJ-0380.0012



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460114
USAO_Rel_000506456



[redacted]

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460116
USAO_Rel_000506458



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460117
USAO_Rel_000506459

**CJ-0380.0016**



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460118
USAO_Rel_000506460



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

**CJ-0380.0018**



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460120
USAO_Rel_000506462

CJ-0380.0019



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460121
USAO_Rel_000506463



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460122
USAO_Rel_000506464



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00460123
USAO_Rel_000506465

CJ-0380.0022