# EXHIBIT C – CJ-0507

DEFENDANT'S
EXHIBIT
CJ 507
S1 23 Cr. 251 (AKH)

CJ-0507.0001

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

JPMC_01121064



**CJ-0507.0002**

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

**CJ-0507.0003**

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

JPMC_01121066



**CJ-0507.0004**

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

JPMC_01121067



**CJ-0507.0005**

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

JPMC_01121068



**CJ-0507.0006**

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

JPMC_01121069



**CJ-0507.0007**

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

JPMC_01121070



**CJ-0507.0008**

Sealed Material - Subject to Protective Order
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.

# Document Produced in Native Format

CJ-0507.0009
FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL



