# EXHIBIT H – CJ-1707

https://webcf.waybackmachine.org/web/20221226021425/https://finance.yahoo.com/news/26-old-founder-solution-bill-161500126.html



DEFENDANT'S
EXHIBIT
CJ 1707
S1 23 Cr. 251 (AKH)

BUSINESS INSIDER

# A 26-year-old founder has a solution to what Bill Gates calls an 'unnecessary roadblock' to college — and her startup is helping students get thousands off their tuition

**Myelle Lansat**

October 5, 2018



Charlie Javice

Courtesy of Frank

- The outstanding student debt total in the US is $1.5 trillion, according to figures from the Federal Reserve.

- The government offers free financial aid to qualifying students, but the application process — called Free Application for Federal Student Aid, or FAFSA — is arduous.

- Bill Gates has advocated for a simplified FAFSA process, which currently includes a form with 108 personal and financial questions.

- Frank is an online FAFSA aid that helps students complete the application process in as little as four minutes. To date, Frank has helped more than 300,000 students receive $7.5 billion in financial aid.

Student debt is a growing burden among college graduates. Borrowers have a collective $1.5 trillion in student debt in the United States, according to figures from the Federal Reserve

Advertisement

Advertisement

Advertisement

Advertisement

There is a way for students to get free financial aid from the government, but the process can be arduous.

In May, billionaire Microsoft founder Bill Gates published an article advocating for a simplified process of the Free Application for Federal Student Aid, or FAFSA. Gates said the application has 108 questions — three times the length of a standard federal income tax form.

"Without financial aid, many students drop out of school or decide not to go to college at all," Gates wrote. "At a time when our country needs more college graduates, the financial aid application process has become an unnecessary roadblock on the path to a higher education degree."

Charlie Javice, a 26-year-old University of Pennsylvania grad, recognized the same problem as Gates. In late 2016 and early 2017, Javice sat with close to 1,000 students in the South Bronx helping them fill out financial aid request forms.

"Just by sitting and counseling all of these students — every story is unique but every problem is kind of a pattern that emerges, and it's how you can fix a piece of technology and application process that dates back to the 50s," Javice told Business Insider.

**Story continues**

Advertisement

Advertisement

Advertisement

Advertisement

Advertisement

Advertisement

## MORE FOR YOU

**Barrons.com**

**Stocks Are Mounting a Broad Rally a Day After S&P 500 Entered Correction**
Apparently enough people on Wall Street saw those S&P 500 correction stats. The market benchmark rallied 1.9% on Friday after closing in correction territory yesterday. The Nasdaq Composite, which entered a correction last week, was up 2.3%.

2h ago

**CoinMarketCap**

**Bitcoin Price Surges as U.S. Inflation Falls to 2.8% in February, Boosting Market Optimism**
Bitcoin surged past $84,000 on Wednesday after new inflation data showed consumer prices rose less than expected in February, easing fears of aggressive Federal Reserve rate hikes.

1d ago

**Reuters**

**Europe's top money managers start to bring defence stocks in from the cold**
LONDON (Reuters) -European asset managers are reconsidering their policies on investing in defence, under pressure from clients and some politicians to loosen restrictions and help fund the continent's race to re-arm. Under European Union rules, a number of funds badged as sustainable need to ensure...

**CJ-1707.0002**

Advertisement

1d ago

The Wall Street Journal

**Intel's New Boss Gets a Warm But Guarded Welcome**

Wall Street is cheering Intel's choice of new chief executive. Intel's shares jumped 14.6% by Thursday's close following the appointment of Lip-Bu Tan. The former CEO of Cadence Design Systems has plentiful chip-industry experience and served a stint on Intel's board of directors.

22h ago

Advertisement

Barrons.com

**Intel's New CEO Thrills Wall Street. There's Still a Lot of Work Ahead.**

Intel's foundry made $17.5 billion in revenue in 2024, a 7% drop from the previous year, while losing $13.4 billion.

21h ago

Advertisement

Argus Research

**Analyst Report: MDU Resources Group Inc**

MDU Resources Group Inc. is a natural gas utility with smaller electric utility operations. Through WBI, the company transports gas and controls 3,800 miles of pipeline in the Northern Plains and maintains one of the largest underground storage fields in North America. Through its four regulated utilities it...

2h ago

Advertisement

etf.com

**Crypto Experts: Here's What's Driving Bitcoin in 2025**

Experts discuss how regulatory shifts and market uncertainty drive Bitcoin's price swings despite presidential support for crypto adoption.

20h ago

Advertisement

Motley Fool

**The Stock Market Is Plunging: Here's How Far the Dow Jones, S&P 500, and Nasdaq Can Drop, According to a Historically Flawless Indicator**

More than 150 years of back-tested data paints a clear picture of what may come next for Wall Street's major stock indexes.

1d ago

Advertisement

Reuters

**Gazprom's grandeur fades as Europe abandons Russian gas**

"This is symbolic," he said, referring to the modern new offices in Russia's most European city. "Europe will increasingly need Russian gas." Instead, the opulent offices have come to symbolize Gazprom's rapid decline, dragged down by the almost total loss of European markets after the war in Ukraine ruptured...

1d ago

Advertisement

Reuters

**The big Trump-driven market slumps, bumps and jumps in charts**

LONDON (Reuters) -Below are some of the sizable financial market moves prompted by the actions of U.S. President Donald Trump in recent weeks from his re-ignition of a global trade war to the signal that Europe can no longer take the support of U.S. military muscle for granted. King dollar has been brought...

1d ago

Advertisement

Associated Press Finance

**Gold rises to new heights as anxiety grips markets. Here's what you need to know**

Amid widespread economic turmoil, the price of gold has soared to levels never seen before. The price to buy gold on the spot market in New York is following closely behind. Interest in buying gold can rise sharply in times of uncertainty, as anxious investors seek safe havens for their money.

1h ago

Advertisement

Argus Research

**Analyst Report: Brighthouse Financial Inc**

Brighthouse Financial provides life insurance and annuity products in the U.S. The company was spun off from MetLife in August 2017. It has approximately 1500 employees. BHF shares are a component of the S&P 400 Mid-Cap Index.

2h ago

Advertisement

Investor's Business Daily

**Dow Jones Futures Rise After S&P 500 Hits New Low On Trump Tariff Threats; Warren Buffett Stock Makes Bullish Move**

Futures rose as government shutdown fears waned after the S&P 500 hit a six-month low Thursday amid fresh Trump tariff threats. Warren Buffett's Berkshire rose within a buy zone.

6h ago

Advertisement



**CJ-1707.0003**

Business Insider

**Wall Street's gloom lifts as markets catch a ray of light**

After being dealt blow after blow during Trump's trade war, markets finally found a reason to rise.

21h ago

Advertisement

Reuters

**Morning Bid: Shutdown reprieve could offer S&P 500 relief**

It's Friday, so today I'll provide a quick overview of what's happening in global markets and then offer you some weekend reading suggestions away from the headlines. * U.S. President Donald Trump on Thursday threatened to slap a 200% tariff on wine, cognac and other alcohol imports from Europe, opening a ne...

7h ago

Advertisement

Investor's Business Daily

**Stock Market Correction Fears? Face Them With This Correction Checklist That Helps Gauge Its Severity**

Not all market corrections act the same way. Look for these five key checkpoints to help gauge the severity and help you react appropriately.

2h ago

Advertisement

Investor's Business Daily

**Stock Market Corrections: How To Sell Stocks, Manage Risk And Prepare For Next Uptrend**

How can you handle stock market corrections? Use 4 proven guidelines to stay protected and get ready to profit in the next uptrend.

1h ago

Advertisement

Argus Research

**Analyst Report: Dollar General Corp.**

Dollar General, based in Goodlettsville, Tennessee, operates 20,594 discount stores across the United States and in Mexico. It generated $40.6 billion in sales in the fiscal year ended January 31, 2025. More than 80% of DG stores are in communities with populations of less than 20,000. Three quarters of the...

2h ago

Advertisement

Reuters

**AI leading to faster, cheaper oil production, executives say**

Artificial intelligence is speeding up oil and gas drilling and prompting companies to take a second look at places they had viewed as too difficult or expensive to develop, executives detailed during the CERAWeek conference in Houston. Oil producers are seeking ways to remain profitable in an...

19h ago

Advertisement

Bloomberg

**Intel Rallies After Naming Chip Veteran Lip-Bu Tan as CEO**

(Bloomberg) -- Shares of Intel Corp. jumped 15% after the company named Lip-Bu Tan as its next chief executive officer, entrusting a former board member and semiconductor veteran with one of the toughest jobs in the chip industry. Most Read from BloombergTrump DEI Purge Hits Affordable Housing...

20h ago

Advertisement

More Stories

CJ-1707.0005