# EXHIBIT I – CJ-1708

**CRAIN'S NEW YORK BUSINESS**

CUSTOM CONTENT   NEWSLETTERS   NOMINATIONS   ADVERTISE   PEOPLE/COMPANY MOVES

MY ACCOUNT   LOGIN   SUBSCRIBE

NEWS   NEW YORK NOW   REAL ESTATE   HEALTH PULSE   DATA & LISTS   SPECIAL FEATURES   EVENTS   MORE+

**DEFENDANT'S EXHIBIT CJ 1708**
S1 23 Cr. 251 (AKH)

# 40 UNDER 40





Buck Ennis

2019 40 Under 40: Charlie Javice

ALL   <PREV   NEXT>

## Charlie Javice, 27

*Founder and CEO,* Frank

TWEET   SHARE   MORE

When the time came for Charlie Javice to make a decision about college, she considered attending school in Canada in order to cut costs. Thanks to family help, scholarships and student loans, she ended up attending the Wharton School at the University of Pennsylvania, from which she would graduate in three years. There she noticed with dismay that "a lot of people took jobs to pay back their student loans" instead of pursuing their interests or goals.

Her experience inspired her to create Frank, which she likens to preventive medicine for student loan debt. Frank aims to help students avoid financial disaster.

The software guides students through the Free Application for Federal Student Aid, enabling them to complete the form within minutes, usually. Javice says the program breaks down the tough form into easy steps, like TurboTax does for the Form 1040. Students can see which scholarships and loans they're eligible for and understand what it will mean to take on the debt load they're considering. So far the platform has helped 300,000 students unlock around $7 billion in financial aid.

Record-high outstanding student loan debt in the United States affects more than just terribly burdened students, said Michael Eisenberg, a partner at venture capital fund Aleph, an early investor in Frank. "Mature adults with children and grandchildren are still paying off their student loans," he said. "It's not OK as a society."

Javice has done her homework. Frank doesn't focus on the Ivy League borrower, as many loan-refinance startups do. Indeed, many users are lower income, and some have spent time in prison. Javice supports online education, which is largely used by minority and lower-income students and, she says, unfairly demonized.

And because women hold a disproportionate amount of student loan debt in this country, Frank is "not as masculine around money," Javice said.

"I've never seen anyone more dogged about how to tackle this seemingly intractable problem," said Eisenberg, who has known the founder since she was

introduction over 20 years ago and knows the Javice family, said in a statement Oct. 19. "Charlie has plowed through it with determination and grace."

REPRINTS

## GET OUR NEWSLETTERS

Staying current is easy with Crain's New York news delivered straight to your inbox, free of charge

Email Address

SIGN UP

## CRAIN'S STUDENT OFFER



We offer a discounted rate through Student Beans for students with a valid .edu email address. For only $35, you can get the leading source of business news, anytime & anywhere, for an entire year.

SUBSCRIBE TODAY!

## CONNECT WITH US

### Our Mission

Crain's New York Business is the trusted voice of the New York business community—connecting businesses across the five boroughs by providing analysis and opinion on how to navigate New York's complex business and political landscape.

### CRAIN'S NEW YORK BUSINESS

**CONTACT US**

685 Third Avenue
New York, NY 10017
(212) 210-0100

Contact us

FAQ

Report a problem

Staff directory

Crain jobs

**RESOURCES**

Crain's New York Business app

Current Issue

Newsletters

Reprints

AdChoices 

Sitemap

Corrections and Clarifications

**ADVERTISE**

2021 Editorial Calendar

Media Kit

**LEGAL**

Terms and Conditions

Privacy Policy

Privacy Request

Copyright © 1996-2021. Crain Communications, Inc. All Rights Reserved.