# EXHIBIT L – CJ-1713



Connect with the hosts - Elvin Freytes, Elizabeth Leiba, and Dr. Joe Sallustio

● If you want to get involved, leave us a comment or rate us!

● Join the EdUp community at The EdUp Experience!

● Follow us on Facebook | Instagram | LinkedIn | Twitter | YouTube

Thanks for listening!

We make education your business!

America's Leading Higher Education Podcast

America's Leading Higher Education Pocast Network

Public Colleges (16)

Experts (11)

Elites (10)

Historically Black Colleges & Universities (6)

Executive Search & Hiring (6)

Online Program Management (5)

Accreditation (4)

Anthology Together Conference 2021 (17)



We make education your business!

About
Episodes
Reviews

Academy
Shows
Premium
Contact

© 2021 The EdUp Experience Podcast