# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

April 28, 2025

*So ordered*
*4-28-25*
*[signature]*

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Charlie Javice and Olivier Amar,*
            23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    Defendant Olivier Amar respectfully submits this letter to request a 3-day adjournment of the deadlines pertaining to Defendants' Rule 29 and Rule 33 motions. The modified deadlines would be as follows:

- Defendants' opening briefs due **May 1, 2025**;
- Government's opposition briefs due **May 16, 2025**;
- Defendants' reply briefs due **May 23, 2025**;

    Counsel for Mr. Amar has spoken with the Government and counsel for Ms. Javice, who do not oppose.

                                                 Respectfully yours,

                                                 */s/ Sean S. Buckley*
                                                 Sean S. Buckley
                                                 Jonathan D. Cogan
                                                 Alexandria E. Swette
                                                 KOBRE & KIM LLP

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
Sean.Buckley@kobrekim.com
Jonathan.Cogan@kobrekim.com
Alexandria.Swette@kobrekim.com

*Counsel for Defendant Olivier Amar*