**quinn emanuel** trial lawyers | houston

700 Louisiana Street, Suite 3900, Houston, Texas 77002-2841 | TEL (713) 221-7000 FAX (713) 221-7100

May 1, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Ms. Javice attaches hereto as exhibit A the below document, which is discussed in her forthcoming motion for judgment of acquittal and a new trial. The Court precluded Ms. Javice from entering this exhibit at trial.

- Exhibit A:   CJ-2174 (Trial Tr. 3144:19–3151:4; 3183:5–3185:3)

Respectfully submitted,

/s/ *Sara C. Clark*
Sara C. Clark
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7010
saraclark@quinnemanuel.com

cc:   All Counsel of Record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH