UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                     :

UNITED STATES OF AMERICA,              :

                                                       :      **ORDER REGULATING**
      -against-                                    :      **PROCEEDINGS**

                                                       :
CHARLIE JAVICE and OLIVIER AMAR,    :      23 Crim. 251 (AKH)
                                                       :
                               Defendants.    :
                                                         :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing of Charlie Javice is adjourned to August 28, 2025 at 11:00 a.m. The sentencing of Olivier Amar is adjourned to September 8, 2025 at 11:00 a.m.

        The schedule for filing sentencing submissions for Javice is as follows: defense submissions are due by August 7, 2025 and government submissions are due by August 14, 2025. The schedule for filing sentencing submissions for Amar is as follows: defense submissions are due by August 18, 2025 and government submissions are due by August 25, 2025.

        SO ORDERED.

                                                                                      /s/ Alvin K. Hellerstein

Dated:    July 23, 2025
              New York, New York                         ALVIN K. HELLERSTEIN
                                                                               United States District Judge