**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S EMAIL ADDRESS
ericaperdomo@quinnemanuel.com

July 25, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Charlie Javice and Olivier Amar*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

[Handwritten: So ordered. Sentencing will occur Sep 29, 2025, 10:30 am, Courtroom 14D. 7-30-25 /s/ AKHellerstein]

Defendant Charlie Javice respectfully requests an extension of time until September 8, 2025, to provide her sentencing submission to the Court, and a resulting adjournment of her sentencing until September 29, 2025. The government's submission would accordingly be due September 15, 2025.

Pursuant to the Court's Order Regulating Proceedings, *see* ECF 407, Ms. Javice's sentencing is scheduled for August 28, 2025, and her sentencing submission is due on August 7, 2025. The government's sentencing submission is currently due August 14, 2025. Ms. Javice understands that the final Presentence Report will not be disclosed by United States Probation until August 4, 2025, three days before her sentencing submission is currently due. Pursuant to Federal Rule of Criminal Procedure 32(e)(2), Ms. Javice requests that the Court extend the deadline for her sentencing submission approximately four weeks, to September 8, 2025. Extending the sentencing submission deadline to September 8 will afford Ms. Javice and her counsel the full 35-day review period permitted under the Rule. The extension will also allow Ms. Javice to continue to review and evaluate the government's responses to her initial objections, which she received two days ago, on July 23, 2025. In light of this requested extension, Ms. Javice requests that her sentencing be adjourned accordingly, to September 29, 2025.

Ms. Javice requests this four-week extension for two additional reasons personal to Ms. Javice and her counsel.[1] First, ███████████████████████████████████████████

---

[1] A portion of this paragraph has been redacted on the public docket to protect sensitive personal information. An unredacted motion will be submitted to the Court under seal.



United States Probation Officer Ashley Geiser does not oppose Ms. Javice's request. The government takes no position, but notes that it expects to oppose any further adjournment requests.

> Respectfully submitted,
>
> /s/ *Erica L. Perdomo*
> Erica L. Perdomo (*pro hac vice*)
> 2601 South Bayshore Drive, Suite 1550
> Miami, FL 33133
> Telephone: (305)402-4880
> ericaperdomo@quinnemanuel.com

cc: All Counsel of Record (via ECF)

2