UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                :    **SCHEDULING ORDER**
:
:
-against-                                :    23 Cr. 251 (AKH)
:
:
CHARLIE JAVICE,                          :
:
:
             Defendant.                  :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The sentencing hearing scheduled in this case for September 29, 2025 at 10:30 a.m. will be held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

    By September 24, 2025, the parties shall submit (via email to HellersteinNYSDChambers@nysd.uscourts.gov) a joint list of the attorneys expected to appear on the record at this proceeding.

    SO ORDERED.

Dated:   September 8, 2025                  /s/ Alvin K. Hellerstein
         New York, New York            ALVIN K. HELLERSTEIN
                                       United States District Judge

1