# EXHIBIT A

## LETTERS OF SUPPORT

1.     Natalie Rosin, mother
2.     Didier Javice, father
3.     Elie Javice, brother
4.     Elliot Bertram, partner
5.     Adam Lesnick, family
6.     Adi Rogen, friend
7.     Adi Sorek, friend
8.     Adriana Gonzalez, friend
9.     Alan Sokoloff, family friend and cantor
10.    Alex Lin, friend
11.    Alexandra and Julie Killian, family friends
12.    Amelie Desazars, friend
13.    Andres Asion, friend and nonprofit founder
14.    Andy Stein, friend
15.    Anonymous, friend
16.    Ari Hoffman, friend
17.    Ariana Sattaripour, friend
18.    Arthur Cohen, friend
19.    Asa Sam, mentee and friend
20.    Asaf Weinstein, friend
21.    Asher Perlmutter, friend
22.    Beth Coplan, family friend
23.    Bianca Faccio, friend
24.    Blythe Masters, mentor
25.    Bobby Turner, friend
26.    Catherine Klap, family
27.    Catherine Mahon, friend
28.    Christina Atterbury, friend
29.    Cinta del Monaco Kemp, family friend
30.    Cookie Lopez, neighbor
31.    Cory Moelis, friend
32.    Crystal Behar, friend, colleague
33.    Daniella Levy, friend
34.    Dave Daniels, business contact
35.    David Akinin, friend
36.    David Levy, friend

37. David Stark, friend
38. Drew Kerr, mentor
39. Eitan Shamir, friend
40. Elliot Safra, friend
41. Elysia Wren, friend
42. Emil Pitkin, friend
43. Emily Sells, friend
44. Evan Schoenbach, friend
45. Gaddy Jean, doorman
46. Gatien Salaun, friend
47. Gerard and Agnes Varjacques, family friends
48. Gerard Javice, family
49. Goldie and Sol Wassermuhl, family friends
50. Hadas Hunt, friend
51. Hanna Pinnix, friend
52. Hannah Moret, friend
53. Herve and Nicole Javice, family
54. Honour Masters, friend
55. Ian Behar, friend
56. Jacques Onanga, friend
57. Jaime Oppenheim, stepbrother
58. Jasmine Kendrik, friend
59. Jessica Jackson, friend
60. Jessica O'Brien, mentee
61. Joanna W. Feffer, family friend
62. Joseph and Michele Safra, friends
63. Josh Nyer, friend
64. Karen Bourgeois, family friend
65. Karen Orenstein, family
66. Kat Utecht, friend
67. Kempton Lewis, doorman
68. Kiera Foster, mentee and friend
69. Kim A. Blacklock, mentor
70. Kole Rosin, family
71. Laura Bhalla, friend and student
72. Laurie Lesnick, family
73. Leah Varjacques, family friend
74. Levi Haskelevich, rabbi

75.  Lisa Koch Bardy, family friend
76.  Lisa Lilly, family friend
77.  Luis Ramos, nonprofit executive
78.  Lydia Fundaro, friend
79.  Lynn Schwartz, family friend
80.  Mark Merker, family friend
81.  Mary Jane Shutte, neighbor
82.  Matt Bauer, friend
83.  Mercedes Castiel, family friend
84.  Michael Eisenberg, friend and mentor
85.  Michelle Delaney, friend and student
86.  Mimoun Cadosch Delmar, friend
87.  Miriam Mizrahi, mentee
88.  Moshe Orenstein, family
89.  Myriam Varjacques, family friend
90.  Noam Eisenberg, friend
91.  Olivier Charriaud, parent of friend
92.  Omri Sorek, friend
93.  Oz Alon, friend
94.  Paal, friend
95.  Parfait and Annette Onanga, family friends
96.  Patrick Ferrera, friend
97.  Patrick Sells, friend
98.  Richard Smullen, friend
99.  Samantha Harris, friend
100.  Samuel Akinin, friend
101.  Sara Ackerman, friend's mother
102.  Sarah Meyohas, friend
103.  Shaul Robinson, rabbi
104.  Sheryl and James Rosin, family
105.  Shmuel Lynn, rabbi
106.  Shragi Mann, rabbi
107.  Sloane Rosin, family
108.  Sophie Kader, friend
109.  Tamar Eisenberg-Abramson, friend
110.  Tamar Katz, friend
111.  Taylor Alexandria, friend and colleague
112.  Timmy and Danielle Strauss, family friends

113.    Topeka K. Sam, nonprofit director
114.    Valencia Gunder, nonprofit director

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Charlie Javice

Honorable Judge Hellerstein,

My name is Natalie Rosin, and I am writing to you as Charlie's mother.

I have a memory of Charlie in her 8th grade public speaking elective that I have never forgotten. The assignment was to give a speech about your role model or who inspires you. Most children spoke about famous figures or family members, but Charlie began her speech by saying, "Nobody is perfect. Perfection is in the flaws. Perfection is in progress, and it's your choice to see the good in people-to see the glass half full." Even as a child, she understood that real character is found not in flawless achievement, but in how we move through life's challenges, how we choose to see and bring out the best in others. That optimism, that belief in the goodness of people and the beauty of imperfection, has always been at the core of who Charlie is.

Charlie has always been the heartbeat of our family. From the time she and her younger brother were small-just fourteen months apart-she was his protector, his champion, his closest companion. When our family fractured in divorce, Charlie was only eleven. She could have turned inward, but instead she became a source of joy and steadiness in both households. She filled her days with school and sports, determined to bring light wherever she went. Even as the only student in her high school with divorced parents, she never made me feel ashamed or at fault. She simply loved us all, fiercely and without condition.

My pride in Charlie has never been about her accomplishments, though they are many. It's about her instinct to give back. At seven, too young to officially volunteer, she slipped into a soup kitchen in White Plains and started serving meals. By nine, she was essentially running the place-organizing volunteers, assigning stations, making sure everyone was fed. When told in high school she couldn't start a soup kitchen because of insurance, she didn't give up. She called the head of the board herself and convinced them to allow it. That student-run kitchen still exists today, feeding families every Thanksgiving. Wherever she has gone, Charlie has gathered people to do good-not for the spotlight, but because it's who she is.

This drive only deepened as she grew older. Charlie's life has always been about building community, lifting others up, and creating spaces of belonging. Whether she was organizing food drives in Miami or teaching underprivileged students to code in Israel, she brought our family along with her. If Charlie volunteered, we all did. She pulled us into service with her joy, her warmth, her unwavering belief that we are here to help each other.

Now, as adults, Charlie and I share a closeness that is the greatest gift of my life. We live three floors apart in Miami. We go to Pilates together, share dinners, talk every day-sometimes two or three times. Every Friday night, Charlie hosts a Shabbat dinner that has become a sanctuary for dozens: artists, immigrants, tech founders, students-anyone who needs a place to land. She cooks for twenty or thirty at a time, never

blinking at the effort. There is always room at her table. I watch her build community not with performance, but with instinct. It is simply her nature.

She is also a devoted aunt. Since her brother's daughter was born just six months ago, Charlie has stepped into that role with all her heart-reading stories, bringing baby clothes, making sure her niece is surrounded by love. Watching her with that child is both beautiful and heartbreaking, because I know how deeply she longs for a family of her own.

Charlie has always dreamed of being a mother. Like any Jewish mother, I have joked for years about wanting grandchildren-but now that longing is tinged with fear. Charlie is almost thirty-four. The prospect of losing these precious years-the years when she could build the life she has always wanted-is devastating to her, and to me. She made the difficult, deliberate choice to sell her company because she knew she could not be both a hands-on mother and a sixteen-hour-a-day CEO. "If you want to be there for your kids, you can't do everything at once," she told me. She was planning for a future she desperately wanted, and now that future hangs in the balance.

We have faced more than our share of hardship. My mother and grandmother both died of pancreatic cancer in their sixties. It runs in our family, and it has changed the way we measure time. Charlie was especially close to her grandmother; they shared a deep love of horses, often taking trips to shows together-just the two of them, creating memories that still bring tears to my eyes. When her grandmother was dying, Charlie called her every single day, refusing to let distance or fear keep her from offering comfort and love. We live with a sense of urgency, of preciousness. For Charlie, this has only deepened her commitment to living with purpose. She has supported relatives through addiction, taken in family members who needed shelter, helped them find jobs and stability. She is the one who holds us together, the one we all turn to.

I would be remiss not to share how deeply Charlie has supported me in my own journey of recovery. When I needed to attend AA meetings, she showed up for me-sometimes sitting quietly in the back, sometimes driving me there, always encouraging me to keep going. Her compassion and steadfast presence made it possible for me to face some of my darkest moments with hope. Even while she was working at JP Morgan and enduring the heartbreak of watching her own company be destroyed, she was right beside me, brainstorming ways to help others navigate addiction recovery care. She poured her energy into finding solutions for people who are so often overlooked, determined to turn our family's pain into purpose for others. That is the kind of daughter she is-the kind who lifts others up even when her own world is falling apart.

I have watched her walk through this prosecution with a courage I can hardly fathom. She has suffered tremendously, carrying this burden since she was just 29, and now she is almost 34-years that, for a woman, are precious and cannot be reclaimed. She has lost her company, her reputation, friends she thought were family. She has endured public humiliation, professional collapse, and heartbreak. Yet she keeps showing up-calling me, hosting dinner, searching for goodness in the world. She has not lost her faith in people, even when so many have turned away.

Most people would not be able to get out of bed after what Charlie has endured, but she has started a new career, continued her service to the community, and keeps making new friends wherever she goes. I am so proud of her resilience, her refusal to let adversity define her, and her determination to build a second act that will be even stronger than the first. I know she will remain a pillar of our community. In truth, her spirit is perfectly captured by her name-Charlie. I named her after an orphaned student I once

taught in Detroit, a girl who was feisty, brilliant, and had a heart of gold. My Charlie has lived up to that legacy in every way.

Your Honor, I know your decision is heavy with consequence. But I hope you will see what I see: a daughter whose heart is enormous, whose instincts are generous, whose deepest wish is to live a meaningful life surrounded by family. Prison would not just be a punishment for Charlie. It would be the loss of her chance to build the future she has worked so hard for-the future she has sacrificed so much to create.

If I could trade places with her, I would do it in a heartbeat. Every parent would. But since I cannot, I am left only with this plea: mother to judge, parent to parent, I ask you to see my daughter as she truly is. She is not defined by this moment, or by her mistakes. She is defined by her compassion, her resilience, and her unwavering commitment to family and to doing good in the world.

With deepest respect and hope,
Natalie Rosin



The Honorable Alvin K. Hellerstein

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

July 18, 2025

Dear Judge Hellerstein,

I write this letter with a full heart, as a father who has raised Charlie and loved her every day of her life for now 33 years. I have watched her grow from a wide-eyed, curious child into a fiercely compassionate, deeply loyal, and morally driven young woman. And now, in this painful chapter, I write to offer Your Honor the truest picture I can of who Charlie is, the Charlie I have known since the moment I first held her.

From the very beginning, Charlie was different. Even as a little girl, she had a powerful sense of empathy and purpose. At eight years old, she was serving meals at a Thanksgiving soup kitchen—not just placing trays in front of people, but sitting beside elderly guests, holding their hands, listening to their stories. She was really talking to them.  Just a little girl trying to understand.  There was no stage, no spotlight, just her quiet instinct to comfort others. I observed the same empathy, listening ability and spark in her eyes, when Charlie later brought Passover food packages to Jewish elderlies in their home in the Bronx with "Project Hope", striking conversations about their families and their life.

By sixteen, Charlie was organizing entire Thanksgiving meal programs at her school, feeding hundreds of people who might otherwise have gone without. She kept that tradition alive for more than a decade, returning year after year even after graduation. Her high school yearbook quote read: "Charlie's dream… save the world." This was not an exaggeration. That is the kind of child Charlie was. That is the kind of woman Charlie became.

Charlie was always looking for ways to help, not for show, never for credit. At twelve, she insisted on participating in the Midnight Run, handing out food and clothing to the homeless on the streets of Manhattan. At fourteen, she was protesting the

genocide in Darfur. At sixteen, she helped build an orphanage and taught English to Karen refugee children in Thailand. At seventeen, Charlie worked in microfinance in the poorest neighborhoods of Buenos Aires, inspired by Muhammad Yunus and the idea that small loans can change the life of the poor. Then she came home and, over the following several years, built a national non-profit called PoverUp, connecting college students to that same mission.

Charlie's dream has always been to make the world a better, fairer world, to identify injustice and try to fix them. I watched Charlie do all of this while still in high school, and then in college, which she finished in three years so she could dedicate herself full time to her non-profit and then Frank, her startup to help students access financial aid and go to college, many of them first generation college goers. Charlie worked tirelessly. She traveled constantly. She fought to get into the most underserved districts, from New Orleans to the Bronx. And she did it not for money or fame, but because she believed every kid should have a chance.

At work and at home, Charlie was always caring. Even with her busy schedule, Charlie always made time for her family, especially her grandparents. She helped her grandmother, a Holocaust survivor, then 88 year-old, navigate the long process of gathering documentation so that the three people who saved her during the war could be recognized at Yad Vashem as "Righteous Among the Nations". That honor was awarded posthumously in 2024, because Charlie, selflessly, made it happen.

Charlie has also been a source of strength for her younger brother, especially during and after my divorce, even as a child herself. Later, she chose to live near him and help him raise his baby daughter. Charlie's weekly Friday night dinners with home-cooked food, candles, and laughter are how she grounds our family. She is the glue.

Charlie's Jewish identity and values are not abstract. She served on the Board of Penn Hillel for four years - supporting thousands of Jewish students, and became a Maimonides Fellow, immersing herself in teachings about justice and community. These are not just ideas to her; they are her compass. She lives by them, whether she is volunteering, mentoring, or just being the kind of friend people turn to when things fall apart.

I have heard from many of those people, friends, coworkers, former interns, who say Charlie helped them find jobs, held them together through breakups, gave them a couch to sleep on, or introduced them to someone who changed their life. She is not loud about her kindness. Charlie loves animals and always treated them with the

same kindness - refusing for instance to use spurs while riding ponies as a child, because she thought it would hurt the pony.

When harassed at work by one of her team member, Charlie chose to handle the situation with thoughtfulness. Charlie wanted to make things better, not worse. And now, as she faces this crucible, she still has not stopped helping and caring. She has found a way to keep giving, volunteering with the Aleph Institute to support incarcerated people and their families. This is who Charlie is.

I also would like to say -- because I think it matters -- that Charlie has always played by the rules. She has always been respectful towards me, even as a teenager. As a student, she was always respectful, diligent, and organized. I do not recall any time when I was called to either school or religious school's office for any discipline issue with Charlie. Charlie also played by the rules in team sports from age six, including on her high school varsity basketball team. During her two years of pretrial supervision, Charlie never once violated her conditions — even when the ankle monitor was removed.

Charlie has carried herself through these last two years with courage, even as her life fell apart. Charlie has already endured so much hardship. Her name has been trampled across headlines. Strangers have harassed her in the street. Clients dropped her when she tried to rebuild a quiet life as a Pilates instructor. She has endured shame, isolation, and despair. She has been judged by people who never knew her and abandoned by people who once did. And through it all, she has remained composed. I do not know many people who could withstand what she has been enduring.

I am a father begging for my daughter's future. Charlie is 33 years old. Before this ordeal, Charlie had dreams of starting a family. That dream still lives in her. My son having married out of faith, Charlie is now the only one that can continue our Jewish family. I pray every day that Your Honor will allow it.

I know mistakes were made. I also know my daughter never acted out of malice. She has devoted her life to help thousands of people, and I believe wholeheartedly she still has more to give. Charlie is not a danger to society. She is a source of healing, an exceptional, bright and compassionate soul who will continue to do good if given the chance.

May Your Honor impose a sentence that does not extinguish that light. Please, let her continue to help others. Let her continue to rebuild. Let her continue to be the

daughter, sister, friend, and citizen she has always been. It is my profound belief that society will be better served with Charlie's light, and continued service to the community. Please don't let this moment erase a lifetime of good.

Thank you for reading my words. And thank you for seeing my daughter—not just for what has happened, but for who she is and who she still hopes to be.


Respectfully,



Didier Javice

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Elie Javice, and I am Charlie's brother. Charlie and I were born 14 months apart, and from the beginning, she has been my best friend. Our parents divorced when I was 9 years old, and from that point onward, it was the two of us trying to make our way in the world. While I was the younger, rebellious one, Charlie was the steady, responsible one: thoughtful, kind, and driven by the belief that she could make the world a better place, beginning with our family and then extending on to our community and beyond.

Charlie has always been guided by her values. She is the first to raise her hand to help and the first to take bold action. As a teenager, she started a soup kitchen at the French American School (FASNY), and she continued to participate annually until she moved to Florida five years ago. She also spent a high school summer in Argentina working with a volunteer organization to support people starting businesses. Another summer, she volunteered at an orphanage in Thailand. From these experiences, she learned that small efforts of time, money, or energy can change someone's life.

I was not surprised when Charlie started Frank a few years later, helping students access financial aid and navigate the complex bureaucracy of paying for college. For her, Frank was an obvious way to address a problem that impacted our friends, including my wife, and millions of students across the country. Charlie threw herself in headfirst, working many late nights and weekends for more than five years. Frank was Charlie's full-time job and passion. She worked endlessly to help as many students as possible. Charlie did not run it from behind a desk—she met students face-to-face, listened to their problems, helped them fill out forms, and celebrated their wins. Some received scholarships they did not know existed; others discovered they could afford school. To her, Frank was not about personal gain, it was about scaling impact and reaching as many students as possible.

Since 2020, Charlie and I have been neighbors in Miami, and we have continued to grow our relationship as adults. Charlie has continued her role as the center of our small family. She hosts Shabbat dinner each Friday, cooking for a growing list of friends and neighbors. She is generous with her time and efforts. She cooked nourishing meals when my wife was pregnant, walks our dog when we are running late from work, and helps care for our daughter in a pinch, plus she conducts many other selfless acts to make life easier for all of us. My daughter and Charlie have a beautiful relationship – Charlie is the kind of aunt who sneaks little treats when we are not looking, plans outings and activities, and makes every day joyous. She is always here to celebrate the small moments, too, like bringing cake and pizza to commemorate my daughter's ten-month birthday the other week. Now that I have a family of my own, it is even more painful to see her life on pause. It hard to think of my daughter growing up without Aunt Charlie. We always imagined raising our kids together—cousins growing up like siblings; birthdays, holidays, and little

moments side by side. It is heartbreaking to think she might miss those firsts: the milestones, the laughter, the chaos, the quiet.

It is hard for me to reconcile this situation with the person I know. I do not minimize what happened, but I want the Court to know who my sister truly is. I do not believe she ever set out to deceive or hurt anyone. Even after she achieved financial success, she did not buy a new car or an apartment. She just kept working. This is her first offense—not just legally, but in life. Charlie has always worked hard, cared deeply, and tried to make things better for the people around her. She has already lost so much: her career, her reputation, and a sense of security, and I hope she does not lose everything. I hope she is given the chance to stay with us, with her family, rebuild, and keep doing the kind of good that has always motivated her.

I respectfully ask that you consider her values, her consistent efforts to help others, and her role in our family when determining her sentence.

With respect,
Elie Javice

Elie Javice

09.07.25

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Elliot Bertram, and for the past twelve years, I have been Charlie's loving partner. I write to you with a heavy heart and a deep sense of responsibility, hoping to offer a truer picture of the woman I know—one that extends far beyond the headlines and the courtroom.

Charlie and I met by pure chance, in a moment that felt like fate: she sat down on my coat at a friend's gathering, and from that small accident, our lives became forever intertwined. Since then, we have built a partnership rooted in loyalty, laughter, and the quiet acts of care that rarely make the news but mean everything in a life shared. She has filled my world with curiosity, warmth, and a sense of purpose I never knew I was missing.

Charlie's capacity for connection is unmatched. Whether in a crowded street in Tel Aviv or a quiet café in New York, she seems to know someone everywhere we go—a testament to the countless lives she's touched. I'll never forget the time we were traveling in South Africa, wandering through an olive grove outside Cape Town, when Charlie suddenly ran into her friend David from Venezuela. Only Charlie could make the world feel that small, turning a remote corner of the globe into a place of unexpected reunion and warmth.

She is the first to celebrate others' joys and the last to leave when someone is suffering. I have seen her organize Shabbat dinners for strangers, tutor a busboy for his GED after a chance encounter over churros, and show up for friends and family with an unwavering, unconditional love.

One of the most meaningful parts of Charlie's life has been her work with children with special needs. She has worked at clinics, offering her time and heart to kids who often feel left out or overlooked. This is deeply personal for both of our families. My own son has special needs and is an above-knee amputee, having lost his leg as an infant. Charlie understands, in her bones, what it means to care for a child with special needs. Her empathy, patience, and genuine joy in helping these kids shine is something I wish everyone could witness. She is my rock and we need her here with us.

The last five years would have broken most people. When many would barely get out of bed, Charlie gets up every morning with a smile on her face, determined to make the best of what she has. She started a new career, made new friends, and found ways to help even more people, becoming deeply involved in our community. Her resilience and optimism have been a source of strength not just for me, but for her entire family, who all rely on her. She is the glue that holds us all together, the first person we call in a crisis, and the one who always finds a way to bring light into the darkest moments. Simply put, she is my better half.

Charlie is also the one who quietly pays the grocery tab for someone who can't afford it, without ever seeking recognition. She's the person who pays off an employee's student loans when no one is looking, and never tells a soul. She doesn't know how to keep things small—whether it's

an apprenticeship program she started in Israel that spread to a dozen cities, or a Shabbat dinner that always grows from ten guests to thirty. Her instinct is always to give more, help more, and include more, no matter the scale.

I remember listening with pride to interviews she gave during and after the acquisition, where she spoke passionately about the millions of students she helped and hundreds of thousands with FAFSA. She would give demos of her own website, always focused on the lives changed for the better. Her motivation was never personal gain—it was always about opening doors for others, especially those who needed it most.

In all my years of experience, I have rarely, if ever, seen people stand by someone the way they have stood by Charlie. People continue to call, check in, and ask how they can help. They remain present, not out of obligation, but out of genuine respect and care for her. This unwavering support is a true testament to Charlie's character and integrity. It fills in the blanks that were never spoken at trial: that she inspires loyalty, trust, and friendship from people at every level of her life, even in the toughest of times.

These past years have changed her in ways I struggle to put into words. The pain and uncertainty have been immense, and the cost has already been devastating. Charlie has lost her ability to teach, her dreams of motherhood have been put on hold, and the simple freedoms of daily life have been replaced by anxiety and waiting. She carries the weight of her decisions every day, and I have watched her grow more reflective, more humble, and more determined to give back if given the chance.

Your Honor, I beg you not to let a few days and one decision at age twenty-eight define the rest of her life. Charlie has already paid a price that cannot be measured. To take her away now would not only punish her, but also those of us who love her and the community that needs her.

She is so much more than her worst moment. She is kindness, resilience, and hope. She is someone who, even now, believes in the possibility of redemption and the power of second chances. I ask you, with all the humility and love I can muster, to show mercy. Let her remain with those who need her most. I promise you, she will make that chance matter.

With deepest respect,
Elliot Bertram

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I am writing as Elliot's brother-in-law and someone who has known Charlie for many years. In that time, I have come to know her as a person of exceptional kindness, resilience, and integrity. I respectfully ask the Court to consider her character and the positive impact she has had on those around her when making your decision.

Charlie has faced significant challenges over the past five years, carrying a heavy burden while maintaining her commitment to supporting others. During a particularly difficult period for my family—marked by my mother's passing and my father's hospitalization during the trial—Charlie was a steadfast presence. She called to check in, cooked meals, and offered unwavering support, demonstrating a level of care that went beyond friendship. To our family, she is more than a friend; she is family. Our daughter, in particular, looks up to Charlie as a role model, inspired by her warmth and generosity.

In both my personal and professional life, I have met many people, but Charlie stands out as someone who consistently acts with compassion and sincerity. Her willingness to help others, even in the face of her own struggles, speaks to her strength of character. She approaches every interaction with thoughtfulness and a genuine desire to make a difference.

I understand the gravity of the situation before the Court, but I humbly ask you to see the Charlie we know—a woman of remarkable heart and resilience who has been a lifeline to those around her. I believe in her capacity for redemption and her ability to continue contributing positively to our community and everyone she meets.

Respectfully,

Adam Lesnick

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

I met Charlie Javice during the early days of COVID. We had both moved to Miami a few days earlier - Charlie from NY and I from Tel Aviv - and met by chance walking in the park. Out of that strange, uncertain time, Charlie created community. She helped me organize outdoor yoga sessions for friends and family, and in doing so, helped me grow my yoga business at a time when it easily could have collapsed. That's just who she is: someone who brings people together and helps improve people's lives.

Since then, Charlie and her mom have adopted me into their family. They invited me to Shabbat dinners when I was going through a breakup, made space for me when I needed it most, and has always checked in on me and my family in Israel during this heartbreaking war—never forgetting, never looking away.

I recently had a baby girl, and stepping into motherhood has made me think a lot about what Charlie is going through. While many of us are building families, she's had to put her future on pause. I know how much becoming a mother means to her. I've seen that longing, and I can only imagine how painful it must be to wait—watching life move forward from the sidelines.

Charlie is a kind, generous, and deeply loyal friend. I hope the Court can see the full person she is and give her the chance to keep building the life she's worked so hard for.

With sincerity,

Adi Rogen

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

I am head of pediatrics in Tel Aviv and wife of Omri Sorek. Through Omri, I met Charlie, and from the very first moment, I felt a deep connection with her. She is genuine, caring, and immediately became someone very special in my life.

After the horrors of October 7, when I witnessed unimaginable pain among children and families, Charlie was the first person to reach out. She checked in on me and my colleagues, asking how we were holding up. When I first heard about everything that happened, I cried, because this was not the Charlie I know.

Charlie is like an aunt to my children. We have shared many conversations about parenting, about the challenges and joys of raising kids, and about life in Israel. She encouraged me to start my own concierge practice, offering her support and guidance every step of the way.

During COVID, Charlie continued to support me. She has a wonderful sense of humor about herself, she's a little clumsy, always in gym clothes, no makeup, no pretense. Her confidence and authenticity are inspiring.

I made several trips to the US to see her, and I would've been at the trial if I wasn't nine months pregnant.

An ocean separates us, but Charlie is one of my closest friends.  I respectfully ask that you show Charlie mercy. I have seen her character up close—not in headlines, but in quiet, human moments. She is someone who lifts others up, who shows up when it matters, and who has so much left to give. I believe in rehabilitation, but I also believe in justice that recognizes goodness, even when someone has made mistakes. Charlie is

not a danger to society—she is a benefit to it. Please consider her heart, her actions, and her humanity in your decision.

Respectfully,

Adi Sorek

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I met Charlie over a decade ago in a required writing seminar at the University of Pennsylvania during our freshman year. The class happened to be about terrorism, an unusual backdrop for a friendship, but from that unlikely start, we formed a bond that has endured across seasons of life. Some of my favorite memories are of us wandering through Philly and New York on aimless walks, searching for the best chocolate chip cookie or ice cream. We're both older daughters, and over the years, that shared role has brought a lot of unspoken understanding between us.

Charlie is the kind of friend who says yes to early mornings, spontaneous plans, and helping hands, always with a smile and upbeat enthusiasm. I fondly remember mentioning to her that the Haiti children's choir was performing with Andrea Bocelli at my church. The mass started at 7am, which meant being up even earlier. Without hesitation, Charlie said she'd be there with coffee for both of us. She's the first to stop by with ice cream after a long week, and the first one who will volunteer her time to help you move. On my 25th birthday, in the freezing cold of a mid-January early morning, she was the one friend who joined me at my church's outreach program to help distribute food and clothing to homeless individuals. She has a quiet, but consistent way of showing up for others in meaningful, lasting ways.

Charlie is part of my family in spirit, and I've had the privilege of spending time not just with her, but with her family too. A few years ago, I joined her and her family on a trip to Israel, where we all stayed in the same apartment. It was my first time traveling with her, and I was struck by how easily she made friends with everyone. Even in a place she didn't live in, she somehow knew more people on the street than anyone else. It was a vivid reminder of how naturally she builds community wherever she goes.

From the outside, we may seem like unlikely friends. I'm a practicing Catholic, and Charlie is a proud Jew, but our different faiths have only deepened our bond. We've created our own rituals: texting "Happy Good Friday" and "Happy Yom Kippur," sending each other daily emojis as check-ins, and sharing sushi every Valentine's Day for nearly 15 years. Those small, steady traditions have grounded our friendship through every chapter.

The Charlie I know is thoughtful, loyal, generous, and deeply supportive and committed to helping everyone around her. You can imagine that in close to 15 years of friendship, we have had a lot of lived experiences. Through it all, Charlie has been one of my biggest cheerleaders, my sounding board, and someone I consider chosen family. This is who she is to me. I hope you'll see in her what I do: someone who brings people together, someone who shows up for others, and someone who seeks to always lift others up.

With deepest respect and prayers,

Adriana González



# CANTOR ALAN H. SOKOLOFF
## TEMPLE EMANUEL OF THE PASCACK VALLEY

July 18, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Alan Sokoloff, and I have known Charlie Javice since she was eight years old. From 2000 to 2014, I served as the Cantor of the Westchester Jewish Center in Mamaroneck, NY, where Charlie and her family were active members of the congregation for over two decades. Since 2015, I have been serving as Cantor at Temple Emanuel of the Pascack Valley in Woodcliff Lake, NJ.

It is in my role as a spiritual leader, mentor, and witness to Charlie's growth that I offer this letter today.

Charlie was a regular presence in our synagogue life. She enrolled in our three-day-a-week religious school for seven years and attended Shabbat morning services with consistency and genuine interest. Her father served on the synagogue's religious committee, and the entire family has always been deeply involved in the fabric of our community.

When I think about the best kids I have ever been lucky enough to teach, Charlie comes right in there. I think often about her — she always came with a smile, and I can honestly say that I learned from Charlie at least as much as I taught her.

I had the honor of preparing Charlie for her Bat Mitzvah—including two separate Torah portions, one for her ceremony in New York and another for a celebration in Jerusalem. She approached this process with enthusiasm, maturity, and a sincere desire to connect with her Jewish identity. It was a pleasure to work with her—not just because she was capable, but because she was so deeply engaged.

Over the years, I witnessed firsthand Charlie's dedication to acts of service. She participated in numerous mitzvah projects, including Project Hope, where she regularly delivered food packages to elderly members of the Jewish community. She also took part in Midnight Run, helping bring food and warm clothing to the homeless in New York City. These were not obligations she

87 OVERLOOK DRIVE • WOODCLIFF LAKE, NEW JERSEY • 07677
PHONE: (201) 391-0801 • CELL: 914-772-4260
E-MAIL: CANTORSOKOLOFF@TEPV.ORG

fulfilled passively. Charlie was often among the first to volunteer—eager, kind-hearted, and quietly committed to helping those in need.

As someone who has seen Charlie grow from a child into a young adult, I can attest to the character and values that were instilled in her and that she carried with her into the world. What I saw in her then—and still believe in now—is a young woman grounded in compassion, community, and care for others.

With the utmost respect for the Court and for the gravity of this moment, I would ask that these early and consistent aspects of Charlie's life and spirit be taken into account. I do not minimize the seriousness of any legal matter, but I also believe, deeply, in the Jewish value of *teshuvah*— the path of reflection, return, and responsibility.

Given what I know of Charlie's heart and her history of service, I believe she is far more capable of contributing to society through acts of repair than through isolation. Our tradition teaches that the highest form of justice is one that restores, not only punishes.

I respectfully ask the Court to consider a path forward that allows Charlie to remain in the community, where her abilities, compassion, and desire to help others can be channeled into meaningful service.

With sincere respect and hope,

Cantor Alan Sokoloff

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Alex, and I am Honour's boyfriend. I had the good fortune of meeting Charlie through Honour, and from our first encounter, she made me feel welcome and at ease. Since then, I have attended court to support her as well as family occasions like Charlie's birthday, where she was lovingly surrounded by close family and dear friends.

It weighs heavily on me to see a friend unable to fully share in milestones—whether small birthdays, family gatherings, or the possibility of trips and holidays, all made more complicated by limited travel circumstances. As someone who has family living abroad and all corners of the US, I personally understand just how hard it can be to miss precious moments and milestones, and how those absences linger. Not being able to celebrate life's big and small achievements alongside loved ones is a unique kind of sorrow, and it affects the whole family.

Even through these challenges, Charlie manages to show warmth, kindness, and unwavering support for her family and friends. Charlie's resilience and thoughtfulness touch many lives beyond her own.

I respectfully request that the court consider how broad the impact is when someone loses the chance to participate in these milestones. For families, especially those tied together across borders, these missed moments create hardships that echo far beyond one individual. I hope you will keep this broader perspective in mind as you make your decision.

Sincerely,

Alex Lin

August 8, 2025

The Honorable Alvin K. Hellerstein
United States District Judge Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

We are Alexandra and Julie Killian, a daughter and a mother writing in support of Charlie Javice. Alexandra first met Charlie shortly after graduating from college, following an introduction from her mom, Natalie. Natalie and Julie have been friends and colleagues for many years working on substance abuse prevention in our local schools. Alexandra joined Charlie's company as an intern and eventually became Chief of Staff.

From the start, Alexandra saw how deeply she cared, not just about the mission, but about the people carrying it out. She truly cared about making college more accessible for those who had limited resources. In those early days, staff were in classrooms in the Bronx. Charlie was the first one in, the last one out, always making time to mentor students and interns. She created an environment where even the most junior voices were invited to contribute, where every person felt heard. She gave Alexandra the opportunity to grow by encouraging her to get involved with things beyond my job description. Alexandra was welcome at any meeting. The work team was important to her and she always encouraged everyone to work together and bond as a team.

The office staff was so small in the early years that Alexandra spent a lot of time with Charlie and saw how driven she was by impact, not ego. She believed deeply in expanding access to education and opportunity. Working with her helped launch my Alexadra's career, and she is forever grateful for that foundation.

Alexandra has just given birth to her first child, a son, two weeks old. She has often thought about what Charlie must be feeling. Charlie talked about her hopes of becoming a mother, Alexandra can only imagine the pain of putting that dream on hold while watching friends and family begin that chapter.

We respectfully ask the Court to consider the full person she is—a builder, a mentor, and a friend—and to show leniency by allowing her to continue making a positive impact without the interruption of incarceration.

With deep respect,

Alexandra Killian
Alexandra Killian New York City

Julie Killian Rye, NY

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Hellerstein,

I met Charlie in middle school, right after I moved to New York from France. I didn't speak a word of English, but Charlie had a way of making people feel welcome. She helped me navigate those first intimidating months — translating, including me, making sure I didn't feel alone.

We played every sport together — tennis, soccer, basketball — and even started a girls' volleyball team (we were truly awful, but we had fun). Though I was raised Catholic and Charlie Jewish, we shared the same family values: tradition, loyalty, service. That's always been at the heart of Charlie's life.

Even after I moved back to France for school and Charlie stayed in the U.S., the closeness never faded. We visited each other often and stayed connected through life's ups and downs — relationships, jobs, moves. I still remember the brunch we had to celebrate her selling her company — same group of friends from middle school, same dynamic. She never changed.

When Charlie couldn't travel to attend my wedding, it broke her heart. We'd always imagined celebrating those big moments together. I could hear the pain in her voice when we spoke — and I still hear it now, four years into this long, heavy chapter.

I know how hard those last months has been for Charlie and her family. Her life has been on pause, and for a woman at this time in her life, that kind of pause weighs differently. I hope that burden doesn't affect all her live. She deserves the chance to move forward.

There is room for consequences that don't require prison—please let redemption still be possible.

Respectfully,

Amélie Desazars

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Judge Hellerstein,

My name is Andres Asion. I was born and raised in Miami and have dedicated myself to strengthening this city as a business owner, community leader, and proud pillar of Miami Beach. My commitment to this community even led me to run for local office, because I care deeply about the people and families who call Miami home.

I first met Charlie Javice as the new neighbor in the building next door—someone who immediately struck me as genuine, low-key, and approachable. At the time, I knew nothing about her background or professional life; she was simply a friendly face who fit right in. As our families grew closer, I came to know the real Charlie—someone whose actions are guided by empathy and a genuine desire to help others.

Charlie brought her company, Frank, into Our Youth Community (OYC), volunteering her time to help students navigate their financial aid forms, all while managing her own business. I watched her sit with students, listen to their stories, and ensure they had the resources they needed to succeed. When the Miami Beach High School food pantry needed support, Charlie was the first to step up—quietly ordering everything on the list, never seeking thanks or recognition. Her acts of kindness are often small, thoughtful, and anonymous. Unlike many tech CEOs who have come to Miami, Charlie became involved in the community quietly, working behind the scenes.

Family is at the core of Charlie's life, and I have witnessed this firsthand. I'll never forget the evening she spent hours talking with my parents, both in their nineties. She danced with my father at a barbecue, making him feel like the guest of honor.

The warmth and respect she showed was so genuine that we invited her to my father's 90th birthday celebration—a gathering reserved for our closest friends and family. That's the kind of meaningful connection Charlie creates wherever she goes.

I've also become friends with her partner, Elliot, and I am a regular guest at their Shabbat dinners. Charlie's warmth and care for those around her is unmistakable. I have watched her endure the challenges and consequences of this case for five years—she was just 29 when it began, and I have seen her grow from a young kid into a woman profoundly changed by her experiences. To lose her now would not only be a devastating loss for Charlie, but would also deeply impact the Miami community. We need people like her—those who quietly lift others up, who show up for family and friends, and who make a difference without seeking anything in return.

I hope you will recognize the positive impact Charlie has had on all of us, and allow her the opportunity to continue building the kind of community we all aspire to be part of.

With respect,

Andres Asion

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I am Andy Stein, founder of the Orphaned Starfish Foundation, writing to attest to the character of Charlie Javice, whom I regard as family due to our close friendship and shared commitment to social good.

I met Charlie at a Memorial Day BBQ in Miami, where we bonded over our mutual passion for helping children in need and creating meaningful change. As newcomers to the city, we quickly formed a deep connection.

Charlie welcomed me into her community, inviting me to Shabbat dinners with her family and friends. These gatherings, filled with warmth, laughter, and Charlie's renowned homemade challah, made me feel instantly at home.

Charlie's influence has profoundly impacted my work with the Orphaned Starfish Foundation. She encouraged me to expand our mission to Israel, connecting me with key individuals to support orphans and vulnerable children there. Her vision and belief that every child deserves a chance inspired me to broaden our impact.

Her commitment to service is genuine—she not only advocates for change but actively lives it, inspiring others to do the same.
Despite personal challenges over the past year, Charlie's dedication to helping others remained steadfast. She continued volunteering, supporting community initiatives, and quietly assisting those in need.

This unwavering generosity reflects her true character, far beyond any professional or public persona.

Charlie is a connector, a builder, and a person of profound integrity. Our shared mission to improve the lives of the vulnerable binds us, and I have witnessed her ability to unite people in pursuit of a greater good.

I respectfully ask that you consider the significant positive impact she has made on my life and countless others, and grant her the opportunity to continue her meaningful work.

With utmost respect,

Andy Stein
Founder, The Orphaned Starfish Foundation
Charlie Javice
914.575.9314

**The Honorable Alvin K. Hellerstein**

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

**Honorable Judge Hellerstein,**

I'm writing as someone who's been fortunate to call Charlie Javice one of my closest friends for many years - a friendship that has positively shaped my life in more ways than I can count.

We met in New York after college - both of us new to the city and finding our way. From the beginning, Charlie made it easy to feel at home. She brought me into her social circle, introduced me to her friends and her family, and made sure I was never alone during a time when I didn't know many people and felt very vulnerable. Her generosity in sharing her world changed the course of my life here.

Charlie understands the importance of connection, especially for those far from home or navigating between cultures. She created a sense of belonging for me when I needed it most. Her family embraced me early on, and that kind of warmth and openness is something I've seen her extend to so many others over the years.

Even during the most stressful periods of her own life, Charlie has always prioritized others. I attended much of her trial while heavily pregnant, and Charlie constantly checked in on me - asking if I'd eaten, making sure I had a place to rest, and hosting dinners that brought comfort and a sense of normalcy to my family and me. It speaks volumes about her that, even under immense pressure, her instinct was to care for others.

Charlie is "Auntie Charlie" to my daughter, who adores her. She loves playing their silly games, baking cookies (which have become a household favorite), reading bedtime

stories, and just making her laugh. I've watched Charlie, even in the middle of her own chaos, drop everything to make my daughter feel seen and special.

Professionally, Charlie has also been a meaningful source of support. We've shared the frustrations of being underestimated as women in our field, and she's consistently encouraged me to take bold steps. At one point, she helped me find the courage to leave a traditional high-paying job and pursue more mission-driven work - something that's made a lasting impact on my life.

Charlie has been there for every chapter of my adult life - through joyful moments and crises alike. Late-night calls, health scares, family challenges - she shows up, she listens, and she lifts people up.

Much has been said about Charlie in recent years, but I wish everyone could see the person I know: deeply loyal, quick-witted, endlessly generous with her time and heart, and always the first to make space for someone else at the table. She is someone I trust - with my family, my children, and my most vulnerable moments.

I hope this letter helps you see the Charlie I know - not just the person in the courtroom, but a loyal friend, a supportive mentor, someone who deserves to have children of her own, and the rare kind of person who makes life better and less lonely for the people around her.

With respect and hope,
 *A Close Friend of Charlie's*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                                          July 24, 2025

Honorable Judge Hellerstein,

My name is Ari Hoffman. I am the associate editor of The New York Sun, an attorney, and a product of a religious yeshiva upbringing—a background that has instilled in me a profound regard for tradition, family, and the imperative to advocate for what is right. My personal and professional journey has convinced me that character is tested not in words alone, but in the daily trial of living with integrity, faith, and an unwavering sense of justice.

My introduction to Charlie Javice occurred through our mutual friend, Aryeh Bourkoff, CEO of LionTree. One conversation was all it took for us to become fast friends; bonds forged at dawn on the bike seats of SoulCycle, accompanied by our siblings, strengthened over shared meals—Passover seders in Miami, Shabbat dinners around her table (even in the heat of trial) always surrounded by family and friends. These weren't simply gatherings; they were reflections of the values we both were raised with: community, faith, Jewish continuity, the importance of showing up for one another.

Charlie and I share not just this heritage but a deep-seated belief that family—and extended family, the friends we choose and love—are at the center of a meaningful life. In Charlie, I found a confidant whose love for her family runs parallel to mine for my own. Together, we have spoken often about the moral demands of our tradition: to see those whom others overlook, to stand for the right, even when it carries a cost, and to act with a courage born not merely of ambition, but of conscience.

These are acts I have witnessed firsthand. During this difficult period, I saw Charlie bring people together—hosting Shabbat dinners in the midst of her trial, resilience manifest not just in personal fortitude, but in generosity and warmth for others. Her hospitality is not performative, but rooted in a faith that gathering and giving are themselves sacred duties.

That is why I must tell you, as both a friend and as someone schooled by tradition and journalistic skepticism, that the circumstances surrounding Charlie's case feel so uncharacteristic of the person I know. The notion that her legacy—her family's future—may be irreparably altered by this case weighs heavily on my conscience and, I believe, on the community's as well.

Respectfully, I ask for leniency. Not simply for Charlie, but for her family, and for the generations whose lives would be marred by a harsh sentence. Compassion is also a form of justice, and I hope you will consider mercy for Charlie.

Thank you for considering both the facts and the fullness of the person before you.

Sincerely,

*Ari Hoffman*

Ari Hoffman

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

I'm writing this letter on behalf of my friend Charlie, someone I've come to know and admire deeply over the years. We first met through Pilates, but I truly got to know her through her mom and their family. I've shared dinners with them, spent time in their home, and seen firsthand the way Charlie was raised with values, compassion, and integrity. She comes from a warm, educated, and grounded family, and that foundation is clear in the way she moves through the world.

What's always stood out to me about Charlie is how much her mind is focused on helping others. When you talk to her, the conversation never drifts to money or status. She's always thinking about people. How to create opportunities. How to make something better. How to give someone a chance. Her family gave her a comfortable life, and she could have easily settled into that, but instead, she's always asked herself how she can use what she has to build something meaningful.

One time we were walking together and I asked her a casual question about dating in your thirties. She smiled and said, "Honestly, I think the only thing that matters is leaving people better than you found them." That moment stayed with me. She didn't say it to impress anyone. That's just how she sees the world.

I don't know all the legal details, and I'm not writing this to argue technicalities. But what I do know for sure is that Charlie's intentions have always come from a good place. She would never knowingly put herself or anyone else in a position that went against what she believes in. She is someone who weighs the risk of every action she takes. She does not act impulsively, and she absolutely would not justify the kind of risk being suggested here. That is not how she operates and not how she was raised.

And I just want to say something plainly. In a time when the world feels so upside down, when we've seen people in power keep their titles even with felony charges, when lists of

powerful abusers disappear, and when so many real wrongs go unpunished, it does not feel right to come down hard on someone like Charlie. This is not the time to put her away. The weight of what she's facing doesn't match the lack of clarity around her guilt.

Charlie is 33. She wants to be a mother. She has a full life ahead of her and a heart that has always been focused on others. Whether it's now or in forty years, I have no doubt that Charlie Javice will leave this world better than she found it. That is who she is.

This situation does not reflect the Charlie I know. I believe in her and I stand behind her fully.

Sincerely,

Ariana Sattaripour

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 7, 2025

Dear Judge Hellerstein,

My name is Arthur Cohen, and I have been friends with Charlie Javice since high school, when we were introduced by our mutual best friend, Amelie. When we learned we would both attend Penn, Charlie quickly became my first friendly face on campus.

We share French backgrounds, attended bilingual schools, and have most family in Europe and Israel—plus Jewish mothers who were always checking if we'd eaten. At Penn, feeling a bit out of place at Hillel with peers from day schools, Charlie and I began hosting International Shabbat dinners, cooking family recipes like my grandmother's chicken soup and her grandmother's mousse au chocolat. What started as a small hobby grew into a Hillel-funded dinner series serving tens of undergraduate and grad students at a time; Charlie always welcomed everyone, brought people together, and filled the room with warmth.

Charlie is kind, generous, and always has values at the center of her life. We both chose nontraditional careers out of school, encouraging each other's paths, and even now, Charlie and I have stayed in close touch across continents. She volunteers, supports her community, and is surrounded by friends and family who love her.

I can hardly believe this has happened to Charlie. I hope you will consider the caring, community-minded, and generous person she is as you decide her future.

Respectfully,

Arthur Cohen

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Hon. Judge Hellerstein,

My name is Asa Sam. I had the privilege of meeting Charlie through my aunt, and from the very first five-minute conversation, it felt like I'd known her my whole life. I'm currently a senior at the University of Pennsylvania, and when I was feeling overwhelmed and behind on my medical school and post-baccalaureate applications, Charlie stepped in without hesitation.

Despite everything she had going on, Charlie always makes time for me. Whether it was Zoom calls, text messages, or late-night phone conversations, she has been there for me, offering her support, guidance, and insight. I truly feel like Charlie has been my guardian angel through this process, and I am so deeply thankful for her.

With Charlie's help, I was recently accepted into one of the top medical post-bac programs in the country. And while she certainly helped shape my applications, what she really gave me was the confidence to see my own strengths. She helped me frame past mistakes not as liabilities, but as unique experiences that have prepared me to become a compassionate and resilient physician.

Beyond the personal and academic encouragement, Charlie was the only person who made sure I considered the financial implications of every decision. She gave me practical advice rooted in long-term thinking, ensuring that I wouldn't make a choice I'd regret 20 years down the line.

My connection to Charlie is personal, and my empathy for her current situation comes from lived experience. I've seen firsthand the effects of incarceration on my family, and I've watched my own aunt struggle with the aftermath of unjust systems—losing her ability to have children. I can't stand by and let this happen to another woman, especially not someone like Charlie.

Charlie helped me take the first steps toward my dreams. It's my hope that this letter might help her reclaim hers.

Respectfully,

Asa Sam

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I've known Charlie since undergrad at Penn—she was a few years behind me, and I was a PhD student at the time. We've stayed close ever since. Whenever she visited Israel, she made time to see me, even if it meant squeezing in a coffee between meetings. Over the years, I've gotten to know her whole family, including her grandmother. That kind of effort—keeping in touch, showing up—is just who she is.

Charlie has always been the one people call. I've seen it again and again—friends starting companies, trying to sort out career moves, looking for a connection. She picks up, and she is always happy to help. For me, one personal moment came when my mother's cancer returned. We were looking for connections at MSK cancer center, and Charlie vey quickly used her network to put us in touch with a senior oncologist. And then kept checking in, even when there wasn't anything left to solve.

If there's one thing I've learned, it's that people are complicated. But some people, you just know what they're made of. Charlie's made of good stuff. I hope she's given the chance to show it again.

Sincerely,

Asaf Weinstein

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I've known Charlie for over 10 years; I was her brother Elie's roommate after college up until he got married a couple years ago. As far as I'm concerned, being part of Elie's life means becoming part of Charlie's too. That's how it works with the Javice family.

The bond between Charlie and Elie is something else.  I've watched them finish each other's sentences, argue like only siblings can do, and then turn around and support each other without hesitation. It reminds me of my relationship with my twin brother.

Charlie was always there when Elie was sick, or overwhelmed by work or navigating a new career. She wasn't just his sister — she was his go-to person. That's still true today.

I've gotten to know the whole Javice family over the years — they're close, kind, principled people. And Charlie is very much her parents' daughter. She's smart, funny, tough when needed, and unfailingly loyal.

We continue to pray for fairness and peace through this process.

Sincerely,

Asher Perlmutter

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I have known Charlie and her father for over ten years. I was her dad's partner and remain a close friend of the family. From the very beginning, Charlie welcomed me into her extended circle with genuine warmth. I have two grown daughters of my own, and she embraced them as well. This spirit of inclusion, kindness, and generosity are traits Charlie exemplifies; ones I have felt personally.

The act of having and giving empathy is a quality that stands out for me. To this point, I knew where to find Charlie days before Thanksgiving taking an active role in organizing, preparing, cooking, and working together with many volunteers, of which I was one of, to give those in her community who were in need the ability to have Thanksgiving. What stands out specifically in my mind is how Charlie warmly welcomed every guest and how she made a conscious effort to visit with every table to engage in conversations and give each of them the comfort of feeling a sense of belonging amongst strangers with dignity and the ability to enjoy. This is one of many examples of how Charlie shows kindness by doing acts of kindness.

Charlie shows her desire to make a difference in her community and beyond by giving of her time, her knowledge, and of herself in ways she able to make a positive impact. I remember the times her father expressed concerns for her safety when she would travel alone to under-resourced school districts in the Bronx as well as places outside New York State, like rural Louisiana, just to connect with students who needed help and support. Charlie's intentions were to give opportunities for the betterment of these students as well as to provide avenues for them to succeed.

On a personal level, Charlie values and honors her Jewish heritage to her core.
She has a deep connection to her Jewish legacy, Jewish values, and Jewish traditions. Charlie and I share a common link in our Jewish heritage. Like Charlie's grandparents on her father's side, my grandparents, were Holocaust survivors. We spent much time together discussing in awe of how our grandparents had such fortitude, resilience, feelings of hope with having faith, despite all. I believe Charlie's value for family and where she comes from is a thread that is woven into her fabric of her being.

Some of my fondest memories with Charlie take place in her home Friday evenings for Shabbat. It always felt joyful to be in Charlie's home for Shabbat savoring her delicious homemade cooking and sharing wonderful company around her dining room table. Charlie told me Shabbat was her favorite time of the week. She showed me this by "doing Shabbat" in meaningful beautifully memorable ways.

Outside of family and friends, Charlie and I have a common interest and passion for art. We share a love of discovery, desire to see, to learn, and to experience what art can bring to us in unexpected and intangible ways. I looked forward to going to exhibitions and gallery openings with Charlie always feeling intrigued with her perspectives having truly engaging dialogues about how creativity can bring a sense of purpose and reflect life.

Charlie and I developed a special relationship over the many years.   One conversation that resonates the most with me, particularly now, is how she expressed her dreams of being a mother to start a family of her own with a deep desire to be able to carry on her Jewish heritage. Sadly, I fear, now, Charlie might not have this given opportunity. I can not imagine how much this weighs on her as well, as on her parents. The idea of not knowing if she will ever have the opportunity have her own children extending her Jewish legacy as well as giving her parents grandchildren feels most tragic to me.

As a mother/ parent myself, I can not express how it must feel like not to know what your young adult child is facing along with having immense pain, sadness, and fear. I struggle to understand and visualize Charlie's future given the Charlie I know. I can only pray, offer my feelings of hope with having faith to Charlie and her parents.

It is with my utmost respect for Your Honor and The Court, I humbly make a request for a plea for compassion, understanding, and openness in your judgement of Charlie.

I very much appreciate your time and your consideration to read my letter to hear my thoughts. With gratitude I say Thank You,

Sincerely,

Beth Coplan

August 11, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Bianca Faccio, and I am writing in support of Charlie Javice, who has been an important part of my life for many years.

I met Charlie when we were both students at the University of Pennsylvania during my freshman year of college in 2010. Charlie was always busy dreaming big about ways to help the world. From the moment we met, we bonded over wanting to make a positive impact on the world.

In 2012, during the summer after my sophomore year, I had the privilege of working closely with Charlie on her non-profit, PoverUp, and staying with her over a summer. We worked together to make education around microfinancing and enterprising accessible to people. We collaborated reaching out to professors to learn about their syllabuses and curricula to teach skills that we believed would help people living in low-income countries rise out of poverty. Charlie and her family lovingly taught me about Jewish culture and customs. They taught me about "*tikun olam*," the concept of humanity's responsibility to work towards a more just, peaceful, and harmonious world. That summer, Charlie was very supportive of me; I was going through a rough time with my family and I needed to fly home earlier than expected and she was very understanding through those challenges.

When we returned back to school, Charlie was also always very generous; she personally connected me with social impact fellowships that I was able to take advantage of during my time at Penn. Beyond helping me, I have seen her selflessly volunteering, tutoring, advocating, and hosting—she always finds ways to uplift those around her. Charlie's generosity and drive to serve extend far beyond her own circle.

In January 2013, during my junior year in college, my father unexpectedly passed away. In my deepest moment of grief, Charlie was one of the first people I called. She came without hesitation, offering comfort during the most difficult months of my life. That is who Charlie is—someone who consistently shows up for her friends, always giving of herself.

After college, I moved to Washington, DC to start my career in public health at a non-profit research organization doing research on reproductive health and family formation. In 2015, I decided to convert to Judaism. As always, Charlie was very supportive, making sure I never felt alone in the process. I will always remember moments with Charlie and her family that summer in 2012 where I first truly learned about Jewish values.

Now, I am a mother of two miracle daughters. After a lengthy fertility journey, I know the raw despair and longing that comes with fearing you may never become a parent. That

gratitude never leaves me, and I often think of Charlie and the years she has put her own life on hold because of these circumstances. My girls are my world, and I wish for Charlie to have the same joy I have found in motherhood.

Charlie's unwavering compassion, strength, and care for others has shaped so many lives, including mine. She deserves the chance to keep bringing light to her family and community. I ask that you consider the entirety of her character and show leniency.

With hope for compassion,

Bianca Faccio

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

September 7th, 2025

Dear Judge Hellerstein,

I am writing in support of leniency in your sentencing of Charlie Javice. I have known Charlie for about 5 years after she was introduced to me as a mentee by the Chairman of her Board, Mark Rowan, CEO of Apollo Global Management. I am a former alumna of 27 years of JP Morgan, a firm with whom I maintain excellent ongoing relationships and for whom I serve as a Chairman of a major subsidiary board in London. My acquaintance with Charlie was active during the period in which she was negotiating the sale of her company to the bank and her subsequent employment there. While I cannot speak to all of the relevant facts in the case, I am able to convey first hand that Charlie approached the opportunity to work at JP Morgan and grow her business with students there with great enthusiasm, optimism and strong vision for how students and young adults could be better served by the very largest financial institutions. She expressed this to me first hand, and I find it hard to reconcile the outcome of the case with her embrace of her future employment by the firm as I experienced it. As you consider the matter of her sentencing, I hope that you will factor in that she is a young woman with her entire life ahead of her, who has only portrayed exemplary ethics to me and many others in my circle, and who set out to contribute to society when she built her company Frank. Indeed Frank did help several hundreds of thousands of students before it was ultimately shuttered at JP Morgan. The harm if any that she caused should be set in that context.

Blythe Masters

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Bobby Turner. Over the course of my career as a founder, investor, and social impact advocate, I have mentored many exceptional individuals. I can honestly say that Charlie was one of my favorite mentees and someone I truly believed to be an agent for positive change.

I first met Charlie at a Wharton board meeting, where she was presenting the remarkable impact of both Wharton's Social Impact Programs and the new Venture Incubation Lab on growing her non-profit. Her vision and conviction struck me so deeply that I immediately offered her a position at my investment management company. She declined graciously, displaying a rare clarity of purpose for someone so young, choosing instead to focus on helping those often overlooked. As the founding donor of the Wharton School's social impact initiatives, I was especially proud when, a few years later, Charlie played a key role in expanding our impact and in designing a new Lab that emphasized hands-on experience and the realization of innovative ideas.

Charlie and I are both well-acquainted with the ups and downs that come with risk, vision, and grit. My own background includes a dramatic family journey from wealth to bankruptcy, which taught me humility and resilience. From the outset, what connected us was a deep belief in business as a force for good. However, as her ventures changed, she never lost sight of her real purpose: serving students and families who are too often overlooked.

There was a point when Charlie needed help to make payroll. I stepped in financially, and she personally guaranteed the funds—paying me back in full within a few months. That responsibility, integrity, and follow-through, especially in someone so young, truly set her apart. She brought that same dedication to everything she did, from mentoring charter school students to standing alongside me at school openings and board meetings.

I take tremendous pride in seeing my mentees pay it forward, and Charlie went above and beyond. She didn't just benefit from guidance - she became a mentor herself, investing deeply in the lives of the young leaders she nurtured. I know firsthand how engaged she was in their growth and struggles, championing them every step of the way.

Now, as Charlie faces this critical moment thinking about her own family and what she stands to lose, my heart goes out to her. I was among the first people she called when this ordeal began. I believe in accountability—as a father, and as a businessman—but I also believe in the possibility of redemption and the value of second chances. I respectfully urge the Court to consider leniency in Charlie's sentencing, because I know her greatest and most meaningful contributions to her community, and to our society, still lie ahead—if she is given the opportunity.

Respectfully,

K. Robert Turner
CEO and Principal
Turner Impact Capital

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 16, 2025

Dear Judge Hellerstein,

My name is Catherine Klap, a French cousin of Charlie. I have been a licensed speech therapist for over forty years and had my own private practice in Paris. I have studied and gained broad experience in applied psychology, treating hundreds of patients of all ages over the years.

I have known Charlie since birth and have seen her every summer as she was growing up. For about a month each summer, Charlie came to visit her grandparents in Normandy. I saw how she treated them with love, kindness, and respect. She truly cherished them and always wanted to learn from them and help them whenever she could. After her grandfather passed away, Charlie continued to visit her grandmother regularly in Paris – and later in Jerusalem. In order to bring recognition to three non-Jews who saved her family during World War II as "Righteous Among the Nations.", Charlie took the time to help her grandmother apply for and assemble the supporting documents for Yad Vashem – a rather extensive process.

Over many years, I was able to follow Charlie personal and professional development. She was always very humble about her social impact work, which impressed me deeply, especially since she was helping so many people to go to college. At dinner, unlike many of her peers, Charlie was not on her phone; she was really with us and was always a great listener. When we were with Charlie, she gave us her undivided attention.

As a professional, it is evident that Charlie demonstrates a high degree of empathy and a robust commitment to fairness and justice. Her actions and interpersonal dynamics consistently reflect a profound sense of altruism and a strong inclination toward prosocial behavior. Charlie derives a significant sense of fulfillment from contributing to the well-being of others, and her behavior over time underscores her deep-rooted care and compassion. Additionally, her optimism and conviction in her ability to effect positive change in the world further highlight her positive psychological traits.

My daughter Julia is a medical doctor. She loves her job of helping people as much as Charlie does. The truth is that very few of us will help so many people over our lifetime as Charlie already has.

I pray that Charlie will be allowed to continue helping others, build her own family, and be recognized for her extraordinary work.

Sincerely,

Catherine Klap

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Sentencing Letter for Charlie Javice

Dear Judge Hellerstein,

My name is Catherine Mahon, and I write with deep respect as you consider my friend Charlie's case.

I first met Charlie during the height of Covid at the dog park, where she was with her family—her partner, her mother, her brother, and her sister-in-law. Charlie's mom's sheepadoodle, Silvie, and my greyhound, Claudius, became fast friends. Through our dogs' joyful play, casual encounters soon grew into a warm and trusting friendship, further strengthened by nearly daily evening walks on the boardwalk and shared community life.

Charlie's kindness, care, and positive energy have always stood out. After a recent injury, I turned to Charlie for rehabilitation and Pilates training, and her compassion, encouragement, and expertise made a world of difference in my recovery. I have also witnessed the special attention she gives women in her classes—particularly those recovering from injuries, pre- and post-natal mothers, and seniors. Charlie always adapts her instruction to fit each person's specific needs, creating an environment where everyone feels supported and empowered.

Despite years of ongoing pain and the strain this legal situation has placed on her and her family, Charlie carries herself with unmatched dignity and devotion to those she loves. Now, with baby Delphine joining us on our walks, I cannot imagine our community or her family without Charlie's loving presence.

Your Honor, I ask you to consider Charlie's resilience, compassion, and the vital role she plays in so many lives. We would all feel her absence acutely—especially her family and young daughter. Please grant her leniency.

Thank you for your consideration.
Sincerely,
Catherine Mahon

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Your Honor,

My name is Christina, and I am Charlie Javice's sister-in-law. I have known for more than 12 years, since I started dating my husband, her brother, in college. From our first meeting, I understood that she was husband's closest confidante and role model. As our lives became more intertwined, and as I experienced firsthand the love and care she shows everyone in her life. I cannot imagine my life, or our family's life, without her. She is not just my sister-in-law. She is my sister.

I love her deeply, and I truly can't imagine our family without her. When we say "family", we mean it in every sense of the word. We often see each other every day, and she is a central part of our family routine. She is the person who brings us together, who makes ordinary days feel special, and who holds us up when things get hard. My ten-month-old daughter love her like a second mom. At home, she is the one who fills out daycare applications, arranges our family vacations, and plan birthday parties and includes everyone in the community. She's always the first to show up, the last to leave, and the one who never lets anyone fall through the cracks.

Charlie has made me feel so welcomed and included in our family's Jewish traditions. Her Shabbat dinners are legendary, not just for the food (though she is an incredible cook) but for the warmth, laughter, and sense of belonging she creates. She has taught me so much about her faith, always inviting me and so many others in. She enthusiastically celebrates Christmas and Easter with me, too, making sure my traditions are honored just as much as hers. Because of Charlie, I've learned that family isn't just about blood or background. It's about who shows up for you, who teaches you, and who makes you feel at home.

Charlie has been there for me at every moment, big or small – especially during the last year when I become a mother. During my pregnancy, she researched and vetted obstetricians and pediatricians, and then even offered to stay with me at the hospital, in the event of an extended stay. After I gave birth, she helped me feel like myself again after I gave birth, arranging hair and nail appointments, monitoring that I was adequately nourished, and making sure I had the time and space to recover emotionally and physically. It's worth noting that even during her trial this past spring, she investigated the breastfeeding and mothering facilities in the courthouse, considering my comfort during the most challenging season of her life.

Charlie's kindness extends to my entire family. My sister was one of the early Frank users, leveraging their online resources to better understand loan options for her doctorate program. She has helped my sisters to make professional connections and land jobs. Additionally, one moment that stands out to me is when Charlie helped my mother recover a lost package filled with our family's heirlooms. After months of claims review, the situation started to feel hopeless, and I assumed the contents were gone forever. After hearing the story one night at dinner, Charlie

refused to give up. She stepped in with relentless determination, making call after call, following every lead, until she finally found it. When the package was finally delivered after three months in transit, it was like a piece of our family history had been restored.

Charlie's generosity and sense of responsibility extend far beyond my immediate family. She's always pulling us into service - bringing us to volunteer at the soup kitchen at the French American School, organizing meal sponsorships through volunteer organizations, and dropping off items for food-insecure students at Miami Beach High School. She has also volunteered to helped people coming out of incarceration get back on their feet. She brings out the best in all of us; in this past year, she also encouraged me to volunteer with causes that I am passionate about, connecting me with the Miami Diaper Band and the Surfrider association. I likely would not have volunteered without her encouragement. She never does any of this for recognition. It is the core of who she is.

As a mother, I know Charlie is going to be an extraordinary mother, too, one day. I see it every day in the way she is with my daughter. I believe that the love, fun, and joy Charlie brings into my daughter's life will shape her forever. Watching them together, I have no doubt that Charlie's future children would be the luckiest in the world to have her as their mother.

With a heavy heart, I am uncertain how my family will tackle the future without Charlie in our lives. The thought of losing her, even for a little while, will unsteady the foundation of our family. I hope you can see how much Charlie means to us and how deeply she holds our family together. She is the heart of our home, and we need her.

With deepest gratitude,
Christina Atterbury

*Christina Loring Atterbury*

9/8/25

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I met Charlie's father nearly 40 years ago when I was working coat check while studying at NYU, thinking I'd become an accountant. Her father struck up a conversation and later invited me to visit the trading floor—and the rest, as they say, was history. That moment launched my career, and a 40-year friendship.

I watched Charlie grow up in a close-knit family where her father juggled a demanding career with a deep commitment to his kids—leaving early every day for school pickup, even through the challenges of a divorce. When Charlie graduated college, I was proud to be the first to write her a check to help her get started. It was worth every penny.

She's always been someone you can count on—whether reviewing résumés, finding internships for my kids and for students she didn't even know, always offering a hand, never needing the credit.

What happened doesn't align with the young woman I've known since before she could walk. This isn't who she is at her core. I don't know all the details, but I honestly believe there's more nuance than headlines or filings can show.

Mistakes should carry consequences but not erase the possibility of redemption—please let that remain. Prison would extinguish so many of the hopes, relationships, and love she still has to give. I ask you to see not just the case, but the person—the daughter, the friend, the future mother—and extend to Charlie the grace of leniency.

Respectfully,

Cinta del Monaco Kemp

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Cookie, and I work at the local marina next to where Charlie and her family live. Every day, I see Charlie and her mother walk by with the dogs. They always take the time to stop, share a warm hello, and bring light with them wherever they go. It is rare for residents to ask after my family, and every time Charlie does, it makes a real difference—especially after the loss of my husband of many years.Charlie and her family have not only shown me kindness in passing but have also invited me to lunch, treating me with genuine respect and warmth. These moments have been truly memorable for me. **Charlie's kindness and thoughtfulness stand out in our community, helping me feel** seen and valued during a difficult time.Please consider the deep and positive impact Charlie has had on the people around her, myself included. I hope you will have mercy.

With blessings,
Cookie  Lopez

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Honorable Judge Hellerstein,

My name is Cory, and I'm writing to you not only as a friend of Charlie Javice, but as someone who considers her family. We met shortly after she graduated from Penn, and immediately hit it off.  Over the years, we've shared holidays, taken family vacations, and stood by each other through life's most difficult and joyful moments.

Beyond inviting each other into our worlds, Charlie's friendship has been so much deeper. For example, during her trial, which I can only imagine the stress of, when my grandfather passed away, it was Charlie who reached out regularly to check in on me. That's who she is—someone who instinctively notices when others are struggling and quietly shows up, no matter what burdens she's carrying herself.

I first chose to invest in Charlie's company because I believed in her mission and saw how deeply she cared about students. She visited campuses, listened closely to their concerns, and adapted her strategy to meet their actual needs—not just looked good on paper. When the pandemic struck, Charlie stopped taking a salary so her employees could continue to receive theirs. She never sought attention for it—she just did what she believed was right.

Despite our investor/founder relationship, in the years I've known her, our friendship has never been transactional. She's supported me, invested in my

venture capital fund, introduced me to trusted investors, and mentored founders in our network. Charlie does this kind of quiet, behind-the-scenes work all the time—simply because she cares.

Charlie never sought out recognition. She's the type of boss one would hope to work for: quick to dish out praise to everyone but herself. Additionally, she's one of the hardest-working people I know—up early, working late. She put herself through school on financial aid and built her career from the ground up. More than once, I've seen her face blatant unfairness—like when a board member paid her less because she didn't "have a family to support." She never made a scene. She just kept moving forward.

If Charlie were the person the headlines suggest, I wouldn't be writing you. I trust her, and I believe she still has more good to do.

With respect and sincerity,
Cory Moelis

fThe Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Honorable Judge Hellerstein,

My name is Crystal, and I'm the proud owner of a Pilates studio in Miami—my first time ever running my own business. I'm also Charlie's neighbor and her friend, and like anyone starting something new, I've learned just how much it means to have people you can truly count on.

Let me tell you: in the world of Pilates, you quickly find out who's got your back. Charlie is that person for me. When the studio hit a rough patch—staff out sick, finances tight, classes needing coverage—Charlie never waited for me to ask. She just jumped in. She covered last-minute classes, trained new instructors, taught for free, and even helped me find extra hands when I was thinking about closing the doors. I never had to ask—she just saw what needed to be done and did it, like any great teammate would.

When news of her trial became public, I started getting messages—some supportive, some not so much, and a few from people who'd never even met her or set foot in our studio. Through it all, Charlie kept showing up. She taught, she encouraged, she supported our team. I could see the stress weighing on her—she carried it in her shoulders, in her posture, in those little moments between classes—but she never let it spill onto anyone else. She protected our space and our people, even when she was clearly carrying so much herself.

And let's talk about her classes! Charlie's Sunday sessions are legendary—people literally drive over an hour just to get a spot. She always ends with our signature "dancing arms," and you should see the smiles (and the sweat!) when class wraps up. Clients linger after class to chat, catch up, and invite her to family events. That's just who Charlie is. She makes everyone feel important, just by being fully present. Her warmth isn't an act—it's the real thing, and you can feel it the second you walk through the door.

I've watched her go through fertility treatments, too. That journey is no joke—swelling, fatigue, headaches, hormone crashes—and yet, she still shows up, makes jokes, keeps everyone moving. I've seen the behind-the-scenes: the appointments, the exhaustion, the emotional rollercoaster. For Charlie, it's not just about becoming a parent—it's about building a family with the person she loves and honoring a heritage that means the world to her.

When my husband and I faced tough times in our own work lives, Charlie was one of the first people we called. She's not just thoughtful—she's insightful, and has a way of helping people see through the chaos to what matters most.

Charlie isn't someone you sum up in a sentence. She's funny, yes, but serious when it counts. She's the one you want in a crisis, but even more, she's the one you want in the everyday moments when no one's watching.

I just hope, in all of this, that the real Charlie—the whole, complicated, deeply human person I know—gets to be seen, too.

With warmth,
Crystal Behar

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

Charlie and I connected over the quiet, private challenges so many women carry alone—most recently, the shared experience of IVF. We're both walking through it now, and I know firsthand how physically and emotionally consuming it is, even under the best of circumstances. Watching Charlie shoulder this while navigating the strain of a years-long legal battle has been heartbreaking. I wouldn't wish it on anyone.

In all the time I've known her, Charlie has shown up for others in both big and quiet ways. She checked on me during difficult parenting stretches, and when I was organizing a women's conference and a keynote canceled last-minute, Charlie stepped up to help find a new one without hesitation.

The last few years have taken a visible toll. The weight of it all has changed her. This case will follow her, no matter what—her name, her face, they're already marked by it.

I don't excuse mistakes, but I do believe in mercy. Charlie will carry this for life. Please allow her the chance to rebuild—not in a cell, but in the world, with the family she still hopes to have.

Sincerely,

Daniella Levy

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I had the pleasure of meeting Charlie early on as she was building her company. At the time, I was leading Pearson's online division and had just sold my business to them. Though my contract ended with the onset of COVID, I stayed connected to the world of education and couldn't help but admire what Charlie was doing. Changing education is no small task—slow-moving, full of challenges—and yet, Charlie's work gained traction quicker than most. Her product made a real difference for students, getting adopted by school districts in Louisiana, LAUSD, and even ACT. That kind of quick impact is rare in this space.

Startups are, by nature, messy and fast-moving—there's immense pressure, lots of money and people involved, and decisions have to be made quickly. It's a tough environment, especially for someone young still finding their footing. In that whirlwind, mistakes happen, sometimes even lapses in judgment, but they're part of the learning curve in building something meaningful.

As a man of faith, I believe that when good people stumble, they deserve grace and understanding. This situation feels out of character for Charlie, and I sincerely hope she's afforded the chance to make things right and move forward with the same dedication she's always shown.  All I can do is ask, with humility and sincerity, that Your Honor show compassion in sentencing, so that Charlie can begin the difficult work of healing and rebuilding the life she has always worked so hard to live with purpose.

Sincerely,

Dave Daniels

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Hellerstein,

I met Charlie Javice in New York right after college through mutual friends. We were both just starting out, trying to figure out how to build something meaningful. I had just left my finance job in NY and Charlie had just started her first company. We quickly realized we shared a vision—using business to create impact for people left behind by traditional systems.

Even as our paths took us in different directions (mine to Africa to start a fintech company) we stayed in touch. We've bumped into each other in some unexpected places over the years, including a random olive grove in South Africa. No matter the time or distance, Charlie has always been someone who reaches out, checks in, and offers to connect me with whoever she thinks can help.

She's also the kind of person who genuinely wants to know how your family is doing. I've met her parents, and she's always asking how my grandmother is. I know how much she values community—hosting Shabbat dinners, always surrounded by people she's brought together. And I've seen how hard it's been for her to put her own life on hold, especially the dream of starting a family.

Charlie is thoughtful, driven, and has always tried to make things better for others. I respectfully ask the Court to consider who she is beyond this case, and to allow her to continue that work.

Sincerely,

David Akinin

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

As a father of four girls, I write to you with a deep understanding of the hopes, fears, and vulnerabilities that come with family and the desire to protect and nurture loved ones. I have had the privilege of knowing both Charlie Javice and her partner, Elliot, for over a decade. I first met Charlie through Elliot when they began dating more than ten years ago, and I have watched them grow into a truly beautiful couple—supportive, loving, and resilient together through life's challenges.

During the course of this trial, my wife and I had Charlie, Elliot, and her parents at our Shabbat table. I will never forget the heartbreak I witnessed that evening. Charlie and Elliot sat beside her parents, and the pain and exhaustion were etched on all their faces. It was clear how deeply this ordeal had affected them as a family. No parent should ever have to see their child go through such public and personal hardship, and the sense of helplessness in the room was overwhelming.

Charlie's journey in recent years has been marked by extraordinary difficulty. The legal proceedings have taken a visible toll on her, humbling her and changing her in profound ways. Even under such strain, she has continued to show up for others, offering support and encouragement in their own struggles.

What has been especially poignant for me is seeing Charlie and Elliot navigate the physically and emotionally demanding process of fertility treatments. As someone whose own wife has undergone these treatments, I know intimately the pain, the yearning, and the deep sense of vulnerability that come with each cycle—the hope and heartbreak, the waiting, the constant recalibration of dreams. It is an all-consuming experience that tests even the strongest individuals and couples, and to endure this while facing the pressures of a years-long legal battle is unimaginable. The emotional and physical toll is lasting.

Regardless of the outcome in court, Charlie's life has already been altered—her reputation, her career, and her sense of self have all been deeply affected. She is not defined solely by her mistakes, but also by her capacity for growth, her support of others, and her determination to rebuild.

I respectfully ask for compassion. Please allow Charlie the opportunity to move forward—not behind bars, but in the world, with Elliot by her side and the family they still hope to build.

Thank you for considering my perspective as you make your decision.


Respectfully,

David Levy

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I met Charlie Javice when she was a freshman at Penn and I was a senior. Our friendship began in the Hillel library, cramming for Business and Public Policy exams. Even back then, Charlie was the person everyone leaned on for help—she somehow managed to support her classmates, ace her own work, and make it all look effortless.

We stayed close even after I moved to Israel. Whenever Charlie was in town, she'd join my family for Shabbat lunch. Lunch conversations ranged from sharing childhood memories to Charlie speaking passionately about the impact she wished to have on making higher education more accessible. She would wax poetic about fixing the broken parts of government funding and ultimately addressing the underlying cost structures of universities that create a barrier to access for so many. Her ambitions were grand and noble.

From what I observed Charlie always leaned into opportunities to share learnings about entrepreneurship with other current and aspiring startup builders. I've seen her on stage at the OurCrowd conference telling her story to thousands, and I have seen her in small gatherings of other venture capital-funded founders helping them think through how to tackle a challenge they were facing. In both settings, Charlie was happy to give of herself to help make others more successful. But what stands out most is how she leads. During COVID, when most companies were making cuts, Charlie took no pay herself to keep her team intact. She didn't have to—she just felt it was the right thing to do.

Your Honor, justice is not served by throwing a 33-year-old woman in jail and taking away her chance to be a mother. Charlie is not someone in need of reform—she is a special person who has already given so much to her communities. If I were investing today, I wouldn't think twice about backing Charlie again. During Charlie's trial, my great uncle Ted Comet—a pillar of our community—passed away. It was surreal to see you, Judge Hellerstein, speaking at his funeral. Ted was famous for talking about the power of transmuting trauma into creative energy and action. I mention this because I believe Charlie would apply herself vigorously in this manner for the rest of her life if given the opportunity to be a mother, community member, creator and leader. I respectfully ask that you show leniency in sentencing her, so that she can have the chance to rebuild and keep making a difference with the heart and generosity that have always defined her.

Respectfully,
David Stark

July 30, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I have been a communications professional for more than 30 years. I ran my own agency for half of that time, and the other half, I have been a solo consultant. Most of my clients have been medium-to-large-sized organizations, including several award-winning global entities.

Charlie and I met through a mutual friend when Frank was in its second year and needed strategic guidance. Over the 18 months I worked with her, while I typically engage with established companies, her vision for addressing real problems in financial accessibility with high school students resonated with me as a parent who had navigated the college application process with my own children.

What impressed me most was how she translated problems into action. When a program director at LaGuardia Community College mentioned that many of the first-generation American students were struggling with loan paperwork, Charlie didn't just sympathize – she organized a financial aid workshop within a week, brought along one of her engineers (insisting he receive recognition), and spent an entire afternoon helping students navigate their applications one-on-one.

That wasn't a one-time thing. I met interns, engineers, operations leads – people without degrees, in recovery, on paths most companies ignore – who all said the same thing: Charlie took a chance on me.

The person I worked with consistently demonstrated accountability, empathy, and a genuine commitment to helping others succeed. Based on my professional experience with Charlie, I believe she has significant potential to contribute positively to her community moving forward.

With respect,

Drew Kerr

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Eitan Shamir. I am an Israeli-American who now lives in Israel. Charlie and I first met at a Hillel Shabbat dinner, back when I was studying at Drexel University and she at Penn. That evening was the beginning of a deep connection that would last across our time in Philadelphia and beyond.

From the start, Charlie welcomed me not only into her group of friends but also to life at Penn, as at the time I was somewhat of an 'outsider' studying at the neighboring Drexel. Over the years, she has become one of my closest friends, introducing me to life in the big cities of Philadelphia and New York, as well as to her own family, with whom I had an instant connection. I was never treated as a guest with Charlie and her family – especially as my own had begun moving back to Israel – and genuinely felt a belonging, one which without a doubt would contribute to my moving to New York following university. Some of my fondest memories of the time are with Charlie and her closest circle.

The closeness I share with Charlie and her family is still felt. Even after I moved back to Israel, our bond remained strong. Distance did little to diminish our connection, and Charlie's care, across continents. It's been hard not seeing her in recent years, especially due to travel restrictions and legal issues, and the absence is felt across the Atlantic.

In recent years, as many of us have started our own families, our group has delighted in trading baby pictures and sharing stories about our growing families. We have both become proud aunts and uncles—something that brings incredible joy. It's deeply sad to see Charlie, who has so much warmth and care to give, have to put her own dreams of having a family on hold. Not being able to share in those milestones with her, to see her flourish in these roles, is something we all feel profoundly.

Charlie's sense of responsibility extends far beyond friendship. She steps in quietly and meaningfully when people face tough times, always ready to help – never seeking attention, simply helping because it's who she is.

Thank you for considering my perspective.

Sincerely,
Eitan Shamir

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I write this letter as someone whose life has been profoundly and irrevocably touched by Charlie.

Though I technically first met Charlie at a Jewish summer camp in Spain, it wasn't until years later—thanks to our mutual friend Sarah—that my wife Naomi and I reconnected with her as we considered relocating to Miami. Charlie was our very first friend here, and her impact was immediate and profound. Her boundless warmth, unwavering openness, and legendary kitchen instantly made us feel at home. I vividly recall the aroma of homemade challah, brownies, and cookies, all miraculously emerging from the oven at the same time. The only culinary disagreement has been over gefilte fish, which, to her amusement, never quite landed in my Sephardic household. Still, the welcome was absolute—whether it was Naomi arriving from Italy or any friend around the table, Charlie always made room, and made everyone feel like family.

I have always shared with Charlie a steadfast, family-first approach to life. Like her, I, too, live in the same building as my parents and maintain an unbreakable bond with my siblings. I understand, as Charlie does, the profound importance of daily phone calls, spontaneous drop-ins, and the constant, nurturing presence in one's family's daily life. I have also been a witness to that same depth of love between Charlie and her beloved partner, Elliot, who is, without question, an integral part of her family.

Beyond her personal relationships, Charlie has been an indispensable pillar in the Jewish community in Miami, tirelessly dedicating herself and giving back time and time again. Her relationship with the key Rabbi of Surfside, the community where we used to live, was central and deeply personal; he was both a spiritual guide and a cherished friend. His recent passing devastated her, a profound grief she has borne with unwavering dignity and stoicism, without a single complaint. This is but one of many quiet burdens she has carried with immense grace over the past year.

If you asked me what stands out most about Charlie, it wouldn't be what she's built in a material sense—it is, unequivocally, who she has fed, who she has welcomed, and who she has quietly, yet powerfully, supported. Her true legacy lies not in achievements, but in the countless lives she has enriched through her boundless generosity, warmth, and unwavering compassion.
I hope the court can find a way to administer justice without separating her from her family and community.

Respectfully,
Elliot Safra

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I first met Charlie in Miami at a gym class—we were both fiercely competitive and strong. I could tell we would be fast friends, having a similar approach and mindset to fitness. Over time, our friendship deepened; I really feel like I can talk to her about anything, which is rare to find. She is trustworthy, genuine, very kind and always such a thoughtful and considerate sounding board. I've confided in her about personal challenges. Charlie was always there to listen and offer support. Her integrity and generosity shine through in how she cares for others.

Charlie's commitment to giving back is unwavering. Whether volunteering at soup kitchens, tutoring local children, or organizing her famously large and welcoming Shabbat dinners, she is truly a pillar of the Miami community. She travels often with her family, effortlessly connecting with everyone in her wide circle of friends.

I see how heavy the burden she carries is, though she rarely lets it show. She inspires me greatly with her positivity and resilience. She quietly carries on, with remarkable strength and grace. I respect her hugely.

I ask for leniency for a friend who, even under great weight, continues to act with kindness.

Respectfully,

*Elysia Wren*
Elysia Wren

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

Charlie Javice has been a friend to me for nearly a decade and a half. We first met in 2011, when she was a young student at Wharton and I the graduate student assigned to her challenging probability course. Keen, affable, inquisitive, and receptive, she was a joy to teach and a joy to be around. Like Charlie, I come from a Jewish immigrant family; no explanation was required for why her education was so important to her. As for the friendship, I believe it was formally inaugurated a month after the course had ended – I found myself alone in Paris on the eve of Shavuot, and Charlie made the city a little smaller when she led me to her family's synagogue in the Place de Voges in the Marais.

Charlie was one of a handful whom I asked to the celebratory dinner after I had defended my dissertation. It was important to me that we share the moment together, since Charlie had, by degrees, with equal parts kindness and shared esprit, become a close friend. Later, when I was building my own company and the customary dark night of the soul would come to haunt, I turned to Charlie whose reassurance was like a balm, her relentless positivity something magical that made it impossible not to believe in myself.

Yes, Charlie has always stood tall and unafraid. But beneath the brave face is a young woman with a great sensitivity to the world around – let her outward, visible strength not mask the vulnerable, giving soul that lies beneath. She is a good person whose instinct is to give of herself. Within her lies great promise, and there are a great many of us who are better for knowing Charlie.

Respectfully,

Emil Pitkin

United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I first met Charlie through my brother Patrick, and over the years I have had the opportunity to share many dinners and family moments with her. What struck me most was the way she fit so seamlessly into our family gatherings, bringing warmth, kindness, and genuine care to everyone at the table. My fondest memory was a siblings' dinner in Miami where Charlie's presence reminded me of the same bond I share with Patrick—a mix of laughter, support, and the comfort of truly being understood. In moments like those, she felt like more than a friend; she felt like family.

I am especially grateful for how steadfast Charlie has been in her friendship with my brother, showing up for him in both good times and hard ones. To know that someone has stood by Patrick with such loyalty and compassion has meant a great deal to me as his sister. Charlie's gift lies in creating a sense of belonging wherever she goes, and I have seen firsthand how much brighter she makes the lives of people around her. For this, I thank her deeply.

Sincerely,

*Emily Sells*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I met Charlie during freshman orientation at Penn Hillel. We became fast friends, brought together by shared values, similar family histories, and a deep connection to Jewish life. We both came from French-speaking families shaped by survival and resilience—hers French, mine Swiss—and that common thread of history was always just beneath the surface.

At Penn, Charlie was a big part of our community. We served on the Hillel board and cooked huge Shabbat dinners at my place.

We both believed business could be a force for good—that employing people mattered, that responsibility wasn't just about outcomes, but about doing right by others. Charlie never took that lightly. She's carried that weight through years of work and through barriers that women in leadership, especially early in their careers, know too well. I saw her show up to my wedding in Brazil in the middle of closing a round under immense pressure—and still be fully present, still laughing, still lifting up the room.

This is a difficult moment. But to me, Charlie is still the person I met at 18—rooted, loyal, committed to values. I ask for leniency. I ask that her past, her character, and all the lives she's touched be weighed as part of the full picture.

Respectfully,

Evan Schoenbach

*Evan Schoenbach*
7/11/25

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Gaddy Jean, and I've been the doorman in Charlie's building for the past five years. I came here from Haiti by myself, and from the first day, Charlie treated me like family. She always asks about mine, brings food or cake for the front desk, and checks in on how school is going.

When I had to drop out of college because I couldn't afford it, she helped me figure out how to apply for financial aid. Now I'm almost back in school and finishing my associate's degree, something I didn't think was possible.

Charlie and Elliot are my favorite residents. She's thoughtful and generous.

When she found out the building staff had no break room or lunch benefits, she spoke to the board and helped push for better treatment.

We also share a love for dogs. That's how we connected in the first place.

Charlie is a good person. She always thinks of others.

Respectfully,

Gaddi Jean

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My wife and I met Charlie and her family eight years ago, when we became neighbors and then best friends with her brother Elie and his now-wife Christina—the first friends Elie and Christina made after moving to Miami. A couple of years later at the beginning of COVID, I helped Charlie and Elliot rent their first apartment, just three floors above her mom's and close to her brother's. Since then, they've truly become an extended family to us.

Over the years, we've shared countless meals, from Thanksgiving feasts to relaxed Shabbat dinners. We've bonded over paddle-boarding, Pilates, yoga, and pickleball—often in both French and English, with shared values and stories from our immigrant parents. Charlie has always been the kind of person who brings people together, cares for them, who checks in and shows up. She has always offered support without being asked.

It has been especially painful to watch this unfold—especially for Elie. We've seen firsthand how this experience has brought their family even closer, but it has been incredibly hard. Everyone in our circle is starting families, and Charlie and Elliot have had to put their lives on hold. The uncertainty, the weight of it all, is real and difficult to witness.

We have always known Charlie to be dependable, supportive, and full of compassion. I do not know the ins and outs of the case, but I do know her character—and I sincerely hope she's given the chance to move forward and continue building the full, meaningful life she is planning.

Sincerely,


Gatien Salaun

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

We are Gerard and Agnes Varjacques, longtime family friends of Charlie's. Our families have been connected for three generations, stretching back to post-war France, where Charlie's grandparents and our parents settled in Le Mans. Our ties run deep—not just in history but in shared traditions and lives intertwined across decades.

Charlie and our twin daughters, Leah and Myriam, are the same age, and we have watched each other grow up side by side—sharing holidays, school milestones, and countless moments of joy and challenge. Over the years, our families have come together—whether to simply enjoy each other's company, volunteer at soup kitchens, or lean on one another during difficult times.

We have witnessed Charlie's strength from the very beginning. As a child, she was curious and thoughtful, always eager to be part of the adult's conversation—never content to simply listen, but wanting to understand, challenge, and learn. Her focus was matched by a sharp mind and a sense of empathy that remains rare.

Our families have kept alive traditions that honor freedom as a legacy of survival. Each Passover, we gather—taking turns hosting, sharing the warmth of family and community. We always read Elie Wiesel's introduction, a powerful reminder of justice, resilience, and the bonds that hold us together. As he writes, "To be indifferent to suffering is what makes the human being inhuman." That line stayed with us, and we have tried to infuse these ethics to our children, including Charlie, so that they would never be indifferent—and chose to care, to act, and to stand up for others.

Charlie lives by these values. She has a strong sense of fairness and isn't afraid to question assumptions, firmly believing that a single moment or mistake does not define a person's entire story.

We have seen the toll recent events have taken—not only on Charlie but on her family, especially her father.

Yet through it all, the merits of perseverance, education, and community remain at the forefront of who Charlie is. The person we know is far removed from the headlines and media portrayals.

At our core, and as our Tradition demands, we believe in the power of second chances.

Sincerely,

Gerard and Agnes Varjacques

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Charlie Javice

Honorable Judge Hellerstein,

My name is Gerard Javice. I write to you from Paris, the city where I have spent my life, surrounded by history, by beauty, and, most important, by family. I am the uncle of Charlie. Even if the ocean is between us, she is always close in my heart, as if she lives next door.

My life here, it is not always simple. My wife, she lives with neurological damage after a brain aneurysm, and our son—he is beautiful, he is nonverbal—needs care and attention every day, every hour. It is a heavy responsibility, but I carry it with love. Still, I have comfort, because I know if something happens to me, it is Charlie who I trust to care for my son. Not because she must, but because she is the one who is always there. She is the person in our family who shows up, who does not turn away when it is difficult.

Charlie, she is not loud with her support. It is quiet, but it is strong. You only notice this kind of presence if you have ever needed someone and they come to you. My connection to Charlie is, of course, personal. But it is also something deeper— something from our family history. My mother, she survived the Holocaust because of a stranger, the wife of a Head of Division at Prefecture de la Sarthe, who warned the Jewish families of the roundups. This woman, she had nothing to gain. She acted because it was right. Our family, we exist because of one quiet, moral choice.

Some years ago, we wanted to honor this woman at Yad Vashem. The process, you can imagine, is not easy—so many documents, so much bureaucracy, memories that are fading. I tried to collect the city records here in Paris, but it was Charlie, even with her busy life and her work, who helped us push forward. She knew someone on the board and insisted that the case be reviewed quickly, so my mother could know before her memory left her. Charlie did not stop. It was important for her—not only for us, but because she believes in memory, in justice, in honoring those who came before us.

Charlie is like this. She is a bridge—from the past to the future, from pain to healing, from loneliness to community. Many times, she has brought strangers to our Shabbat table and made them feel like family. She believes that to live generously is the true victory in life.

When I came to New York for the trial, I saw Charlie with my own eyes. She endured everything with a calm and poise I do not see often, even in people much older. She carried not only her own worries, but also the worries for her father, for all of us. She made sure her father was never alone at night. She took more than her share, and never once did she complain or turn away.

Now, as I face my own uncertainties—my wife's health, my son's future—I think not only of the people who helped our family survive in the past, but also of those who continue this spirit today. Charlie is one of them. She is not perfect, but she is deeply human. She is brave, she is kind, in the ways that matter most.

I understand you have a difficult decision. But I hope you can also see this: in every family, there are only a few people who become the quiet protectors, who take the burdens of others simply because they can. Charlie is this person for us. And the world, I am sure, is better because of her.

With respect and hope,

Gerard Javice
June 24, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

We are Goldie and Sol Wassermuhl, family friends of Charlie Javice and her parents. Over the past few years, we've grown close with Charlie Javice and her family. It's not every day you form a meaningful friendship across generations, but Charlie has a way of bringing people together. We've shared many meals, conversations, and walks—and we've been there for some of the hardest moments in her life.

We flew in from Toronto during her trial and saw the toll it took on everyone. We sat with her family in court and saw their pain up close. On the last day, we watched her mother unravel from the weight of it all—the heartbreak, the uncertainty, and the fear of what's still ahead. It was deeply human and deeply painful to witness.

Charlie has always shown us kindness and sincerity. She checks in often, makes time for people, and talks openly about the things that matter—family, giving back, identity. Like us, she has family in Israel and has felt the heartbreak of this past year, and the isolation that can come with it.

We don't pretend to know everything about what happened, but we do know Charlie as a caring and good-hearted person. This experience has already changed the course of her life. We hope she's given a path forward, one that allows her to rebuild and continue the meaningful relationships and work that have defined so much of who she is.

With respect,

Goldie and Sol Wassermuhl

Goldie Wassermuhl

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge,

If someone had told me that one of the deepest and most grounding friendships of my adult life would begin with a broken foot, I wouldn't have believed it. But that's how I met Charlie—through an accident, in a Pilates class, in a moment where I was vulnerable and physically down. She was the first person to rush to help, and that moment became a pattern. From neighbor to friend to chosen family, Charlie has been the one who shows up —quietly, consistently, and without needing to be asked. Our connection started with a fall, but what's grown since then has been one of the most meaningful parts of my life.

We bonded over injuries, but also over the things you don't get to choose in life. I've had my share.There's a particular kind of helplessness in being dealt a hand you can't control. There's a certain powerlessness in watching your life twist in directions you never asked for, in being handed circumstances you can't just "fix." It's a feeling I wouldn't wish on anyone, and it's given me a kind of empathy for anyone who finds themselves at the mercy of forces bigger than themselves.

Charlie has always been the rare kind of friend who doesn't just show up when it's convenient. When I started Hypervida, my wellness company, she was there from the beginning—not for the glory or the money, but because she genuinely wanted to help. She sent me clients, gave me advice, and gave me the confidence I needed to put myself out there. It wasn't about her; it was about making sure I, and other women, had a shot.

That's always been Charlie's north star: she's never been shy about saying there just aren't enough women who get to succeed in business, or in life, on their own terms. She's the first to point out how many doors are closed to women, and the first to help kick them open.

She's introduced me to other incredible women, building a network where we all lift each other up. Empowerment, for Charlie, isn't a hashtag or a trend—it's a daily practice, a real commitment to making sure women get to take up space.

Charlie has also been a gentle nudge when it comes to the things that matter most. I grew up in a home that shifted from secular to religious, spent time in Israel, and have since found myself somewhere in between. Through all of that, Charlie encouraged me to reconnect with my family and my roots, never judging, always supporting.

If I'm being honest, I can't even imagine what my life would look like if I was being judged for the mistakes I've made in my twenties. Being a woman in business, I've seen people get away with things that would make anyone's head spin.

I'm not writing this to rewrite the rules or to pretend that actions don't have consequences. But I do believe that character matters. And Charlie, for all her candor and quirks, is someone who chooses people over power, who invests her time and energy in lifting others up, and who has never once asked, "What's in it for me?" That's rare, and it's worth remembering.

Thank you for taking the time to read this, and for considering her whole person.

Sincerely,


Hadas Hunt

*Hadas Azari-Hunt*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Hanna Pinnix. I grew up in Canada and moved to Miami during COVID. I first met Charlie's
mom when we frequently attended the same 9 am Pilates class. Charlie, on the other hand, was a regular
at the earliest 7am class. I'd often hear about her from her mom and see her leaving the studio. From the
start, I knew Charlie had an incredible work ethic, she was always there before dawn, rain or shine. One
other thing I noticed about her right away was the way she treated people around her, it didn't matter if
you were a CEO or the the cleaning staff, you were going to get the same respect from her.

Charlie and I became fast friends. She's never tried to impress me or anyone. I asked her once what she
did, and she just said, "I work in tech." That was it. She didn't name-drop, didn't perform, didn't even
mention she had sold a company. That's the kind of person she is.
Over the years, she became my chosen family. Charlie became my go-to favorite person for everything,
from where to eat on any given Tuesday to how to handle a breakup. She made me feel like I belonged.

What most people don't see is how much Charlie carries. I've seen the hate messages, the public attacks,
the judgment from people who don't know her. She's kept showing up anyway — at work, for her friends,
for her mom, for our community. There's no self-pity in her. Just quiet resilience.
She is the opposite of what people say online. She is the kind of person you want in your life when it's
falling apart.  She is the kind of person I want in my life forever. Thank you for considering her full
character. Charlie is not a headline. She is someone who has built quiet, meaningful good in this world.

Sincerely,
Hanna Pinnix

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I met Charlie a few years ago through a mutual friend, and since then she's been a consistent and real support in both my work and personal life.

She helped me keep a job at another studio by being a reference when I needed one. She's always encouraged me to grow my business, sending clients my way, showing up for test-out classes, and checking in when things get tough. She's the kind of person who just helps, no questions asked.

Charlie is extremely close with her family, and we always laugh in class when she shows up with her mom or cousins. I go with my mom too, so we joke that we're the two family crews who take over the studio. That kind of warmth and consistency is just who Charlie is, showing up, supporting others, and making people feel like they belong.

She's also been a sober support for me, without judgment or pressure. She understands what that means, and I trust her with that part of my life.

This situation is hard to wrap my head around because it's so out of sync with the person I know. Charlie is someone who lifts others up. I just hope she's given the chance to continue doing that.

Sincerely,

Hannah Moret



## Hervé & Nicole Javice

Rehov Sokolov 16B Jerusalem, 9214424

The Honorable Alvin K. Hellerstein

United States District Judge Southern District of New York

500 Pearl Street, Room 1050

New York, NY 10007

Jerusalem, July 7th, 2025

Dear Judge Hellerstein,

I am Hervé Javice, Charlie's uncle and I live with my wife Nicole and our two children in Jerusalem. We are far in distance, but very close in love and spirit to Charlie.

I watched Charlie grow up, develop from being a child to a business student and a young entrepreneur, and feel very close to her. To my brother Didier, **her** father, she is his light, his pride, his hope. What he feels now, I cannot describe. It is a pain too big for words, **it** breaks his heart to **see** his daughter in this situation; I wish I could take it away from him.

When this terrible trial began, I did not hesitate, with my wife's blessing, I left my home and business and flew to New York so I could be at Charlie's side every day in court. My own children missed me, but I knew I had to be there to support my brother and my niece, to give them whatever strength I could. It was the least I could do for my brother and for Charlie, who had always been there for us.

Our parents taught us that a family is built on tradition, faith, and bonds that survive time and distance. Charlie clearly values Jewish life, learning and rituals. She has chosen our home in Jerusalem as her place of spiritual refuge. Before we moved to Israel, we had many years of struggle to have children. When, finally, our children were born, Charlie came as soon as she could. She held them when they cried, she sang for them on Shabbat, she celebrated most birthdays and holidays with us, staying at our home, as a family. Our table was full of laughter, questions, songs, and Charlie always helped our children feel special, especially our daughter Miriam, now becoming a young woman. Charlie taught her to braid challah, helped our son Benjamin with his science projects, and stayed up late to speak with them about what it means to be grateful and see the good in people.

She did all this while carrying her own heavy burdens, which she never let show. She has told us about her dream to become a mother, but only after she had given so much to others building Frank, helping so many students in America, as well as children in Israel. She always said parenthood is sacred, not something to rush. Now, when she asks about our journey with infertility,
we hear in her voice the same fear and longing we once knew. It is very hard for us, because we know this pain, and we know she deserves the chance to have this joy, too.

In Israel, Charlie is very active in the tech community, opening an office in Tel Aviv and giving opportunities to many, especially new immigrants. For my own company, she made introductions and opened doors. Even now, I hear new stories from people about how Charlie connected them, helped them find work. She had a real impact on many people.

Charlie's kindness is not only for her family or her friends, but for strangers as well. Many times, she paid off grocery tabs for families in need in Jerusalem. She hears of someone struggling and quietly finds a way to help, never wanting attention or thanks. I have seen her slip money to a parent who could not afford school supplies or arrange for a holiday meal to be delivered. These small acts of kindness show the true nature of her heart. Charlie is always thinking of others, always building bridges, always making sure people feel they belong.

But now, to see my brother Didier suffer as a father, to see Charlie in such pain, it is almost too much. Didier is not the same. His eyes are sad, his voice is tired. He feels helpless, and as his brother, I feel helpless, too. What weighs on him also is the fear that our family's future, what our parents survived the Shoah for, could be lost. This sorrow is greater than any I have seen in him. The pain of possibly seeing the family's future cut short is something no father should have to bear.

Please consider that what happened with Charlie occurred when she was a young entrepreneur, only 29 years old, under enormous pressure and responsibility. In the last four years, she has changed a lot. She has suffered deeply, missing out on life, on her work, and painfully for us, she will also miss our son's Bar Mitzvah in December. It will be the first family event she missed, and her absence will be felt by all of us, especially her young cousins who look up to

her so much. They keep on asking: "When is Charlie coming again?"

The facts leading to her conviction are so much out of character for the Charlie we know. As far as we are concerned, she has always lived with honesty, generosity, and a deep sense of duty to others. I have seen her lift people up, never tear them down. To see her judged for a mistake early in her working life, after all she has already endured, is a pain for our whole family, even for the memory of our parents who were so close to Charlie.

Charlie is not only our niece. She is the heart of our family. We beg you, please, to see all the good she has done and all the good she still hopes to do. Please, as you decide her sentence, remember the love, the hope and the light she brings to us all.

With deepest gratitude,

device (film)

Hervé Javice & Nicole Javice-Weil

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Hellerstein,

I first met Charlie at a charity event supporting kids with special needs and horse therapy. From that moment on, she's been a true friend and a steady presence. I've been to court many times to support her, and I'm always struck by the strength and love of the family around her.

What really impresses me is how Charlie manages to juggle it all—starting her days with 6 a.m. alongside her mom before heading to court, then coming home to cook and care for everyone. Her energy and dedication are something else, especially given everything she's facing.  She has so many loyal friends always showing up.

Charlie is truly kind and thoughtful. I respectfully ask the court to show mercy. When someone goes to prison, it's rarely just one life that's affected—it's whole families that bear the weight. I hope that broader picture is part of your consideration.

Sincerely,

Honour Masters

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I know Charlie through her friendship with my wife, but also through shared dinners, shared friends, and plenty of conversations that flow naturally—from heartfelt moments to the everyday absurdities of life. We share what I like to call a "laughing through pain" mentality—finding humor even when things are tough and somehow using that to keep going.

Charlie has been someone I've come to genuinely respect. She's quick, smart, and has a gift for laughing at exactly the wrong moments in exactly the right way. Last year, when I was dealing with a difficult situation, Charlie was one of the first people who actually helped—connecting dots, offering perspective, and never making a big deal out of doing so. We've traded battle stories, and more than once, she's offered clear-headed advice when I was too in the weeds to see straight.

But what's stood out to me most is the role she's played in my wife's life. Crystal has leaned on Charlie in more ways than I can count—at the studio, at home, and especially during the last couple years, when things haven't been easy for anyone. Charlie's been a shoulder to cry on but also a problem-solver, someone Crystal could call without needing to explain everything first. And when someone shows up for the person you love, it sticks with you.

Charlie also remembers the small things, making my favorite burnt Persian when we come over to Shabbat dinner. I've gotten to know her family pretty well over the years—her parents, her siblings, and the full orbit of relatives and friends who might as well be family. They're close in that unmistakable way—always around each other, always in it together—and I can see how deeply this has affected them. You don't go through something like this alone, and Charlie's not the only one carrying the weight.

I won't pretend to know the complexities of this case, but I do know the character when I see it. And from where I sit, Charlie has shown a lot of it.

Ian Behar

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I've known Charlie since middle school—she was my sister's best friend, and I was close with her younger brother. From early on, she was someone we all looked up to.

Charlie helped me through some of the most important transitions in my life. She gave advice on college and grad school applications, connected me with internships, and even helped me get a job. She's always made time to support others—visiting schools, mentoring students, and going the extra mile for families in the community.

Whether it is helping students who didn't have the same access or opening doors for others through her network, she consistently finds ways to lift people up. She doesn't just speak about equity—she acts on it, often quietly, always intentionally.

She has made a real difference in my life, and I'll always be grateful for her. Please judge her by the entirety of who she is.

Sincerely,

Jacques Onanga

04/27/25

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Dear Judge Hellerstein,

I'm Jaime Oppenheim, and while I'm technically Charlie's stepbrother (thanks to our parents' long-term partnership), in every way that matters, she's my sister. And let me tell you: if you ever need someone to fight for you, bake you a birthday cake, or make you laugh when you're taking life too seriously, Charlie's your person. I've known her since I was in college, worked with her at Frank, and, like any good older brother, have spent years both admiring her and trying to keep up with her sharp sense of humor.

Now, full disclosure: my life hasn't exactly been a highlight reel. I've lived with severe epilepsy for most of my life, which means my professional journey has been… let's call it "nonlinear." After leaving my job at SiriusXM, I was in a rough place—think less "career ladder," more "career jungle gym." I applied to Frank without telling Charlie, determined to get in on my own. When she found out, she didn't cut me any slack—but not because she was being tough on me. She just holds everyone to the same high standard, including me. That's Charlie—principled, fair, and deeply committed to doing things the right way.

Once hired, I joined the customer care team and quickly realized this wasn't your typical office. Charlie was the first one in, last one out, and somehow also the one answering customer support calls and visiting schools. She built a culture where empathy wasn't just a buzzword—it was the job description. She made space for my health challenges, never once making me feel like a burden. She believed in my writing, my ideas, and, maybe most importantly, my potential. Because of her, I moved out of my parents' house and started building a life of my own. (My parents thank her daily.)

But here's the thing: Charlie's generosity wasn't just reserved for me. She hired John, a front desk worker from WeWork, because she saw something in him. She paid off Stephanie's student loans when her dad was hospitalized. She gave $5,000 to Doralis, an intern, so her family could replace their only car after a medical emergency. She quietly covered rent for a brilliant young woman from the Bronx who'd basically raised herself. She helped Charlotte, a single teen mom, get her daughter a full scholarship to a bilingual school—personally guiding her through every step. She gave time off to an employee going through surrogacy and paid for his cross-country trip to meet the donor. She never expected anything in return, except maybe a thank-you note (and even that was optional).

Birthdays? She made them special. Spa days, team workouts, ice cream parties—she found ways to make everyone feel seen. She created non-alcoholic happy hours for employees in recovery and fought for paid time off for those grieving.

Even after Frank was acquired, Charlie's values didn't change. She stood by employees through surrogacy and parenthood, hand-delivered graduation gifts to students, and cried when JPMorgan dismantled the mission she'd built—not for herself, but for the students who needed help. People trusted her because she led with integrity. Case in point: employees who'd left Frank came back to work for her at JPMorgan after just one call. That's not normal. That's Charlie.

In a world obsessed with bravado, Charlie chose care. She gave second chances, fought for equity, and put students and families first. The things she's been convicted of are so out of character with the Charlie I know, it's almost like reading about a stranger. She's always lived to lift others up—even when it cost her personally.

And, Judge, if I can be honest, one of the hardest things about this whole ordeal has been not being able to speak with her, to be her shoulder to lean on during these trying times. For all the years she's been my rock, I wish I could have been hers when she needed it most. Not being there for her has left a hole in my life and in our family. Even though I'm her brother, the court order prevented her from speaking to any Frank employee—including me—so, as much as I rooted for her, I couldn't offer the support she truly deserved.

So, Judge, as you consider her sentence, I hope you'll remember: Charlie's story is one of extraordinary impact, compassion, and redemption. Five years of this ordeal is already more than enough. She's not just redeemable—she's the reason so many others have found redemption in the first place.

With deepest respect (and a little brotherly sarcasm),

Jaime Oppenheim

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Judge Hellerstein,

My name is Jasmine Kendrik, and I write to you not only as an aunt but as an adoptive
mother to my nephew, whom I took in after he lost his housing just before starting high school.
Navigating the future for a child who's endured such upheaval isn't easy, and my greatest wish
has always been to give him the stability and opportunity he deserves—especially a path to
college, something I feared was financially out of reach.

I first met Charlie just a few months ago, immediately following the conclusion of her trial.
What struck me most was that, at a moment when most might struggle to move forward or even
get out of bed after such an ordeal, Charlie actively sought out ways to help others. Rather than
turning inward, she was already using her energy and compassion to lift up families like mine,
changing the direction of our lives in ways I could not have imagined.

When my nephew's senior year drew to a close, I was overwhelmed by the daunting
world of college admissions and financial aid. We'd missed critical deadlines, and with no
counselor to turn to, each missed opportunity weighed heavily on me. By a stroke of luck, I was
introduced to Charlie. From the very beginning, she approached our struggles with
understanding, respect, and hope.

Charlie didn't simply offer advice; she became our lifeline. She actively researched
colleges known for strong financial aid programs and guided me step by step through complex
application requirements. Recognizing the impact of our circumstances, Charlie helped me craft
compelling appeals and personally reached out to schools to negotiate extensions on our
behalf, overcoming barriers I believed were insurmountable. She explained every process in a
way that made me feel capable, never judgmental or impatient.

Her commitment didn't end with securing opportunities—Charlie followed up regularly,
checking on us, and ensuring forms were filed correctly and on time. Her encouragement gave
me the strength to keep advocating for my nephew's dreams, even when the system seemed
impossible to navigate.

Charlie's actions have not only changed the trajectory of my nephew's life, giving him a
real shot at a brighter future, but have restored my own faith in what community and
compassion can look like during times of adversity. She gave us more than access to education;
she gave us hope and dignity at a time we needed it most.

Thank you for considering the enormous, positive difference Charlie has made in the
lives of families like mine, even while facing challenges of her own. I am grateful for her integrity,
her unwavering support, and the inspiration she continues to provide.

With great respect,
Jasmine Kendrik



September 5, 2025

Dear Judge Hellerstein,

I write this letter in support of Charlie Javice as she approaches sentencing. I know Charlie as someone whose heart, vision, and compassion consistently shine through. I recognize the seriousness of the circumstances before the Court, but I hope to provide insight into the woman I know: a woman defined not by mistakes, but by her capacity for empathy, her sense of accountability, and her potential for continued contributions to society.

From the moment I first encountered Charlie, it was clear that she is someone driven not solely by ambition but by a deep desire to help others. She has an unusual gift of seeing people not for their titles or positions but for their humanity. I have seen her extend kindness in small, unpublicized ways- whether taking the time to mentor younger people who are just starting out, offering support to friends in personal crisis, or volunteering her talents such as yoga instruction, to causes that benefit vulnerable communities. These actions are not about recognition. They reflect a genuine core of compassion and generosity that defines who Charlie is.

Charlie has also shown an extraordinary capacity for accountability. She does not run from the gravity of her situation. Instead, she has chosen to face it directly and expressing remorse for the choices that brought her here. In my experience, true accountability requires not only words but actions, and I have seen Charlie live this in real time. She has engaged in hard reflection, sought guidance, and expressed a willingness to learn and grow from this moment. In a culture where it is often easier to deflect or deny, Charlie's decision to take ownership of her mistakes demonstrates integrity and a commitment to moving forward differently.

Importantly, I believe that Charlie's character, her heart, and her willingness to take responsibility all point to the conclusion that incarceration is neither necessary nor constructive in her case. Charlie is not a danger to society. Rather, she is someone who has the tools, skills, and compassion to give back in meaningful ways if given the opportunity to do so outside of prison walls. She has the ability to contribute to her community, to mentor young people, and to serve as a cautionary voice about the consequences of missteps in judgment. These are contributions that cannot be realized if she is incarcerated.

I would also like to raise one deeply human element of this sentencing. Charlie is a young woman with hopes of building a family of her own one day. A lengthy sentence of a decade or more would not simply punish her, it would, in many ways, sentence her to never having the chance to become a mother. Parenthood is one of the most fundamental experiences of human life, and to deny Charlie this possibility would be an injustice beyond the scope of her offense. Punishment should not rob her of the basic opportunity to create a family and nurture life. This is a penalty far harsher than is necessary, and it would permanently alter the trajectory of her life in ways that cannot be undone.

Your Honor, I ask you to weigh not only what Charlie has done, but who she is and who she can still become. She has demonstrated accountability, remorse, and the resolve to use this experience to guide others away from similar mistakes. She has the ability to contribute to her community, to give back in meaningful ways, and to live a life of service and purpose. Society will gain far more by allowing Charlie the opportunity to remain engaged in restorative work, rather than condemning her to years behind bars that erase her future.

I do not write these words to excuse what has happened, but to emphasize that the person before you is not defined solely by her errors. Charlie Javice is a woman of tremendous heart, who has taken ownership of her mistakes and is ready to contribute to her community in restorative and constructive ways. I respectfully ask that you consider an alternative to incarceration that allows her to do just that.

Thank you for your time and for the consideration you give to this letter.

Sincerely,

Jessica Jackson

Jessica Jackson

CEO, Reform Alliance

Former Mayor, City of Mill Valley, California



**The Ladies of Hope Ministries**

*H O P E . A W A R E N E S S . C H A N G E .*

September 5, 2025

*Via U.S. Mail & Electronic Mail* at
HellersteinNYSDChambers@nysd.uscourts.gov
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Letter in Support of Charlie Hannah Javice

Dear Judge Hellerstein,

My name is Jessica Arong O'Brien. Before my conviction and a sentence of one year and one day in federal prison, I served nearly six years as a judge in Chicago. For decades before that, I was a leader in the Illinois legal community, serving in both the private and public sectors, leading bar associations, and volunteering from the time I was a young girl in the Philippines. That spirit of service has always defined me. I recognize the same quality in Charlie Javice, who also began giving back at a young age. When service begins early, I believe that it becomes part of one's nature, something done not because it is expected, but because it is who you are.

Having sat on the bench and later lived through incarceration myself, I have seen both sides of justice. Growing up in the Philippines, I had relatives who struggled with drugs, and I

instinctively stayed away. But in prison, I was exposed to a world I had never encountered in detail before: the names of drugs, the methods of use, and the scams people traded stories about. Instead of rehabilitation, prison too often becomes a classroom for destructive behavior. For people with nowhere else to turn, it may provide structure. But for people like Charlie, who is educated, capable, and service-oriented, incarceration is counterproductive. It does not deter; it diminishes.

This is why I believe incarceration for Charlie would not serve society. The prosecutors will surely argue that her education, Ivy League background, and CEO experience mean she "should have known better." They will attempt to use her strengths against her. But who is served by locking her away? It does not help victims, it does not strengthen communities, and it does not reduce crime. The only institutions that benefit are the prisons themselves, whose incentives are tied to keeping beds filled. Meanwhile, our society continues to grapple with the reality that one-third of Americans are justice-impacted, nearly half reoffend, and most struggle to find stable work.

Not many courtrooms have been willing to think differently. Our criminal justice system has failed in this regard. Recidivism rates have not gone down, they have gone up. Prosecutors tend to argue only for punishment, without regard to what truly benefits society. But perhaps this courtroom can be different. Perhaps in this moment, under your stewardship, a new framework of justice can take root. This could be where it begins: where justice is measured not only by punishment, but by restoration, safety, and lasting change. To show mercy here is not leniency; it is justice in its highest form: restorative, life-affirming, and forward-looking. Your legacy, your Honor, could be to preserve the best intentions of our Founders: justice that uplifts, redeems, and strengthens communities rather than merely discarding people.

Charlie's life, when viewed in its totality, is defined by service and excellence. An Ivy League graduate, a founder and CEO, and a leader at JPMorgan Chase, she has demonstrated the vision and creativity our nation needs. Her volunteer record is extraordinary: founding a soup kitchen in high school that still operates today, teaching refugee children abroad, mentoring underprivileged women and students in technology, expanding access to college through Frank, and today supporting justice-impacted women through the Ladies of Hope Ministries, where we currently both serve as grant writers. Few individuals can claim such a sustained pattern of community service.

Most justice-impacted individuals, especially white-collar related, myself included, cannot return to traditional employment. Many must start their own businesses just to survive, and too many fail. That contributes to the nearly 45% recidivism rate in our country. This is where Charlie is uniquely positioned to serve. She knows how to build organizations, design programs, and create networks of opportunity. With her background, she can help thousands who face the same barriers I have faced, and in doing so reduce recidivism, strengthen families, and make communities safer.

Some may argue that Charlie could do good work even inside prison. But the truth is, the people who need her most are outside, trying to hold on to jobs, families, and stability. Incarceration would waste her talents at the very moment they could be harnessed for the good of the community.

Your Honor, given your extraordinary life and career to date, your legacy is already profound. You have presided over some of the most difficult and sensitive cases in modern history with fairness and humanity. In this moment, I wholeheartedly believe that you have the opportunity to extend that legacy by sparing Charlie from

incarceration. To show mercy here is not leniency.  It is justice in its highest form: restorative, life-affirming, and forward-looking.

Charlie has already been punished. She has lost her career, her reputation, and her professional future. That mark will remain forever. But she also has the ability to turn that loss into service to diverse communities: to build programs that prevent others from making the same mistakes, and to help rebuild lives otherwise lost. Allowing her to continue that work could save not only her life, but the lives of those she will help.

On a personal note, Charlie has also mentored me in grant writing, alongside Dr. Topeka K. Sam, the founder and CEO of the Ladies of Hope Ministries, Inc. ("LOHM"), an organization that has sustained a 0% recidivism rate among thousands of participants it has served since its founding in 2017. Though I came to grant writing later in life as a LOHM intern, Charlie and Dr. Sam together helped me see how my legal advocacy skills could be translated into the grant writing world. That mentorship has given me tangible tools to rebuild my life and, just as importantly, has renewed my hope that I will soon be able to financially support my family again, a hope too often denied to justice involved citizens.

If Charlie could guide me, someone with decades of leadership experience, one can only imagine how many more people she could inspire and guide who are just beginning their journeys of rebuilding. That is her gift. And that gift is far more valuable to society when exercised through probation, community service, or restorative programs than when confined behind prison walls.

Since my release in 2020, I have reflected deeply on what justice means. This is the first time I have ever felt compelled to write on behalf of another person at sentencing. I do so now because I believe this courtroom, under your guidance, can model the kind of justice our nation so urgently needs. This could be the moment

where your legacy reshapes how justice is conceived, not only for Charlie Hannah Javice, but for the countless others whose futures hang in the balance.

By showing mercy, you will not only save Charlie Javice's life, but also preserve the many lives she will go on to touch, affirming the highest meaning of justice. Her legacy of mentorship, service, and second chances can also become a reflection of your own.

You have written that "we will all perish, and our legacy will be how we lived and how we judged others." A life should never be defined by a single blemish, but by the totality of its service, character, and contributions. Just as all of us will one day stand before our Maker, it is my prayer that you see Charlie Javice not by her failure, but by the many chapters of service and potential still before her.

As someone who served nearly six years on the bench and decades in the legal community and beyond, I offer this perspective not only as a colleague of Ms. Javice, but as someone who has lived through the entire federal criminal legal system from beginning to end. That journey has given me a profound understanding of the broader purpose of sentencing.

Indeed, a courtroom can be a place of punishment, or it can be a beacon of hope. Judge Hellerstein, I believe you will be remembered not for the number of sentences imposed, but for the lives you chose to save. I was deeply moved by your reflections on Talmud Sanhedrin's teaching that one must "judge the litigants as if they were a congregation of God, with God standing in their midst." You also wrote, "As a judge, and as a Jew, everything that I do reflects God and affects His image." To you, the decisions of this life are inseparable from the judgment of heaven. It was this conviction of yours that compelled me to write.

Our country needs your leadership in this regard. My prayer is that you show true mercy in Charlie Javice's sentencing, demonstrating, as you quoted from Scripture, that we are not to "fear man, for judgment is God's." In this, you are doing God's work. Charlie's sentencing can become part of a legacy that other courts will one day emulate, one consistent with our Founders' biblical intentions; a legacy that will endure because of judges like you.

Thank you for hearing me out. I believe your decision here will be remembered not only as a judgment, but as an act of lasting mercy. If my circumstances were different, and knowing what I know now after my life altering journey through the justice system, I would undoubtedly strive to emulate the wisdom, faith, and humanity you have shown, as I wish more judges would.

**Sincerely,**

Jessica A. O'Brien, J.D., LL.M.
*Grant Assistant / Intern*



jessica@thelohm.org
312-965-9604
www.thelohm.org
Find us on Instagram, Twitter, Facebook, and YouTube

## Annex: Volunteer and Service Highlights of

## Charlie Hannah Javice

- Ladies of Hope Ministries (2025–present): Connects justice-impacted women with jobs and educational opportunities; designing a pilot program for fitness instructor training during and after incarceration.
- Smile Trust (2025–present): Secured a food sponsor for monthly soup kitchen; serves meals monthly and recruits volunteers.
- College Application Advisor (2013–present): Tutored students in essays and financial aid applications; volunteered with Brooklyn Youth Sports Club.
- Israel Coding Bootcamp (2021–2022): Funded and mentored underprivileged Druze, Israeli Arab, and Hasidic women learning to code; pilot expanded to other cities.
- Soup Kitchen Founder (High School, 2007–2010): Established a soup kitchen through the French American School of New York, still running 15 years later.
- Planet Finance Argentina (2009): Assisted women entrepreneurs in accessing interest-free microloans.
- English Teacher in Myanmar and Thailand (2008): Taught English to refugee youth; organized book drives in New York to support them.
- Meals on Wheels Volunteer (2000–2010): Delivered meals to elderly with no local family support.
- Community Drives Organizer (2000–2010): Led book, food, and clothing drives through local church and temple in Mamaroneck, NY.

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Dear Judge Hellerstein,

I write to you today as a mother, a lawyer, and a longtime friend of the Javice family. I've known Charlie's mom, Natalie, for many years through our shared journey in recovery, where I have had the privilege of walking beside her not only as a sponsor, but as a friend in the truest sense of the word. Through that relationship, I have also come to know Charlie, not just by name, but as someone I've watched care deeply for others and hold tightly to the people she loves.

As a former litigator, I understand the weight of the decisions before this Court. Justice must be served. But justice, as I've come to understand more deeply through both the legal system and recovery, must also make space for context.

Over the past many months, I've come to court to support Natalie and to quietly witness the toll this process has taken on her family, particularly as she navigates a high-risk family history of pancreatic cancer, undergoing preventative care and regular screenings. Through it all, Charlie has been by her side. I've seen her accompany her mom to appointments, seen the tenderness in their bond. It is the kind of mother-daughter relationship any of us would be grateful to have.

I know how deeply Charlie longs to be a mother one day herself. It's something we've spoken about. It's clear that she is someone who not only holds deep personal values, but who has been shaped profoundly by the challenges her family has faced together.

As someone who has spent years both in courtrooms and in recovery communities, I have seen the transformative power of second chances. I've seen what becomes possible when someone is given the opportunity to contribute rather than be confined. Charlie is someone for whom that kind of path would not be wasted.

I respectfully ask the Court to consider her full story—not just the facts of the case, but the person behind them.

With respect and sincere hope,

Joanna W. Feffer
Joanna W. Feffer

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

We are Joseph and Michele Safra, parents of Elliot Safra. Over the years, Charlie has become a treasured part of our family's life. We often invite her to Shabbat dinner, where she always brings her favorite treats, cookies, challah, and dark chocolate brownies, that everyone looks forward to.

Our children went to the same camp as the Javices. Our daughter was in the same year as Charlie's brother, Elie, and Elliot in the same year as Charlie. It's a pleasure to have Charlie around. She is a friend who truly embodies our family values and traditions.

She's always thoughtful, whether it's sharing recipes, making connections, inviting us to holidays, or sending recommendations for shopping sites. When Michele started a new business, Charlie was the first to share it with all her friends.

We cannot imagine what Charlie and her family are going through now. As parents and grandparents, it is heartbreaking to see, especially as so many of Charlie's friends are starting families. Charlie and Elliot are such a wonderful couple, and we hold them close in our thoughts and prayers. Please have mercy on her.

Respectfully,

Joseph and Michele Safra

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

I met Charlie in Miami, and we clicked right away.  She is easy to talk to and down to earth, and we became friends quickly.

Charlie has always been the kind of person who says yes. I've called her an hour before a Shabbat dinner to ask if I could bring a couple of friends, and she always welcomes everyone without hesitation. She's been a big part of my life and our community in Miami. It's hard to picture it without her.  Please show her leniency when you sentence her.

Sincerely,

Josh Nyer

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Karen Bourgeois. I live in New Orleans, but I've
been a close friend of Natalie, Charlie Javice's mother, for
decades—ever since we met in New York right after college. We
have been like family ever since, and I have watched Charlie
grow up as a second daughter.

Although Natalie and Charlie are now in Miami, I come to visit
them as often as I can. Over the years, our families have shared
values and deep bonds. Natalie has always been an extraordinary
mother, and I have seen how much she and Charlie rely on each
other, especially during difficult times. The suffering they are
going through now is immense, and it weighs on all of us who
love them. I know that as Natalie approaches 65, her greatest
fear grows stronger—both her mother and grandmother passed
away from pancreatic cancer, her mother at 69. That shadow
only adds to the pain this situation has caused.

Earlier this year, I stood by Natalie's side on the last day of
Charlie's trial as she went through a heartbreaking breakup with
her partner of twenty years. There is only so much a woman can
bear, yet I have been consistently amazed by Natalie's resilience
—starting her own business, earning her master's in education,
and now helping so many people recovering from addiction.
Compassion and empathy run deep in Natalie and in Charlie;
these are values they have always shared and lived.

I remember fondly when Charlie visited Louisiana—not just to
see me, but to help train high school counselors on the FAFSA
process. We reconnected over beignets, and I was reminded yet
again what a caring and dedicated person Charlie is. That heart
for service is at the center of her family.

I respectfully ask that you consider the deep suffering already
endured, and the compassion and care that define Charlie and

her loved ones. Please consider leniency for Charlie—for her, her mother, and those of us who know how much she means to our families and our communities.

With respect,
Karen Bourgeois

*Karen Bourgeois*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Judge Hellerstein,

I respectfully submit this letter in support of Charlie Javice and ask that Your Honor read my letter in consideration of a merciful sentence that allows Charlie the chance to continue to build a life with the people who love her.

My name is Karen Orenstein and I will say without a pause that Charlie is a sister to me. Yes, my brother Elliot Bertram is Charlie's longtime partner but that is not what bonded us, that is only what introduced us. Charlie is family—not figuratively or in the vague casual sense, but in every meaningful way that matters.

Charlie entered my world before she even knew it. I spotted her walking with my brother while crossing the street in our hometown. The glow on both their faces as the walking light turned to allow them to cross truly came from within them, not from the sign. I never saw my brother so at peace with someone, so carefree, so public. I knew at that moment that Charlie has a heart of gold. And I was right. From the moment we officially met, she has always been patient, loyal, supportive and kind. With 4 kids and 2 dogs in my home, you can imagine what every day chaos can ensue, but she has never once batted an eyelash. She has laughed, hugged and brought calmness and joy to all those moments for me, my husband and kids. Even my two dogs are obsessed with her. Charlie absolutely brings strength and character to every relationship in her life, which is why we bonded so quickly. My family has embraced her as one of us. From day one she was not a stranger in my home or a guest at my holiday table—she walked right through my side door, as only family does, straight to the kitchen to help cook alongside me and my daughters. When I made a major career pivot, Charlie stood firmly next to me. She never saw limitations—only potential within me and gave me the courage to go out and make the change I needed. She introduced me to people, vouched for me, and helped me find the confidence and the community I needed to succeed. She helped me discover pilates - as more than just an exercise, but as a mind, body, soul connection- one that I use every day in my life, especially because she checks in on me to see how it's going. And that is who Charlie Javice is- quietly generous, unfailingly present, encouragingly supportive, with zero expectations in return. Charlie genuinely wants to help others, it is innate to her, no hidden catches or agendas. Just someone who wants to help people succeed, help people feel good about themselves and help people see what life has to offer.

What is happening to Charlie is incredibly painful for our family. I feel that I am in a nightmare that unfortunately she is starring in. I am standing in this nightmare watching it play out silently screaming to anyone who will hear me to help her, to save her. It is an opened wound that keeps ripping further and further apart. Charlie is not alone, we are all going through this horrible unfathomable life altering event with her, together, as she has always been with us through our things, together. As I write this letter to you Honorable Hellerstein, you need to know my tears are uncontrollably falling down my face. My hands are trembling as I type each letter on the keyboard. I think of Charlie, I think of my brother Elliot, I think of my children, her parents, her brother, her sister-in-law, my mom and other sister, our nieces and nephews, we are all family, and now my heart is shattering thinking of the void that Charlie may never get the chance to add her own children to our lives. The possibility that she may never get to be a mother—to share that love and light with the next generation—is truly devastating. I see her with my children and I just cant understand a world where she wont get to have that for herself, where she wont get to know what unconditional love is from her very own child, where her heart is so full because she has created a human being. Charlie is too young to have her life cut short.

Honorable Hellerstein, I am asking for your mercy. For you to please provide the opportunity to preserve a life that can still be filled with promise and purpose. To please let Charlie continue to be there for the people who love her. To please let Charlie continue contributing meaningfully to the world around her. Please save a life, I assure you Charlie Javice is a life worth saving.

With sincere respect,

Karen Orenstein, Esq.

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Honorable Judge Hellerstein,

My name is Kathleen (("Kat") Utecht and I write to you on behalf of Charlie Javice, my best friend for about fifteen years and who was the executor of my estate for about one decade.  I sat in the court room through the majority of the trial and I continue to trust Charlie, well beyond my assets.  She is the person I have seen, time and again, put others before herself.

Charlie and I met at Penn. She was an undergraduate, and I was in graduate school. From the very beginning, she stood out—not because she was the loudest in the room, but because she was the wisest and most thoughtful. She was the rare kind of young person who understood that the point of education is not just to get ahead, but to lift others up along the way. We bonded over our shared heritage—she, Jewish; I, Armenian. Both of our families know what it means to survive, to rebuild, and to create light after darkness. That sense of responsibility—to those who came before us, and to those who will come after—is woven into everything Charlie does.

At eighteen, Charlie was already building bridges between the world of Wharton and the realities of West Philadelphia. She founded PoverUp, launched financial literacy programs, and made it her mission to bring opportunity to those who had been left out. She made social impact not just a talking point, but a lived value. Even after selling her company, nothing about her changed. She remained focused on service, on humility, on helping others succeed.

One thing that has always set Charlie apart is her unwavering moral clarity. She does the right thing, even when it is unpopular and comes with real personal consequences. I remember when Charlie confided in me as a sophomore in college, after she had made the finals of a prestigious fellowship. She had been harassed by an advisor and a judge of the fellowship program, and had witnessed patterns of abuse affecting others.

Despite knowing it could jeopardize her own future, Charlie made the decision to report the misconduct to the program director and voluntarily withdrew herself from the running. Because of her courage, more minors later came forward, and the story became the subject of an explosive journalistic exposé. Charlie has always chosen principle over personal gain, even when the blowback was significant and the professional costs were high.

We have always shared the belief that business should be a force for good. Often the only women in the room, we learned to navigate those spaces with humor, grit, and an unwavering conviction that doing the right thing was not only possible but necessary. Charlie faced unique and painful challenges as a female founder—colleagues under the influence asking wildly inappropriate questions about her personal life and sexuality. It was humiliating and exhausting, and at times she felt compelled to bring her partner to evening events just to help dissuade that behavior and ease the discomfort. Yet she never let those moments define her or derail her mission. Instead, she met them with grace and resilience, opening doors for others—mentoring founders, giving chances to those overlooked, and creating spaces where everyone belonged. She promoted based on merit, not pedigree, inspiring the next generation of women not just with words but with her example.

But Charlie is so much more than her résumé. She is the friend you call when your world falls apart. Throughout any personal or professional difficulty, she was there offering comfort, practical help, and the kind of hope that makes survival possible. When my partner, Matt's brain cancer returned, Charlie was there—helping find doctors, navigating insurance, cooking meals, and simply showing up. She has done this for me, and for so many others.

Charlie did not want to delay having a family as I did, and she took to heart the challenges I face starting a family in my 40s. We had deeply personal conversations about the sacrifices that come with pursuing professional ambitions and delaying a family until later in life – something I know firsthand. Charlie confided in me that her decision to consider selling her company was motivated in part by her desire to become a mother sooner and to be truly present for her future children. She listened closely as I

shared my experiences, and it was clear that she was determined to prioritize family and avoid the difficulties I encountered. These are not easy choices, and they reflect the depth of Charlie's thoughtfulness and her longing to give her children the same hope she has given to so many others.

This past year, I watched as the trial took its toll on Charlie and her family. I was there every day, sleeping beside her mother, who was so anxious she could barely function. Charlie tried to hold everyone together, even as she herself was being pulled apart. Yet through it all, she kept caring for others—checking on me, supporting Matt, mentoring students, organizing volunteers. Her empathy is boundless. She is the quiet glue in so many lives.

We have talked endlessly about the future—about being mothers, raising children with kindness and purpose, building families rooted in hope. It is devastating to see those dreams threatened. Charlie longs to be a mother, to give her children the same hope she has given to so many others.

Charlie should also be defined by the lives she has touched, the communities she has built, and the love she has given. To punish her further with a lengthy jail sentence would not just be a tragedy for her, but for all of us who need her light.

I hope you will allow her the chance to move forward and to continue building the kind of world we all want to live in.

Respectfully,

Kat Utecht

*Kathleen Utecht*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge,

My name is Kempton, and I'm the doorman where Miss Charlie Javice has
lived for the past five years. She's kind, respectful, and always treats me
like family. When my daughter was applying to college, Charlie helped her
get a scholarship, an RA job, and a work-study position at Columbia. Charlie
brings people food, remembers birthdays, and makes this building feel like
home.

God bless you.

Respectfully,

Kempton Lewis

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Judge Hellerstein,

      My name is Kiera Foster, and I am writing to share my deepest appreciation for Charlie and the extraordinary role she has played in my academic journey.

When I first faced the overwhelming realities of college life—navigating financial aid, reapplying for FAFSA, and drafting an aid appeal—I felt completely unprepared. My advisor, though supportive, couldn't offer the guidance I needed to manage the process. By chance, I met Charlie through my father, who works security in her building. That introduction changed everything. From our very first conversation, her empathy, insight, and determination stood out.

Charlie didn't just listen—she got involved and promptly. She walked me through complex financial aid forms, helped me refine my appeal letter, and encouraged me to explore opportunities like work-study and the Resident Assistant program. These weren't just stop-gap solutions; they opened doors that reshaped my college experience. Even after those immediate challenges were resolved, Charlie continued to check in, offering practical advice and encouragement at every step. When I began considering a Master's in Social Work, she was the first person I turned to for guidance.

What has stayed with me most is Charlie's consistency in helping others, even while managing her own responsibilities. When a close friend of mine was forced to withdraw from school due to inaccurate account charges, Charlie stepped in without hesitation. She contacted financial aid, worked through the billing errors, and advocated until he was able to return. That experience showed me that her commitment extends far beyond her own circle—she sees a need and responds with persistence and care.

For me, Charlie has become more than a mentor; she is someone who models what it means to turn obstacles into opportunities and to use knowledge to lift others up. Where institutional systems fell short, she stepped in with compassion, skill, and unwavering support. I hope this letter conveys even a fraction of the impact she has had on my life and the lives of those around me.

Respectfully,
Kiera Foster

Kim Blackrock 480 Farmers Mills Road, Kent Lakes, NY 10512, July 23, 2025

The Honorable Alvin K.

Hellerstein United States

District Judge Southern

District of New York

500 Pearl Street

New York, NY 10007

Re: Charlie Javice

To the Honorable Judge Hellerstein:

A New York State certified Public School Teacher since 1986, I taught English Language
Arts and Computer Language Arts during Charlie Javice's 6 years of her elementary
school years with us, and in her seventh year, I was Charlie's 6th grade English Language
Arts Teacher.  In addition to classroom teaching, I served as a faculty advisor to Upper
School Student Government - which Charlie went on to be Vice President of for several
years, and I was Faculty Advisor of Student Publications for the yearbook and literary
magazine.  Charlie became Head of Design for the yearbook after I had taken the
publications to digital and Adobe Pagemaker, from their original paper and pencil layouts.

While at the school, I also initiated and conducted after-school clubs, field trips, the
Spring Formal, arranged assemblies and speakers, and participated in the multiple yearly
school-wide music theater productions and holiday/seasonal events, book sales, cafés,
parent association functions, and fundraisers.  Being so enmeshed in the daily offerings
and community life of this academically challenging school, while documenting
everything for the student publications and sharing content and images with the school's
new website, gave me the opportunity to work with Charlie Javice closely on a regular
basis and to get to know her and her family well.

I present myself to you, Your Honor, as qualified to discuss Charlie Javice's core character

Kim Blackrock 480 Farmers Mills Road, Kent Lakes, NY 10512, July 23, 2023                    2

as I have observed Charlie up close for an extended period of time, during, arguably, Charlie's most formative years.  My master's work at Columbia University's Teachers College is in BioBehavioral Studies with emphasis on the Neuroscience of Learning, or Motor Learning (how one learns).  We know from established research that the core character of a person is heavily influenced, or even set, during the crucial early years of childhood development and the pre-school through elementary school years.

I was in Charlie Javice's daily life of those early childhood for seven years.  From her kindergarten year to the conclusion of her 6th grade, I was with her for extra-curriculars, recesses, lunches, field trips, musicals, sports, social gatherings; and in our 7th year together in the same tight school community, I was Charlie's classroom 6th grade English Language Arts Teacher, as well as the 6th grade girls' basketball coach.  Charlie was always very respectful and thoughtful.  As a school community, we shared and encouraged ways for our families to be part of our classrooms, part of the experience of "living history," and we all remember when Charlie brought her grandparents, who had survived the Holocaust, to school, as they spoke to all the classes about their personal experiences during World War II.

Charlie demonstrated her eagerness and curiosity and a fun cooperative work ethic as a student, and that earned her success in academics and, in tandem with her participation in team sports, she enjoyed the social aspects of school life and childhood school friends, too.  Charlie was always a team player; we saw and experienced her core being - Charlie is selfless, a giver, a helper, one who finds happiness in the smile of another.  I remember Charlie always welcoming, always trying to help new students who came to the school, many of them with limited knowledge of the English or the French language, or both.  Without ever looking for any credit, Charlie helped and tutored one of her classmates whose parents did not speak French, to help the child keep up with a strenuous bilingual program with an accelerated NYS Regents curriculum and with the French National Curriculum and the associated homework load.

Charlie's family took education very seriously and whole heartedly participated in the

Kim Blacklock 480 Farmers Mills Road, Kent Lakes, NY 10512, July 23, 2025    3

greater school community, which we all - staff, administrators, teachers, parents, students - created, participated in, and developed; Charlie's father was an elected member of the School Advisory Board, Charlie's mother was an ESL teacher at the school.  The importance of learning and of doing good to Charlie was always obvious while watching her choices, her schoolwork ethic, and her behavior growing up.

We teachers often spend more waking hours in the day with parents' children than the parents get to.  We educators and a school become an extended family, a vibrant community, when crafted and tended carefully and constantly.  Charlie Javice's core values have always been very grounded in family and from the git-go have been steeped in community, in a knowledge of the common good of a joined community of many outside herself, while she herself was safely a happy loving participant inside those communities.  Our school, upon survey, had 92 nationalities and 53 languages spoken in our homes, while we followed a bilingual curriculum with multicultural observances for the children to each see themselves reflected in the school.  Charlie thrived in this academic pluralistic linguistic cultural setting, and with an annual tum-over of 30% of the student population due to parents' employment re-assignments, Charlie was a natural at making the new kids feel welcome and at helping them get the lay of the land, as it were, with kids often arriving to a new country, new neighborhoods, new languages, on top of navigating a new school.  Charlie was like a student ambassador of kindness and welcome.  She had many friends and always carried herself with a relaxed, approachable energy - a  happy creative child who was also actively thoughtful.

I recently reread some of Charlie Javice's written works from our 6th grade English class together: a poem about Truth, an essay remarking how "vanity will not get you far in life," as she tracked an archetype from different cultures, time frames, and continents, themes of family, community cooperation, truth-telling prevalent in Charlie's writings.  These are core character traits that stay with a person; traits that we all watched Charlie not only develop but exercise.  I witnessed Charlie in her early childhood years as she tried on and claimed these traits of honesty and helping as hers, as she interacted in a myriad of different scenarios in an active complicated school and sporting life.  For

Kim Blackrock 480 Farmers Mills Road, Kent Lakes, NY 10512, July 23, 2025                    4

instance, Charlie became the driving force behind our school community service program, which she ensured became an essential and inseparable continuing part of our school culture.  Charlie started the soup kitchen that the students still run today, while she continued to serve as an advisor even after graduating.

Charlie has always led with kindness, thoughtfulness, and by example - whether she was helping at houses of worship, at grocery stores, or spending hours sitting on the floor with kids, coloring and talking with them.  Her portrayal of Betsy Ross for Halloween and her 4th grade Social Studies Report on the flag-maker brought history to life for one afternoon.  We've all watched Charlie Javice lean into very admirable traits over seven significant years of her childhood's formative years.

Even after graduating,Charlie Javice stayed involved with our school community-always making space for younger students to take the lead on projects or on their ideas.  Charlie has a rare ability to make people feel seen and valued.  Her presence shaped our school then, and her influence is still felt now in the community service aspect of our students' commitment to the greater community - this is part of Charlie Javice's legacy.  Charlie has made a lasting impact on our school and community, and continues to, as we all encourage her and pray for her and bolster her.  We are all cheering for our Charlie.

I understand the school now has a "no comment" policy which prevents current teachers and staff under labor contracts with the school from issuing letters in support of Charlie Javice.  Without this job-threatening policy, your post box would be brimming with letters of support from the school's teachers and staff.  The Charlie Javice we have read or heard about in the media is not Charlie Javice, and it is not the Charlie I know.

Hundreds of us know better - thousands actually, (600 students annually, plus staff, teachers, and families, multiplied by 7 years) - literally thousands of us lived a daily life of school and adventure and choruses and homework and tests and challenges and playgrounds and assemblies and sports contests and community service with Charlie Javice and her family during 7 important years that shaped our young stellar standout student into being a young woman of integrity and original ideas who is still

Kim Blacklock 180 Farmers Mills Road, Kent Lakes, NY 10512 July 29, 2025

community-minded. This current position Charlie is in now makes me write to you, Your Honor, and I ask you to ignore the parrots, and listen to the trees in the forest - listen to Charlie Javice's teachers. We know her well.

Your Honor, I encourage you to truly listen now to those of us who come to Charlie Javice's defense, to her aid. A treasured member of our community has her life unfairly hanging in the balance. Thousands of us know who Charlie Javice is, and she is someone we are very proud to call ours. I am one, but I speak for thousands, as we condemn the charges and the assault on the character of our beloved student and valuable community member. Thank you for listening.

Sincerely,

Kim A. Blacklock

NYS & NH State Dept of Education Certified English Language Arts Teacher

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Character Letter for Charlie Javice

Dear Judge Hellerstein,

My name is Kole Rosin, and Charlie is my cousin. But for me, she's also been something closer to a lifeline. I'm writing to you not because I've been asked to, but because I can't imagine not standing up for someone who once stood between me and the edge of real collapse.

I've dealt with serious substance abuse issues for years, and at my lowest point — after I dropped out of NYU and felt completely unmoored — Charlie gave me something I hadn't had in a long time: hope, and a way back. She didn't make it a grand gesture. She just opened her door and let me move in. She made space for me in her life and in her company. She gave me a job in customer care — one where I could help others and rebuild my own sense of purpose at the same time. I wasn't just tolerated. I was trusted. That kind of trust can be more healing than medicine.

There were setbacks. But Charlie never once shamed me. She held me accountable while holding onto me. That's a rare thing, especially when most people had already written me off. I still remember that I disappeared one Thanksgiving, and when I came back, she made it clear I still had a place. Most people would have fired me. She didn't. Because she believed in second chances.

She also gave me ownership over projects — customer care systems, automation — and treated me like someone whose ideas mattered. She put me in charge when I was barely functioning, and somehow, that helped me start functioning again. That work, those hours, that trust — it brought me back.

Years later, I'm stable, sober, and working again. And I can honestly say that the core reason I got through those years is because Charlie didn't give up on me — even when I gave up on myself. She saw the best version of me before I could see it. She created space for me to become that person. And she never made me feel like I owed her for it.

When I heard about this case, my first reaction was disbelief. It just didn't square with the Charlie I know — the woman who gave me a second chance when she had nothing to gain. She's never been about money or power. She's always been about people — about showing up when it's inconvenient, about doing the hard emotional labor most people avoid.

I know this is a complicated case. But I hope you'll consider the people like me whose lives were quietly changed by Charlie's compassion. I'm not a headline. I'm someone she helped rescue. I will never forget what she did for me.

Sincerely,
Kole Rosin

*Kole Rosin*

July 15, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I met Charlie in Miami through mutual friends and took her Pilates classes. She was my teacher before she became my friend. Her mom is also one of her regulars, she still comes to all of Charlie's classes, and I've had the opportunity to see just how special their relationship is.

We bonded over something deeply personal—fertility struggles. I watched Charlie show up to teach early morning classes even while dealing with severe OHSS (Ovarian Hyperstimulation Syndrome- a complication of IVF where ovaries become overly stimulated), swollen and uncomfortable but never complaining. I've been through it myself. It took me five rounds of IVF and surviving cancer to become a mom, so I know just how consuming and fragile this journey is. You carry hope like it's porcelain.

Please don't take that hope from her. There's already been enough loss. Please don't make this one permanent too.

Sincerely,

Laura Bhalla

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Laurie Lesnick. I'm a trained pediatric Physician Assistant, a mother to twin boys and a girl, and Elliot's older sister. I've been close to my brother all my life, and watching him build a relationship with someone who sees and supports him the way Charlie does has meant more to me than I can say. Their bond reminds me of what it means to truly have a partner in life.

Charlie has shown up for me and my family in so many ways. Charlie helped my sons apply for financial aid when they got into the University of Michigan. She sat with them, talked them through deadlines, helped them advocate for themselves.

I remember getting a call from one of my sons not long after he got to Michigan. He'd gone to Hillel for a Friday night and told me that the rabbi gave a whole talk about Charlie—about the work she'd done with Holocaust survivors, about giving back. He was so proud of being able to tell his friends she was part of his family.

And there were other moments. When I had a medical scare, Charlie didn't hesitate. She showed up with plush pajamas and small comforts—things I didn't know I needed until she handed them to me. She's done that again and again. She even helped my sons find internships in sports management through people she knew from Frank. She always helped people walk through intimidating doors she knew were meant for them.

Elliot has found someone who feels like she was always meant to be part of our family. My kids absolutely adore her, and we all love her deeply. We're truly lucky to call her one of our own. I very respectfully ask you to be merciful to her and spare her from going to jail.

Sincerely,

Laurie Lesnick

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Hellerstein,

Charlie and I go back to the very beginning. Our baby photos—us sprawled on picnic blankets, learning to walk side by side – show that we are, for all intents and purposes, family. I always considered Charlie to be a second sister to me, someone who would always be in my life.

As we grew up, Charlie and I became not just sisters, but also true friends. We had sleepovers, went shopping, and studied together. She had a great sense of style and was always ready to talk about my dreams of becoming a fashion designer. When that dream faded and I instead decided I wanted to pursue a social-justice oriented career, she was encouraging. She was increasingly becoming passionate about micro-finance and figuring out solutions to big global problems.

In high school, while we dreamed about how we could do good in the world, Charlie had the wisdom to say, why don't we start with our community? She and I teamed up to start a Thanksgiving soup kitchen at our high school. We stood outside grocery stores asking for food donations, made flyers and distributed them to local foodbanks. We built a team of students, and ended up feeding dozens of families on Thanksgiving day. Our dads distributed the delicious leftover food to a local prison. This effort became a pillar of our high school and remained a tradition for a decade after we graduated (it unfortunately ended with Covid). We looked forward to Thanksgiving day not just because we would get to eat great food with family, but because we would get to serve local families and community members who would return year after year. I remember Charlie even offering one teen an internship at her newly founded start-up company.

The founding and continuation of this soup kitchen is no doubt our proudest high school achievement. I think it speaks volumes about Charlie's character and I remain inspired by her vision to do good, undeterred by just being a high schooler, and her leadership to make it happen. She could have spent her weekends playing video games or partying with friends, but instead she wanted to create something that would have a positive impact.

In college, we found our own ways of doing good. I became a journalist, seeking to shed light on injustices and stories that seldom get told. Charlie pursued social entrepreneurship, determined to show the world that business could fix social problems. I always admired that she wanted her ventures to benefit people – she could've gone into finance or ad tech to quickly earn a lot of money, but she was always after something bigger and better for the world than that.

Charlie isn't perfect. But she has her whole life ahead of her, and I still believe she has great potential to put her sharp mind and remarkable ambition toward contributing positively to society. I hope learning about her character and history more in depth will convince you of the same.


Warmly,
Leah Varjacques

**Chabad House at Penn**
4032 Spruce Street
Philadelphia, PA 19104
info@LubavitchHoues.com
www.LubavitchHouse.com
215.746.6115



7/17/2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Honorable Judge Hellerstein,**

I have known Charlie since her college years as an undergraduate at the University of Pennsylvania. From the very beginning, she carried with her a strong sense of Jewish identity and a deep commitment to community. If she wasn't sharing Shabbat dinner at Chabad, she was at Hillel, or just as often, hosting her own table—gathering international students who had no home for the holidays and making them feel seen, welcomed, and nourished. Charlie understood instinctively what it means to build community, not out of obligation, but out of joy. She brought people closer to Judaism, by example and by being a role model.

Charlie's interactions with my wife, Nechama, and I were always respectful, courteous and appreciative. When she replied to an invitation regarding an opportunity to join Chabad for an event or to volunteer, it was always with gratitude and enthusiasm. When she was forced to decline an invitation, it was done graciously, expressing how much should would have enjoyed it and always sending her best wishes to our family. This trait stood out to me then, and as I reflect upon it now, as unfortunately it is rather uncommon among young students in an age of terse communication.

Charlie didn't only come to gather; she also came to learn. She formed a meaningful bond with Professor Reicher, my late father in law who was a distinguished international lawyer and adjunct at Penn Law School. She took his courses "Law and the Holocaust" and "International human rights" which was rare for an undergraduate. When he passed away, she reached out immediately—not for appearances, but because she felt the loss deeply. Her reverence for

memory, for moral responsibility, and for the weight of history has always run deep, and she very much appreciated the lessons he taught on these topics during his classes.

After college, Charlie's involvement never waned. She continued helping with community initiatives, supported fundraisers, and built Jewish life wherever she lived—including now in Miami, Florida. She remains a builder of spaces where people feel rooted and safe.

As Jews, we know that we are all fallible. We believe in teshuvah—not as a dismissal of responsibility, but as a sacred path toward reflection and repair. Our tradition acknowledges that the impetuousness of youth can lead to mistakes, even grave ones. But it also teaches that the measure of a person lies in their willingness to grow, to take responsibility, and to carry the burden with humility. Charlie carries that burden—profoundly. As someone who has spoken with her family and seen their heartbreak, I can attest that she is already living with the consequences. That too is a form of punishment—ongoing, internal, and deeply felt.

I pray Charlie is met now not only with judgment, but with compassion.

Respectfully,

Rabbi Levi Haskelevich

Campus Rabbi

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Lisa Koch, and I am writing to express my support for Charlie Javice. Natalie and I first met in junior high, and we've been best friends ever since. Although our lives have taken us from Michigan to New York and now Miami, the distance has never changed our bond—we have always been there for each other through every high and low.

Over the years, I have watched Natalie and Charlie's family grow stronger through every challenge. I am continually inspired by Natalie's resilience, especially as she courageously started her own business focused on helping people through addiction and recovery. The compassion and dedication she shows in her work are the same values she instilled in Charlie: a deep commitment to community, education, and giving back.

Charlie lives out these values every day, always finding ways to support and uplift those around her. The strength and love that radiate from this family have had a profound impact on everyone who knows them.

I know that Natalie would do anything to trade places with Charlie and what she is going through.

I respectfully ask you to consider the enduring friendship, resilience, and positive influence that Charlie and her family bring to so many lives, and to show compassion as you make your decision.

Sincerely,
Lisa Koch Bardy

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Lisa Lilly, and I have had the privilege of being Natalie's best friend since we were little girls growing up together in Bloomfield Hills, Michigan—she was "Frozen Rosin," and I was "Chilly Lilly." Our friendship has lasted a lifetime, and I have been there for every important moment in her and her family's lives, including Natalie's wedding, the birth of Charlie, her bat mitzvah, and now through these tremendously difficult times of this trial.

Having been part of their family's journey over all these years, I have witnessed the deep bond and loving values that define them. I have seen Charlie grow into a caring, resilient, and devoted person—her strength is matched only by the unwavering support she and Natalie share.

Watching them endure the pain and uncertainty of these recent years has been heartbreaking for all who love them. I know how much Charlie means to her family, and how much her absence would affect not only them but all of us who care for her.

I respectfully ask that you show compassion for Charlie and consider the enduring love, support, and positive impact she brings to those around her.

With respect,
Lisa Lilly

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Luis Ramos and I serve as Chief Financial Officer at Ladies of Hope Ministries (LOHM), a nonprofit devoted to helping justice-impacted women and their families rebuild their lives. I want to share how Charlie Javice has made a special impact here.

Charlie has consistently shown genuine empathy and believes deeply that everyone deserves a second chance. She readily helps women get back on their feet, no matter the challenge. When our organization lost a member, Charlie was the very first to reach out—sending a heartfelt note and contacting the family to offer personal support. It was a gesture that meant a great deal to everyone and showed just how much she truly cares.

Beyond her compassion, Charlie demonstrates the utmost integrity in everything she does for us, whether handling our technology needs or submitting grant applications on behalf of LOHM. She approaches every task, big or small, with ownership, dependability, and a sincere interest in improving lives.

Charlie stands out not only for her skill, but for her humanity and her unwavering sense that every person in our community has value. We are grateful for her presence at the LOHM.

Charlie's absence would be a tremendous loss for our staff and, most importantly, the women we serve. I respectfully ask the Court for mercy in her sentencing, as we hope to continue benefitting from her remarkable kindness and dedication.

Thank you for your attention.

Respectfully,

Luis Ramos
Chief Financial Officer
Ladies of Hope Ministries

September 5, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I'm writing to you not just as a friend of Charlie Javice, but as someone who has been embraced by her family in a way that changed the course of my life.

Years ago, I started walking dogs for Charlie's mom, Natalie. What began as a simple job quickly turned into something much more meaningful. Natalie became like a second mom to me, and the entire family—Charlie included—welcomed me in with open arms.

Over the years, Charlie and I have grown incredibly close. I come to her Pilates class regularly, but it's the time outside of that setting that has shown me who she really is. When my husband lost his job during a difficult season for our family, Charlie was the first to pick up the phone, not just to offer sympathy, but to actively make introductions, send emails, and help us get back on our feet.

We've shared some of life's most intimate and vulnerable moments. During Charlie's recent fertility journey, we talked often—about the shots, the appointments, the fear, and the fragile hope that comes with wanting to become a mother. Despite dealing with real physical complications, she never once complained. She handled it all with quiet strength and determination. That experience bonded us deeply. When my nephew Sunny was born just a few months before her niece, Delphine, I saw Charlie embrace her role as "aunt" with the same full-hearted warmth she brings to everything and everyone she loves.

What I've seen in Charlie is a woman who carries the people she loves through thick and thin. She gives without fanfare. She listens without judgment. And even now, facing what she is, she continues to care deeply for others.

Thank you for taking the time to consider this letter. I am one of many lives made better because of Charlie, and I hope she will be given the opportunity to continue making that kind of quiet, consistent impact in the world.

With respect,

Lydia Fundaro

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Honorable Judge Hellerstein,

My name is Lynn, and for forty years, Natalie Rosin—Charlie Javice's mother—has been one of my closest friends. Our friendship began as two young mothers, both new to New York and both far from the places we once called home. Natalie was my first friend in the New York area, and over the decades, she has become more like a sister than a neighbor.

Charlie grew up in the midst of this friendship. I remember her as a curious, energetic little girl who would ask endless questions at the dinner table and challenge the adults to think differently. She inherited so much from her mother: a dry sense of humor, a knack for making people feel at ease, and a quiet determination to solve problems rather than complain about them.

My family's journey has had its share of complications. My son was born with complex medical needs—he is nonverbal and tube-fed—and there have been many long nights and hospital stays. Natalie has always been the person I could count on, whether it was sitting with me in a waiting room or bringing a meal when I was too tired to cook. Charlie, as a teenager, would come by to read to my son or simply sit with him; I have to admit that I was surprised such a young girl was never fazed by his differences. She never treated him as "less than"—she met him exactly where he was, with patience and genuine interest.

When my husband and I adopted our daughter, and later when my daughter struggled with addiction and I became a grandmother raising a child again, Natalie was there for every step—offering advice, sharing a laugh when we needed it most, and never judging. Charlie, too, has always been quick to ask about my grandson, remembering the details that matter and sending a note or a small gift just because.

As I've watched Charlie grow into adulthood, I've been struck by her ability to connect with children. She has a gentle confidence that puts kids at ease, and she seems to instinctively understand how to encourage them. I have no doubt she will be a wonderful mother one day, because I've seen her nurture and mentor so many young people already.

The past five years have been unimaginably hard for the Rosin-Javice family. Through it all, their loyalty and steadiness have never wavered. When my son was hospitalized during Charlie's trial, Natalie was the first to check in, sometimes with nothing more than a text that said, "I'm here if you need me." That kind of quiet presence means more than grand gestures ever could.

After all these years, what stands out to me is not just what this family has done for me, but how they do it—with humility, humor, and a refusal to give up on the people they care about. I am a better person for having them in my life.

Thank you for considering my perspective on Charlie and her family. I hope you will see the strength of character and compassion that I have witnessed for decades.

With respect,
Lynn Schwartz

6/24/2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I was the Javices' next-door neighbor in Mamaroneck. We lived on opposite sides
of a shared townhouse. Over the years, I became close friends with Charlie's dad,
Didier. We've both faced tough divorces and the challenge of raising kids as single
dads, which created a strong bond between us.

Didier is one of the most hands-on fathers I've ever known. He's always been there
for school runs, appointments, and the countless little moments that matter most in
raising children. I've seen the sacrifices he's made to put his family first.

I see those same values—hard work, kindness, and family loyalty—reflected
clearly in both Charlie and her brother Elie. Charlie shows it every day, especially
in how she patiently helped my son Ben who was struggling with his Hebrew
studies. She was always willing to step in and help, while, naturally, most kids
would've chosen to play and walk away.

I was also at the trial and witnessed how deeply this has affected Didier and the
whole family. The man I know—full of energy and pride—has become quieter,
more withdrawn. It's been tough to watch, and this situation has taken a real toll on
them all.

Charlie has always been someone who makes space for others, whether at school
or in life. She's welcoming, resilient, and nonjudgmental. I hope this helps you
understand the family she comes from and the impact this has had on them.

Thank you.

Sincerely,

Mark Merker

**Mary Jane Shutte**
400 Alton Road, Unit 1502
Miami Beach, FL 33139

July 1, 2025

**The Honorable Alvin K. Hellerstein**
United States District Judge
500 Pearl Street
New York, NY 10007

Honorable Judge Hellerstein,

I live in the same building as Natalie and Charlie Javice and have gotten to know them over the past five years.  We spend quality time together and have in-depth conversations about many things that are important to us.  Recent conversations have been around how precious time with family is.  I have pancreatic cancer and both Natalie and Charlie have been supportive and caring through this journey.  They know this disease all too well as Charlie's grandmother and great grandmother had suffered and died from pancreatic cancer.  Now Charlie is thinking of her own mother, Natalie and what would happen if she was to get sick.  Charlie wants to be available to support and care for her as they have a very close relationship.  I hope Charlie has the opportunity to be there for Natalie if needed.

Charlie is a strong, smart and heart-felt person.  She offers a lot to me and others around her and I hope she is given the chance to move forward.

Thank you,

Mary Jane Shutte

Honorable Judge Hellerstein,

My name is Matt, and I am writing to you as someone whose life has been forever changed by the friendship and support of Charlie Javice. I am the partner of her best friend, Kat, and I first met Charlie during COVID, at a time when I was in remission from brain cancer and just beginning to rediscover hope for the future.

A year after we met, my cancer returned with a vengeance and I write to you from the hospital recovering from my 3rd brain surgery. The uncertainty, the surgeries, and the endless cycle of treatments were overwhelming. Charlie was there for me and my family in ways that went far beyond what anyone could expect from a friend. She found doctors when I didn't know where to turn, cooked for me when I was too weak to care for myself, helped me with exercise and physical therapy, and took on the exhausting task of dealing with insurance and aides. She made sure I was never alone, even on the hardest days.

Charlie's kindness extended to my loved ones, too. She was a source of comfort for Kat and my family, always stepping in to help or simply to listen. She became part of our fight, not only supporting me but also working alongside me with Oligo Nation, the nonprofit dedicated to finding a cure for my rare cancer. Charlie helped organize events and fundraisers, brought people together, and gave her energy and heart to a cause that means everything to me and my family.

Even now, as I write this, my cancer has returned again. I am facing the reality that I may not have much time left. My greatest wish is to see Charlie free and able to build the life she dreams of. We have talked often about our fears and hopes, about wanting to have children and leaving a legacy of kindness and love. Charlie deserves that chance-to create a family, to give back, and to live with the same hope she has given to others.

I am not writing to excuse mistakes, but to share what it means to have someone like Charlie in your life when you are at your lowest. She has stood by me through pain and fear that most people will never know, never asking for anything in return. In moments when I had little hope left, she gave me hers. I owe her more than I can ever repay.

As my own time grows short, what matters most to me is knowing that Charlie will have the freedom to pursue the life she has always dreamed of-a life filled with family, purpose, and love. I wish for her the chance to experience the joy and meaning she has brought to so many others, myself included. If I could ask for one thing, it would be to see her given that chance.

Thank you for hearing my words.

With all sincerity,
Matt Bauer

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 14, 2025

Dear Judge Hellerstein,

I want to start with a simple story. Years ago, I watched Charlie in my kitchen, standing beside my 85-year young mother, learning to make traditional Moroccan desserts. She was curious, eager to learn and good to my mom. When my mother died, Charlie took a late bus from Penn just to make it to the funeral the next day. When asked by friends why she was returning to NY after studying all day rather than going out on the Saturday night, Charlie responded "my other grandmother died".   It was touching at such a difficult time and also spoke volumes about how she felt being "adopted" by our family after the chaos of her family life amidst divorce and all the stress that brings. That spark of curiosity, exceptional care and empathy is who Charlie is.

My name is Dr. Mercedes Castiel. I am an OBGYN, a mother of six, and a new grandmother. My family first met the Javices through our synagogue. For a long time, we were the only French-speaking families there, bound by language and tradition. Holidays were communal affairs—Passover Seders in Ladino, Rosh Hashanah, breaking fast together. Charlie was always part of it—raiding my fridge, calling for advice, sitting at our table like it was her own. That feeling of belonging hasn't faded.

My mother, who passed away from leukemia, adored Charlie. She called her "special," and my mother didn't say that lightly. Once, at an event I barely remember, Charlie introduced me to a friend as "Mercedes, my second mom." She moved on quickly, but I stood there, tears welling up, realizing I'd just been given a moment to carry forever. Kids don't always realize the weight of those gifts. For Charlie, whose dad was going through a divorce at the time, it was especially hard. She was a kid navigating the world with a single father, and I think our home—and my presence—became a kind of anchor for her. I felt that responsibility, and I cherished it.

Motherhood is the center of my world—personally and professionally. I have helped countless cancer survivors hold onto hope for a family and, in many ways, became family. Now, as a grandmother, I understand on a deeper level how much grandchildren mean to a family, and how heartbreaking it can be when time is not on a woman's side. As you know, many ambitious women put life on hold to succeed in their careers and, unfortunately, for many, getting pregnant proves difficult as they age. The biological clock is real.  I see this stress in  Charlie, who faces the reality that she may lose precious years of fertility potential.

Now she can recite AMH, FSH, HSG, and IVF protocols like a resident. I know what it costs, emotionally, to learn that language—the hope, the heartbreak, the courage it takes.

Charlie has confided in me over the years—about relationships, apartments, career choices. She never needed grand conversations. Usually, she'd sit down with leftovers from the fridge and just talk. That kind of closeness builds quietly, in kitchens, on phone calls, across holiday tables. She's also helped my family in real ways: even hiring my son's girlfriend—fresh out of acting school—so she could afford to stay in New York and live with him. That's Charlie: generous, loyal, fiercely caring.

Charlie isn't perfect, but she's extraordinary. She shows up, gives deeply, and builds community wherever she goes. Judge, I ask you to see the whole person—the one who loves fiercely, is generous and has made a difference in so many lives. I respectfully ask that you be lenient. The world is better with Charlie in it. Please address past actions, but also see the potential for growth,  improvement and positive contributions to society.

Sincerely,

Dr. Mercedes Castiel

Mercedes.castiel@thecancercareconcierge.com

Michael Eisenberg
Jerusalem, Israel

June 16, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Michael Eisenberg. I was born and raised on Manhattan's Upper West Side, where my family resided for generations. I attended Jewish day schools and high schools in Manhattan and graduated from Yeshiva University in 1993. Immediately after graduation, I moved to Israel where I live in Jerusalem with my wife and eight children (and now grandchildren). I began my career in political consulting but quickly shifted into technology investing, which I have been doing for approximately 30 years. I chair one of Israel's largest volunteer organizations, Hashomer Hachadash, served for many years on the Board of Yeshivat Har Etzion and have written numerous books at the intersection of the Hebrew Bible and modern economics. I have also started a few non-profit endeavors focused on economic empowerment of disadvantaged young people.

I met Charlie Javice when she was a 19 year old college student. We were introduced by a then CNBC journalist named Dom Chu. At the time, Charlie was working on a non-profit that was focused on teaching people to fish rather than handing them fish. We connected over the importance of business and education as a way to get people out of poverty. I introduced Charlie to my oldest daughter (they are the same age) and Charlie was kind enough to show her around Manhattan, including taking her for manicures and shopping.

At some point thereafter, Charlie told me she was thinking of starting a company and I suggested she keep me posted. We also shared an appreciation for Israel and the importance of Israel's technology ecosystem. I helped Charlie meet other business people and, I guess, you can say that I helped mentor her but she was quite capable on her own. I saw a young entrepreneur who wanted to make this world a better place for those people who did not yet have access or skills to achieve a better economic life. I also appreciated that she wanted to accomplish this through business rather than charity. In my books, I frequently discuss how business is the most scalable and compelling way to make a difference and empower others.

That having been said, when I asked Charlie to mentor a group of young women in a coding bootcamp in the tough town of Lod, Israel, she jumped at the opportunity. To this day, a few young women credit their career in tech to the inspiration from Charlie. They called her the "American Girl". Additionally, Charlie helped mentor some young female CEOs and was a confidante of other CEOs in our portfolio, always available to provide advice. They called on her and she was always available pro-bono and graciously.

We have hosted Charlie for Shabbat dinners in our home. During one of them, I understood that Charlie had come from a family of Holocaust survivors, similar to my wife. I come from a different background. My family had been fortunate enough to arrive in the United States before World War II and in many cases before World War I. I think Charlie was taken by our dedication (especially my wife's) to building a family that would continue on the traditions that Hitler attempted to wipe out. When I saw how important continuity was to her, I encouraged her (as I do with many young people) to get married young and have children. Candidly, when I saw that Charlie was convicted, the first thing that came to my mind was how would she continue on the legacy and lineage of her Holocaust survivor family if she were to be incarcerated?

I have always known Charlie as a mission-driven person. A person and company founder who cared about bettering humanity, giving of herself for the mission. She has looked out for, and inspired, other young people.  Please consider this when deciding on sentencing.


Sincerely,
Michael Eisenberg

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Michelle Delaney, and I am writing to share how much Charlie
Javice means to me and our community. We see each other almost every day at our
workout classes—Charlie is everyone's favorite. Her classes are always full, and it's
her spirit and care that bring people back again and again.

I've been a shoulder for Charlie's mom and, as her neighbor, I've seen
firsthand how Charlie shows up for others. When I moved my family, including my
young child starting at a new school, Charlie was there—checking in, offering real
support, making us feel at home.

As a mother, it's incredibly hard to witness a woman in her 30s forced to put
her own hopes for growing her family on hold because of these circumstances.
Charlie and Elliot are a beautiful couple, and the suffering they've endured has
touched everyone around them. Despite so much hardship, Charlie continues to lift
up her family and our community.

I respectfully ask you to consider the light and love Charlie gives so many of
us, and to show her compassion.

Respectfully,
Michelle Delaney

Michelle Delaney

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

My name is Mimoun, and I've known Charlie Javice for over 13 years—as a friend, a chosen sister, and as someone whose character has shaped my life more than anyone outside of my own family.

We met in college, connected by a quiet understanding—immigrant families, French schooling, and the invisible weight of legacy. My father fled Morocco through France to Colombia. We both come from families who had lost everything and rebuilt from scratch. Success wasn't a trophy; it was a responsibility.

Many assume Charlie was set for life because she attended a prestigious school, but that wasn't the case. Her parents made extraordinary sacrifices to prioritize her education, and she carried that responsibility deeply. Yet, she bore it with an unusual calm and a firm belief that doing good and doing well were not mutually exclusive.

We had a standing breakfast tradition at Metropolitan Bakery: oatmeal with everything, and long conversations about ambition, family, and meaning. Even then, she bore the burden of leadership with rare steadiness—as if she'd been born with an internal compass.

It was at those tables that I saw Charlie's moral compass in action. One moment still stands out: when she fought for the Hillel kitchen staff to be paid over the holidays. The plan had been to fire and rehire them after December, using a flimsy excuse about subcontractors. Charlie said no. "You don't cut someone's salary during the most expensive month of the year for families and pretend it's logistics." She organized a fundraiser and ensured they were paid through the break. That wasn't her job. But she made it her problem—because it was the right thing to do.

I had the chance to attend the thanksgiving soup kitchen Charlie spearheaded and organized in her hometown of New Rochelle every year. As an immigrant, Thanksgiving was a new experience for me. What struck me the most was how Charlie decided to spend it. The day of Thanksgiving, Charlie ran a soup kitchen out of her old high school building, helping families, mostly immigrant families who couldn't afford a full Thanksgiving meal, enjoy and partake in this American tradition. This was another instance of Charlie's selflessness and drive to help others that has always stuck with me.

Years later, during the pandemic, I saw that same conviction on a larger stage. While other founders focused on downsizing and layoffs, Charlie stopped taking a salary so her employees could keep theirs. Quietly—no press release, no grand gesture—just a deliberate choice. It wasn't strategic; it was instinctive. In a moment of global crisis, Charlie responded with personal sacrifice.

She also changed the course of my own life. Because of Charlie, I turned down a high-paying job at a bank, went back to school to study computer science, and eventually launched a health tech startup focused on cancer care. She encouraged me to trust my values over my résumé. When my startup was on the brink, it was Charlie who reassured me—"this happens to every founder, you're not alone"—and introduced me to investors who ultimately backed us. Her support wasn't abstract. It was practical and unwavering.

When my father—now in late-stage dementia—began to fade, Charlie was the one sending me his old voicemails, sharing memories, helping me grieve in small, lasting ways. He adores her. He may not remember her name, but he always remembers her spirit. He calls her *la princesse souriante*—Smiley. It stuck. It still fits.

I watched her grant three months of paid leave to an employee grieving a parent—against HR's advice, who feared setting a precedent. I watched her, during her own trial, spend two days helping a 62-year-old Spanish-speaking woman in the Bronx complete FAFSA forms for her younger half-sister. That student is now in college. No one asked Charlie to do that. There was no benefit. She did it anyway.

I've sat in court. I've hugged her parents. I flew to Miami just to be near during the hardest days. And still, Charlie answers my calls nervously, afraid it's bad news about my father. She makes sure I still feel like a priority.

I don't believe this case defines Charlie. Her actions—especially the quiet ones—do.

I don't have a dramatic story to sum her up—just a hundred quiet ones.  I come before you not to minimize what has happened, but as someone who knows the person behind the situation—her intentions, her struggles, and her values. At this stage, the only thing I can do for my friend is ask for leniency.

With respect and sincerity,
Mimoun Cadosch Delmar

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Judge Hellerstein,

My name is Miriam Mizrahi. I am a 12th grade student, and I want to tell you about Charlie and the difference she has made in my life. I come from a very religious and traditional family, where girls usually do not talk about careers or technology. It is not something we discuss at home, and there is almost no opportunity to dream about this kind of future. Even so, I have always worked hard at school and hoped that maybe something more might be possible for me.

I joined the Startupism program while I was in high school. For the first time, I was learning with many others—Jewish students, Druze, and Arabs—together in one place. This was a very special experience, but at times I felt small, like I did not really belong.

During Hanukkah, on the fourth night, Charlie came to our class with a box of soufganiyot for everyone. She sat with us and spoke, sharing her own story and giving us words of encouragement. That moment left a strong impression on me. It was the first time I met a real woman CEO—someone leading in the world of technology. She seemed like a regular person, but she was truly inspiring. She stayed for many hours, listened deeply to all of us, answered our questions, and made me believe that maybe I could try as well.

After that day, Charlie stayed present in my life. She helped me get a summer internship and told me that if I ever needed anything, I could always contact her and she would be there to support me. I had never met anyone like this before—not in my family, not among my teachers. Thanks to her, I began to believe that my own dreams might be possible.

Charlie is a huge inspiration to me. She taught me that being different, and having a unique story, can actually be my greatest strength. She helped me believe in myself, even in moments of doubt. Because of her, I am now serving in the army, working in technology—a field I once thought was only for others. She made all the students in my class feel strong and capable.

My hope for the future is that, when I am older, I can be this kind of mentor and support for someone else. Charlie showed me just how much is possible when you act with true heart and courage.

Thank you for listening to my story.
Miriam Mizrahi

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Moshe Orenstein. I write to share who Charlie Javice has been in our family life.

As part of our extended family through my brother-in-law, Charlie has consistently taken a genuine interest in our children. She doesn't just make polite conversation—she remembers what they're studying and circles back. She draws our kids out with questions about the weekly Torah portion, inviting them to explain it in their own words and share one takeaway. That steady attention has encouraged them to take pride in their work and to see learning as something worth talking about at the table.

She also helps carry forward the traditions we practice with our children. For Shabbat and holidays, she's in the kitchen with the kids, cooking together and engaging them in discussing what they learned in school. Through these ordinary moments, she adds a calm, encouraging presence that supports their curiosity and reinforces the values we try to teach every day: learning, responsibility, and the dignity of others.

I hope this brief portrait informs the Court's judgment, balancing justice with compassion as the guiding measure.

Respectfully,

Moshe Orenstein

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Hellerstein,

Charlie and I go way back—our families have been friends for generations, so we've known each other since birth. We grew up side-by-side, sharing everything from school projects to Shabbat dinners, and yes, even surviving my brief but intense goth phase.

When we were in high school, Charlie is the one who dragged me to attend the meeting with the representative for Barnard College, insisting "This is the school for you, I promise." She was right! From long train rides studying for our chemistry baccalaureate exam in New York City to spirited conversations about history, civics, and the politics of fashion—there was (and still is!) no subject we could not discuss.

During and after college, Charlie continued to be an important part of my life. She was one of the first people from home to meet my now husband and was a bridesmaid at our wedding. I'll always remember her as a whirling dervish on the dance floor, even though she had hurt her ankle two weeks prior. That's pure Charlie, putting aside her discomfort to make sure her friend has a great time.

I always pictured us growing older together, just like our parents and grandparents did—sharing holidays, birthdays, and all those little moments that make a life. It felt natural, like the next chapter in our story. But now, I'm scared she might not get to have that chance.

Simply put, I love Charlie like family and it's hard to imagine my life without her in it.

Warmly,

Myriam Varjacques

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I first met Charlie in Israel at a small gathering, and it didn't take long to realize we had a lot of people in common—my brother had invested in her company and really connected out of the gate.

As someone who works in executive search, I pay a lot of attention to a founder's core, their DNA—what drives them, how they lead, and whether people trust them. With Charlie, what stood out was how much she believed in what she was building. She was all in. She had vision, smarts, but also grit and determination. Once she pivoted to the market of helping students, her passion related to that mission jumped out every time we got together. She truly wanted to help students get through a daunting process.

It is easy to forget how young she actually was—she always carried herself with conviction and clarity, led with vision, and surrounded herself with smart, experienced people while still giving them the space and independence to thrive. She was far more impressive than most people her age. She had the instincts of a founder, but her true superpower was her ability to listen, adapt, and push forward.

After selling a company, it's common to see founders either take a step back, shift their focus to personal pursuits, or move quickly into the next venture. Some become less accessible, others are eager to capitalize on their success. Additionally, I've seen success shift people in ways big and small. Charlie didn't change—she doubled down on who she already was. Please be lenient with her.

Sincerely yours,

Noam Eisenberg

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Dear Judge Hellerstein:**

I am Olivier Charriaud, and I am a parent of four children who attended FASNY (the French-American School of New York). My eldest child was in the same class as Charlie. Over the years, all four of my children participated in the school's Soup Kitchen initiative—an effort that Charlie founded and led with remarkable commitment. My wife and I were also among the original group of parent volunteers who helped cook and prepare meals. We feel fortunate to have been a part of it for several years.

When Charlie first launched the Soup Kitchen, community service was not a central part of the school culture. That changed because of her. The project was a catalyst, mobilizing students across grades, engaging parents, and giving real meaning to service. Charlie passed the baton on to younger students year after year, yet she remained involved and supportive throughout.

What made the Soup Kitchen so unique was how it brought the entire school community together. High school students led food drives, donation efforts, and community outreach. Middle school students helped transform the cafeteria, setting tables and decorating the space with art. Parents helped cook both at home and in the school kitchen. Charlie helped organize food donations from local supermarkets and fundraising through student bake sales. It was a full ecosystem of generosity, sparked by her vision.

The impact grew quickly from serving 175 meals in the early years to as many as 300. What began as a local initiative expanded to include communities beyond Mamaroneck, including shelters like My Sister's Place, which supports women and children escaping domestic violence. A bus would bring up to 45 guests from the shelter to the school for a warm, festive meal. It became a Thanksgiving tradition that touched everyone involved, students, families, and guests alike.

Charlie never sought recognition. She simply took joy in seeing smiles on the faces of those she served, and in watching younger students discover the meaning of giving. Her work led to the creation of a formal Community Service Coordinator role at the school, something that didn't exist before. Her efforts left a lasting mark not only on the people who were served, but also on the school itself. More than a decade later, the Soup Kitchen continues, and its spirit still animates the school community.

Charlie never asked for credit and gave a lot to others.

Sincerely,

Olivier Charriaud

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Omri Sorek. I was born and raised in Israel, served in the special forces, and later became an entrepreneur. These experiences have given me a strong sense of accountability and discernment. They've also taught me to recognize people of exceptional character, and Charlie is one of them. This letter is both a privilege and a responsibility. I write it to offer my full, unwavering support for Charlie and to share with you who she is—not just in the eyes of the public, but in the quiet moments that truly define a person.

I first met Charlie the night before a close friend's wedding in Tel Aviv. I barely knew her then, and yet when I mentioned that I was uncomfortable attending the wedding alone, she changed her flight to accompany me, without hesitation, without making a big deal out of it. That one simple act of kindness transformed the night for me. At the wedding, she knew hardly anyone but managed to light up the room—laughing, dancing, making fast friends with people from all walks of life. She has that rare quality of making others feel seen, safe, and uplifted.

Later that night, we went out in search of pancakes at 4 a.m.—a small, silly adventure, but one that has stayed with me. It wasn't just fun; it was meaningful. In that moment, I understood that Charlie is the kind of person who shows up, who shares joy even in the most unexpected times, and who instinctively knows how to take care of the people around her.

Over the years, our friendship deepened. Charlie became a familiar, respected presence in the Tel Aviv tech scene. Despite not living in Israel full-time, she formed lasting relationships, contributed to the startup community, and became known for her intellect, her drive, and her generosity -  a true pioneer and pillar of our industry. However, her professionalism stood out most; she consistently used her influence and connections to help others. I saw it firsthand when my company was struggling. Without asking for anything in return, she introduced me to investors, believed in our mission, and helped us get back on our feet. She didn't have to. She simply did, because that's who she is.

What's less visible - but no less important - is the way Charlie cares for people quietly and humbly. She has bought lunch for soldiers in uniform without drawing attention to herself. She has paid for groceries for families she noticed were struggling. She has mentored countless students, many of whom might not otherwise have found a foothold in tech. She never tells these stories herself - I only know them because others do.

I've also had the joy of getting to know Charlie and Elliot together, and their relationship is something I deeply admire. They are partners in the truest sense: loving, equal, and committed. The strength of their bond is something that radiates outward. They have waited patiently to start a family, through no fault of their own, and I know - because I've seen it - how painful that wait has been. I've started a family of my own, and so have many of our mutual friends. Charlie and Elliot have stood beside us with grace and support, even as they carried their own longing quietly. That kind of emotional strength is difficult to put into words. It's not just about sacrifice - it's about endurance, and hope, and resilience.

After the war broke out on October 7th, during one of the most difficult times my family has faced, Charlie's compassion became a lifeline. My wife is the chief pediatrics resident at a major Tel Aviv hospital. In the days after the attacks, she was working nonstop, while we were welcoming a newborn into the world. Amidst the chaos, Charlie didn't ask what we needed - she offered her entire apartment so we could have stability, safety, and space. Her generosity lifted a huge weight off our shoulders at a time when we were exhausted and scared. We didn't even have to ask.

I think about that gesture often. It wasn't performative. It wasn't strategic. It was love, in its purest form—given freely and without condition.

Your Honor, I understand the gravity of your role and the need to weigh many factors in any sentencing decision. But I hope that, in some measure, this letter helps offer perspective - not just about the nature of one moment in Charlie's life, but about the nature of her life as a whole. Her story is one of integrity, empathy, and commitment. She has consistently used her voice and her power to uplift others. She has shown resilience through her own hardships, and she has made her community—here in Israel and abroad—a better, kinder place.

I am one of many who stand by her, not because she asked us to, but because we have been on the receiving end of her unwavering support. Now it's our turn to do the same

for her. I truly believe that her continued presence in the world—among the people who know and love her—will result in a ripple effect of good.

Thank you for considering my words and for the opportunity to stand with Charlie, even from afar.

With deep respect,
Omri Sorek

**The Honorable Alvin K. Hellerstein**

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

**Honorable Judge Hellerstein,**

My name is Oz Alon, and I am the CEO of HoneyBook. I have had the privilege of knowing Charlie Javice since she was just 21 years old. We were both starting our companies and dealing with the challenges and loneliness involved. From the outset, I witnessed her growth from a determined young woman into a resilient and inspiring CEO. I've always admired her ability to think deeply and strategically, as well as her talent for navigating complex challenges and more so, always staying positive. I was genuinely excited to see the value she would create and bring to the world.

One of the things I value most about our relationship is how, despite the miles and oceans between us, Charlie and I stayed close. She stood by me through my highs and lows, and I did the same for her. No matter where life took us, we were always just a call away. That kind of steadfast support is rare—and it speaks volumes about her loyalty and character.

Over the years, I've known Charlie to be kind, caring, and grounded. From the beginning, I was struck by her willingness to seek out experienced, capable people and thoughtfully draw on their insight. This was not a sign of weakness, but of discernment and maturity. Her humility, combined with a deep well of resilience, has shaped her success. She is someone who shows up for others. Her family has always stood firmly by her side. In fact, during one of the most difficult periods in recent memory, Charlie was the first person to reach out to me, checking in on my team on October 7th. It was a gesture of sincere concern that spoke volumes about her values and integrity.

I'm proud to share that Charlie even inspired the name of my daughter. I chose a traditionally male name because of the strength and uniqueness Charlie embodies. It's just one small example of the impact she's had on those around her.

Charlie and I have always shared a deep commitment to building thoughtful, inclusive teams and supporting the growth of those around us. She invests in people with care and discernment, always seeking to bring out their potential. We are both driven by a strong sense of purpose in the work we do and the communities we serve. I have also seen, firsthand, the disproportionate scrutiny Charlie has faced as a female CEO—scrutiny I have never had to endure. I often reminded her that she deserved to be held to the same standards as anyone else. Despite the double standards and the pressures that came with them, she never lost sight of her principles. She remained steady, focused, and true to her values.

Charlie is a woman of action—someone who inspires others to be better and do better. After all these years of knowing her, I can say with certainty that what she has been convicted of is completely uncharacteristic of the person I know. It is not aligned with her values, her work ethic, or her compassion for others. I met a young woman who strives to live a life built on passion and purpose. I continue to believe wholeheartedly in Charlie, and I am confident she will go on to create significant value for many people around the world.

I hope you will see the remarkable person she is and grant her the opportunity to live the life she deserves.

With respect,

**Oz Alon**

CEO, HoneyBook

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street, Room 1050

New York, NY 10007


Honorable Judge Hellerstein,

My name is Paal, and I am writing to you as a friend who has had the privilege of knowing Charlie Javice since just before the world changed with COVID. I am a Norwegian man, openly gay, and I can say without hesitation that Charlie is one of the most supportive, generous, and genuinely caring people I have ever known.

We met through a mutual best friend, and from the very beginning, Charlie welcomed me into her life with warmth and openness. When I went through the most difficult period of my life—my divorce—Charlie was there for me in ways I will never forget. She offered me a place to sleep when I had nowhere else to go, a shoulder to cry on when I felt alone, and encouragement when I needed to pick up the pieces and start over. She set me up on dates when I was ready to try again, cheered me on as I began a new career, and supported me as I started my own company. Her faith in me never wavered, even when I doubted myself.

Charlie is the kind of friend who shows up, no matter what she is facing herself. When my mother was in the hospital, Charlie not only checked in and offered comfort, but she cooked for me—making sure I was nourished and felt cared for, even while she was in the middle of her own trial. Her capacity for kindness and empathy is nothing short of extraordinary, a true testament to the depth of her character.

During the trial, I saw firsthand how much this has devastated Charlie and her family. I wanted to do whatever I could to support them, so I gave my apartment to her dad so

they could all be together during that difficult time. I would do anything for Charlie, because she has always done everything she could for the people she loves.

When I started my company, Charlie was one of the very first people to test our product, giving thoughtful feedback and encouragement. She referred new hires, always made time to brainstorm ideas, and opened up her own network to help us grow. Her generosity with her time, connections, and ideas made a real difference, and I know I am not the only one who has benefited from her support.

Charlie has a gift for bringing people together and making them feel valued. She is always inviting friends and even acquaintances to join her in volunteering in the community. I have personally helped guide a student Charlie was mentoring through the college application process, and I saw how she rallied people to help, making sure no one was left behind. She sees the best in others and helps them see it in themselves. I have seen her do this not just for me, but for so many friends and even strangers who needed a little hope or encouragement.

Your Honor, I know that Charlie is facing serious consequences, and I do not wish to minimize the gravity of her situation. But I ask you to consider the person she truly is—a person who has given so much of herself to others, even when her own life was difficult. She has already suffered greatly, but she continues to be a source of light and support for those around her. Her resilience and unwavering kindness inspire those lucky enough to know her, and I believe that her true character shines far brighter than her mistakes.

I am proud to call Charlie my friend. I hope you will see in her the same compassion, generosity, and strength that I have been lucky enough to experience.

With deepest respect,

Paal

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

We are writing with heavy yet hopeful hearts as longtime friends and fellow parents who have shared many seasons of life with the Javice family. Our bond began when our daughter Marie met Charlie Javice in the seventh grade. What started as a simple friendship quickly grew into a deep connection between our families. The Javices were the first true friends our children made when we arrived in New York, turning what could have been just another stop in our professional journey into a place that felt like home.

Given the demands of our diplomatic careers — personally as the UN Secretary-General's Special Representative to the African Union — moving frequently was part of life. But it was never easy being far from home. The warmth and friendship of the Javice family made that transition easier, offering us stability, kindness, and a true sense of belonging.

The Javice family embodies a deep sense of social responsibility and service that mirrors our own values. Their commitment to faith, to caring for others, and to making a meaningful difference in the world has always been apparent, not only in words but in how they live. From their devotion to religious practice to their unwavering support for those in need, they are a family rooted in purpose and integrity.

As people of faith, we believe strongly in the power of mercy, forgiveness, and redemption. While every transgression bears its consequence, grace is never far behind for those who seek it with sincerity. No one walks through this life without fault, yet we are all called not to overburden one another with judgment, but rather to uplift, restore, and remember that justice without mercy ceases to be just. Mistakes—however significant—do not erase a life of service, nor should they define a person's future in totality.

As a father, I feel this moment with great sorrow. The anguish of watching a child face hardship, regardless of its cause, is a pain I would not wish upon any parent. It is a quiet grief that humbles even the strongest among us. Yet we also hold to the hope that compassion and reason can guide us through such moments—that the world may reflect the same mercy we pray for in our own lives.

We stand beside the Javice family not only because of our friendship, but because we believe in the values of justice tempered by humanity. We have seen their character, and we believe that this moment, while painful, need not overshadow all that has come before and all that can still follow.

With sincere respect and enduring hope,

Parfait and Annette Onanga

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Patrick Ferrera and I'm a professional hair stylist. Over the years, I've built strong bonds with many of my clients, but very few have grown into the kind of deep, personal friendship I've come to share with Charlie Javice, who has been my client and very good friend since she was 18 years old.

Charlie first sat in my chair years ago, and from the very beginning, there was something genuine about her. She quickly became not just a regular, but someone who'd come in, even during COVID, to keep our connection and to support my business during challenging times. As time passed, our relationship grew well beyond the salon. I saw her several times a week during the trial, and through that time, I also came to know and love her and her family. They welcomed me into their world, and I was there in court with them, witnessing how this journey has affected all of them on a deeply human level.

What strikes me most about Charlie is how much she shows up for everyone around her. Whether it's setting me up on blind dates, checking in with me just because, or sending a funny message at exactly the right time, she is the type of friend who remembers the little things, and never stops giving of herself.

In my line of work, I get to observe people from an intimate vantage point. Sitting across from Charlie for years, I've seen a woman who is reflective, caring, and fiercely loyal to the people she loves. I've also seen her wrestle with the weight of her situation—never defensive, always willing to talk about the complexities and impact.

I know that accountability matters. But I also believe that a person's character isn't defined only by their worst mistake. It's shown in how they treat others, especially when no one is watching. Charlie has consistently treated people with generosity, empathy, and grace.

I ask this Court to look beyond the headlines and into the heart of the person I know so well.

With sincerity and hope,

Patrick Ferrera

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007


Dear Judge Hellerstein,


I first met Charlie through a work connection while at a conference in Miami. What was meant to be a quick 30-minute meeting turned into nearly a full day of talking, debating, planning and collaborating across many topics. From the beginning, it was clear we shared a strong passion for expanding access to banking for the underbanked—a cause we both deeply believe in. But we also shared a passion for trying to build products and companies that didn't exist but needed to and the challenges inherent with doing so. Charlie and I immediately became friends from that moment on.


Charlie has been an invaluable source of support  for me as I transitioned from my job at the time to starting my own company. More than just a professional ally, she's a true friend who consistently shows up—whether it's for work, family, or life's challenges and big moments. I've especially appreciated how warmly she embraces my daughter, Lu, and how she's been a steady, understanding presence throughout my journey as a divorced dad navigating life, relationships, fatherhood, and work. Charlie has been my sounding board for everything—business decisions, relationships, personal matters, parenting advice. I've had the privilege of attending her famously large Shabbat dinners, which beautifully reflect her warmth, generosity, and the strong sense of community she fosters. She has gotten to know my family over time and mine

hers.

One of the moments that stands out most was when I almost lost the company I had founded. I flew to Miami to spend a few nights with Charlie, and instead of treating it as something somber, she made pasta from scratch and invited her whole family over to turn it into a celebration. It was the love and support I needed as a friend and as an entrepreneur. Charlie has always treated me like part of her family, showing unconditional love and never a hint of judgment. Her ability to make people feel truly seen, accepted, and celebrated—even in their most vulnerable moments—is rare and deeply meaningful.

A true friend in every sense, Charlie stands by your side in moments of joy and times of hardship alike. Please do not sentence her to jail.

Sincerely,

Patrick Sells

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                                        July 31, 2025

Dear Judge Hellerstein,

My name is Richard Smullen. I first met Charlie Javice through our mutual friend, her banker Aryeh Bourkoff, and we've shared many good times, especially during Covid and in the years after. My own parents are from South Africa, and Charlie's dad is from France. Both still speak with thick accents, and our families instantly bonded over that shared experience as immigrants, often laughing about it at Shabbat dinners here in Miami.

Charlie is a remarkable connector. She naturally brings people together, selflessly making introductions and supporting friends, both personally and professionally. During the challenges of Covid, Charlie's thoughtful introductions helped launch a pilot program that changed the trajectory of my business. She never asked for a thing in return, and helped me without giving it a second thought. She lights up every room she enters with her kindness and compassion, and I have come to know and admire her parents, brother, and her partner, they are a wonderful couple, and it's hard to see their lives put on hold. This entire situation breaks my heart because I know that we will all be worse off as people and friends without Charlie in our lives. It's a heavy, horrible feeling.

Many people have reached out to express their support for Charlie, her situation has reverberated across lands, across borders, and into many loving homes. I, too, write on their behalf as well to share with you what a caring friend and special person she is. We are all lucky to consider her a friend.

Respectfully,

Richard Smullen

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I am writing to share a personal account in support of my friend Charlie. I met Charlie a few years ago as a student in her Pilates class. At the time, I was bartending full-time and was unsure of what direction my life was headed. Charlie saw something in me before I could see it myself. She encouraged me to pursue teaching and supported every step of the way, from training to routines. I wouldn't be where I am today without her encouragement and belief in me.

Charlie has consistently shown up for me in every way a friend can. When I was hit by a car while riding my scooter, I was injured, overwhelmed, and had no idea what to do. Charlie helped me find an attorney, checked in on me regularly, and made sure I had what I needed even when she had a million other things going on. When my dog became seriously ill, she was the first person to offer to cover my classes, without hesitation. Early mornings, last minute, Charlie was there. She's someone I've always known I could rely on.

In the studio and in life, Charlie brings light and joy to everyone she meets. She leads with kindness, warmth, and humor. She treats everyone, from long-time friends to brand-new clients with the same genuine care. Her classes are filled with laughter, music, and dancing, and her energy is truly contagious. It's why so many of us show up; not just for the workout but for Charlie herself.

To be completely honest, when I first noticed her wearing an ankle monitor, I thought it was an ankle weight. I was shocked when I learned the reason behind it. The details of the case don't align with the person I know. Charlie is one of the most generous, dependable, and compassionate people in my life. She gives far more than she takes and consistently lifts up those around her.

While I cannot speak to the specifics of the legal matter at hand, I can speak to Charlie's character. She has been an unwavering source of support, light, and strength in my life, and I hope this letter serves as a reflection of who she truly is.

Respectfully,
Samantha Harris

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

I met Charlie Javice through my brother David. When I was working to expand a school and orphanage project abroad, Charlie was the first to pick up the phone. She connected me with a funder and a foundation that made the expansion possible. She didn't just say she cared—she acted. Her support helped make my dream a reality, and I'll always be grateful.

Charlie is thoughtful, reliable, and shows up for people when it matters. I hope the Court will take that into account when considering her sentence.

Sincerely,

Samuel Akinin

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

Over the years, I've come to know Charlie as a kind, consistent presence in my son Mimoun's life. She's the kind of friend who always makes the effort to show up.

Charlie has kept a deep connection to her Jewish roots—from her time at Penn to hosting holidays when her family couldn't be there. She's someone who brings people together, and as a mother myself, I can only imagine how painful and heavy this moment is for her and her family.

I hope the Court will show compassion and allow her the chance to move forward without prison.

Sincerely,

Sara Ackerman

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 24, 2025

Re: Charlie Javice


Dear Honorable Judge,

I am writing to provide a character reference for Charlie Javice in advance of her sentencing hearing. My name is Sarah Meyohas, and I am a visual artist and venture investor.

I have known Charlie for over fourteen years, having first met her around 2011 during our college years at the University of Pennsylvania, though our meaningful friendship truly developed in the years following graduation.

Charlie possesses a remarkable ability to bring people together and foster genuine community. Throughout our friendship, I have consistently witnessed her generous spirit in action. She readily opens her network to help others. She was consistently the one organizing our close group of girlfriends—planning dinners, coordinating trips, and ensuring we all stayed connected despite busy schedules. Whether cooking meals for friends, remembering important milestones, or simply being present during both challenging and celebratory moments, Charlie demonstrates a level of thoughtfulness that is extraordinary—she is literally one of the most thoughtful people I have ever met. Her willingness to take chances on people, not judging them too harshly, reflects a generosity of spirit that extends to all her relationships.

Her authenticity in these relationships is evident in our personal experiences together. We have traveled extensively—to France, Israel, and Turkey—and have maintained a close friendship that includes staying in each other's homes during both adventure trips and family vacations. These intimate experiences have shown me that her service-oriented nature is genuine, not performative.

While I have known Charlie during many different phases of her life, it has been particularly revealing to observe how she has conducted herself during this extraordinarily challenging period. I have personally witnessed Charlie being ostracized and vilified, both in public and within her social circles. What made this especially difficult to watch was seeing people I had witnessed Charlie be exceedingly kind and generous to turn on her. Despite facing such significant challenges and betrayals, she has handled this adversity with remarkable dignity and

grace. Even amid her own difficulties, she remains someone who reaches out to celebrate others' achievements and maintains her supportive nature toward friends.

I believe Charlie has substantial contributions yet to make to society. While she has undoubtedly faced consequences for her actions, I hope the court will consider the totality of her character— her genuine care for others, her resilience, and her potential for positive impact going forward. Locked away behind bars, she cannot direct her competence towards the well being of society. She's not malicious, she's not a threat to anyone, and she deserves the chance to use her talents for good. This would be the best way for her to repay society as well.

Thank you for your consideration of this perspective on Charlie's character.

Respectfully submitted,

Sarah Meyohas

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 26 2025

Dear Judge Hellerstein,

My name is Rabbi Shaul Robinson, and I have the privilege of serving as the Senior Rabbi at Lincoln Square Synagogue in New York City. I first met Didier Javice, Charlie's father, earlier this year when he began attending our daily Minyan. Since that time, I have also met members of his extended family, including his brothers, who joined us for both weekday and Shabbat services during their time in New York.

It was through these encounters that I learned about the painful and ongoing ordeal that the Javice family is enduring. I was first made aware of it by the President of our congregation, who, upon learning of Didier's situation, reached out to offer friendship and support. He has since developed a warm personal relationship with Didier and even connected with Herve, Didier's brother, both here in New York and in Jerusalem. As our community came to know the Javice family, we saw clearly their deep-rooted faith, steadfast commitment to Jewish tradition, and the powerful sense of family that anchors their lives. Their pain was palpable, and it reverberated in our hearts.

In our conversations and through shared prayer, I learned that Didier and Charlie have made special pilgrimages together to the Rebbe's Ohel in Queens—a sacred and deeply personal act for those seeking comfort, connection, and divine guidance. Didier offered to carry the prayers of others from our community to the Ohel, a moving reflection of his generous spirit and enduring hope. Since that time, I have personally included Charlie (Chaya Hannah) in my daily prayers.

I write to you with great humility and deep respect. I am not a lawyer and have no special insight into the legal background of this case. I do not presume to understand the complexities that the Court must weigh in sentencing. I write simply as a rabbi—someone whose role is to care for souls, uphold moral values, and advocate for the possibility of redemption, where appropriate.

Let me say clearly; I do not condone criminal behavior in any form, nor do I seek to excuse any wrongdoing. Accountability is essential, and I fully affirm the importance of justice being served.

At the same time, I appeal to Your Honor's compassion and discretion. There is a young woman before the Court who, despite whatever has taken place, may yet rebuild her life. My sincere hope is that the sentence imposed will leave room for that possibility—that it will be measured not only in terms of punishment, but in terms of mercy, and the belief that a person can still return to society, build a family, and contribute meaningfully in the future.

Within the framework of law and justice, I respectfully and sincerely ask that the Court consider a sentence that allows for a path back—a sentence that reflects the seriousness of the offense, but also the possibility of rehabilitation and renewal.

Thank you for your time, your service, and for considering this humble request.

Respectfully,

**Rabbi Shaul Robinson**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Charlie Javice

Your Honor,

My name is Dr. Sheryl Rosin, and I write to you on behalf of myself and my husband, Charlie's uncle James Rosin. I am a mother and the owner and director of Palm Beach Speech & OT Specialists, where I have dedicated my career to supporting children with special needs and their families. Every day, I see how challenging and, at times, unfair the world can be for those who are different. Yet I also witness the extraordinary contributions each child brings, reminding me that every person—regardless of circumstance—has unique value and purpose.

This belief is at the heart of our family, and it is a lesson Charlie has embodied since she was young. She has always recognized the worth in every individual, meeting people where they are and lifting them up with compassion and practical support.

Charlie has always been deeply dedicated to education and to creating a better world for the next generation. Whether through her work at Frank, her advocacy for students, or her commitment to families at my clinic, she has consistently sought to open doors and build bridges for young people. She believes, as I do, that every child deserves a chance to thrive, and she has worked tirelessly to make that a reality for so many.

As the director of a clinic serving children with autism, Asperger's, and other developmental challenges, I have seen many staff members come and go. Charlie was different. She coordinated care for over thirty therapists and hundreds of families, always going beyond her role to ensure that no family was left behind. She found creative solutions for those who could not afford treatment, celebrated every milestone with our team, and made each staff member feel seen and appreciated. She even automated our billing system, making it possible for families to receive reimbursements quickly—a change that eased burdens for so many. Just before her trial, when she easily could have focused only on herself, she devoted time and

energy to improving our clinic's website, demonstrating her commitment to our mission and families.

What Charlie cherished most during her time at my clinic was working with families who struggled to afford care. Drawing on her experience at Frank, she brought a new perspective and energy to the process of navigating state aid, scholarships, and support through our foundation. She took the time to walk parents through complicated paperwork, advocated for their children, and found creative pathways to make sure no child was left without help. Her passion for this work was evident—she saw each family's unique challenges and met them with practical solutions and genuine encouragement. This was her favorite part of the job, and it made a real difference in the lives of so many.

I have learned through my work and my family life that what matters most is not perfection, but presence—the willingness to show up, to support, and to believe in the potential of every person. Charlie has lived these values every day.

I understand the weight of your responsibility in this case. I ask only that you consider the truth of Charlie's character and her impact on so many lives. She is a force for healing, hope, and goodness—qualities our world needs now more than ever.


With sincere gratitude,

Dr. Sheryl Rosin (and Jimmy Rosin)

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

My name is Rabbi Shmuel Lynn. I've spent nearly two decades working with college students and young professionals through the Maimonides Fellowship at the University of Pennsylvania and in New York City, helping young Jews—no matter their level of background or observance—grapple with real-world ethical and professional questions through the lens of Jewish wisdom. I've also led educational trips to Poland and Israel, teach regularly in Jerusalem, and serve as Executive Director of Olami Manhattan, an educational community helping young Jews build meaningful lives in the modern world.

I first met Charlie when she was an undergraduate at Penn and a fellow in one of our early Maimonides cohorts. From the start, she stood out—not just for her intellect and curiosity, but for her warmth, passion and pride. She was a magnet for the program, and having been blessed with a strong traditional upbringing, she strove to share that passion with students whose heritage was far less clear and compelling.

She invited students to join our Shabbatons, brought people together who might have otherwise felt out of place at Penn, and built real connections that transcended background or knowledge. Charlie continued to stay involved even after graduation—helping with programs across other campuses, keeping a pulse on students who needed help, and always answering the call when Judaism or Jewish life at Penn needed an advocate.

She loved Israel and was proud to open an office there. We talked many times about her desire to move there, raise Jewish children, and live a life anchored in values and meaning. I cannot emphasize more her ability to lift others up, bring them together and show them their worth. I saw this again and again in the context of my programs, and heard it from all of her friends.

That commitment to Jewish continuity—rooted in her family's own story as Holocaust survivors—is something we often spoke about. I've led multiple trips to Poland with students, and it always reinforces the weight and responsibility our generation carries to honor the past by building a stronger future. Charlie understood that deeply. I remember how strongly we shared that connection, and how much she admired the life and family my wife and I built. It resonated with her—and it's why I can't help but think now of how much is at stake. As someone who has spent a life in education and community-building, I think of the children she has yet to raise, the legacy she so badly wants to carry forward. The pain of that being delayed is real and profound.

I also think of her smile, enthusiasm and idealism. It's hard to imagine that gone.

Charlie has always struck me as someone who wants to give more than she takes. Someone who believes in helping others succeed. I know this chapter does not define the full measure of who she is, or who she can still be.  And I will say more.  There is no doubt in my mind - while no one would have ever wanted this to be her calling - that if given the opportunity, she will use this

as a great teaching opportunity.  Yes, too many of our youth are professionally gilded. Too many have risked far too much for success far too fleeting. The values that we inherit and/or uncover, are the most precious of our possessions.  Charlie will undoubtedly be a great role model, possibly saving many many other lives in the process. I hope she has that option.

I respectfully ask the Court to show leniency—so that she can continue to build, to give, and to carry forward the values that have always guided her.


Sincerely,


Rabbi Shmuel Lynn


Executive Director, Olami Manhattan

38 west 13 st. New York, NY 10011

slynn@olami.org

610.304.9176

B"H



July 23, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Rabbi Shragi Mann, and I serve as the rabbi for Didier Javice, Charlie's father, here in Miami Beach. Over the past two years, since Didier moved to be closer to Charlie during this deeply painful period, I have come to know him as a person of deep conviction and daily spiritual practice. He attends our morning Minyan without fail, reads from the Rambam's daily mitzvot at the close of services, and stays after each day to study Torah with me. I've come to admire his steadiness and his unwavering commitment to faith even as he carries the heartbreak of what his daughter is going through.

Through Didier, I have come to learn a great deal about Charlie. But I've also had the opportunity to meet her personally—most recently during the High Holidays—and what I saw was a young woman burdened with deep pain, yet still rooted in family, values, and a desire to do good. She joined her father in prayer, participated fully and respectfully in our services, and carried herself with grace and humility. I was struck by how connected she was to her father and to our tradition, and by how seriously she took the meaning of Teshuvah—not just as a concept, but as a path forward.

What has been most moving to me is how consistently Charlie's life reflects the core value of Tikkun Olam—repairing the world. I have heard Didier speak, often with tears in his eyes, about her early work feeding the homeless, building orphanages, advocating for refugees, and helping thousands of students navigate the financial aid system. Her actions, even from a very young age, reflect a deep commitment to justice and compassion—values at the heart of Torah.

Our tradition teaches that we are all imperfect, but that each of us carries the divine potential to repair what is broken—in ourselves and in the world. This is the essence of Teshuvah. Charlie has shown a sincere willingness to reflect on her mistakes, to take responsibility, and to continue doing good. I have no doubt that she still has much to contribute—through service, through mentorship, through building rather than being broken.

 786 ·514·9593    320 Meridian Ave, Miami Beach, Florida 33139   Rabbi@ChabadinSouthBeach.com    ChabadSoBe.com

| **Rabbi Shragi Mann** | **Mrs. Devorah Leah Mann** | **Rabbi Leibel Khazanovich** | **Mrs. Devory Khazanovich** |
| Director and Spritual Leader | Co-Director | Program Director | Women's Programs |

B"H



We believe in justice, but we also believe in mercy. In compassion. In the redemptive power of allowing someone to return to the good they are capable of. I respectfully ask this Court to consider those values when imposing its sentence.

May you be blessed with wisdom and strength in this profoundly important responsibility.

With respect,



Rabbi Shragi Mann

786 ·514·9593        320 Meridian Ave, Miami Beach, Florida 33139        Rabbi@ChabadinSouthBeach.com        ChabadSoBe.com

**Rabbi Shragi Mann**        **Mrs. Devorah Leah Mann**        **Rabbi Leibel Khazanovich**        **Mrs. Devory Khazanovich**
Director and Spritual Leader        Co-Director        Program Director        Women's Programs

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Charlie Javice

Dear Judge Hellerstein,

My name is Sloane Rosin, and I am a school psychologist completing the final semester of
my training to work with children with learning differences. In my work, empathy and
character matter. These are some of the values that I see in Charlie Javice.

Charlie and I share a deep commitment to education, and specifically to children who don't
always fit neatly into the boxes society builds for them. I've seen Charlie support children
and families with grace.

Charlie has welcomed me to her Shabbat table and offered comfort through difficult times.

When the verdict came down, it shook me; But what devastated me the most was seeing the toll
it took on my aunt, Charlie's mother - a woman I'm incredibly close to. That day was already
hard for our family due to a separate heartbreak, and watching both women carry so much pain
with so much grace was admirable.

I understand this letter will not erase the facts you must consider, but I ask that you weigh
the full arc of who Charlie is. She's made mistakes - we all have.

With deep respect,
Sloane Rosin

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Hellerstein,

My name is Sophie, and I met Charlie through my fiancé, Mimoun Cadosch Delmar. I can tell what a special and dear friend she has been to Mimoun and he speaks extremely highly of her, her generosity and her desire to do good in the world. Charlie is the kind of person who lights up a room with her smile and quick wit. Since the first time I met her, I felt a connection and always felt extremely comfortable and myself around her. While she was in New York, she always invited Mimoun and I to spend time together. When I brought a friend of mine to meet Charlie, she commented at how kind and warm Charlie was – always making you feel special and heard like she was genuinely interested in learning more about you. She's also incredibly thoughtful. When my dad was diagnosed with cancer, Charlie never forgot to check in and ask how he was doing. That kind of steady kindness stays with you.

I had the opportunity to be there for Charlie and her family during the trial. While she was under immense pressure, she continued to be the glue and source of strength for all her family and friends. Almost every Friday, she hosted Shabbat Dinner for over 20 of us,  making challah and a delicious whole meal in her makeshift kitchen in NY for 8 weeks. That's the type of person she is - she puts others first and is the center of her family and community.

I've seen her with her niece and with her family—it's clear how close they are, and how deeply Charlie values those relationships. I know how much she wants a family of her own, and how hard it must be to have that future put on hold.

Charlie is kind, generous, and deeply human. I hope the Court will consider the full person she is, and grant her the opportunity to continue living a meaningful life without prison.

Sincerely,

Sophie Kader

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

I met Charlie when I was in high school and she was in college, through my father. One of the first things we bonded over was a pair of TOMS shoes. At the time, TOMS had a simple but powerful model: for every pair of shoes purchased, the company would donate a pair to someone in need. It was one of the first widely recognized examples of business with a social mission, and both Charlie and I were fascinated by the idea. We then spent a long time talking about businesses that could do good while doing well.

Over time, we became real friends. Our shared interest grew into something deeper. We always believed that business can and should be a vehicle for positive impact. We talked often about models of ethical entrepreneurship and corporate responsibility, and we also shared a personal commitment to women's leadership and empowerment - supporting women not just to succeed, but to thrive as leaders in spaces where they've historically been underrepresented.

I've always believed financial education is one of the most critical tools for empowering women, and Charlie believed that too. Our conversations inspired me to join a start-up company in the fintech space, called RiseUp. We started out by helping single moms climb out of debt and open long term savings accounts for their children. We then moved on to build a technology that makes money management accessible and understandable for anyone. It is currently rated the #1 financial app in Israel. Seeing Charlie's passion to build something meaningful regardless of her young age made me believe I too can have a meaningful career in business. She has a big part in showing me that age is just a number, and that I am capable of much more than I think I can. Alongside my career in tech, I also pursued my dream of a family. I am now a mother of four children, three of them are young girls. My sincere wish for Charlie is that she too can experience the joy of being a mother, instilling in her children that same grit and passion; to push through, work hard and achieve results regardless of your gender or age.

Charlie is a good person who has consistently shown compassion, loyalty and generosity to others, myself included. I hope the world can show her the same mercy she has so often given. I hope the court will also show her mercy.  She will earn it, as she has her entire life.

Sincerely,

Tamar Eisenberg - Abramson

**The Honorable Alvin K. Hellerstein**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I first met Charlie Javice in the fall of 2011, when we were freshmen at the University of Pennsylvania. My path to college was unusual: after nearly a decade of homeschooling to train and compete for Israel as an Olympic figure skater, I arrived on campus with few connections and many doubts about fitting in. Just weeks later, my older brother—my only family member in the United States—was killed in a hit-and-run accident in New York City.

During that painful time, Charlie was one of the few classmates who supported me. She helped with course registration, encouraged me to meet people when I preferred to stay in my dorm, and managed the housing process so we could room together. Her steady kindness kept me afloat both academically and emotionally.

Our friendship was strong all throughout college. During our senior year, she persuaded me to join a school-sponsored immersion trip to Israel an intense, unforgettable experience that broadened our perspectives and deepened our friendship

Charlie's desire to help others continued after college. After graduating, when I organized an annual fundraiser in my brother's memory to support Brooklyn Youth, a nonprofit that helps first-generation students apply to college, Charlie not only attended every year, but was also my only friend who became a regular tutor. For several years, she spent most weekends in Brooklyn, helping students master math and science, polish their college essays, and navigate financial aid forms: work that truly changed their life trajectories. She did all this while simultaneously building her own company.

Charlie has stayed connected to meaningful moments in my life. She celebrated my wedding and reached out during especially difficult times, including when the war in Israel began and my family was under immense stress. Some of my most cherished memories are rooted in Charlie's generosity, humor, and steady support. I carry those with me and remain deeply grateful for them every day.

I respectfully ask that you consider the whole of Charlie's character and the positive impact she has had on those around her. I truly believe she still has so much to offer others. As I have become a mother and experienced the joy of creating a family, it breaks my heart to think that Charlie might miss out on that. I hope the sentence allows her a path forward and the chance to continue doing good in the world

Thank you for your time and consideration.

Sincerely,

Tamar Katz

Jamur

vot

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                              Re: Charlie Javice

Dear Judge Hellerstein:

I'm writing this as both Charlie's boss and, more importantly, as her friend. Our story started in a pilates studio, but it's grown into something much bigger than shared workouts or even business. I hope I can give you a sense of who Charlie really is because she's made a difference in my life and the lives of so many others.

Charlie first walked into my class at Jet Set Pilates as a client, and I remember immediately noticing her energy. She was the kind of person who actually listens, who tries, who laughs at herself when she falls off the equipment (it happens to the best of us). We hit it off, but the real turning point came in the most unexpected way: I mentioned, almost as a joke, that I'd invented an organic headband. Most people would have nodded politely—Charlie bought a handful, hyped them up to everyone she knew, and made me feel like I was the next Bill Gates. She's that rare person who doesn't just support your dreams—she roots for you out loud.

When I started talking about opening my own studio, Charlie was all in. She listened to my anxieties, gave me honest (sometimes brutally honest) feedback, and told me over and over that I could do it. When we finally opened, she was the first teacher to sign up—even before I could offer her a paycheck. She just wanted to help me get off the ground. That's Charlie: she shows up, not for the credit, but because she genuinely cares.

And then there was the Great Studio Leak of 2023. I can laugh about it now, but at the time, it was a nightmare. I walked in one morning to what can only be described as a small indoor lake where the lobby used to be. Before I could even panic, Charlie was there—hair in a messy bun, already on the phone with the landlord. She rounded up every bucket from the neighbors, and then, with zero drama, got the class started on time. I still have a mental image of her leading a warm-up while water dripped into a recycling bin in the corner. She made everyone laugh, kept the energy up, and somehow

turned a disaster into a story we still tell new clients. That's Charlie for you—she finds a way, and she makes it fun.

Her support has gone far beyond the studio. When my mom was diagnosed with leukemia, I had to leave Miami for weeks at a time. I trusted Charlie completely to run the studio in my absence. She covered classes, handled emergencies, messaged every client, and made sure nobody felt abandoned. She didn't just keep things afloat—she made sure people felt cared for. I can't overstate how much that meant to me.

Even while Charlie was dealing with her own enormous challenges, she never let it show at work. She's the most reliable person I know: never late, never a missed class, not even when she was in the middle of trial prep or dealing with lawyers. That kind of professionalism is rare in any industry, but especially in one as unpredictable as fitness.

Charlie's impact on my life, and on our studio, is impossible to measure. She's the glue that holds things together, the person who makes work feel like home, and the friend who always has your back. I hope you'll see what a rare and wonderful person she is, and how much she means to all of us.

Respectfully,

Taylor Alexandria

July 1, 2025

The Honorable Alvin K. Hellerstein

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Hellerstein,

We are writing as neighbors, friends, and fellow parents who have known Charlie Javice and her family for many years. Our families live just a few floors apart, and over time they've become an important part of our lives. Charlie has always been a warm, thoughtful, and quietly generous presence ; someone who brings people together and never hesitates to offer support when it's needed.

In the years we've known her, Charlie has shown consistent care and kindness, both in small everyday moments and in times of challenge. She has been an uplifting part of our community—reliable, respectful, and deeply connected to the people around her.

As a family involved in the legal field, we understand the seriousness of this process. But we also believe that justice should consider the full measure of a person—their character, their relationships, and their potential. In our experience, Charlie is someone who carries herself with sincerity, emotional intelligence, and care. She has so much ahead of her, and we believe she is fully capable of contributing positively to society in meaningful and lasting ways.

Her relationship with her mother, Natalie, is especially close. Natalie is one of the most compassionate and resilient people we know, and the toll this has taken on her family—emotionally and personally—has been heartbreaking to witness.

We also want to acknowledge the role of Charlie's partner, Elliot. Together, they are beginning to build a life grounded in love, commitment, and mutual support. As a couple, they have remained strong through uncertainty, and we believe they have a future filled with promise. That future deserves the chance to grow and thrive.

It is clear that this experience has taken an enormous emotional toll on Charlie. We've seen the weight she carries, the strain it has placed on her spirit, and how deeply she has been affected. Despite that, she continues to carry herself with grace and strength.

Charlie has already endured many personal and reputational consequences, and we believe her future should not be defined by this chapter alone. She remains someone who can grow, give back, and create lasting good.

We respectfully ask that your sentence reflect not just the circumstances of the case, but the broader picture of Charlie's life—her relationships, her character, and her capacity to continue making a positive impact in the world.

With sincerity and hope,

Timmy and Danielle Strauss



**The Ladies of Hope Ministries**
8 W 126th Street
New York, NY 10027
www.thelohm.org

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Honorable Judge Hellerstein,

I write to you with both humility and hope, not only as the founder of The Ladies of Hope Ministries, Inc. but as someone whose life has been profoundly touched by Charlie Javice. To me, she is more than a colleague—she is family, a friend, and a rare light in a world where mercy is often too scarce.

From the moment she joined our community, Charlie has shown up with compassion, creativity, and an unshakable commitment to serving others. She has helped women find jobs, trained our staff in tools that opened doors to education and opportunity, and personally walked alongside families who needed encouragement to keep moving forward. These are not abstract acts—they are real lives changed because Charlie chose to give of herself.

I have seen her secure urgent support for grassroots partners such as The Smile Trust, in the Miami Heat, faithfully ensuring their critical programs reached people in need. I have also felt the joy she brings into even the hardest moments. On days when grief weighed heavily on me, Charlie sent pints of ice cream to my door, showed up with laughter, encouragement, and reminders that small joys are worth celebrating. She does not just talk about love and service, she lives it.

Her vision is remarkable. She created a Pilates certification program for women in prison, offering a pathway into wellness careers that restore dignity and self-worth after release. She recruited instructors, built the curriculum, and prepared everything so this work could grow. This is the kind of legacy she is building—one of healing, opportunity, and hope.

Her family, too, reflects her heart. I have been welcomed into their home, preparing Challah for Shabbat, surrounded by laughter and unconditional love. It is clear how much Charlie means to them—and how deeply they rely on her presence. To take her away for years would not only devastate them, but also silence the powerful work she is still carrying out for others.

Judge Hellerstein, Charlie Javice is a woman who gives more than she takes, who lifts others even when she herself could choose to rest, and who embodies the spirit of redemption we all wish to see in this world. To show her mercy would not be leniency—it would be an investment in countless lives she has yet to touch.

With deepest compassion and gratitude,

Dr. Topeka K. Sam
Founder & Executive Director
The Ladies of Hope Ministries

Docusign Envelope ID: D0A9AA49-3EAC-4496-9A93-40292835C11B



The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007


Honorable Judge Hellerstein,

My name is Valencia Gunder, Founder and Co-Director of The Smile Trust, a Miami-based nonprofit dedicated to alleviating food insecurity and supporting our most vulnerable neighbors.

I first met Charlie Javice in an unexpected way. She actually had a meeting with a different nonprofit down the hall at our Freedom Campus. After her meeting, Charlie took the initiative to knock on doors and introduce herself, wanting to learn more about how she could help. Instead of just stopping by, she ended up spending the entire day volunteering, touring our campus, and asking, "How can I help?"

Within hours, Charlie had found a sponsor for our soup kitchen and enrolled her entire family to serve meals alongside her. She didn't just make a one-time gesture—she comes back almost every month, ready to work and give.

What stands out about Charlie is her humility and genuine spirit. She has never wanted any recognition—no social media posts, no mentions, no fanfare. She simply operates in the background, doing good for the sake of doing good, with no one knowing. Her acts of service are quiet but deeply impactful.

In my line of work, I know firsthand how difficult it is for women—especially in their 30s—to rebuild their lives after prison. The barriers are steep, and the impact on family building and future generations is profound. Punishment alone can create cycles of hardship that last for decades. I believe in better, more just alternatives that allow people to heal, contribute, and grow. Charlie is the kind of person who deserves that chance—a chance to continue giving to her community and to build her own family and future.



People like Charlie are rare. Our community is better because of her, and I hope you will give her the opportunity to keep making a difference for those who need it most.

With respect,

Valencia Gunder
Founder & Co-Director, The Smile Trust