# EXHIBIT A-1

## ADDITIONAL LETTERS OF SUPPORT

115. Marc Rowan, mentor
116. Avi Simon, friend
117. Molly P., friend

September 11, 2025

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: <u>Charlie Javice</u>

Dear Judge Hellerstein:

My name is Marc Rowan. I am the Chief Executive Officer and Chair of the Board of Apollo Global Management, Inc., one of the largest asset managers in the world. I am also a private investor and have worked in finance since my graduation from the Wharton School of the University of Pennsylvania in 1985 where I obtained both my bachelor's and master's degrees. And you may recall, I testified at Charlie's trial before you.

I have known Charlie for many years. I was impressed by Charlie's passion, creativity, intelligence and hard-work to develop the educational platform that grew into Frank. I became an early investor in Frank (in my personal capacity) and also became a board member. I watched Charlie grow as a young, creative and dedicated entrepreneur.

I respect that a jury has returned a guilty verdict and that Charlie has been convicted of serious offenses. I am writing this letter to offer a more complete picture of who Charlie is as a person.

Simply stated, she loved to help people who needed help. I have seen Charlie's commitment and deep belief in improving lives through access to education. During her college years at the University of Pennsylvania, Charlie was a special advisor to the Wharton Social Impact Initiative programs where she focused on entrepreneurial ventures to expand educational opportunities for all people, regardless of race, age, personal economics, etc. Her thoughtful commitment to this mission is one of the reasons I decided to invest with her. In my experience, she was hard working, thoughtful, humble and creative. She devoted time to mentoring and helping even younger people than she was to explore opportunities in business and finance.

I know that her experience, including her arrest and conviction as well as the demise of Frank, has been extremely difficult for Charlie and her family. Nevertheless, she has remained a

positive and upbeat person through these challenging past years. I admire her resilience, intelligence and dedication to helping people in need.

Your Honor, I respectfully ask that you consider Charlie's full character and her commitment to other people in need as you consider her sentence. I feel she will make many meaningful contributions to society moving forward.

I respectfully ask that you impose a lenient sentence.

Thank you.

Respectfully,

Marc Rowan

*The Honorable Alvin K. Hellerstein*
*United States District Judge*
*Southern District of New York*
*500 Pearl Street*
*New York, NY 10007*

*September 11th, 2025*

*Dear Judge Hellerstein,*

*Charlie and I met in a shared cab home from a wedding in Israel. That cab ride was the start of a friendship that's carried me through more than a decade of real life.*

*Over the years, I've had the privilege of serving as an IDF commander, overseeing thousands of ground troops. In that role, you develop a finely tuned sense for people's true character. You learn quickly who you can trust when the stakes are highest, who will shoulder responsibility, and who will show up for others no matter what. In my experience, there is no more reliable gauge of a person's heart and integrity than how they act under stress, and who they are when no one is watching. I can say without hesitation that Charlie is, as we say, "good people"—the kind of person you want at your side when things get tough, the kind who is honest, loyal, selfless, and steady.*

*We were both building companies at the same time, both feeling the weight of hiring, managing, and surviving the chaos of startups. There aren't many people you can talk to about cap tables and children in the same breath—but with Charlie, it was always that kind of honest, open conversation. We'd check in about our families, our dreams of having kids, the pressure of doing it all at once.*

*Charlie has shown up for me in every moment, good or bad. When I got married—she flew into Israel, right in the middle of closing a funding round, on New Year's Eve no less. When I thought my company was shutting down—she came for my speech. On October 7th—she was one of the first to check in, and she kept checking in while I was serving in Gaza. She has always been there.*

*Now, with two young kids of my own, I can't stop thinking about the toll this has taken on her and Elliot. They deserve the chance to build the family they've dreamed about. Please consider a sentence that reflects not only the law, but also the human being standing before you: someone capable of great love, great service, and great remorse.*

*Sincerely,*
*Avi Simon*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I first met Charlie in a Pilates class shortly after moving to Miami. She greeted me so warmly that my worries about being new disappeared instantly, and we became fast friends. What struck me most was that she never talked about herself, but instead made me and others feel confident and cared for.

When I later moved for my husband's work, Charlie went out of her way to connect me with friends so I would have a community upon arrival. She has always had a gift for making people feel seen and supported without ever seeking credit.

Now, as I prepare to welcome my first child, Charlie's genuine joy for me is clear, even as she deeply hopes to become a mother herself one day. She has introduced me to her family, connected our households, and formed bonds that have made us all stronger. Her kindness and generosity have left a lasting impact on everyone she touches.

I respectfully ask that you consider a sentence other than prison. Charlie will contribute far more to her community continuing to live and give in the selfless way she always has.

Respectfully,

Molly

09/11/2025