# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

September 19, 2025.

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Charlie Javice and Olivier Amar*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Defendant Charlie Javice respectfully requests a continuance of the sentencing hearing currently set for September 29, 2025, ███████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███

████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

## RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

██████████████████████████████████████████

████████████████████████████████[1].

      United States Probation Officer Giuliana Lopez does not oppose Ms. Javice's request. The government, however, has indicated that it opposes the requested continuance and will file a response to this letter.

      Respectfully submitted,

*/s/ Ronald S. Sullivan Jr.*

**Ronald S. Sullivan Jr.**
Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
rsullivan@ronaldsullivanlaw.com
(202) 313-8313

---

[1] Certain sections of this letter and Exhibit A have been redacted on the public docket to protect sensitive personal information. An unredacted version will be submitted to the Court under seal.