**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>       Defendants. | Case No. 23-cr-251 (AKH)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Alexandra A.E. Shapiro of Shapiro Arato Bach LLP

hereby appears as counsel for Defendant Charlie Javice in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: September 24, 2025
   New York, New York

          Respectfully submitted,

          /s/ Alexandra A.E. Shapiro
          Alexandra A.E. Shapiro
          SHAPIRO ARATO BACH LLP
          1140 Avenue of the Americas, 17th Fl.
          New York, New York 10036
          Tel: (212) 257-4881
          ashapiro@shapiroarato.com

          *Attorneys for Defendant Charlie Javice*