

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 26, 2025

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Streets
New York, New York 10007

    Re:    *United States v. Charlie Javice*, S1 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits, in advance of defendant Charlie Javice's sentencing, the enclosed proposed orders: (a) a proposed preliminary order of forfeiture, and (b) a proposed order of restitution.

    Attached hereto as Exhibit 1 is the proposed preliminary order of forfeiture. For the reasons set forth in the Government's sentencing submission, the Court should enter a forfeiture money judgment against Javice in the amount of $29,706,747.49. (*See* Dkt. 419 at 40-42). For the reasons set forth in Special Agent Jeremy Rosenman's declaration, attached as Exhibit 2, the Court should forfeit the specific property listed in the preliminary order of forfeiture as proceeds of Javice's offenses. (*See* Ex. 2).

    Attached hereto as Exhibit 3 is the proposed order of restitution. As set forth in the Government's sentencing submission, the Court should order a restitution amount of $300,922,397, of which $283,462,397 should be paid to J.P. Morgan Chase Bank, N.A., and

thereafter $17,460,00 should be paid to JPMC's insurer.  (*See* Dkt. 419 at 42-43).

                Respectfully submitted,

                AMANDA HOULE
                Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515

By:    /s/
                Nicholas W. Chiuchiolo
                Micah F. Fergenson
                Georgia V. Kostopoulos
                Assistant United States Attorneys
                Telephone: (212) 637-1247 / -2190 / -2212