**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S DIRECT DIAL NO.
**(305) 402-3623**

WRITER'S EMAIL ADDRESS
**ericaperdomo@quinnemanuel.com**

October 6, 2025

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>United States v. Charlie Javice, 23 Cr. 251 (AKH)</u>

Dear Judge Hellerstein:

    We write to advise the Court that defendant Charlie Javice takes no position regarding the subordination of forfeiture to restitution.

Very truly yours,

<u>/s/ Erica L. Perdomo</u>
Erica L. Perdomo

cc:    All Counsel of Record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH