UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                  :

UNITED STATES OF AMERICA,          :

                                  :   **ORDER REGULATING**

     -against-                :   **PROCEEDINGS**

                                  :

CHARLIE JAVICE and OLIVIER AMAR,   :   23 Cr. 251 (AKH)

                                  :

             Defendants.    :

                                  :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 6, 2025, Defendant Javice filed a motion for reconsideration of my

October 3, 2025, restitution order. The government shall respond by October 20, 2025.

        SO ORDERED.

Dated:     October 10, 2025                 /S/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                     United States District Judge