Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

RECEIVED
NOV 12 2025
CLERKS OFFICE
S.D.N.Y

Caption:

United States v.

Charlie Javice et al.

Docket No.: 23-Cr-251

Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that Charlie Javice appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on October 30, 2025
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: September 29, 2025    N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |___|

Appellant is represented by counsel? Yes |✓| No |___| If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Christopher Tayback, Erica Perdomo, Kirsten Nelson |
| Counsel's Address: | Quinn Emanuel Urquhart & Sullivan |
| | 2601 S. Biscayne Blvd., Miami, FL 33133, Suite 1500 |
| Counsel's Phone: | 305.402.4880 |
| Assistant U.S. Attorney: | Nicholas Chiuchiolo, Micah Fergenson, Georgia Kostopoulos |
| AUSA's Address: | 26 Federal Plaza, 37th Floor |
| | New York, NY 10278 |
| AUSA's Phone: | 212-637-1247 |

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,<br><br>v.<br><br>Charlie Javice et al.,<br><br>Defendants. | Docket No. 23-Cr-251 |

RECEIVED NOV 12 2025 CLERKS OFFICE S.D.N.Y

## CERTIFICATE OF SERVICE

I, Michael Alexander Guerrero, hereby certify pursuant to 28 U.S.C. 1746 that:

1.  I am over the age of 18 and am an employee of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Charlie Javice in this matter.

2.  On November 12, 2025 a true and correct copy of Notice of Appeal or the Judgment, dated October 30, 2025, was served upon the following counsel of record for the Government via Federal Express, overnight delivery:

Georgia V. Kostopoulos
Micah Festa Fergenson
Nicholas William Chiuchiolo
Dina McLeod
United States Attorney's Office, SDNY
26 Federal Plaza, 37th Floor
New York, NY 10278
(212)-637-1247

I declare under the penalty of perjury that the foregoing statements are true and correct.

Executed in New York, New York on this 12 November 2025.

_Michael Guerrero_
Michael Alexander Guerrero

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Nov 12, 2025 4:01PM

CHARLIE JAVICE

| Rcpt. No: 44603 | Trans. Date: Nov 12, 2025 4:01PM | | Cashier ID: #SR (6955) | |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** 23CR00251-1 AKH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.