# EXHIBIT A

**From:** "Jacobs, Lawrence E." <lawrence.jacobs@davispolk.com>
**Date:** Thursday, October 16, 2025 at 5:22 PM
**To:** 'David Mark Siegal' <dmsiegal@mintz.com>, Ron Sullivan <rsullivan@ronaldsullivanlaw.com>, "steven.kobre@kobrekim.com" <steven.kobre@kobrekim.com>, 'Andrew Sun Pak' <APak@perkinscoie.com>, "dina.mcleod@usdoj.gov" <dina.mcleod@usdoj.gov>, "'Georgia V. Kostopoulos'" <georgia.kostopoulos@usdoj.gov>, 'Micah Festa Fergenson' <micah.fergenson@usdoj.gov>
**Subject:** Rule 1.12 former law clerk screening notices - U.S. v. Javice, 1:23-cr-251 (S.D.N.Y.)

Dear Counsel,

Attached are two Rule 1.12 screening notices that we will mail to Judge Hellerstein to let the Court know we will be screening his former law clerks from our work in the U.S. v. Javice matter.

Very truly yours,

Larry Jacobs


**Lawrence E. Jacobs**
Litigation Counsel/Managing Attorney
Pronouns: he/him

+1 212 450 4680 office
+1 646 413 8341 mobile
lawrence.jacobs@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**Davis Polk**

Lawrence E. Jacobs
+1 212 450 4680
lawrence.jacobs@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

October 16, 2025

Re: Notification Pursuant to Rule 1.12 of the New York Rules of Professional Conduct: <u>United States v. Charlie Javice and Olivier Amar</u>, Case No. 1:23-cr-00251-AKH (S.D.N.Y.)

The Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Hellerstein,

I write to provide notice pursuant to Rule 1.12 of the New York Rules of Professional Conduct that we are screening Your Honor's former law clerk, ▇▇▇▇▇▇▇▇, from any participation in our work on a matter that was pending before Your Honor during her clerkship.

▇▇▇▇▇▇▇▇ was a law clerk in Your Honor's chambers from September 2024 to August 2025. She will join Davis Polk as an associate on October 20, 2025. During her clerkship, we represented non-party JPMorgan Chase Bank, N.A. in <u>United States v. Charlie Javice and Olivier Amar</u>, Case No. 1:23-cr-00251-AKH (S.D.N.Y.) (the "Screened Matter").

We are informed that ▇▇▇▇▇▇▇▇ participated in your chambers' work on the Screened Matter. We will screen her from our work on that matter.

We have established screening procedures to assure that there is no flow of information between ▇▇▇▇▇▇▇▇ and the Davis Polk team working on the Screened Matter. All firm attorneys and legal assistants working on the Screened Matter will be instructed in writing that no person working on the Screened Matter should discuss or share with ▇▇▇▇▇▇▇▇ any information relating to his or her work on the Screened Matter and that they must not seek any information from ▇▇▇▇▇▇▇▇. Similarly, ▇▇▇▇▇▇▇▇ will be instructed in writing that she is not to share any information she may have about the Screened Matter with anyone at Davis Polk. The instructions will make clear that these restrictions apply to all forms of information sharing, including but not limited to oral discussions, writings, and emails. We will also restrict the files relating to the Screened Matter so that ▇▇▇▇▇▇▇▇ will not be able to access them. We will send regular reminders of this screen to all attorneys working on the Screened Matter and to ▇▇▇▇▇▇▇▇.

The written screen notification will provide that violations of our screening procedures may result in sanctions.

As an associate, ▇▇▇▇▇▇▇▇ will be paid a fixed salary and will not be apportioned any of the fees from the Screened Matter. The determination of any associate bonus amount also will not be related in any way to fees from the Screened Matter.

#53038960v1

**Davis Polk**  The Hon. Alvin K. Hellerstein

Please let me know if Your Honor desires further information about the foregoing.

Respectfully submitted,

Lawrence E. Jacobs

cc (by email): Lead attorneys for the other parties

**Davis Polk**

Lawrence E. Jacobs
+1 212 450 4680
lawrence.jacobs@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

October 16, 2025

Re: Notification Pursuant to Rule 1.12 of the New York Rules of Professional Conduct: <u>United States v. Charlie Javice and Olivier Amar</u>, Case No. 1:23-cr-00251-AKH (S.D.N.Y.)

The Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Hellerstein,

I write to provide notice pursuant to Rule 1.12 of the New York Rules of Professional Conduct that we are screening Your Honor's former law clerk, ▮▮▮▮▮▮▮▮, from any participation in our work on a matter that was pending before Your Honor during his clerkship.

▮▮▮▮▮▮▮▮ was a law clerk in Your Honor's chambers from September 2024 to October 2025. He will join Davis Polk as an associate on October 20, 2025. During his clerkship, we represented non-party JPMorgan Chase Bank, N.A. in <u>United States v. Charlie Javice and Olivier Amar</u>, Case No. 1:23-cr-00251-AKH (S.D.N.Y.) (the "Screened Matter").

We are informed that ▮▮▮▮▮▮▮▮ participated in your chambers' work on the Screened Matter. We will screen him from our work on that matter.

We have established screening procedures to assure that there is no flow of information between ▮▮▮▮▮▮▮▮ and the Davis Polk team working on the Screened Matter. All firm attorneys and legal assistants working on the Screened Matter will be instructed in writing that no person working on the Screened Matter should discuss or share with ▮▮▮▮▮▮▮▮ any information relating to his or her work on the Screened Matter and that they must not seek any information from ▮▮▮▮▮▮▮▮. Similarly, ▮▮▮▮▮▮▮▮ will be instructed in writing that he is not to share any information he may have about the Screened Matter with anyone at Davis Polk. The instructions will make clear that these restrictions apply to all forms of information sharing, including but not limited to oral discussions, writings, and emails. We will also restrict the files relating to the Screened Matter so that ▮▮▮▮▮▮▮▮ will not be able to access them. We will send regular reminders of this screen to all attorneys working on the Screened Matter and to ▮▮▮▮▮▮▮▮.

The written screen notification will provide that violations of our screening procedures may result in sanctions.

As an associate, ▮▮▮▮▮▮▮▮ will be paid a fixed salary and will not be apportioned any of the fees from the Screened Matter. The determination of any associate bonus amount also will not be related in any way to fees from the Screened Matter.

#53049770v1

**Davis Polk**  The Hon. Alvin K. Hellerstein

Please let me know if Your Honor desires further information about the foregoing.

Respectfully submitted,

Lawrence E. Jacobs

cc (by email): Lead attorneys for the other parties