EXHIBIT B

 **Outlook**

---

**Re: Rule 1.12 former law clerk screening notices - U.S. v. Javice, 1:23-cr-251 (S.D.N.Y.)**

---

**From** Ronald Sullivan <rsullivan@ronaldsullivanlaw.com>
**Date** Mon 10/20/2025 11:38 AM
**To** Jacobs, Lawrence E. <lawrence.jacobs@davispolk.com>
**Cc** Victoria Torres <vtorres@ronaldsullivanlaw.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jose Baez <jose@baezlawfirm.com>

📎 1 attachment (108 KB)
20251020 Letter to Lawrence Jacobs.pdf;

Dear Mr. Jacobs,

Please see the attached letter on behalf of Ms. Javice.

Thanks,

Ron

_____
Ronald S. Sullivan Jr., Esq.
Ronald Sullivan Law, PLLC
1300 I Street, NW
Suite 400 E
Washington, DC 20005
(202) 313-8313
Ronald Sullivan Bio
Ronald Sullivan Ted Talk

---

**From:** "Jacobs, Lawrence E." <lawrence.jacobs@davispolk.com>
**Date:** Thursday, October 16, 2025 at 5:22 PM
**To:** 'David Mark Siegal' <dmsiegal@mintz.com>, Ron Sullivan <rsullivan@ronaldsullivanlaw.com>, "steven.kobre@kobrekim.com" <steven.kobre@kobrekim.com>, 'Andrew Sun Pak' <APak@perkinscoie.com>, "dina.mcleod@usdoj.gov" <dina.mcleod@usdoj.gov>, "'Georgia V. Kostopoulos'" <georgia.kostopoulos@usdoj.gov>, 'Micah Festa Fergenson' <micah.fergenson@usdoj.gov>
**Subject:** Rule 1.12 former law clerk screening notices - U.S. v. Javice, 1:23-cr-251 (S.D.N.Y.)

Dear Counsel,

Attached are two Rule 1.12 screening notices that we will mail to Judge Hellerstein to let the Court know we will be screening his former law clerks from our work in the U.S. v. Javice matter.

Very truly yours,

Larry Jacobs

---

**Lawrence E. Jacobs**
Litigation Counsel/Managing Attorney
Pronouns:  he/him

+1 212 450 4680 office
+1 646 413 8341 mobile
lawrence.jacobs@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

October 20, 2025

Lawrence E. Jacobs
Litigation Counsel/Managing Attorney
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Re: _United States v. Charlie Javice and Olivier Amar_, 23 Cr. 251-AKH (S.D.N.Y.)

Dear Mr. Jacobs:

This firm represents Ms. Charlie Javice. Thank you for sending your October 16 letter to Judge Hellerstein regarding ███████. Please advise us of the earliest date of communication between Davis Polk and ███████ regarding her possible employment with Davis Polk.

Sincerely,

Ronald S. Sullivan Jr.

(202) 313-8313
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400E
Washington, DC 20005