UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                          :

UNITED STATES OF AMERICA,              :

                                     :     **ORDER REGULATING**
       -against-                   :     **PROCEEDINGS**
                                     :

CHARLIE JAVICE and OLIVIER AMAR,   :     23 Cr. 251 (AKH)

                                     :
                  Defendants.     :

                                            :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government shall respond to the Defendants' pending motions, ECF Nos.

463 and 465, by December 15, 2025.

        SO ORDERED.

Dated:       December 1, 2025                      /s/ Alvin K. Hellerstein
              New York, New York             ALVIN K. HELLERSTEIN
                                          United States District Judge