```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :    ORDER REGULATING
             -against-                                        :    PROCEEDINGS
                                                              :
CHARLIE JAVICE and OLIVIER AMAR,                              :    23 Cr. 251 (AKH)
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Government's deadline to respond to Defendants' pending motions, ECF Nos. 463 and 465, is extended to January 5, 2026.

      SO ORDERED.

Dated:    December 9, 2025                              /s/ Alvin K. Hellerstein
             New York, New York                    ALVIN K. HELLERSTEIN
                                                      United States District Judge