

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

December 17, 2025

VIA ECF

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

We write to provide the Court with a copy of Ms. Javice's motion to hold her appeal in abeyance pending resolution of the Rule 33 motions. The Second Circuit would ordinarily consolidate Ms. Javice's appeal with that of Mr. Amar, whose time to file an appeal is presently stayed under Federal Rule of Appellate Procedure 4(b)(3)(ii). We do not believe the instant motion will substantially delay the hearing of Ms. Javice's appeal.

Sincerely,

/s/ Alexandra A.E. Shapiro

Alexandra A.E. Shapiro

Encl.

cc:   all counsel of record