**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York _____

USDG SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2026

Caption:

United States _____ v.

Charlie Javice, et al.

Docket No.: 23-CR-251

Alvin K. Hellerstein

(District Court Judge)

Notice is hereby given that Charlie Javice _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ____ other | denial of her Rule 33 motion for a new trial

(specify)

entered in this action on March 24, 2026 _____.

(date)

This appeal concerns: Conviction only |___ Sentence only |___| Conviction & Sentence |✔ Other |___

Defendant found guilty by plea |    | trial | ✔ | N/A |    .

Offense occurred after November 1, 1987?  Yes | ✔ |  No |    N/A |

Date of sentence: September 29, 2025 _____ N/A |___|

Bail/Jail Disposition: Committed |___ Not committed | ✔ | N/A |

Appellant is represented by counsel? Yes ✔ | No |    | If yes, provide the following information:

Defendant's Counsel: Erica Perdomo, Christopher Tayback

Counsel's Address: Quinn Emanuel Urquhart & Sullivan

2601 S. Biscayne Blvd., Miami, FL 33133, Suite 1500

Counsel's Phone: 305-402-4880

Assistant U.S. Attorney: Nicholas Chiuchiolo, Micah Fergenson, Georgia Kostopoulos

AUSA's Address: 26 Federal Plaza, 37th Floor

New York NY 10278

AUSA's Phone: 212-637-1247

_____

Signature

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| United States,<br><br>   v.<br><br>Charlie Javice, et. al.,<br><br>    Defendants. | Docket No. 23-Cr-251 |

## CERTIFICATE OF SERVICE

I, Adelyn Curran, hereby certify pursuant to 28 U.S.C. 1746 that:

1. I am over the age of 18 and am an employee of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Charlie Javice in this matter.

2. On April 6, 2026 a true and correct copy of Notice of Appeal of the Judgment, dated March 24, 2026, was served upon the following counsel of record for the Government via Federal Express, overnight delivery:

Georgia V. Kostopoulos
Micah Festa Ferguson
Nicholas William Chiuchiolo
Dina McLeod
United States Attorney's Office, SDNY
26 Federal Plaza, 37th Floor
New York, NY 10278
(212)-637-1247

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 6 April 2026.

Adelyn Curran

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Apr 6, 2026 3:31PM

CHARLIE JAVICE

Rcpt. No: 48006      Trans. Date: Apr 6, 2026 3:31PM      Cashier ID: #JE (6744)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 23CR251 AKH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.