UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

UNITED STATES OF AMERICA,

     -against-

CHARLIE JAVICE,

                   Defendant.

-------------------------------------------------------- X

**ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

23 Cr. 251 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Charlie Javice moves to modify her conditions of release to remove the requirement of GPS location monitoring. *See* ECF No. 500. Javice claims that her long-term compliance with the conditions of her release justifies this change. It does not; compliance is expected.

Javice has not presented an alternative bail package, as I had invited her to do in April 2025. At her sentencing, on September 29, 2025, I awarded Javice bail on the same terms and conditions that had applied up to that date. *See* ECF No. 457 at 81. Nothing in Javice's instant motion alters my prior determination.

Defendant Javice's motion to modify the conditions of her release is denied. The Clerk of Court shall terminate ECF No. 500.

     SO ORDERED.

Dated:     May 2026
         New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge