UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                    :

UNITED STATES OF AMERICA,       :

                           :   **ORDER REGULATING**
     -against-             :   **PROCEEDINGS**
                           :

CHARLIE JAVICE and OLIVIER AMAR,   :   23 Cr. 251 (AKH)

                           :
             Defendants.    :
                           :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Government shall respond to Defendant Charlie Javice's pending renewed motion to modify conditions of release, ECF No. 509, by June 24, 2026.

       SO ORDERED.

Dated:     June 3, 2026                    /s/ Alvin K. Hellerstein
          New York, New York          ALVIN K. HELLERSTEIN
                                    United States District Judge