UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                     :

UNITED STATES OF AMERICA,           :

        -against-                   :

CHARLIE JAVICE,                       :

                      Defendant.    :

-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

**ORDER DENYING DEFENDANT'S RENEWED MOTION TO MODIFY CONDITIONS OF RELEASE**

23 Cr. 251 (AKH)

Defendant Charlie Javice renews her motion to modify her conditions of release. She asks again to remove the requirement of GPS location monitoring, and in exchange, as added security; proposes to double her bond to $4 million, utilize the SmartLINK phone-based verification application, and continue all existing conditions. *See* ECF No. 509.

Javice's new proposal does not mitigate the risk of flight. At her sentencing on September 29, 2025, after consideration of Defendant's circumstances, I released Javice pending appeal on the same terms and conditions that had applied up to that date. *See* ECF No. 457 at 81. As stated at sentencing, Javice is a dual citizen of France and has ties to Israel. *See id.* at 76. The prospect of a more than 7-year sentence if her appeal is unsuccessful, along with her substantial restitution obligation, provides a strong motivation for flight.

Although the bond proposal is significant, even $4 million pales in comparison to Javice's multimillion-dollar restitution and forfeiture obligations. Furthermore, the SmartLINK proposal would not provide the immediate alert of non-compliance that an ankle monitor would upon tampering and would require additional administration by Pretrial Services. *See* ECF No. 511 at 2-3.

Accordingly, Defendant Javice's renewed motion to modify the conditions of her release is denied.

1

The Clerk of Court shall terminate ECF No. 509.

SO ORDERED.

Dated:      June  2026
                New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2